Rachel Steinback, SBN 310700
LAW OFFICE OF RACHEL STEINBACK
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
Avneet S. Chattha, SBN 316545
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com
(e) avneet.chattha7@gmail.com

*Attorneys for Plaintiffs*
*(Additional Counsel on Following Page)*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rivera Martinez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The Geo Group, Inc., et al., <br><br> Defendants. | Case No. 5:18-cv-01125-R-GJS <br> Assigned to: Hon. Manuel L. Real <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF NOTICE OF RELATED CASE [Doc. #10]** |

```
 1  Catherine Sweetser, SBN 271142
    SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
 2  11543 W. Olympic Boulevard
 3  Los Angeles, CA 90064
    (t) 310-396-0731
 4  (f) 310-399-7040
 5  (e) csweetser@sshhlaw.com

 6
    Colleen Flynn, SBN 234281
 7  LAW OFFICE OF COLLEEN FLYNN
 8  3435 Wilshire Boulevard, Suite 2910
    Los Angeles, CA 90010
 9  (t) 213-252-9444
10  (f) 213-252-0091
    (e) cflynnlaw@yahoo.com
11
12  Matthew Strugar, SBN 232951
13  LAW OFFICE OF MATTHEW STRUGAR
    3435 Wilshire Boulevard, Suite 2910
14  Los Angeles, CA 90010
15  (t) 323-696-2299
    (e) matthewstrugar@gmail.com
16
17
18
19
20
21
22
23
24
25
26
27
28
```

PLAINTIFFS' REPLY IN SUPPORT OF NOTICE OF RELATED CASE

Defendants GEO Group and Duran argue that the cases should not be related because they do not state identical legal claims -- an observation Plaintiffs do not dispute. But that is not the inquiry the Court must make in determining how to act on Plaintiffs' Notice.

As Plaintiffs state in their Notice [Doc. #10], the factual issues we will be litigating in this action will intersect considerably, particularly in the discovery phase, with the factual issues the *Novoa* action will be litigating. In *Novoa*, the plaintiffs are arguing that GEO Group violated the law in a myriad of ways, and that it did so by preying on the detainee-plaintiffs at Adelanto (from 2011 to the present) by subjecting them to appallingly sub-standard living conditions, denying them adequate food and drinking water, restricting their access to counsel and their families, degrading them and verbally abusing them, retaliating against them by improperly placing them in segregation, and denying them adequate medical care. The violations Plaintiffs allege in this action occurred against that precise backdrop: those are literally the allegations the instant Plaintiffs were attempting to bring to the attention of ICE officials on the day they were attacked by the GEO Group guards.

As this Court may have seen, Defendant GEO Group categorically denied each of Plaintiffs' allegations in its Answer [Doc. #8]. There is no doubt, then, that the discovery into each of these issues will be substantial -- just as it will be in *Novoa*. And, as the undersigned counsel know from their decades of experience litigating these types of cases, that process is likely to require court involvement on issues such as scope, privilege, protective orders and the like -- just as it will in *Novoa*. The two cases <u>will</u>, then, involve substantially related and similar questions of law and fact that could, if litigated before two different courts, result in inconsistent rulings. The litigation of the two cases in two separate fora will also result in substantive duplication of labor by the two courts.

//

2

1  　　　If Defendants' characterization of the two cases was correct, then the Court
2  would be correct in refusing to relate the cases. But it is not. To conserve judicial
3  economy, and to ensure consistency in the rulings that will significantly impact the
4  trajectory of both actions, this case should be related to the *Novoa* action.
5
6  Dated: June 20, 2018        Respectfully submitted,
7  　　　　　　　　　　　　　　LAW OFFICE OF RACHEL STEINBACK
8  　　　　　　　　　　　　　　LAW OFFICE OF CAROL A. SOBEL
　　　　　　　　　　　　　　　SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
9  　　　　　　　　　　　　　　LAW OFFICE OF MATTHEW STRUGAR
10 　　　　　　　　　　　　　　LAW OFFICE OF COLLEEN FLYNN
11
12 　　　　　　　　　　　　　　By: /s/ Rachel Steinback
13 　　　　　　　　　　　　　　　　Attorneys for Plaintiffs