Denied, no good reason

7-31-18

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA MARTINEZ;
ISAAC ANTONIO LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE MATEO
LEMUS CAMPOS; MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER ANTONIO
BURGOS MEJIA; LUIS PEÑA GARCIA;
JULIO CESAR BARAHONA CORNEJO, as
individuals,

PLAINTIFFS,

v.

THE GEO GROUP, Inc., a Florida
corporation; the CITY OF ADELANTO, a
municipal entity; GEO LIEUTENANT
DURAN, sued in her individual capacity;
THE UNITED STATES OF AMERICA; and
DOES 1-13, individuals;

DEFENDANTS.

Case No.:   5:18-cv-01125-R-GJS

[PROPOSED] ORDER ~~GRANTING~~ DENYING
STIPULATION FOR LEAVE TO
FILE FIRST AMENDED
COMPLAINT, AND TO SET
RESPONSIVE PLEADING DATE

Based upon the Stipulation of the Parties and, GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. Plaintiffs shall file their First Amended Complaint no later than August 17, 2018;

2. Defendants shall have 21 days from when the First Amended Complaint is filed to respond to that complaint.

IT IS SO ORDERED.

**DENIED**

DATED: July 31, 2018

_____
**HONORABLE MANUEL L. REAL**
**UNITED STATES DISTRICT JUDGE**

-1-