NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; et al., | ) CASE NO. ED CV 18-1125-R (GJSx) |
| | ) |
| Plaintiffs, | ) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT |
| v. | ) |
| THE GEO GROUP, INC.; et al., | ) |
| Defendants. | ) |

Before the Court is Plaintiffs' Motion for Leave to Amend Complaint, filed on August 31, 2018. (Dkt. No. 27). This Court took the matter under submission on September 26, 2018.

While Federal Rule of Civil Procedure 15 provides that "[t]he court should freely give leave when justice so requires," leave to amend is not granted automatically. *Jackson v. Bank of Haw.*, 902 F.2d 1385, 1387 (9th Cir. 1990). When determining whether to grant leave to amend, courts in the Ninth Circuit consult four factors: "(1) bad faith on the part of plaintiffs; (2) undue delay; (3) prejudice to the opposing party; and (4) futility of the proposed amendment." *Lockheed Martin Corp. v. Network Solutions, Inc.*, 194 F.3d 980, 986 (9th Cir. 1999). Plaintiffs now seek to amend the Complaint to name the United States of America and GEO Group employees, Lieutenant Diaz, Sergeant Campos, and Nurse Jones, as individual Defendants in this case. Anticipating additional defendants would be added once discovery began, Plaintiffs included individual Doe Defendants in the original Complaint.

Plaintiffs have demonstrated that the above test is satisfied, and during a meet and confer between the parties pursuant to LR 7-3, all parties agreed that Plaintiffs should be entitled to amend their Complaint.  The United States of America has been on notice that it is an intended individual defendant in this action and a lawsuit alleging its conduct as its basis was timely filed. The United States was not named as a defendant in the original Complaint only because administrative remedies had not yet been exhausted.  In addition, this Motion is timely and granting Plaintiffs leave to amend their Complaint to name the United States and certain of the Doe Defendants will not prejudice any party and will not require any party to conduct additional discovery unforeseen prior to the filing of this Motion.  Further, granting this Motion will not delay litigation.  For the reasons mentioned above, Plaintiff's Motion for Leave to Amend Complaint is GRANTED.

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Amend Complaint is GRANTED.  (Dkt. No. 27).

Dated: October 3, 2018

_____

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2