UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO Lieutenant Duran, sued in her individual capacity; and DOES 1-6, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-R-GJS<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Good cause having been shown, the Court hereby grants the Stipulated Protective Order (ECF No. 33) submitted by the parties.

IT IS HEREBY ORDERED:

1.  The parties' Stipulated Protective Order (ECF No. 33) is GRANTED.

2. All Confidential Material (in document form or any other form) produced or exchanged during discovery in the above-captioned action shall be disclosed and protected as provided in ECF No. 33.

DATED: October 17, 2018

_____
HON. MANUEL L. REAL
United States District Court Judge