POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Catherine E. Sweetser, SBN 271142; Kristina Harootun, SBN 308718<br>Schonbrun Seplow Harris & Hoffman LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br>TELEPHONE NO.: (310) 396-0731    FAX NO. *(Optional):* (310) 399-7040<br>E–MAIL ADDRESS *(Optional):* csweetser@sshhlaw.com; kharootun@sshhlaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs, Omar Arnoldo Rivera Martinez, et al. | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles |
|---|
| STREET ADDRESS: 255 East Temple Street, Courtroom 880, 8th Floor |
| MAILING ADDRESS: 255 East Temple Street, Courtroom 880, 8th Floor |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Roybal Federal Building and U.S. Courthouse |

| PLAINTIFF/PETITIONER: Omar Arnoldo Rivera Martinez, et al.<br><br>DEFENDANT/RESPONDENT: The Geo Group, Inc., et al. | CASE NUMBER:<br>5:18-cv-01125-R-GJS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a. ☑ summons
    b. ☑ complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐ cross-complaint
    f. ☑ other *(specify documents):* See Attached Document List

3.  a. Party served *(specify name of party as shown on documents served):*
       GEO Lieutenant Diaz, sued in her individual capacity

    b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
       Susan E. Coleman, Esq.

4.  Address where the party was served:
    Burke, Williams, & Sorensen, LLP., 444 South Flower Street, Suite 2400, Los Angeles, CA 90071
5.  I served the party *(check proper box)*
    a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 11/20/2018    (2) at *(time):* on or about 5:15 p.m.
    b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    **or** ☐ a declaration of mailing is attached.

        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Omar Arnoldo Rivera Martinez, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: The Geo Group, Inc., et al. | 5:18-cv-01125-R-GJS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                    (2) from *(city):*

   (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
   a. Name: Catherine E. Sweetser, Esq.
   b. Address: Schonbrun Seplow Harris & Hoffman LLP, 11543 W. Olympic Blvd., Los Angeles, CA 90064
   c. Telephone number: (310) 396-0731
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 26, 2018

Catherine E. Sweetser
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE )

**Omar Arnoldo Rivera Martinez, et al. v. The Geo Group, Inc., et al.**

**Case No. 5:18-cv-01125-R-GJS**

**[ATTACHMENT – DOCUMENT LIST]**

1. Complaint for Damages, Docket No. 1, Filed on May 25, 2018;

2. Civil Cover Sheet, Docket No. 2, Filed on May 25, 2018;

3. Request for Summons in a Civil Action [Original Complaint], Docket No. 3, Filed on May 25, 2018;

4. Notice of Interested Parties, Docket No. 4, Filed on May 25, 2018;

5. Notice of Assignment to United States Judge, Docket No. 5, Filed on May 29, 2018;

6. Issued Summons in a Civil Action [Original Complaint], Docket No. 6, Filed on May 29, 2018;

7. Order Re: Notice to Counsel, Docket No. 7, Filed on May 31, 2018;

8. Civil Minutes Re: Order (In Chambers) Setting Pre-Trial and Trial Dates, Docket No. 20, Filed on July 25, 2018;

9. First Amended Complaint, Docket no. 32, Filed on October 11, 2018;

10. Issued Summons in a Civil Action [First Amended Complaint], Docket No. 36, Filed on October 19, 2018.