POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Catherine E. Sweetser, SBN 271142; Kristina Harootun, SBN 308718<br>Schonbrun Seplow Harris & Hoffman LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br>TELEPHONE NO.: (310) 396-0731    FAX NO. *(Optional):* (310) 399-7040<br>E-MAIL ADDRESS *(Optional):* csweetser@sshhlaw.com; kharootun@sshhlaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs, Omar Arnoldo Rivera Martinez, et al. | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles | |
|---|---|
| STREET ADDRESS:  255 East Temple Street, Courtroom 880, 8th Floor | |
| MAILING ADDRESS:  255 East Temple Street, Courtroom 880, 8th Floor | |
| CITY AND ZIP CODE:  Los Angeles, CA 90012 | |
| BRANCH NAME:  Roybal Federal Building and U.S. Courthouse | |

| PLAINTIFF/PETITIONER: Omar Arnoldo Rivera Martinez, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: The Geo Group, Inc., et al. | 5:18-cv-01125-R-GJS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  [✓]  summons
    b.  [✓]  complaint
    c.  [ ]  Alternative Dispute Resolution (ADR) package
    d.  [✓]  Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ]  cross-complaint
    f.  [✓]  other *(specify documents):*  See Attached Document List

3.  a.  Party served *(specify name of party as shown on documents served):*

    GEO Sergeant Campos, sued in his individual capacity

    b.  [✓]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

    Susan E. Coleman, Esq.

4.  Address where the party was served:
    Burke, Williams, & Sorensen, LLP., 444 South Flower Street, Suite 2400, Los Angeles, CA 90071
5.  I served the party *(check proper box)*
    a.  [✓]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 11/20/2018    (2) at *(time):*  on or about 5:15 p.m.
    b.  [ ]  **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

    (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

    (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ]  a declaration of mailing is attached.

    (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER:  Omar Arnoldo Rivera Martinez, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  The Geo Group, Inc., et al. | 5:18-cv-01125-R-GJS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☑ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
    a. Name:  Catherine E. Sweetser, Esq.
    b. Address: Schonbrun Seplow Harris & Hoffman LLP, 11543 W. Olympic Blvd., Los Angeles, CA 90064
    c. Telephone number: (310) 396-0731
    d. **The fee** for service was: $
    e. I am:
        (1) ☑ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ a registered California process server:
            (i) ☐ owner ☐ employee ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 26, 2018

Catherine E. Sweetser
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE )

**Omar Arnoldo Rivera Martinez, et al. v. The Geo Group, Inc., et al.**

**Case No. 5:18-cv-01125-R-GJS**

**[ATTACHMENT – DOCUMENT LIST]**

1.  Complaint for Damages, Docket No. 1, Filed on May 25, 2018;

2.  Civil Cover Sheet, Docket No. 2, Filed on May 25, 2018;

3.  Request for Summons in a Civil Action [Original Complaint], Docket No. 3, Filed on May 25, 2018;

4.  Notice of Interested Parties, Docket No. 4, Filed on May 25, 2018;

5.  Notice of Assignment to United States Judge, Docket No. 5, Filed on May 29, 2018;

6.  Issued Summons in a Civil Action [Original Complaint], Docket No. 6, Filed on May 29, 2018;

7.  Order Re: Notice to Counsel, Docket No. 7, Filed on May 31, 2018;

8.  Civil Minutes Re: Order (In Chambers) Setting Pre-Trial and Trial Dates, Docket No. 20, Filed on July 25, 2018;

9.  First Amended Complaint, Docket no. 32, Filed on October 11, 2018;

10. Issued Summons in a Civil Action [First Amended Complaint], Docket No. 36, Filed on October 19, 2018.