UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OMAR ARNOLDO MARTINEZ, et al., | No. CV 18-01125-R(GJSx) |
| Plaintiffs, | ORDER STAYING THE ENTIRE CASE DUE TO THE  LAPSE OF APPROPRIATIONS |
| v. | |
| THE GEO GROUP, et al., | |
| Defendants. | Honorable Manuel L. Real United States District Judge |

1

The Court, having considered the parties' *Ex Parte* Application for a Stay The Entire Case Due To The Lapse Of Appropriations, and good cause appearing therefor, hereby ORDERS that due to the lapse in appropriations to the Department of Justice ("Department"), the entire case is stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 7, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/ *David M. Harris*
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

Attorneys for Federal Defendant

2