NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| OMAR ARNOLDO MARTINEZ, et al., | No. EDCV 18-01125 R (GJSx) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| THE GEO GROUP, et al., | |
| Defendants. | |

The Court, having considered the Joint Status Report re Stay, and good cause appearing, hereby ORDERS:

1)    The stay of these proceedings is lifted;

2)    The deadline for Defendants United States of America and Jones to answer, plead, or otherwise respond to Plaintiff's First Amended Complaint shall be continued until March 8, 2019.

3)    Discovery cut-off is May 13, 2019.

4)    Memorandum of contentions of fact and law, exhibit lists, and witness lists shall be due on or before May 13, 2019.

5)    The last day to lodge the parties' final pretrial conference order is May 27, 2019.

6)      The final pretrial conference is continued to June 3, 2019 at 11:00 a.m.

7)      The jury trial shall be continued to July 2, 2019 at 9:00 a.m.

Dated:February 28, 2019

_____

UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


    /s/ Jason K. Axe
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America

2