NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-8827
        Facsimile: (213) 894-7819
        E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ, et al, <br><br> Plaintiff, <br><br> vs. <br><br> THE GEO GROUP, et al., <br><br> Defendants. | Case No. EDCV 18-01125 R (GJSx) <br><br> **STIPULATION DISMISSING WITHOUT PREJUDICE PLAINTIFFS' FOURTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANT UNITED STATES OF AMERICA** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant United States of America as follows:

/ / /

/ / /

Plaintiffs and Defendant United States hereby stipulate to dismissal without prejudice of Plaintiffs' Fourth Cause of Action for Intentional Infliction of Emotional Distress solely as to Defendant United States of America.  Plaintiffs and Defendant United States agree to bear their own costs and fees as to these claims.

Respectfully submitted,

Dated: _March 6, 2019_    LAW OFFICE OF RACHEL STEINBACK
LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS &
HOFFMAN LLP
LAW OFFICE OF MATTHEW STRUGAR
LAW OFFICE OF COLLEEN FLYNN

By: _____

Attorneys for Plaintiffs

Dated: March 5, 2019    NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

By: _____/s/ Jason K. Axe_____
Jason K. Axe
Attorneys for Defendant United States

1