NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8827
     Facsimile: (213) 894-7819
     E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant United States

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ, et al, <br><br> Plaintiff, <br><br> vs. <br><br> THE GEO GROUP, et al., <br><br> Defendants. | Case No. 5:18-cv-01125 R (GJSx) <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant United States of America as follows:

On February 28, 2019, this Court issued an order granting Defendant United States until March 8, 2019 to answer, plead, or otherwise respond to Plaintiff's First Amended Complaint. Defendant filed a motion to dismiss, or in the alternative, for summary judgment on March 8, 2019. Because the Court's motion hearing dates are the first and third Mondays of each month, under the Central District

Local Rules, the first available date for the hearing of the motion would be April 15, 2019. However, on that date, Counsel for Defendant will be out of the state, on a preplanned trip with his family to deal with the personal effects and affairs of a close family member, who recently passed away with no immediate relatives living with or near him.

In light of Counsel for Defendant's unavailability on April 15, 2019, along with the upcoming deadlines in this case, the parties seek an order from the Court permitting them to have Defendant's motion heard on April 1, 2019, with the following briefing schedule: Plaintiff's Opposition due on March 18, 2019. Defendant's Reply due on March 25, 2019.

Respectfully submitted,

Dated: _____

LAW OFFICE OF RACHEL STEINBACK
LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS &
HOFFMAN LLP
LAW OFFICE OF MATTHEW STRUGAR
LAW OFFICE OF COLLEEN FLYNN

By: ___-see attached page_____

Attorneys for Plaintiffs

Dated: March 6, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

By: _____/s/ *Jason K. Axe*_____

Jason K. Axe
Attorneys for Defendant United States

Local Rules, the first available date for the hearing of the motion would be April 15, 2019. However, on that date, Counsel for Defendant will be out of the state, on a preplanned trip with his family to deal with the personal effects and affairs of a close family member, who recently passed away with no immediate relatives living with or near him.

In light of Counsel for Defendant's unavailability on April 15, 2019, along with the upcoming deadlines in this case, the parties seek an order from the Court permitting them to have Defendant's motion heard on April 1, 2019, with the following briefing schedule: Plaintiff's Opposition due on March 18, 2019. Defendant's Reply due on March 25, 2019.

Dated: _March 8, 2019_

Respectfully submitted,

LAW OFFICE OF RACHEL STEINBACK
LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS &
HOFFMAN LLP
LAW OFFICE OF MATTHEW STRUGAR
LAW OFFICE OF COLLEEN FLYNN

By: _____

Attorneys for Plaintiffs

Dated: March 6, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

By: ___/s/ _Jason K. Axe_____
        Jason K. Axe
        Attorneys for Defendant United States

1