UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ, et al, <br><br> Plaintiff, <br><br> vs. <br><br> THE GEO GROUP, et al., <br><br> Defendants. | Case No. EDCV 18-01125 R (GJSx) <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Pursuant to the parties' separately filed Stipulation Regarding Briefing Schedule and Hearing Date for Defendant United States of America's Motion to Dismiss, or in the Alternative, for Summary Judgment,

/ / /

/ / /

IT IS HEREBY ORDERED that Defendant's motion may be heard on April 1, 2019, with the following briefing schedule: Plaintiff's Opposition due on March 18, 2019. Defendant's Reply due on March 25, 2019.

Dated: March 11, 2019

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division


/s/ *Jason K. Axe*
_____
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant United States