UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

OMAR ARNOLDO RIVERA MARTINEZ, et al,

Plaintiff,

vs.

THE GEO GROUP, et al.,

Defendants.

Case No. EDCV 18-01125 R (GJSx)

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' FOURTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANT UNITED STATES OF AMERICA**

Pursuant to the parties' separately filed Stipulation Dismissing Without Prejudice Plaintiffs' Fourth Cause of Action for Intentional Infliction of Emotional Distress Against Defendant United States of America,

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that the following claim is dismissed without prejudice solely as to Defendant United States of America:

Plaintiffs' Fourth Cause of Action for Intentional Infliction of Emotional Distress.

Plaintiffs and Defendant United States agree to bear their own costs and fees as to this claim.

Dated: March 12, 2019

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant United States