# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1 - 10, individuals,<br><br>Defendants. | CASE NO. 5:18-cv-01125-R-GJS<br><br>**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' FIFTH, SIXTH AND EIGHTH CAUSES OF ACTION AGAINST DEFENDANT SARAH JONES**<br><br>The Hon. Manuel L. Real, Ctrm 880 |

4851-1405-6330.1

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' FIFTH, SIXTH AND EIGHTH CAUSES OF ACTION AGAINST DEFENDANT SARAH JONES**

LEWIS BRISBOIS

Pursuant to the parties' separately filed Stipulation Dismissing, Without Prejudice Plaintiffs' Fifth, Sixth and Eighth Causes of Action against Defendant Sarah Jones,

IT IS HEREBY ORDERED that the following claims are dismissed without prejudice solely as to Defendant Sarah Jones.

Plaintiffs' First Amendment (42 U.S.C. §1983; *Bivens* Claim) Retaliation Against Protected Conduct;

Plaintiffs' Sixth Cause of Action for Fourth and Fourteenth Amendments (42 U.S.C. §1983; *Bivens* Claim) Excessive Force; and,

Plaintiffs' Eighth Cause of Action, Bane Act; Cal. Civ. Code §52.1.

Plaintiffs and Defendant Sarah Jones agree to bear their own costs and fees as to these claims.

DATED: March 14, 2019

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

George E. Nowotny, Esq.
Judith M. Tishkoff, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Judith M. Tishkoff*_____
*Attorneys for Defendant*
*Sarah Jones*

4851-1405-6330.1
2

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' FIFTH, SIXTH AND EIGHTH CAUSES OF ACTION AGAINST DEFENDANT SARAH JONES**

LEWIS
BRISBOIS