NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,

Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,

Defendants.

Case No. 5:18-cv-01125-R-GJS

**ORDER GRANTING THE JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND ALL PRETRIAL DEADLINES**

[*Joint Stipulation filed concurrently herewith*]

Judge:      Honorable Manuel L. Real

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4852-0996-1108 v1
05788-0035
4/15/19

- 1 -

5:18-CV-01125-R-GJS
ORDER GRANTING JOINT STIPULATION

# ORDER

Having reviewed the Parties' Joint Stipulation to Continue the Trial Date and All Pre-Trial Deadlines, and GOOD CAUSE appearing therefore, the Joint Stipulation is hereby GRANTED.

It is hereby ordered that the pre-trial deadlines and trial date be continued as follows:

(1)    The Discovery Cut-Off is to be continued from May 13, 2019, to June, 10 2019;

(2)    The deadline to file Pre-Trial Filings is to be continued from May 13, 2019, to June 10, 2019;

(3)    The deadline for the Pre-Trial Conference Order is to be continued from May 27, 2019, to June 24, 2019;

(4)    The Final Pre-Trial Conference is to be continued from June 3, 2019, at 11:00 a.m. to July 1, 2019, at 11:00 a.m.; and

(5)    The Jury Trial is to be continued from July 2, 2019, at 9:00 a.m. to August 6, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 26, 2019

_____
Honorable Manuel L. Real
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4852-0996-1108 v1
05788-0035
4/15/19

- 2 -

5:18-CV-01125-R-GJS
ORDER GRANTING JOINT STIPULATION

Respectfully Submitted,

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., DIAZ, CAMPOS and CITY OF ADELANTO

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-0996-1108 v1
05788-0035
4/15/19

- 3 -

5:18-CV-01125-R-GJS
ORDER GRANTING JOINT STIPULATION