1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-R-GJS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND ALL PRETRIAL DEADLINES**<br><br>Judge:    Honorable Manuel L. Real<br><br>Action Filed: May 25, 2018 |

- 1 -

# ORDER

Having reviewed the Parties' Joint Stipulation to Continue the Trial Date and All Pre-Trial Deadlines, and GOOD CAUSE appearing therefore, the Joint Stipulation is hereby GRANTED.

It is hereby ordered that the pre-trial deadlines and trial date be continued as follows:

(1) The Discovery Cut-Off is to be continued from June 10, 2019, to July 25, 2019;

(2) The deadline to file Pre-Trial Filings is to be continued to July 29, 2019;

(3) The deadline for the Pre-Trial Conference Order is to be continued to August 19, 2019;

(4) The Final Pre-Trial Conference is to be continued from July 1, 2019 to August 26, 2019, at 11:00 a.m.; and

(5) The Jury Trial is to be continued from August 6, 2019, at 9:00 a.m. to September 24, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 14, 2019

_____
Honorable Manuel L. Real
United States District Court Judge