Rachel Steinback, SBN 310700
LAW OFFICE OF RACHEL STEINBACK
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*
*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA MARTINEZ;
ISAAC ANTONIO LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE MATEO
LEMUS CAMPOS; MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER ANTONIO
BURGOS MEJIA; LUIS PEÑA GARCIA;
JULIO CESAR BARAHONA CORNEJO, as
individuals,

PLAINTIFFS,

v.

THE GEO GROUP, Inc., a Florida
corporation; the CITY OF ADELANTO, a
municipal entity; GEO LIEUTENANT
DIAZ, sued in her individual capacity;
GEO SERGEANT CAMPOS, sued in his
individual capacity; SARAH JONES,  sued
in her individual capacity; THE UNITED
STATES OF AMERICA[1]; CORRECT CARE
SOLUTIONS, INC.; and DOES 1-10,
individuals;

DEFENDANTS.

Case No.:   5:18-cv-01125-R-GJS

**JOINT STIPULATION TO FILE
SECOND AMENDED COMPLAINT**

*([Proposed] Order filed concurrently
herewith)*

---

[1]  The United States of America ("USA") remains in the caption as a Defendant solely to
preserve Plaintiffs' rights on appeal. Plaintiffs' claims against the USA were dismissed by the
Court on May 1, 2019 (*see* Dkt. 70).

Catherine Sweetser, SBN 271142
Kristina Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 2324281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

STIPULATION TO FILE SECOND AMENDED COMPLAINT

**TO THE ABOVE ENTITLED COURT:**

Plaintiffs Omar Arnoldo Rivera Martinez, Isaac Antonio Lopez Castillo, Josue Vladimir Cortez Diaz, Josue Mateo Lemus Campos, Marvin Josue Grande Rodriguez, Alexander Antonio Burgos Mejia, Luis Peña Garcia, and Julio Cesar Barahona Cornejo ("Plaintiffs") and Defendants The GEO Group, Inc. ("GEO"), the City of Adelanto, GEO Lieutenant Duran, GEO Lieutenant Diaz, GEO Sergeant Campos (collectively, "GEO Defendants"), and Sarah Jones, LVN (collectively, GEO Defendants and Sarah Jones are hereinafter referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, discovery has revealed that Correct Care Solutions contracted with Defendant GEO Group to provide medical care to the detainees at Adelanto Detention Center;

WHEREAS, discovery has revealed that Correct Care Solutions at all times relevant was Defendant Sarah Jones's and DOE 6's employer;

WHEREAS, Plaintiffs have agreed to dismiss Lieutenant Duran from the lawsuit, in exchange for Defendants waiving any associated costs, and the amended complaint eliminates her from any claims;

WHEREAS, for all the foregoing reasons, all parties consent to the filing of the Second Amended Complaint to conform the Complaint to the discovery taken in this case.

**IT IS SO STIPULATED**.

Dated:  July 31, 2019                    LEWIS BRISBOIS BISGAARD & SMITH

                                         By:  _/s/ Judith M. Tishkoff_____
                                              Judith M. Tishkoff
                                              *Attorneys For Defendant,*
                                              *SARAH JONES.*

STIPULATION TO FILE SECOND AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  July 31, 2019                    BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Susan E. Coleman

  Susan E. Coleman[2]
  Kristina D. Strottman
  Carmen M. Aguado
  *Attorneys for Defendants,*
  *THE GEO GROUP, INC., CITY OF*
  *ADELANTO, CAMPOS, DIAZ and*
  *DURAN.*

Dated:  July 31, 2019                    LAW OFFICE OF RACHEL STEINBACK

                                         LAW OFFICE OF CAROL A. SOBEL

                                         SCHONBRUN SEPLOW
                                         HARRIS & HOFFMAN LLP

                                         LAW OFFICE OF MATTHEW STRUGAR

                                         LAW OFFICE OF COLLEEN FLYNN


BY: /s/ Catherine E. Sweetser

  Catherine E. Sweetser
  *Attorney for Plaintiffs.*

---

[2] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

4

STIPULATION TO FILE SECOND AMENDED COMPLAINT