# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br>   PLAINTIFFS,<br> v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; THE UNITED STATES OF AMERICA[1]; and DOES 1-13, individuals;<br><br>   DEFENDANTS. | Case No.:   5:18-cv-01125-R-GJS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

---

[1] The United States of America ("USA") remains in the caption as a Defendant solely to preserve Plaintiffs' rights on appeal. Plaintiffs' claims against the USA were dismissed by the Court on May 1, 2019 (*see* Dkt. 70).

Based upon the Stipulation of the Parties and, GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. Plaintiffs shall file their Second Amended Complaint after the granting of this order.
2. Defendants shall have 21 days from when the Second Amended Complaint is filed to respond to that complaint.

**IT IS SO ORDERED.**

DATED: _____, 2019

_____
**HONORABLE SHERI PYM**
United States District Magistrate Judge

-1-