UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-R-GJS<br><br>**ORDER ON JOINT STIPULATION TO VACATE ALL DATES PENDING (1) APPROVAL OF MAGISTRATE JUDGE AND (2) SCHEDULING CONFERENCE TO RESET DATES**<br><br>Judge:   Honorable R. Gary Klausner<br><br>Action Filed: May 25, 2018<br>Current Pre-Trial Conference Date: June 3, 2019<br>Current Trial Date: July 2, 2019 |

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4813-9312-7582 v1
7/29/19

- 1 -

5:18-CV-01125-R-GJS
ORDER ON JOINT STIPULATION

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the joint stipulation to vacate the pre-trial filings deadlines and trial date that are currently on calendar as follows:

1. The deadline to file pre-trial filings is hereby vacated.
2. The date to lodge the Pre-Trial Conference Order is hereby vacated.
3. The Final Pre-Trial Conference date is hereby vacated; and
4. The Jury trial date of September 24, 2019 is hereby vacated.
5. A Status Conference is set before Magistrate Judge Pym on <u>August 26, 2019 at 10:00 A.M.</u>

IT IS SO ORDERED:

Dated: July 31, 2019

*[signature: Gary Klausner]*
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4813-9312-7582 v1
7/29/19

- 2 -

5:18-CV-01125-R-GJS
ORDER ON JOINT STIPULATION

| | |
|---|---|
| 1 | Submitted By: |
| 2 | Susan E. Coleman (SBN 171832)<br>E-mail: scoleman@bwslaw.com |
| 3 | Kristina Doan Strottman (SBN 268188)<br>E-mail: kstrottman@bwslaw.com |
| 4 | Carmen M. Aguado (SBN 291941)<br>E-mail: caguado@bwslaw.com |
| 5 | BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400 |
| 6 | Los Angeles, CA 90071-2953<br>Tel: 213.236.0600   Fax: 213.236.2700 |
| 7 | |
| 8 | Attorneys for Defendants<br>THE GEO GROUP, INC., CITY OF ADELANTO, CAMPOS, DIAZ and DURAN |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-9312-7582 v1
7/29/19

- 3 -

5:18-CV-01125-R-GJS
ORDER ON JOINT STIPULATION