# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA MARTINEZ;
ISAAC ANTONIO LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE MATEO
LEMUS CAMPOS; MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER ANTONIO
BURGOS MEJIA; LUIS PEÑA GARCIA;
JULIO CESAR BARAHONA CORNEJO, as
individuals,

         PLAINTIFFS,

   v.

THE GEO GROUP, Inc., a Florida
corporation; the CITY OF ADELANTO, a
municipal entity; GEO LIEUTENANT
DURAN, sued in her individual capacity;
THE UNITED STATES OF AMERICA[1]; and
DOES 1-13, individuals;

         DEFENDANTS.

Case No.:   5:18-cv-01125-R-GJS

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT**

---

[1] The United States of America ("USA") remains in the caption as a Defendant solely to preserve Plaintiffs' rights on appeal. Plaintiffs' claims against the USA were dismissed by the Court on May 1, 2019 (*see* Dkt. 70).

Based upon the Stipulation of the Parties and, GOOD CAUSE APPEARING,

IT IS ORDERED THAT:

1.    Plaintiffs shall file their Second Amended Complaint after the granting of this order.

2.    Defendants shall have 21 days from when the Second Amended Complaint is filed to respond to that complaint.

**IT IS SO ORDERED.**

DATED: August 9, 2019        _____

**HONORABLE SHERI PYM**
United States District Magistrate Judge

-1-