**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>　　　　　　　PLAINTIFFS,<br><br>　　v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals;<br>　　　　　　　DEFENDANTS. | Case No.:   5:18-cv-01125-SP<br><br>*Assigned to Hon. Gail J. Standish for Upcoming Settlement Conference Only.*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW INDIVIDUALS TO BE EXCUSED FROM BEING PHYSICALLY PRESENT AT SETTLEMENT CONFERENCE**<br><br>*Settlement Conference:*<br>*Date: August 21, 2019*<br>*Time: 11:00 a.m.*<br>*Crtm: 640, Roybal Building* |

Based upon the Stipulation of the Parties and, GOOD CAUSE APPEARING,
IT IS ORDERED THAT:

1. Plaintiffs Omar Rivera Martinez, Isaac Lopez Castillo, Marvin Grande Rodriguez, and Luis Pena Garcia may appear telephonically at the settlement conference.

2. The Court excuses the individual defendants from appearing at the settlement conference.

3. Lead trial counsel for Nurse Jones need not appear, as other counsel for Nurse Jones with authority to negotiate on her behalf will be present.

**IT IS SO ORDERED.**

DATED: August 14, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-