1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10

OMAR ARNOLDO RIVERA
MARTINEZ; ISAAC ANTONIO
LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE
MATEO LEMUS CAMPOS;
MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER
ANTONIO BURGOS MEJIA; LUIS
PEÑA GARCIA; JULIO CESAR
BARAHONA CORNEJO, as
individuals,

Plaintiffs,

v.

The GEO Group, Inc., a Florida
corporation; the City of Adelanto, a
municipal entity; GEO Lieutenant Diaz,
sued in her individual capacity; GEO
Sergeant Campos, sued in his individual
capacity; Sarah Jones,  sued in her
individual capacity; The United States
of America; Correct Care Solutions,
Inc.; and DOES 1-10, individuals;

Defendants.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 5:18-cv-01125-SP

~~[PROPOSED]~~ **ORDER GRANTING
JOINT STIPULATION TO DISMISS
DEFENDANT SARAH JONES
WITH PREJUDICE**

Judge:     Honorable Sheri Pym

# [PROPOSED] ORDER

Based upon the Stipulation of the Parties and, GOOD CAUSE APPEARING, IT IS ORDERED THAT Defendant Sarah Jones is hereby dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: _August 28_, 2019

_____
HONORABLE SHERI PYM
United States District Magistrate Judge