# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation; the City of Adelanto, a municipal entity; GEO Lieutenant Diaz, sued in her individual capacity; GEO Sergeant Campos, sued in his individual capacity; Sarah Jones, sued in her individual capacity; The United States of America; Correct Care Solutions, Inc.; and DOES 1-10, individuals;<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT CORRECT CARE SOLUTIONS, INC. WITH PREJUDICE<br><br>Judge:   Honorable Sheri Pym |

1 **[PROPOSED] ORDER**

2   Based upon the Stipulation of the Parties and GOOD CAUSE APPEARING,
3 IT IS ORDERED THAT Defendant Correct Care Solutions, Inc. is hereby
4 dismissed WITH PREJUDICE.

6 **IT IS SO ORDERED.**

8 DATED: October 17, 2019   _____
9                            HONORABLE SHERI PYM
                             United States District Magistrate Judge