# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br> **(PROPOSED) ORDER ON JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DISPOSITIVE MOTIONS AND SET A BRIEFING SCHEDULE** <br><br> Magistrate Judge:     Honorable Sheri Pym |

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4841-2011-8699 v1
11/1/19

- 1 -

5:18-CV-01125-SP
(PROPOSED) ORDER ON JOINT STIPULATION

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the joint stipulation regarding the filing of dispositive motions and to set a briefing schedule as follows:

- The deadline to file dispositive motion(s) be continued from November 5, 2019, to November 12, 2019;
- The deadline for Plaintiffs to file an opposition to the dispositive motion(s) be set as November 26, 2019;
- The deadline for the moving parties to file their replies in support of their dispositive motion(s) be set as December 6, 2019; and
- The last day for hearing on motions be continued from December 3, 2019 to December 17, 2019 (or next available non-closed date if that date is closed on December 17, 2019).

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Honorable Sheri Pym
United States Magistrate Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4841-2011-8699 v1
11/1/19

- 2 -

5:18-CV-01125-SP
(PROPOSED) ORDER ON JOINT STIPULATION

1 | Respectfully Submitted By:

2 | Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
3 | Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
4 | BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
5 | Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

6 |

7 | Attorneys for Defendants
THE GEO GROUP, INC., CITY OF ADELANTO, CAMPOS, and DIAZ

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4841-2011-8699 v1
11/1/19

- 3 -

5:18-CV-01125-SP
(PROPOSED) ORDER ON JOINT STIPULATION