UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**(PROPOSED) ORDER ON JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DISPOSITIVE MOTIONS AND SET A BRIEFING SCHEDULE**<br><br>Magistrate Judge:    Honorable Sheri Pym |

///

///

---

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4841-2011-8699 v1
11/1/19

- 1 -

5:18-CV-01125-SP
(PROPOSED) ORDER ON JOINT STIPULATION

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the joint stipulation regarding the filing of dispositive motions and to set a briefing schedule as follows:

- The deadline to file dispositive motion(s) be continued from November 5, 2019, to November 12, 2019;
- The deadline for Plaintiffs to file an opposition to the dispositive motion(s) be set as November 26, 2019;
- The deadline for the moving parties to file their replies in support of their dispositive motion(s) be set as December 6, 2019; and
- The last day for hearing on motions be continued from December 3, 2019 to December 17, 2019 (or next available non-closed date if that date is closed on December 17, 2019).

**IT IS SO ORDERED.**

Dated: November 4, 2019

Honorable Sheri Pym
United States Magistrate Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4841-2011-8699 v1
11/1/19

- 2 -

5:18-CV-01125-SP
(PROPOSED) ORDER ON JOINT STIPULATION

1  Respectfully Submitted By:

2  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
3  Carmen M. Aguado (SBN 291941)
   E-mail:  caguado@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
   Tel:  213.236.0600      Fax:  213.236.2700
6
   Attorneys for Defendants
7  THE GEO GROUP, INC., CITY OF ADELANTO, CAMPOS, and DIAZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4841-2011-8699 v1
11/1/19

- 3 -

5:18-CV-01125-SP
(PROPOSED) ORDER ON JOINT
STIPULATION