Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br> **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION REQUESTING LETTERS IN SUPPORT OF PLAINTIFFS' VISA APPLICATIONS FOR TRIAL** <br><br> **<u>HEARING:</u>** <br> Date: December 10, 2019 <br> Time: 10:00 a.m. <br> Ctrm: 3 |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

2

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION REQUESTING LETTERS IN SUPPORT OF PLAINTIFFS' VISA APPLICATIONS FOR TRIAL

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE** that Plaintiffs Omar Arnoldo Rivera Martinez and Isaac Antonio Lopez Castillo respectfully move to request a letter from the Honorable Sheri Pym in support of Plaintiffs' visa applications for trial-related travel in the United States.  This motion is based upon the United States Department of State requirements for foreign nationals traveling to the United States to conduct temporary business, including litigation.  *See* U.S. Dep't of State, Foreign Affairs Manual (FAM), 9 FAM 402.2-5(B)(U)(4).

The hearing on this motion will take place on Tuesday, December 10, 2019 at 10:00 a.m. at 3470 12th St., Riverside, CA 92501, Courtroom 3, 3rd Floor, or at another date and time ordered by the Court.

This motion is made following the meet and confer of counsel in accordance with L.R. 7-3 which took place on October 31, 2019.  Defendants do not oppose this motion.

DATED: November 4, 2019        Respectfully submitted,

                                        LAW OFFICE OF RACHEL STEINBACK
                                      LAW OFFICE OF CAROL A. SOBEL
                                      SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
                                      LAW OFFICE OF COLLEEN FLYNN
                                      LAW OFFICE OF MATTHEW STRUGAR


                                      By:   */s/ Monique Alarcon*
                                      Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION REQUESTING LETTERS IN SUPPORT OF PLAINTIFFS' VISA APPLICATIONS FOR TRIAL

## PLAINTIFFS' UNOPPOSED MOTION REQUESTING LETTERS IN SUPPORT OF PLAINTIFFS' VISA APPLICATIONS FOR TRIAL

Plaintiffs are eight asylum seeking refugees from El Salvador and Honduras who were placed in United States Immigration and Customs Enforcement ("ICE") custody at Adelanto ICE Processing Center during the incident giving rise to this action. Presently, all Plaintiffs are out of ICE custody and six of the eight Plaintiffs reside within the United States. Plaintiffs Omar Arnoldo Rivera Martinez and Isaac Antonio Lopez Castillo no longer reside in the United States.

Plaintiff Lopez Castillo was granted asylum by the Mexican government and resides in Tijuana, B.C., Mexico. Plaintiff Rivera Martinez was issued a humanitarian visa by the Mexican government and resides in Tapachula, Chiapas, Mexico.

Trial in this matter is scheduled to begin February 3, 2020. In order to attend and testify at trial in person, Plaintiffs Lopez Castillo and Rivera Martinez must have B-1/B-2 Nonimmigrant Visas in order to enter the United States. *See* U.S. Dep't of State, Foreign Affairs Manual (FAM), 9 FAM 402.2-5(B)(U)(4) (noting B-I visa is appropriate for aliens seeking to enter the United States for litigation purposes). If granted, these B-1/B-2 Nonimmigrant Visas, which are temporary visas for business and tourism, will enable Plaintiffs to enter the United States and participate in this litigation. Although Plaintiffs Rivera Martinez and Lopez Castillo have been deposed in Mexico, visas are still required for attendance at trial. Plaintiffs' counsel will cover all travel expenses and any expenses incurred by Plaintiffs during their visits to the United States for trial.

Attached to this motion as Exhibits A and B, Plaintiffs have provided two letters for the Court's consideration; one for each requesting Plaintiff. Plaintiffs request that the Court submit these letters to the U.S. Consulate General in Tijuana, Mexico (Ex. A) and the U.S. Consular Agency in Oaxaca, Mexico (Ex. B) and provide copies of the signed letters to Plaintiffs' counsel for direct submission to the

4

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION REQUESTING LETTERS IN SUPPORT OF PLAINTIFFS' VISA APPLICATIONS FOR TRIAL

U.S. Department of State as well. Plaintiffs note that submission of such letters is routine. Attached as Exhibit C is an example of a similar letter sent by a district court judge in the Central District of California.

All parties met and conferred on this motion and Defendants do not oppose this request. Accordingly, Plaintiffs respectfully request that this Court submit letters in support of Plaintiffs' visa applications for trial-related travel to the United States.

DATED: November 4, 2019          Respectfully submitted,

                              LAW OFFICE OF RACHEL STEINBACK
                              LAW OFFICE OF CAROL A. SOBEL
                              SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
                              LAW OFFICE OF COLLEEN FLYNN
                              LAW OFFICE OF MATTHEW STRUGAR

                              By:   */s/ Monique Alarcon*
                              Attorneys for Plaintiffs

5

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION REQUESTING LETTERS IN SUPPORT OF PLAINTIFFS' VISA APPLICATIONS FOR TRIAL