Name & Address:
Susan E. Coleman (SBN 171832)
Carmen M. Aguado (SBN 291941)
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071-2953

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ, ET AL.<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:18-cv-01125-SP<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed  ☐ Lodged: (**List Documents**)

Defendants THE GEO GROUP, INC. and CITY OF ADELANTO ("Defendants") will lodge a DVD containing a video recording of the June 12, 2017, incident at Adelanto Detention Facility, which is at issue in this case. The video recording is filed as Exhibit "F" to the Appendix of Exhibits in support of Defendants' Motion for Summary Judgment filed on November 12, 2019.

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| November 12, 2019<br>Date | /s/ Carmen M. Aguado<br>Attorney Name<br>Carmen M. Aguado<br>Attorneys for Defendants<br>Party Represented<br>THE GEO GROUP, INC., DIAZ, CAMPOS, CITY OF ADELANTO |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

