Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., CITY OF ADELANTO, CAMPOS, and DIAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br> **DECLARATION OF LEO MCCUSKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** <br><br> Magistrate Judge:     Honorable Sheri Pym |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-4133-9307 v1
10/28/19

- 1 -

5:18-CV-01125-SP
MCCUSKER DECL. ISO MSJ

I, Leo McCusker, declare as follows:

1. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

2. I am employed by The GEO Group, Inc. ("GEO") as the Training Administrator at the Adelanto Detention Center ("Facility"). As the Training Administrator, I am responsible for the organization, implementation, coordination, and evaluation of internal and external training programs for GEO staff, which includes providing training on GEO's policies and procedures. As part of this role, I am familiar with GEO's policies, practices, and training.

3. GEO has policies and procedures regarding the use of force, placement of detainees in restrictive housing units, detainee access to telephones, and emergency plans, including responding to hunger strikes. When an officer is initially hired, he/she must complete pre-service training, which consists of 136-hours of training on various policies and procedures in a classroom setting. The policies and procedures are distilled into PowerPoint presentations, and there are a number of exams to evaluate the officer's knowledge of the policies and procedures. New hires are also trained on the constitutional rights of detainees.

4. Thereafter, officers are required to complete 40 hours of on-the-job training. Annually, officers are required to complete 40-hours of in-service training.

5. Prior to being promoted to a supervisory position or assigned as a transportation officer (i.e. positions that permits an officer to use and carry chemical agents), an officer is required to complete additional training that builds on the pre-service training. The additional training includes training specific to the use chemical agents (e.g. pepper spray or OC spray) and covers topics such as the use of force requirements that permit the use of chemical agents, the decontamination process, and the effects of chemical agents on the person. The training includes instruction in a classroom setting and, then, direct exposure to

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-4133-9307 v1
10/28/19

- 2 -

5:18-CV-01125-SP
MCCUSKER DECL. ISO MSJ

1  chemical agents. Thereafter, supervisors are required to complete monthly training
2  on various topics (e.g. completing evaluations and use of force report writing).

3       6.     Based on information and belief, GEO creates is policies to be
4  consistent with the Performance-Based National Detention Standards (standards
5  created by U.S. Immigration and Customs Enforcement ("ICE") that relate to the
6  safety, security and conditions of confinement for detainees) and Peace Officer
7  Standards and Training.

8       7.     For example, GEO teaches its officers to only force as a last alternative
9  after all other reasonable efforts to resolve the situation have failed. Officers are
10 trained to on the "Use-of-Force Continuum," which is a model used to illustrate the
11 levels of force staff may use to gain control of a detainee. The levels that are
12 relevant to the Facility are as follows:

13      a. Staff presence without action;
14      b. Verbal commands;
15      c. Soft techniques (techniques from which there is minimal chance of
16         injury; e.g., grasping, empty-hand, "come-along" holds, using impact
17         weapons for holds, pressure to pressure points, chemical agents); and
18      d. Hard techniques (techniques where there is a greater possibility of
19         injury; e.g., "take-downs" or striking using impact weapons, such as
20         deploying chemical agents, expandable batons, straight batons,
21         authorized less-lethal devices, and specialty impact weapons).

22      8.     Per GEO policy, the use of chemical agents is authorized when, in
23 pertinent part, a detainee cannot be approached without danger to self or others and
24 it is determined that a delay in bringing the situation under control would constitute
25 a serious hazard to the detainee or others, or would result in a major disturbance or
26 serious property damage. Officers are trained that chemical agents may be useful to
27 control or quell a disturbance that is likely to develop into a serious disorder. When
28 a detainee has been subdued through the use of a chemical agent, staff will make

physical contact with the detainee and staff are expected to maintain control of the situation. The detainee will then be taken into custody, handcuffed, and control holds or other restraints devices (such as leg chains or belly chains) can be utilized based on the situation. The detainee will then be escorted to the appropriate holding area for processing.

9. Additionally, a detainee that has come into contact with a chemical agent will be decontaminated/cleaned as soon as reasonably possible by flushing the contaminated area with generous amounts of water for 5 to 10 minutes or until the irritation is gone. This can be done in a shower, for example. Thereafter, the detainee is examined by the medical unit that is staffed by a third party contractor. In 2017, the third party contractor was Correction Care Solutions.

10. Officers are trained to document all incidents involving the use of force, and the Shift Supervisor will complete a "Use of Force/Restraints Report" to document the use of force or chemical agents. Following any incident involving the use of force, the Facility Administrator, Assistant Facility Administrator, Captain, Health Services Administrator and the Field Office Director's designee shall meet and review the incident.

11. The review completed by supervisory staff is intended to (a) assess the reasonableness of the actions taken by staff (e.g., if the force used was appropriate and in proportion to the detainee's actions) and (b) confirm the actions conform to GEO's policies and procedures. During pre-service training, staff is made aware that if they fail to comply with GEO's policies and procedures, they will be disciplined. Depending on the severity of the infraction, the discipline could result in termination. GEO's Use of Force policy is attached to the Appendix of Exhibits as Exhibit "H."

12. Pursuant to GEO policy, a detainee may be placed in administrative segregation when the detainee is awaiting an investigation or a hearing for a violation of facility rules. This is not a punitive measure. A written order shall be

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-4133-9307 v1
10/28/19

- 4 -

5:18-CV-01125-SP
MCCUSKER DECL. ISO MSJ

completed and approved by a Shift Supervisor before a detainee is placed in administrative segregation, except when exigent circumstances make this impracticable.

13. A detainee may be placed in Disciplinary Segregation only after a finding by the Institution Disciplinary Panel (IDP) or equivalent that the detainee is guilty of a high level prohibited act or rule violation. A written order detailing the reasons for placing the detainee is disciplinary segregation shall be completed and signed by the Disciplinary Hearing Officer before a detainee is placed in disciplinary segregation. A copy of the order shall be given to the detainee within 24 hours with limited exceptions. This procedure is followed to ensure detainees are given due process. GEO's Restrictive Housing Units – Detainee Access to Telephone policy is attached to the Appendix of Exhibits as Exhibit "I."

14. Officers are trained that detainees shall have reasonable and equitable access to telephones to maintain essential community and legal contacts, unless such access is controlled as part of the disciplinary or administrative segregation process. The facility shall not restrict the number of calls a detainee places to his/her legal representatives, nor limit the duration of such calls by rule or automatic cut-off, *unless* necessary for security purposes or to maintain orderly and fair access to telephones. Under no circumstance is a detainee permitted to make or be involved in a "three-way" call. Detainees are made aware that three-way calls are prohibited when they arrive at the Facility. GEO's Communication, Mail, And Visitation policy is attached to the Appendix of Exhibits as Exhibit "J."

15. Per GEO policy, officers are also trained to identify any detainee who may use a hunger strike to resolve personal issues. Officers are instructed to attempt to negotiate with the individual or key leader in a group to discontinue the proposed Hunger Strike. If negotiations fail, the detainee(s) are isolated from the General Population and placed in Medical. If the group is too large, the detainee(s) should be taken to an alternative housing unit or an area where food intake can be

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-4133-9307 v1
10/28/19

- 5 -

5:18-CV-01125-SP
MCCUSKER DECL. ISO MSJ

1  monitored. GEO's Emergency Plans Manual – Hunger Strike Response Plan is
2  attached to the Appendix of Exhibits as Exhibit "K."
3      16.  Based upon information and belief, I am not aware of any information
4  that would demonstrate GEO has unconstitutional or deficient policies or training
5  on use of force. If GEO became aware of any situations indicating that a policy or
6  practice needed to be updated, those changes would be made.
7      I declare under penalty of perjury under the laws of California and the United
8  States of America that the foregoing is true and correct.

10  Executed on November 11 2019, at Adelanto, California.

                                                    _____
                                                    LEO MCCUSKER

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4825-4133-9307 v1
10/28/19

- 6 -

5:18-CV-01125-SP
MCCUSKER DECL. ISO MSJ