1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Carmen M. Aguado (SBN 291941)
   E-mail: caguado@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600    Fax: 213.236.2700
5
   Attorneys for Defendants
6  THE GEO GROUP, INC., DIAZ, CAMPOS and
   CITY OF ADELANTO
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, | Case No. 5:18-cv-01125-SP

**DECLARATION OF CARMEN M. AGUADO IN SUPPORT OF DEFENDANTS DIAZ AND CAMPOS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

*[Notice of Motion and Motion for Summary Judgment; Memorandum of Points & Authorities; Statement of Uncontroverted Material Facts; and [Proposed] Order Filed Concurrently]*

Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,

Defendants.

Hearing Date: December 17, 2019
Time: 10:00 a.m.
Courtroom: 3

Mag. Judge: Honorable Sheri Pym

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-8619-0228 v1
05788-0035

- 1 -

5:18-CV-01125-SP
DECLARATION OF
CARMEN AGUADO ISO OF MSJ

I, Carmen M. Aguado, declare as follows:

1. I am admitted in this Court and the State of California. I am an associate at Burke, Williams & Sorensen, LLP, and I am counsel of record for Defendants The GEO Group, Inc., Diaz, Campos, and the City of Adelanto (hereinafter "Defendants").

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness. This declaration is made in support of Defendants' motion for summary judgment or, in the alternative, summary adjudication.

3. In compliance with Local Rule 7-3, on October 29, 2019, I sent Plaintiffs' counsel a 7-page meet and confer letter regarding the allegations against Defendants. In response, Plaintiffs' counsel agreed to voluntarily dismiss Plaintiffs' ninth claim for conspiracy under 42 U.S.C. § 1985(3). After thorough discussions, we were unsuccessful in resolving the remaining claims against Defendants.

4. Attached to the Appendix as Exhibit "N" is a true and correct copy of the pertinent pages from the deposition of Julio Cesar Barahona Cornejo taken on June 10, 2019.

5. Attached to the Appendix as Exhibit "O" is a true and correct copy of the pertinent pages from the deposition of Josue Mateo Lemus Campos taken on May 23, 20190

6. Attached to the Appendix as Exhibit "P" is a true and correct copy of the pertinent pages from the deposition of Isaac Antonio Lopez Castillo taken on July 23, 2019.

7. Attached to the Appendix as Exhibit "Q" is a true and correct copy of the pertinent pages from the deposition of Alexander Antonio Burgos Mejia taken on May 17, 2019.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-8619-0228 v1
05788-0035

- 2 -

5:18-CV-01125-SP
DECLARATION OF
CARMEN AGUADO ISO OF MSJ

1  8. Attached to the Appendix as Exhibit "R" is a true and correct copy of
2  the pertinent pages from the deposition of Marvin Josue Grande Rodriguez taken on
3  May 30, 2019.

4  9. Attached to the Appendix as Exhibit "S" is a true and correct copy of
5  the pertinent pages from the deposition of Luis Pena Garcia taken on June 4, 2019.

6  10. Attached to the Appendix as Exhibit "T" is a true and correct copy of
7  the pertinent pages from the deposition of Jose Bladimir Cortez Diaz dated on June
8  17, 2019.

9  11. Attached to the Appendix as Exhibit "U" is a true and correct copy of
10 the pertinent pages from the deposition of Omar Arnoldo Rivera Martinez taken on
11 June 6, 2019.

12 12. Attached to the Appendix as Exhibit "V" is a true and correct copy of
13 the pertinent pages from the deposition of Officer Rodrick Gillon taken on May 13,
14 2019.

15 13. Attached to the Appendix as Exhibit "W" is a true and correct copy of
16 the pertinent pages from the deposition of LVN Sarah Ann Jones taken on June 27,
17 2019.

18 14. Attached to the Appendix as Exhibit "X" is a true and correct copy of
19 the pertinent pages from the deposition of Officer Rebecca Jindi taken on June 14,
20 2019.

21 15. Attached to the Appendix as Exhibit "Y" is a true and correct copy of
22 the pertinent pages from the deposition of Officer Gilbert Martinez taken on June
23 14, 2019.

24 ///
25 ///
26 ///
27 ///
28 ///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-8619-0228 v1
05788-0035

- 3 -

5:18-CV-01125-SP
DECLARATION OF
CARMEN AGUADO ISO OF MSJ

16. Attached to the Appendix as Exhibit "Z" is a true and correct copy of the pertinent pages from the deposition of Anthony Reyes taken on April 30, 2019.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on November 12, 2019, at Los Angeles, California.

*/s/ Carmen M. Aguado*
CARMEN M. AGUADO

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-8619-0228 v1
05788-0035

- 4 -

5:18-CV-01125-SP
DECLARATION OF
CARMEN AGUADO ISO OF MSJ