1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  OMAR ARNOLDO RIVERA                    Case No. 5:18-cv-01125-SP
    MARTINEZ; ISAAC ANTONIO
12  LOPEZ CASTILLO; JOSUE                  **[PROPOSED] ORDER GRANTING**
    VLADIMIR CORTEZ DIAZ; JOSUE            **DEFENDANTS DIAZ AND**
13  MATEO LEMUS CAMPOS;                    **CAMPOS' MOTION FOR**
    MARVIN JOSUE GRANDE                    **SUMMARY JUDGMENT OR, IN**
14  RODRIGUEZ; ALEXANDER                   **THE ALTERNATIVE, PARTIAL**
    ANTONIO BURGOS MEJIA; LUIS             **SUMMARY JUDGMENT**
15  PEÑA GARCIA; JULIO CESAR
    BARAHONA CORNEJO, as
16  individuals,
                                           Mag. Judge: Honorable Sheri Pym
17              Plaintiffs,

18  v.

19  THE GEO GROUP, Inc., a Florida
    corporation; the CITY OF
20  ADELANTO, a municipal entity; GEO
    LIEUTENANT DURAN, sued in her
21  individual capacity; GEO
    LIEUTENANT DIAZ, sued in her
22  individual capacity;   GEO
    SERGEANT CAMPOS, sued in his
23  individual capacity; SARAH JONES,
    sued in her individual capacity; THE
24  UNITED STATES OF AMERICA;
    and DOES 1-10, individuals,
25
                Defendants.
26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4851-9694-1972 v1
05788-0035                        - 1 -                     5:18-CV-01125-SP
                                                    [PROPOSED] ORDER RE MSJ

The Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment of Defendants Campos and Diaz ("Defendants"), brought under Federal Rule of Civil Procedure 56, on the Second Amended Complaint of Plaintiffs Omar Arnoldo Rivera Martinez, Isaac Antonio Lopez Castillo, Josue Vladimir Cortez Diaz, Josue Mateo Lemus Campos, Marvin Josue Grande Rodriguez, Alexander Antonio Burgos Mejia, Luis Peña Garcia, and Julio Cesar Barahona Cornejo, came on regularly for hearing before the Honorable Magistrate Judge Sheri Pym on December 17, 2019.

The Court having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in connection therewith, enters the following order on Defendants Campos and Diaz Motion for Summary Judgment as follows:

1. Plaintiffs cannot bring Section 1983 claims against Defendants Campos and Diaz and their only remedies against Defendants Campos and Diaz are state law claims. *Russell v. U.S. Dep't of the Army*, 191 F.3d 1016, 1019 (9th Cir. 1999); *Minneci v. Pollard*, 565 U.S. 118, 131 (2012).

2. The undisputed evidence shows Defendants Campos and Diaz did not violate Plaintiffs' constitutional rights (claims five, six, and seven).

3. The undisputed evidence shows Defendants Campos and Diaz are not liable for the alleged constitutional violations of their subordinates because they did not direct the alleged violations, or know of the alleged violations and fail to act to prevent them (claims five, six, and seven).

4. The undisputed evidence shows Defendants Campos and Diaz did not violate Plaintiffs' rights under state law (claims one, two, four, eight and ten).

5. The undisputed evidence shows Defendants Campos and Diaz are not liable for the conduct of their subordinates because they did not provide substantial assistance or encouragement to their subordinates to engage in actions that would violate Plaintiffs' rights under state law (claims one, two, four, eight and ten).

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-9694-1972 v1
05788-0035

- 2 -

5:18-CV-01125-SP
[PROPOSED] ORDER RE MSJ

1    WHEREFORE, GOOD CAUSE HAVING BEEN SHOWN, Defendants

2    Diaz and Campos are granted summary judgment in this case and are dismissed

3    with prejudice, reasonable costs to be awarded in an amount according to proof.

4    IT IS SO ORDERED:

5    Dated: _____            _____

6                                     Honorable Sheri Pym
                                      United States District Court Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4851-9694-1972 v1
05788-0035

- 3 -

5:18-CV-01125-SP
[PROPOSED] ORDER RE MSJ

1    Respectfully Submitted,

2    Susan E. Coleman (SBN 171832)
     E-mail:  scoleman@bwslaw.com
3    Carmen M. Aguado (SBN 291941)
     E-mail:  caguado@bwslaw.com
4    BURKE, WILLIAMS & SORENSEN, LLP
     444 South Flower Street, Suite 2400
5    Los Angeles, CA  90071-2953
     Tel:  213.236.0600     Fax:  213.236.2700
6
     Attorneys for Defendants
7    THE GEO GROUP, INC., DIAZ, CAMPOS and CITY OF ADELANTO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-9694-1972 v1
05788-0035

- 4 -

5:18-CV-01125-SP
[PROPOSED] ORDER RE MSJ