Name & Address:

Susan E. Coleman (SBN 171832)
Carmen M. Aguado (SBN 291941)
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071-2953

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OMAR ARNOLDO RIVERA MARTINEZ, ET AL. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:18-cv-01125-SP |
| v. | |
| THE GEO GROUP, Inc., a Florida corporation, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed   ☐ Lodged: (**List Documents)**

Defendants CAMPOS, and DIAZ ("Defendants") will lodge a DVD containing a video recording of the June 12, 2017, incident at Adelanto Detention Facility, which is at issue in this case.  The video recording is filed as Exhibit "F" to the Appendix of Exhibits in support of Defendants' Motion for Summary Judgment filed on November 12, 2019.

**Reason:**

☐    Under Seal

☐    In Camera

☒    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Per Court order dated: _____

☐    Other:

November 12, 2019                             /s/ Carmen M. Aguado
Date                                                      Attorney Name
                                                            Carmen M. Aguado
                                                            Attorneys for Defendants
                                                            Party Represented
                                                            THE GEO GROUP, INC., DIAZ, CAMPOS, CITY
                                                            OF ADELANTO

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                      **NOTICE OF MANUAL FILING OR LODGING**


American LegalNet, Inc.
www.FormsWorkFlow.com