```
 1  Susan E. Coleman (SBN 171832)
    E-mail: scoleman@bwslaw.com
 2  Carmen M. Aguado (SBN 291941)
    E-mail: caguado@bwslaw.com
 3  BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
 4  Los Angeles, CA 90071-2953
    Tel: 213.236.0600    Fax: 213.236.2700
 5
    Attorneys for Defendants
 6  THE GEO GROUP, INC., CITY OF ADELANTO,
    CAMPOS, and DIAZ
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**DECLARATION OF SERVICE OF NOTICE OF MANUAL FILING OF EXHIBIT F (DIAZ AND CAMPOS MOTION FOR SUMMARY JUDGMENT)**<br><br>Magistrate Judge:    Honorable Sheri Pym |

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CAM #4834-6142-8652 v1
11/13/19

- 1 -

5:18-CV-01125-SP
DECLARATION OF SERVICE BY MAIL OF NOTICE OF MANUAL FILING

I, Kathleen van Daalen Wetters, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action;

2. My business address is 2310 E. Ponderosa Drive, Suite 25, Camarillo, California 93010, which is located in the city, county and state where the mailing described below took place.

3. On November 13, 2019, I deposited in the United States Mail at Camarillo, California, a copy of the **Notice of Manual Filing or Lodging (Document No. 112) along with Exhibit F (DVD)**, a copy of which is attached to this Declaration on counsel in this matter . I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November, 2019, at Camarillo, California.

_____
KATHLEEN VAN DAALEN WETTERS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CAM #4834-6142-8652 v1
11/13/19

- 2 -

5:18-CV-01125-SP
DECLARATION OF SERVICE BY MAIL OF NOTICE OF MANUAL FILING

Name & Address:
Susan E. Coleman (SBN 171832)
Carmen M. Aguado (SBN 291941)
BURKE, WILLIAMS & SORENSEN, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071-2953

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| OMAR ARNOLDO RIVERA MARTINEZ, ET AL.<br><br>PLAINTIFF(S)<br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:18-cv-01125-SP |
|---|---|
| | **NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: **(List Documents)**

Defendants CAMPOS, and DIAZ ("Defendants") will lodge a DVD containing a video recording of the June 12, 2017, incident at Adelanto Detention Facility, which is at issue in this case. The video recording is filed as Exhibit "F" to the Appendix of Exhibits in support of Defendants' Motion for Summary Judgment filed on November 12, 2019.

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 12, 2019
Date

/s/ Carmen M. Aguado
Attorney Name
Carmen M. Aguado
Attorneys for Defendants
Party Represented
THE GEO GROUP, INC., DIAZ, CAMPOS, CITY OF ADELANTO

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*



van Daalen Wetters, Dee

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, November 12, 2019 8:53 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 5:18-cv-01125-SP Rivera Martinez et al v. The Geo Group, Inc., et al Notice of Manual Filing (G-92) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Aguado, Carmen on 11/12/2019 at 8:52 PM PST and filed on 11/12/2019

**Case Name:** Rivera Martinez et al v. The Geo Group, Inc., et al
**Case Number:** 5:18-cv-01125-SP
**Filer:** Campos
GEO Lieutenant Diaz
**Document Number:** 112

**Docket Text:**
**NOTICE of Manual Filing filed by Defendants Campos, GEO Lieutenant Diaz of DVD, Exhibit F to Appendix of Exhibits. (Aguado, Carmen)**

**5:18-cv-01125-SP Notice has been electronically mailed to:**

Carmen M Aguado    caguado@bwslaw.com, dwetters@bwslaw.com

Carol A Sobel    carolsobellaw@gmail.com

Catherine Elizabeth Sweetser    csweetser@sshhlaw.com, cgallegos@sshhlaw.com, prosales@sshhlaw.com

Colleen Flynn    cflynnlaw@yahoo.com

George E Nowotny , III    george.nowotny@lewisbrisbois.com

1

Judith Melinda Tishkoff     judith.tishkoff@lewisbrisbois.com

Kristina A Harootun     kharootun@sshhlaw.com, cgallegos@sshhlaw.com, prosales@sshhlaw.com

Matthew D Strugar     matthew@matthewstrugar.com, matthewstrugar@gmail.com

Monique Amanda Alarcon     monique.alarcon8@gmail.com

Rachel Steinback     steinbacklaw@gmail.com

Susan E Coleman     scoleman@bwslaw.com, dwetters@bwslaw.com, gmoreno@bwslaw.com, tmehra@bwslaw.com

**5:18-cv-01125-SP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Separate Filing Campos and Diaz Notice Of Manual Filing or Lodging Exhibits MSJ (FINAL).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/12/2019] [FileNumber=28758812-0] [9927837e0884c4686e5957ed03a39c8182783baae28dcdae2876ab9e5c69f59390ed82849536ba7349f05bf16b977fc8291dc43f7e8969cd03489ec213498d5b]]

*Omar Arnoldo Rivera Martinez et al v. The GEO Group, Inc., et al*
Case No. 5:18-cv-01125-SP

# SERVICE LIST

Rachel Steinback
Rachel Steinback Law Offices
P O Box 291253
Los Angeles, CA 90029
213-537-5370
Fax: 213-232-4003
Email: steinbacklaw@gmail.com

Carol A Sobel
Monique Amanda Alarcon
Avneet Singh Chattha
Carol A Sobel Law Offices
725 Arizona Avenue Suite 300
Santa Monica, CA 90401
310-393-3055
Fax: 310-451-3858
Email: carolsobel@aol.com; avneet.chattha7@gmail.com; monique.alarcon8@gmail.com

Catherine Elizabeth Sweetser
Kristina A. Harootun
Schonbrun Seplow Harris and Hoffman LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
310-396-0731
Fax: 310-399-7040
Email: csweetser@sshhlaw.com; kharootun@sshhlaw.com

Colleen Flynn
Law Office of Colleen Flynn
3435 Wilshire Boulevard Suite 2910
Los Angeles, CA 90010
213-252-9444
Fax: 213-252-0091
Email: cflynnlaw@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
323-696-2299
Email: matthewstrugar@gmail.com

Attorneys For Plaintiffs,
OMAR ARNOLDO RIVERA MARTINEZ, ISAAC ANTONIO LOPEZ CASTILLO, JOSUE VLADIMIR CORTEZ DIAZ, JOSUE MATEO LEMUS CAMPOS, MARVIN JOSUE GRANDE RODRIGUEZ, ALEXANDER ANTONIO BURGOS MEJIA, LUIS PENA GARCIA, and JULIO CESAR BARAHONA CORNEJO

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CAM #4834-6142-8652 v1
11/13/19

- 3 -

5:18-CV-01125-SP
DECLARATION OF SERVICE BY MAIL OF NOTICE OF MANUAL FILING