

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
3470 TWELFTH STREET
RIVERSIDE, CALIFORNIA 92501

CHAMBERS OF
HON. SHERI PYM
MAGISTRATE JUDGE

TELEPHONE
(951) 328-2245

November 21, 2019

United States Consular Agency
*Extension of Embassy in Mexico City*
Macedonio Alcala No. 407, Office 20
Oaxaca, Oaxaca C.P. 68000

    Re:    Non-immigrant Visa Applications for a Plaintiff in the Matter of
             *Omar Arnoldo Rivera Martinez, et al v. The GEO Group, Inc. et al*,
             USDC Central, Case No. 5:18-cv-01125-SP

Dear Sir or Madam:

    I am the presiding judge in the above-referenced matter, a civil action pending in the U.S. District Court for the Central District of California, in which Plaintiffs, eight asylum seekers from El Salvador and Honduras, allege they suffered harm while detained in United States Immigration and Customs Enforcement ("ICE") custody at Adelanto ICE Processing Center. All Plaintiffs are presently released from ICE custody; however, two Plaintiffs now lawfully reside in Mexico. I have set this matter for trial beginning on February 3, 2020.

    Plaintiffs' counsel have informed me, consistent with my own understanding, that to travel to the United States for trial, these two Plaintiffs need United States visas. As a result, I am informed that they are applying for B-1/B-2 Nonimmigrant Visas (Temporary Visitor for Business & Tourism) to allow them to attend trial in this matter. The following individual is a Plaintiff in this action who requires a visa, and I understand he will be seeking a visa from the United States Consular Agency in Oaxaca, Mexico:

        Omar Arnoldo Rivera Martinez, Salvadoran Passport No. A02763722

    Mr. Rivera Martinez's counsel have represented to me that they will cover all travel expenses and any expenses incurred by Mr. Rivera Martinez during his visit to the United States for trial. Thank you for your attention to this matter.

                                                                 Sincerely,

                                                                 The Honorable Sheri Pym
                                                                 United States Magistrate Judge