Rachel Steinback, SBN 310700
LAW OFFICE OF RACHEL STEINBACK
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br>       PLAINTIFFS,<br>  v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals;<br>       DEFENDANTS. | Case No.:   5:18-cv-01125-R-GJS<br><br>**DECLARATION OF PLAINTIFF OMAR ARNOLDO RIVERA MARTINEZ**<br><br>*Filed concurrently with Plaintiffs' Opposition to Defendants The Geo Group and City of Adelanto Motion for Summary Judgment* |

Catherine Sweetser, SBN 271142
Kristina Harootun, SBN 308718
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) Kharootun@sshhlaw.com

Colleen Flynn, SBN 2324281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

**Declaration of Omar Arnoldo Rivera Martinez**

I, OMAR ARNOLDO RIVERA MARTINEZ, declare as follows:

1. I have personal knowledge of the facts stated below and could testify competently to these facts if I were asked to testify as a witness.

2. From May 2017 to approximately August 2018 I was detained in ICE Custody at the Adelanto Detention Center in the city of Adelanto, California.

3. During my time at the Adelanto facility, I resided in various dorms, including dorms that I understood were named "2-Charlie," "5-Bravo," and the "segregation" dorms. I had access to and used the shower facilities in each of these dorms.

4. To turn on the shower in each of these dorms, I would have to press a button on the shower wall and water would spray from the showerhead at approximately 1-2 minute intervals. To access more water, I would have to press the button again. In each of these dorms, the water was always consistently at a hot temperature. I did not have the ability to change the water temperature to a hotter or colder temperature.

5. Each time I showered, I would briefly wet my body and quickly step away from the showerhead because I felt that the water was too hot. I would scrub myself with the soap and quickly rinse off again. This was my regular practice while I was detained at Adelanto because, in my experience, the water was always hot, regardless of which shower I used.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 24th day of November 2019, in Tapachula, Chiapas, Mexico.

OMAR ARNOLDO RIVERA MARTINEZ

1