Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**DECLARATION OF MONIQUE A. ALARCON IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGEMENT**<br><br>*Filed Concurrently herewith:* |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

## DECLARATION OF MONIQUE A. ALARCON

I, Monique A. Alarcon, declare as follows:

I am an attorney-at-law at the Law Office of Carol A. Sobel. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth herein (except where indicated upon information and belief), and if called as a witness, could and would testify competently thereto. I am making this opposition declaration in support of Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment.

1. Attached hereto as Exhibit 1 is the GEO Group Training Presentation on Use of Force.

2. Attached hereto as Exhibit 2 is all Plaintiffs' Administrative Segregation Orders.

3. Attached hereto as Exhibit 3 is the List of Grievances produced by Plaintiffs as P000199-200.

4. Attached hereto as Exhibit 4 is the General Incident Reports produced by GEO as GEO00283-00309.

5. Attached hereto as Exhibit 5 is the Dorm Officer Logbook from June 12, 2017 produced by GEO as GEO05119-05207.

6. Attached hereto as Exhibit 6 is Office of Civil Rights and Civil Liberties Complaint, filed by Nicole Ramos.

7. Attached hereto as Exhibit 7 are Plaintiffs' Medical Report on Injuries.

8. Attached hereto as Exhibit 8 is GEO Group Hunger Strike Response Plan.

9. Attached hereto as Exhibit 9 are true and correct copies of excerpts of the deposition transcript of GEO Person Most Knowledgeable Barry Belt, taken on August 12, 2019.

///

10. Attached hereto as Exhibit 10 are true and correct copies of excerpts of the deposition transcript of Person Most Knowledgeable Leo Marvin McCusker, taken on September 24, 2019.

11. Attached hereto as Exhibit 11 are true and correct copies of excerpts of the deposition transcript of Person Most Knowledgeable James Janecka, taken on September 24, 2019.

12. Attached hereto as Exhibit 12 are true and correct copies of excerpts of the deposition transcript of Person Most Knowledgeable Jesse Flores, taken on June 28, 2019.

13. Attached hereto as Exhibit 13 are true and correct copies of excerpts of the deposition transcript of Person Most Knowledgeable Joanna Langill, taken on August 20, 2019.

14. Attached hereto as Exhibit 14 are true and correct copies of excerpts of the deposition transcript of Defendant Sergeant Giovanni Campos, taken on May 8, 2019.

15. Attached hereto as Exhibit 15 are true and correct copies of excerpts of the deposition transcript of Defendant Lieutenant Jane Lynn Diaz, taken May 20, 2019.

16. Attached hereto as Exhibit 16 are true and correct copies of excerpts of the deposition transcript of Officer Anthony Reyes, taken April 30, 2019.

17. Attached hereto as Exhibit 17 are true and correct copies of excerpts of the deposition transcript of Officer Rodrick Gillon, dated May 13, 2019.

18. Attached hereto as Exhibit 18 are true and correct copies of excerpts of the deposition transcript of Officer Rebecca Jindi, taken on June 14, 2019.

19. Attached hereto as Exhibit 19 are true and correct copies of excerpts of the deposition transcript of Officer Frankie Juarez, taken on August 26, 2019.

20. Attached hereto as Exhibit 20 are true and correct copies of excerpts of the deposition transcript of Officer Gilbert Martinez, taken on June 14, 2019.

21. Attached hereto as Exhibit 21 are true and correct copies of excerpts of the deposition transcript of LVN Sarah Ann Jones, taken on June 27, 2019.

22. Attached hereto as Exhibit 22 are true and correct copies of excerpts of the deposition transcript of Dr. Richard Medrano, taken on July 10, 2019.

23. Attached hereto as Exhibit 23 are true and correct copies of excerpts of the deposition transcript of Plaintiff Isaac Antonio Lopez Castillo, taken on July 23, 2019.

24. Exhibit 24, the deposition transcript of Plaintiff Josue Mateo Lemus Campos is not attached. Plaintiffs had a technical issue with this exhibit at 10:00 p.m. Plaintiffs will file a true and correct copy of excerpts of this deposition transcript as early as possible on November 27, 2019 in order to not prejudice Defendants. Plaintiffs are aware that Defendants are in possession of a copy.

25. Attached hereto as Exhibit 25 are true and correct copies of excerpts of the deposition transcript of Plaintiff Julio Cesar Barahona Cornejo, taken on June 10, 2019.

26. Attached hereto as Exhibit 26 are true and correct copies of excerpts of the deposition transcript of Plaintiff Jose Bladimir Cortez Diaz, taken on June 17, 2019.

27. Attached hereto as Exhibit 27 are true and correct copies of excerpts of the deposition transcript of Plaintiff Omar Arnoldo Rivera Martinez, taken on June 6, 2019

28. Attached hereto as Exhibit 28 are true and correct copies of excerpts of the deposition transcript of Plaintiff Alexander Antonio Burgos Mejia, taken on May 17, 2019.

29. Attached hereto as Exhibit 29 are true and correct copies of excerpts of the deposition transcript of Plaintiff Luis Ernesto Pena Garcia, taken on June 4, 2019.

///
///

30. Attached hereto as Exhibit 30 are true and correct copies of excerpts of the deposition transcript of Plaintiff Marvin Josue Grande Rodriguez, taken on May 30, 2019.

31. Attached hereto as Exhibit 31 is Video Still, view C-1 at 6:30:51) and was marked as Exhibit 2 to the Deposition of Officer Rebecca Jindi.

32. Attached hereto as Exhibit 32 is a true and correct copy of Plaintiff Pena Garcia's Response No. 11 to GEO's Interrogatories to Plaintiff Pena Garcia, Set One, dated February 8, 2019.

33. Attached hereto as Exhibit 33 is a true and correct copy of Plaintiff Burgos Mejia's Response No. 11 to GEO's Interrogatories to Plaintiff Burgos Mejia, Set One, dated February 8, 2019.

34. Attached hereto as Exhibit 34 is a true and correct copy of Plaintiff Rivera Martinez's Response No. 11 to GEO's Interrogatories to Plaintiff Rivera Martinez, Set One, dated February 8, 2019.

35. Attached hereto as Exhibit 35 is a true and correct copy of Plaintiff Grande Rodriguez's Response No. 11 to GEO's Interrogatories to Plaintiff Grande Rodriguez, Set One, dated February 8, 2019.

36. Attached hereto as Exhibit 36 is a true and correct copy of Plaintiff Lopez Castillo's Response No. 11 to GEO's Interrogatories to Plaintiff Lopez Castillo, Set One, dated February 8, 2019.

37. Attached hereto as Exhibit 37 is a true and correct copy of Plaintiff Campos Response No. 11 to GEO's Interrogatories to Plaintiff Campos, Set One, dated February 8, 2019.

38. Attached hereto as Exhibit 38 is a true and correct copy of Plaintiff Barahona Cornejo's Response No. 11 to GEO's Interrogatories to Plaintiff Barahona Cornejo, Set One, dated February 8, 2019.

///
///

39. Attached hereto as Exhibit 39 is a true and correct copy of Plaintiff Cortez Diaz's Response No. 11 to GEO's Interrogatories to Plaintiff Cortez Diaz, Set One, dated February 8, 2019.

40. Attached hereto as Exhibit 40 is a true and correct copy of GEO's Supplemental Response No. 79, in response to Plaintiffs' Request for Production, Set Four, dated July 10, 2019.

41. Attached hereto as Exhibit 41 is Letter from Attorney Nicole Ramos to Adelanto Detention Center produced by Plaintiffs as P000158-163.

42. Attached hereto as Exhibit 42 is Voicemail from Lieutenant Barry Belt to Attorney Nicole Ramos produced by Plaintiffs as P000199-200.

43. Attached hereto as Exhibit 43 is Plaintiff Rivera Martinez's grievances regarding phone number blocking produced by Plaintiffs as P000461 and by Defendant GEO Group as GEO00146.

44. Attached hereto as Exhibit 44 is phone call recording of Plaintiff Rivera Martinez.

45. Attached hereto as Exhibit 45 is Plaintiff Lopez Castillo list of blocked phone numbers.

46. Attached hereto as Exhibit 46 is Water Temperatures at Adelanto Detention Center.

47. Attached hereto as Exhibit 47 is Plaintiffs' Immigration and Customs Enforcement Agency (ICE) Detention Orders.

48. Attached hereto as Exhibit 48 is American Civil Liberties Union letter to Gabriel Valdez at ICE produced by Plaintiffs as P000010-14.

49. Attached hereto as Exhibit 49 is Declaration of Hussain Turk, dated June 23, 2017, produced by Plaintiffs as P000447-448.

50. Attached hereto as Exhibit 50 is Plaintiffs' Grievances to ICE following June 12, 2017 incident.

///

51.     Attached hereto as Exhibit 51 is Emails from Attorney Nicole Ramos to Immigration and Customs Enforcement Agency (ICE) officers produced by Plaintiffs as P00161-163.

52.     Attached hereto as Exhibit 52 is the Intergovernmental Services Agreement between ICE and the City of Adelanto, accessed as a public record.

I declare under the penalty of perjury under that the foregoing is true and correct.  Executed this 26th day of November, at Los Angeles, California.

*/s/ Monique A. Alarcon*
Monique A. Alarcon