Rachel Steinback, SBN 310700
LAW OFFICE OF RACHEL STEINBACK
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs*
*(Additional Counsel on Following Page)*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rivera Martinez, et al., | Case No. 5:18-cv-01125-SP |
| Plaintiffs, | **DECLARATION OF SERVICE OF NOTICE OF MANUAL LODGING OF EXHIBIT 42 AND 44.** |
| v. | |
| The Geo Group, Inc., et al., | |
| Defendants. | Action filed: May 29, 2018 |

PROOF OF SERVICE

| | |
|---|---|
| 1 | Catherine Sweetser, SBN 271142 |
| 2 | SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP |
|   | 11543 W. Olympic Boulevard |
| 3 | Los Angeles, CA 90064 |
| 4 | (t) 310-396-0731 |
|   | (f) 310-399-7040 |
| 5 | (e) csweetser@sshhlaw.com |
| 6 | |
| 7 | Colleen Flynn, SBN 234281 |
|   | LAW OFFICE OF COLLEEN FLYNN |
| 8 | 3435 Wilshire Boulevard, Suite 2910 |
| 9 | Los Angeles, CA 90010 |
|   | (t) 213-252-9444 |
| 10 | (f) 213-252-0091 |
| 11 | (e) cflynnlaw@yahoo.com |
| 12 | Matthew Strugar, SBN 232951 |
| 13 | LAW OFFICE OF MATTHEW STRUGAR |
|   | 3435 Wilshire Boulevard, Suite 2910 |
| 14 | Los Angeles, CA 90010 |
| 15 | (t) 323-696-2299 |
| 16 | (e) matthew@matthewstrugar.com |

PROOF OF SERVICE

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 11543 W. Olympic Boulevard, Los Angeles, CA 90064.

On **November 27, 2019,** I caused the service of the foregoing document(s) described as:

- **Compact Disc with Exhibits 42 & 44**
- **Notice of Lodging**

on the interested party(ies) in this action addressed as follows:

*Susan E. Coleman*
*Carmen M. Aguado*
*Burke, Williams & Sorensen, LLP*
*444 South Flower Street, Suite 2400*
*Los Angeles, CA 90071-2953*

__X__   **[BY FEDERAL EXPRESS]** I caused such document to be delivered by Federal Express Overnight Delivery.

____   **[BY EMAIL]** I caused the above document to be delivered by email to the below email address (es).

____   **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 27, 2019,** at Los Angeles, California.

_____
Perla Rosales

1
PROOF OF SERVICE

Name & Address:
Monique A. Alarcon (311650)
Law Office of Carol A. Sobel
725 Arizona Ave. Suite 300
Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Omar Arnoldo Rivera Martinez, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. 5:18-cv-01125-SP |
| v. | |
| The GEO Group, Inc., et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 42 (Voicemail from Lieutenant Barry Belt to Attorney Nicole Ramos)
Exhibit 44 (Audio recording of Plaintiff Martinez)

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 26, 2019
Date

Monique Alarcon
Attorney Name
Attorney for Plaintiffs
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING

