1 | Rachel Steinback, SBN 310700
2 | Law Office of Rachel Steinback
P.O. Box 291253
3 | Los Angeles, CA 90029
(t) 213-537-5370
4 | (f) 213-232-4003
(e) steinbacklaw@gmail.com
5 |
6 |
*Attorneys for Plaintiffs.*
7 |
8 | *[Additional Counsel on Following Page]*
9 |
10 |
11 |

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA
MARTINEZ; ISAAC ANTONIO
LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE
MATEO LEMUS CAMPOS;
MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER
ANTONIO BURGOS MEJIA; LUIS
PEÑA GARCIA; JULIO CESAR
BARAHONA CORNEJO, as
individuals,

           Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida
corporation; the CITY OF
ADELANTO, a municipal entity; GEO
LIEUTENANT DURAN, sued in her
individual capacity; GEO
LIEUTENANT DIAZ, sued in her
individual capacity;  GEO
SERGEANT CAMPOS, sued in his
individual capacity; SARAH JONES,
sued in her individual capacity; THE
UNITED STATES OF AMERICA;
and DOES 1-10, individuals,

           Defendants.

Case No. 5:18-cv-01125-SP

**[CORRECTED] EXHIBIT 24 TO
THE DECLARATION OF
MONIQUE A. ALARCON IN
SUPPORT OF PLAINTIFFS'
OPPOSITIONS TO DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT OR, IN THE
ALTERNATIVE, PARTIAL
SUMMARY JUDGEMENT**

*Filed Concurrently herewith:*

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

# EXHIBIT 24

## [CORRECTED]

1                 UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3

4   OMAR ARNOLDO RIVERA MARTINEZ; )
    ISAAC ANTONIO LOPEZ CASTILLO; )
5   JOSUE VLADIMIR CORTEZ DIAZ;   )
    JOSUE MATEO LEMUS CAMPOS;     )
6   MARVIN JOSUE GRANDE RODRIGUEZ;)
    ALEXANDER ANTONIO BURGOS      )
7   MEJIA; LUIS PENA GARCIA; JULIO)
    CESAR BARAHONA CORNEJO, as    )
8   individuals,                  )
                                  )
9            Plaintiffs,          )
                                  )
10  v.                            ) CASE NO.:
                                  ) 5:18-cv-01125-R-GJS
11  THE GEO GROUP, Inc., a        )
    Florida corporation; the      )
12  CITY OF ADELANTO, a municipal )
    entity; GEO LIEUTENANT DURAN, )
13  sued in her individual        )
    capacity; GEO LIEUTENANT DIAZ,)
14  sued in her individual        )
    capacity; GEO SERGEANT CAMPOS,)
15  sued in his individual        )
    capacity; SARAH JONES, sued   )
16  in her individual capacity,   )
    THE UNITED STATES OF AMERICA; )
17  and DOES 1-10, individuals,   )
                                  )
18           Defendants.          )
    ──────────────────────────────)
19

20      DEPOSITION OF JOSUE MATEO LEMUS CAMPOS

21            LOS ANGELES, CALIFORNIA

22            THURSDAY, MAY 23, 2019

23

24  BEA J. BECERRA, CSR 12099

25

1

1      Q    Now, you mentioned that the document listed

2  out your requirements.  Did it say anything else?

3      A    Yes, regarding -- it said on there, first the

4  questions, why we were doing the hunger strike --

5  several questions on that document.  And it

6  specifically said it was a peaceful strike.

7      Q    Did you actually read the document before it

8  was given to the officer?

9           MS. FLYNN:  Objection.  Vague.

10          THE WITNESS:  Yes, I gave it.  I read it, but

11 I don't specifically remember very well everything it

12 said, but I remember that.

13 BY MS. AGUADO:

14     Q    And do you remember who wrote it?

15     A    No.  They already had the papers.  Once I

16 gathered with them, they already had the paper with

17 the questions on it.

18     Q    So you recall it had the questions, and then

19 it stated that it would be a peaceful -- specifically

20 mentioned that it would be a peaceful strike.  Did it

21 say anything else?

22     A    That's all I remember, that it was going to

23 be a peaceful strike.

24     Q    Do you remember if it was in English or in

25 Spanish?

85

1            MS. FLYNN:  Objection.  Vague.  Calls for
2       speculation.
3            THE WITNESS:  They were already next to their
4       bunks.  They weren't at the tables.  Everybody had
5       gone to their own bunks, but they hadn't laid down in
6       their bunks.  But they were standing to watch to see
7       who was going on with us.  Some of them, not all of
8       them.
9       BY MS. AGUADO:
10           Q    For count are you required to lay down on
11      your bunk?
12           A    With some officers, yes, they do demand that
13      you lay down.  Others, just as long as you're next to
14      your bed.
15           Q    So were there some detainees that were not
16      complying with the count procedures because they were
17      watching what you were doing?
18           MS. FLYNN:  Objection.  Misstates his
19      testimony.  Calls for speculation.  Vague.
20           THE WITNESS:  Yes, they were also not
21      following, yes.  You can see clearly on the video.
22      BY MS. AGUADO:
23           Q    Okay.  So after the supervisor arrived, what
24      happened?
25           A    She arrived with several officers.  She was

                                                          91

1  speaking in English.  As far as a I recall, at some

2  point she said some word in Spanish -- as far as I

3  recall.  Or maybe because of the fear I was feeling

4  about what was going on, I didn't realize it.  But as

5  far as I recall, she didn't say anything in Spanish.

6          And then at a moment later, she didn't try

7  and find some kind of professional solution to direct

8  herself towards us.  Rather she immediately started

9  gassing us with the pepper, and then the officers were

10 grabbing us.

11         What I think is that why -- why did the

12 supervisor act in that manner?  Because I imagine that

13 they must already be trained or capable in order to

14 act in moments like these, like what we were doing,

15 what we were causing.  I mean, they did not act in a

16 professional manner to try and look for some kind of

17 solution, like, "Hey, what can we do with them?"

18 Like, you know, "We can talk it out and get everything

19 worked out."  We weren't fighting.  We weren't

20 breaking things.  We weren't causing any kind of

21 disorder or anything like that.  We were just sitting

22 down.

23         But she didn't look for not even a mediator,

24 someone who spoke Spanish to tell us, okay, look, what

25 you guys are doing is wrong.  This is going to affect

92

1    your case.  No, nothing, no.  No, just gassing us.

2    And then the officers on top of us.  No.  For me

3    that's not -- that's a big injustice.

4        Q    So I know you mentioned that she was speaking

5    English.  Did you have any understanding, even though

6    she wasn't speaking Spanish, what she wanted you to

7    do?

8            MS. FLYNN:  Objection.  Calls for

9    speculation.

10            THE WITNESS:  The truth is I don't.  No,

11   nothing.  I didn't -- I mean.

12   ///

13   BY MS. AGUADO:

14       Q    So you have no -- you didn't think that maybe

15   she wanted you to go to your bunk?

16            MS. FLYNN:  Objection.  Calls for

17   speculation.  Asked and answered.

18            THE WITNESS:  At that moment, I was so

19   worried because I didn't even know what was going to

20   happen, what I had gotten myself into.  I wasn't even

21   paying attention to what she was trying to tell us.

22   BY MS. AGUADO:

23       Q    Do you recall anyone else -- any of the other

24   officers speaking to anybody at the other tables?

25       A    No, I don't remember.

93

1     Q     Do you recall any of the other officers

2   speaking Spanish to anybody at the tables?

3     A     I don't remember that.

4     Q     Did you try to speak to any of the

5   officers?

6     A     No, I was too scared.  I couldn't figure out

7   what to do.

8     Q     Did you ever try speaking to the female

9   supervisor?

10    A     Not that either, because of the same fear.

11    Q     Did you see anybody else at the table

12  speaking to the supervisor?  And by anyone else I mean

13  any of the other detainees involved in the hunger

14  strike?

15    A     From those of us in the tank?

16    Q     From the men that were in the hunger strike,

17  were any of them speaking to the supervisor, the

18  female supervisor?

19    A     Out of the nine of us, the nine of us?

20    Q     Yes.

21    A     As far as I recall, no.

22    Q     Do you remember if any of the detainees,

23  including yourself, that were at the tables told the

24  supervisor that you were on a hunger strike?

25    A     I don't remember.

94

1        Q      Do you remember if anybody at the tables,

2   including yourself, ever told any of the officers that

3   arrived with the supervisor that you were on a hunger

4   strike?

5        A      Well, with those of us that were with me at

6   the table, as far as I recall, no.  No one said

7   anything because we had already handed in the paper to

8   the officer in charge as to why we were doing the

9   hunger strike.  But maybe the supervisor didn't even

10  read -- didn't even read the papers as to why we were

11  on strike.  I think she must not have read it because

12  she did not act in a professional manner.

13       Q      Previously you said that the letter said that

14  you were on a peaceful strike; is that correct?

15       A      Yes, yes.

16       Q      Okay.  And you said that after the supervisor

17  arrived, a moment later she had used pepper spray or

18  gassed with pepper.  How much time do you think lapsed

19  between the time that she arrived and the time that

20  she sprayed?

21            MS. FLYNN:  Objection.  Misstates his

22  testimony.  Compound and vague.

23            THE WITNESS:  I think maybe about -- I don't

24  exactly know, but I don't know too well how many

25  minutes, but it was really quickly.

                                                        95

1    BY MS. AGUADO:

2        Q    Do you know if it was more than five

3    minutes?

4        A    It was more --

5             MS. FLYNN:  Same objection.

6             THE WITNESS:  I don't know.  I don't know how

7    many minutes more or less.  I saw everything very

8    quickly.  I don't know.  I think it must have been

9    because of the same thing, because of the fear and

10   because of the pressure we already had.

11   BY MS. AGUADO:

12       Q    Before she sprayed, did you have an

13   understanding that she was going to spray?

14       A    No, the truth is I didn't.  I didn't even

15   imagine that.  As far as I was concerned she and the

16   officers were going to act in a different manner.  But

17   the truth is that no, I was mistaken.

18       Q    None of the officers asked you to get up and

19   go to your bunk, aside from the one that had actually

20   already called for count?

21            MS. FLYNN:  Objection.  Argumentative.  Asked

22   and answered.  Calls for speculation.

23            THE WITNESS:  Well, as far as I recall at my

24   table, the table I was at, no.  I don't know if the

25   others at the other table were told something, but I

96

1    don't remember any of that, for the same thing, that I

2    was afraid as to what may happen to me now that I was

3    in this.

4    BY MS. AGUADO:

5         Q    So why didn't you just get up and go to your

6    bunk?

7              MS. FLYNN:  Objection.  Argumentative.

8              THE WITNESS:  We were already in it.  There

9    was no turning back.  And, like I said, the supervisor

10   didn't look for some solution to what we were doing in

11   a correct way, just go for the gas and let's go.  The

12   officers grabbed us.

13   BY MS. AGUADO:

14        Q    So just to be perfectly clear, as you sit

15   here today, you didn't realize they wanted you to go

16   back to your bunk for count?

17             MS. FLYNN:  Objection.  Asked and answered.

18   Argumentative, vague, and calls for speculation.

19             THE WITNESS:  I don't remember too well what

20   they were saying in English, what -- what the -- the

21   supervisor was saying.  And if some officers said

22   something to us in Spanish, I don't remember having

23   heard any of that.  And I really don't know.

24   BY MS. AGUADO:

25        Q    When she used the gas, where was she

97

1    of the gas.  And they still continued spraying us in

2    the front.  No, that was suffering.

3    BY MS. AGUADO:

4        Q    Do you think she sprayed you more than three

5    times?

6            MS. FLYNN:  Objection.  Vague.

7            THE WITNESS:  I don't know.  But she did do

8    quite a lot of gas.  Yes, she did quite a lot of

9    gas.

10   BY MS. AGUADO:

11       Q    Did she ever spray you directly in your

12   face?

13       A    It all -- ever since she did spray the first

14   one, it fell on all of us, because that spreads, that

15   spreads.  And since we were close by --

16       Q    Did she ever spray you directly in the

17   face?

18           MS. FLYNN:  Objection.  Asked and answered.

19           MS. AGUADO:  It wasn't answered.

20           THE WITNESS:  No, not on my face because I

21   went like this on the table (indicating).  But it

22   doesn't matter.  It spreads.  If they do it here to

23   your head, it will spread.  It will spread.

24   BY MS. AGUADO:

25       Q    So you indicated you put your face down on

99

1    the table?

2       A    Yes, because my face was already burning

3    since the first time that she gassed us.

4       Q    But you don't recall that she ever sprayed

5    you directly in the face?

6            MS. FLYNN:  Objection.  Vague.  Asked and

7    answered.  Misstates his testimony.

8            THE WITNESS:  Like head on, head-on?

9    BY MS. AGUADO:

10      Q    Yes.

11      A    Directly to my face, no.  But back here on my

12   head, on my shoulder, yes.  And when we would lift up

13   like to look for a little bit to see what was going

14   on, since that remains in the air, it would -- all of

15   that would fall on our face.

16      Q    Okay.  Do you remember if she ever sprayed

17   you directly in your groin area or your private

18   area?

19      A    No.  When they showered me with the hot

20   water, that's when all the water came down all over

21   me, and it went into my intimate area.  But all of

22   this, I could no longer take it in my eyes or in my

23   face.  I felt like they were going to explode.  And

24   more so when they showered me with the hot water, no,

25   the pain was tripled all over my body and eyes.  I

100

1   far too much.  It burns a bunch.  It burns a bunch.

2   My fellow detainees, one of them was just yelling.  He

3   couldn't tolerate the burning.

4       Q    Okay.  So after she sprayed, what happened?

5   Did you get up and comply with orders, or what

6   happened?

7            MS. FLYNN:  Objection.  Vague.  Compound.

8            THE WITNESS:  No, because of the fear, some

9   other co-workers arrive.

10           THE INTERPRETER:  Interpreter correction.

11           THE WITNESS:  Other fellow detainees arrived

12  there to the table we were at.  And because of the

13  fear I was in, I was really scared that something

14  would happen, that something more than what was normal

15  would happen to us, something worse.  So we hooked

16  arms like this (indicating) because of the fear,

17  because we didn't want them to do something to us, you

18  know, the officers.  So we held each other by our

19  arms, but they still pulled us, and they pulled us

20  apart.

21  BY MS. AGUADO:

22      Q    Why didn't you get up and go back to your

23  bunk at this point?

24           MS. FLYNN:  Objection.  Argumentative.

25  Assumes facts not in evidence.

103

1    far too much.  It burns a bunch.  It burns a bunch.

2    My fellow detainees, one of them was just yelling.  He

3    couldn't tolerate the burning.

4        Q    Okay.  So after she sprayed, what happened?

5    Did you get up and comply with orders, or what

6    happened?

7            MS. FLYNN:  Objection.  Vague.  Compound.

8            THE WITNESS:  No, because of the fear, some

9    other co-workers arrive.

10           THE INTERPRETER:  Interpreter correction.

11           THE WITNESS:  Other fellow detainees arrived

12   there to the table we were at.  And because of the

13   fear I was in, I was really scared that something

14   would happen, that something more than what was normal

15   would happen to us, something worse.  So we hooked

16   arms like this (indicating) because of the fear,

17   because we didn't want them to do something to us, you

18   know, the officers.  So we held each other by our

19   arms, but they still pulled us, and they pulled us

20   apart.

21   BY MS. AGUADO:

22       Q    Why didn't you get up and go back to your

23   bunk at this point?

24           MS. FLYNN:  Objection.  Argumentative.

25   Assumes facts not in evidence.

                                                      103

```
 1              THE WITNESS:  I didn't want to make my

 2     friends lose out.  We had already initiated all of

 3     this, and I don't know, that's in me.  I don't -- I

 4     don't like to let my friends lose out.  We were

 5     already in this problem.  And well, happen what may,

 6     let it all happen to all of us the same.

 7     BY MS. AGUADO:

 8          Q    Did you understand that when you did not go

 9     to your bunk when the officer announced count, that

10     there would be consequences?

11              MS. FLYNN:  Objection.  Vague.  Calls for

12     speculation.  Assumes facts not in evidence.

13              THE WITNESS:  Yes.

14     BY MS. AGUADO:

15          Q    Okay.

16          A    I thought there would be consequences, but

17     not like those that occurred to us.  They went

18     overboard.

19          Q    Okay.  When you locked arms and then refused

20     to get up, did you try to communicate -- did you

21     personally try to communicate to the officers and

22     explain to them what you were doing?

23              MS. FLYNN:  Objection.  Vague.  Compound.

24     Misstates his testimony.  Assumes facts not in

25     evidence.
```

104

1           THE WITNESS:  No, no.  The truth is I didn't.

2    What I did was grab on like this (indicating) and say,

3    "Hey, bro.  Don't go, bro" -- you know, the one that

4    was next to me, because I was afraid that something

5    would happened to him -- to all of us.  And I'd say,

6    "Hey, bro, don't get away from me, bro," because of

7    the fear itself.

8    BY MS. AGUADO:

9        Q    During this time that you had your arms

10   interlocked.  Do you know if the other detainees, so

11   the ones not involved in the hunger strike, did you

12   hear them yelling?  Do you remember hearing them

13   yelling?

14          MS. FLYNN:  Objection.  Vague.

15          THE WITNESS:  Of course, yeah.  They didn't

16   stop yelling.  That is, what they were doing to us was

17   not fair.  In the video you can clearly see that they

18   are along the edge of the second story and down there,

19   saying -- yelling to the officers to not do what they

20   were doing to us because it was a great injustice.

21       Q    And when you were yelling, "Hey, bro.  Don't

22   go away," were you speaking in a normal tone similar

23   to how we're speaking now, or were you actually

24   yelling?

25          MS. FLYNN:  Objection.  Vague.

105

1          THE WITNESS:  No, I was saying it between my

2     teeth.  Because the gas was burning me a bunch.  And I

3     was like, "Bro, don't pull away, bro."  And even so

4     like that, the officer continued gassing us.  The

5     supervisor was gassing us from the edge of the table,

6     and it was reaching all of us at right to our face.

7     BY MS. AGUADO:

8          Q    The female supervisor?

9          A    The female supervisor.

10         Q    Okay.  So when she continued to spray, why

11    didn't you just unhook arms and get up?

12         MS. FLYNN:  Objection.  Assumes facts not in

13    evidence.

14         THE WITNESS:  How can I explain this?  I

15    don't know if -- I don't know how to explain this, but

16    I didn't want anything to happen to them, in my

17    thinking.  I didn't want them to suffer more than what

18    we were already suffering and for something worse to

19    happen to them.  Maybe they also thought the same

20    thing I did, that if something happened to us, that it

21    should happen to all of us.  So like we did that but

22    because of fear.

23    BY MS. AGUADO:

24         Q    Let me get this straight.  You were scared

25    that if you got up and complied with the commands,

106

1    that something would happen?

2              MS. FLYNN:  Objection.  Argumentative.

3    Misstates his prior testimony.  Vague.

4    BY MS. AGUADO:

5         Q    Go on.

6         A    I didn't think of moving, going to my bunk.

7    What I thought was that I was already in it with my

8    friends.  And I was seeing what was being done to

9    them, and I was there united, united with them, come

10   what may -- what happened to all of us.  But I was

11   there.

12        Q    So after you interlocked arms, what happened

13   next?

14        A    We interlocked arms.  And as best as the

15   officers could, they separated us one by one.  But

16   during all this time, the supervisor continued with

17   the spray.  And I was one of the last ones left at the

18   table.  And with Vlady -- I think it was with

19   Vladimir.  And they got me.  And I tried to clean, to

20   touch my face.  I couldn't take it anymore.  And the

21   officers were grabbing my hands.  They grabbed my

22   hands, and I was trying to lift them to touch my face

23   and clean off as best I could because I couldn't

24   tolerate the burning in my face anymore.  But the

25   officers didn't allow me to do so.  They threw me down

                                                      107

1  to the ground, and they continued grabbing me by

2  force.

3         And then after that they took me a little

4  further ahead for those tables that we were at.  And

5  again, I tried to clean my face.  I couldn't take them

6  anymore.  And they put me up against the wall, on the

7  wall that's near the table that the officer that's

8  guarding us is at.  And that's where the officer

9  quickly put me up against the wall.  And at that same

10  moment, he bent my arm, my right arm.  And that's

11  where I felt the big -- I felt the -- what's it

12  called? -- the fracture here in my shoulder.  And they

13  handcuffed me with the handcuffs you --

14         THE INTERPRETER:  Interpreter correction.

15         THE WITNESS:  One of them got me here by my

16  abdomen.  And I remember, from what I felt, one of

17  them grabbed my foot, and that's how they took me out

18  of the yard.  I was hopping on just one foot.  I was

19  hopping.  Because one of the officers had me by the

20  foot, and the other one had me by the chest.

21         And I had the -- I continued having the urge

22  to clean my face or do something because of the

23  chemicals -- I could no longer tolerate them.  But

24  they wouldn't let me.  And at that same moment, they

25  took us out.  Once we were out in the yard, they took

108

1    behind your back?

2         A     Yes.

3         Q     Did he ever strike you?

4         A     No.

5         Q     Okay.

6         A     Just he bent my arm way too hard.

7         Q     Okay.  But he didn't punch you?

8         A     No.

9         Q     Did he kick you?

10        A     Not that I remember, no.  As far as I recall

11   none of that happened.

12        Q     Okay.

13        A     What I did have were scratches, you know,

14   from their nails -- scars.

15        Q     Do you have scars now?

16        A     No, no.  You know that always comes up on

17   your skin when that happens.

18        Q     Do you still have scratches still on your

19   skin?

20        A     No, no, no, no.

21             MS. FLYNN:  So just to clarify, it was

22   "scratches," not "scars," for the translation?

23             THE INTERPRETER:  This is the interpreter

24   speaking.  The witness used both words.

25             MS. FLYNN:  Sorry, I didn't hear that.

                                                    115

1    who had participated in the strike there and --

2        Q    How long were you in the rec yard?

3        A    Since I was one of the last ones to come out,

4    they just took me out.  And then they started to --

5            THE INTERPRETER:  The interpreter needs to

6    inquire as to a term.

7            MS. FLYNN:  It's a term they use a lot in

8    immigration because they --

9            (The reporter requested clarification.)

10            MS. FLYNN:  My understanding of a *llalera*, L-

11    -- yeah, she'll spell it for you, is that in many

12    immigration detention centers, the more literal

13    translation of *llalera* is like "icebox."  So they have

14    like very, very cold cells that they put immigrant

15    detainees into.  And so those freezing cold cells that

16    are like miserably cold, the term for it is *llalera*.

17            MS. AGUADO:  I think we just wanted the

18    term.

19            THE INTERPRETER:  I just needed the term.

20    Thank you very much.

21            MS. FLYNN:  I just wanted everybody to

22    understand.

23            THE WITNESS:  They put me -- I don't remember

24    if they took me straight to the icebox, or if they

25    took me straight to the shower.  And I kind of managed

                                                          118

1   to hear the officer saying if I wanted to -- if I

2   wanted to go into the shower.  I don't remember too

3   well.

4   ///

5   BY MS. AGUADO:

6       Q    So from the rec yard you don't remember if

7   you went straight to this cold room or to the shower;

8   is that correct?

9       A    Yes, I don't exactly know what happened.

10      Q    Okay.  At some point, though, you were taken

11  to a shower, is that correct?

12      A    Yes, exactly.

13      Q    Before you were taken to the shower, do you

14  know if you saw a nurse or any medical staff?

15      A    I don't exactly remember if it was after I

16  got out of the shower that I saw the nurse or if it

17  was before that.  But did a nurse arrive?  Yes, she

18  arrived.  I didn't see her.  I didn't see her because

19  I couldn't open my eyes.

20      Q    How long were you in the shower for?

21      A    I don't know.  I don't know.

22      Q    Who else?  Was anybody else in the shower

23  with you?

24      A    It was just me.  I went in, and I don't

25  remember if it was two officers or one.  I don't

                                                        119

1      A     Yes, the rest of the group was there in the

2  ice box.

3      Q     Correct?

4      A     Yes.

5      Q     Were there any other officers present?

6            MS. FLYNN:  Objection.  Vague.

7            THE WITNESS:  There was a female officer in

8  front of the icebox.  And an ICE supervisor also came

9  to supervise us.  Well, they said it was an ICE

10  supervisor.  I don't know.

11  BY MS. AGUADO:

12      Q     Did the female officer say anything to you

13  while you were in the cold room?

14      A     The officer -- she was kind of like there in

15  her office, and we were inside with the door closed.

16      Q     While you were in the cold room, were your

17  handcuffs on or off?

18      A     I was handcuffed the whole time, the whole

19  time, until I was taken over to take my clothes off.

20  And I would tell my co-workers that I couldn't take it

21  anymore.  And they are like, "Hold on, hold on.  We're

22  in here too, just like you are."

23            And I don't know who it was that cleaned my

24  face with something.  I don't know what they cleaned

25  it with.  But I kind of managed to dry off my face

127

1   there because the truth is that I couldn't take it

2   anymore.  I was yelling for help and help.  And even

3   so, they didn't take any importance, and they had me

4   in there with my wet clothes for a good long while,

5   even though the gas had gotten into my -- into my

6   intimate area with the water.

7       Q    Okay.  After you were in the cold room, what

8   happened next?

9       A    Okay.  We were taken out.  We took off our

10  clothes.  And like I said previously, the white shirt

11  that we wear was but like it was super yellow-yellow

12  from everything that they had sprayed us with.  And

13  once we got out of the cold room, I am seeing that the

14  supervisor that had gassed us was behind us, and she

15  was laughing because we were being taken away.  She

16  thought maybe that we were taken away to be punished

17  further or maybe she was laughing because of what she

18  had done to us.  And I clearly -- I'm not lying

19  because the cameras are there.  There's cameras there.

20  When we were coming out of the cold room, she was

21  behind us and she was laughing along with another

22  officer.  I don't know if she was making fun of us,

23  but was she smiling when she saw us?  Yes, she was

24  smiling.

25       Q    What did the ICE supervisor say or the person

                                                        128

```
 1            MS. FLYNN:  Objection.  Asked and answered.
 2            THE WITNESS:  Medical staff?  No.  Like I
 3    said, I didn't say anything to anyone.
 4    BY MS. AGUADO:
 5        Q    Did you ever file a written grievance or
 6    complaint related to this incident?
 7            MS. FLYNN:  Objection.  Asked and answered.
 8            THE WITNESS:  To the officers?  Or
 9    specifically to who?
10    BY MS. AGUADO:
11        Q    To anyone?
12        A    No.
13        Q    You mentioned that -- actually, you said
14    before you left the tank, your skin was burning.  How
15    long was your skin burning for after the incident?
16        A    Over three days.  Past that was that I had
17    the burning, and I was being the strong one.  I don't
18    know if there are cameras there.  But I was just like
19    on the edge of the bed, closing my fists, tolerating
20    the pain with no shirt.  And we'd tell the officer
21    that we wanted to shower, but that doesn't even go
22    away with water.  It's very difficult to get rid of
23    that.
24        Q    Was the burning --
25        A    Everything, your head throbs like this
```

138

1    from the GEO detention, and it seems like there was

2    something that they told her like not to get, I

3    believe, involved, not to get in this.

4         Q    Did you actually hear this conversation?

5         A    No.

6         Q    Okay.  How would you typically get in touch

7    with your immigration attorney?

8         A    Well, they blocked -- well, that was

9    afterwards.  But they're in the rooms.  And the rooms

10   where we were being punished, you would ask for the

11   phone and they would bring to you while so we could

12   speak.

13        Q    While you were in the tank, the first one,

14   were you able to contact your immigration attorney?

15        A    When I was transferred to the tank to the

16   third tank, I was able to communicate for a few days.

17   But after that, they blocked that number.

18        Q    How do you know they blocked that number?

19        A    Because I would dial, and it would -- I don't

20   exactly remember too well what the operator said.  And

21   according to me, it was that it wouldn't work in

22   the -- what's it called?  What's it called?  I thought

23   that I was the only one that it wasn't working for,

24   that I couldn't make that call.

25             And I told another detainee that was also

                                                          141

1    detained there, that if he could please dial the

2    number for me.  And it was the same thing.  It

3    wouldn't even ring.  It would just go straight to the

4    operator.  And they said they had blocked the

5    number.

6         Q    Who said they blocked the number?

7         A    Other friends in detention.  They said that

8    that happened.  I don't know if maybe they had some

9    experience with that or if that had been communicated

10   to them, but I don't know.  That's how it happened.

11        Q    So while you're in tank one, did you have any

12   issues getting in contact with your immigration

13   attorney?

14        A    No.

15        Q    While you were in segregation, did you have

16   any issues getting in contact with your immigration

17   attorney?

18        A    No.

19        Q    At some point you must have spoken to your

20   immigration attorney because she then called GEO;

21   correct?

22             MS. FLYNN:  Objection.  Calls for

23   speculation.

24             THE WITNESS:  I -- how was the question?

25             MS. AGUADO:  At some point you said that your

                                                        142

1    immigration called GEO; correct?

2              MS. FLYNN:  Called?

3              MS. AGUADO:  GEO.

4              THE WITNESS:  Yes.

5    BY MS. AGUADO:

6        Q    And was she calling about the incident, if

7    you know?

8              MS. FLYNN:  Objection.  Calls for

9    speculation.

10             THE WITNESS:  Yes.

11   BY MS. AGUADO:

12       Q    While you were in segregation, you told her

13   about the incident; correct?

14       A    Of course.

15       Q    Okay.  And then how did she get in contact

16   with you to say she had called you?

17             MS. FLYNN:  Objection.  Assumes facts not in

18   evidence.

19             THE WITNESS:  I called my --

20             THE INTERPRETER:  The interpreter needs

21   clarify.

22             THE WITNESS:  I called my uncle and explained

23   everything that had happened.  And then he contacted

24   her.

25   BY MS. AGUADO:

                                                        143

```
 1        Q    Did he hang up with you and contact her

 2   and -- or did he do sort of a three-way call?

 3             MS. FLYNN:  Objection.  Compound.  Vague.

 4             THE WITNESS:  No.  I mentioned the incident,

 5   that had happened, to him and the number, and since --

 6             THE INTERPRETER:  Interpreter's correction.

 7             THE WITNESS:  And since he also had my

 8   attorney's number, that's how they got in touch.

 9   BY MS. AGUADO:

10        Q    So he spoke to her in a separate

11   conversation -- just your uncle and the immigration

12   attorney were speaking.  Correct?

13             MS. FLYNN:  Objection.  Speculation.

14   BY MS. AGUADO:

15        Q    Or based on your understanding?

16        A    Yes.  I gave my uncle the number.  I told

17   him.  And then outside of that, he contacted her.  He

18   called her from my uncle's house, he called the

19   attorney.

20        Q    When you were in tank one and you wanted to

21   make a phone call, how did you do that?  Did you have

22   to enter a pin number?  What did you do?

23        A    Yes.  I think -- I don't remember too well,

24   but we needed to put in our ID number, I believe, and

25   then the phone number of the person that we were
```

144

1          THE WITNESS:  I was in the third tank.

2    BY MS. AGUADO:

3        Q    So after you were in segregation, were you

4    immediately taken to the third tank?

5        A    No.  When I got out of segregation, I was

6    taken to the third tank.  And I don't remember if it

7    was that first week that I got in touch with her

8    because it was coming up -- what's it called?

9        Q    A hearing?

10       A    I was going to have my court date soon.  Yes,

11   my hearing.  And she wasn't picking up the phone.

12       Q    But had you spoken to her while you were in

13   segregation?

14       A    Yes.

15       Q    Once you were moved into the third tank, how

16   many days after you were in the third tank was it that

17   you thought her number was blocked?

18          MS. FLYNN:  Objection.  Vague.  Assumes facts

19   not in evidence.

20          THE WITNESS:  Three, five days.  But it was

21   that same week when we got there to the third tank.

22   BY MS. AGUADO:

23       Q    Did you ever tell your immigration

24   attorney -- never mind.

25          Did your uncle -- in your understanding, did

                                                      147

```
 1    your uncle speak to your immigration attorney with

 2    regard to the fact you thought your number was

 3    blocked?

 4         A    Yes.

 5         Q    Did your uncle then contact you and tell you

 6    what your immigration attorney had thought about

 7    that?

 8              MS. FLYNN:  Objection.  Vague.

 9              THE WITNESS:  My uncle said that she was

10    going to -- as I understand some people from the

11    attorney to come visit me, and they came.

12    BY MS. AGUADO:

13         Q    And were you allowed to see them?

14         A    Yes.

15         Q    So the entire time that you were at Adelanto

16    facility was there only one day that you had

17    difficulty getting in contact with your immigration

18    attorney?

19         A    With her, yes.  I spent the whole day trying

20    to do so, ever since that morning.

21         Q    Just answer my question yes or no.  When you

22    were at Adelanto facility, was there just one day

23    where you had trouble getting in contact with your

24    immigration attorney?

25              MS. FLYNN:  Objection.  He said yes.
```

148

1    to move us from one place to another.  They would like

2    really handcuff us -- hands and feet -- and they would

3    put the handcuffs on far too tight.  I don't know what

4    they're called.

5           And you can barely walk.  And they put a

6    little stool there to get up into the van, and you can

7    barely get up.

8       Q    When you say the handcuffs were too tight,

9    are you -- sorry.  Strike that.

10          Did you ever have an injury as a result of

11   the handcuffs being too tight?

12      A    No.  They're just snug.  That's it.

13      Q    Did you ever file a grievance or any written

14   complaint about officers throwing away your

15   belongings?

16      A    No.

17      Q    Did officers ever throw away your

18   belongings?

19      A    Not me.  But others, yes.

20      Q    While you were at Adelanto facility or

21   actually -- I'm sorry.

22          As a result of the incident, did you have any

23   emotional or mental injuries?

24          MS. FLYNN:  Objection.  Vague.

25          THE WITNESS:  Emotional or mental?  I would

                                                      170

1   get stressed out about thinking about what was going

2   to happen to us, all the time, with our immigration

3   case.  And after we had that problem, thinking about

4   what consequences we might get from everything we did.

5   And you get stressed out from all of that and thinking

6   about all of that.  And that's why you get headaches.

7   I felt depressed and traumatized because being locked

8   up in there and afraid.

9          More than anything I became more fearful when

10  I was in the third tank because there they close the

11  rooms.  And I was there with people that -- like they

12  are not -- they don't have -- like they're not right

13  in the head.  And I wouldn't sleep comfortable.  I was

14  always fearful that they might do something to me

15  because they would tell me that they had been in gangs

16  and that they had bullets inside of their body and a

17  bunch of stories.

18         So there were gang members that were in there

19  with me.  I was with them.  And all of that

20  traumatized me a bunch.  And then later one of them

21  would leave and another one would arrive.  And one of

22  them came from one of those other countries -- I don't

23  know if he was Islam or I don't know what.  Muslim.

24  And he often wanted to commit suicide.  He would often

25  try to commit suicide.  And at night he would roll up

171

1    up, I go to bed thinking about all of that, thinking

2    about what's going to happen with my immigration case?

3    What am I going to do if I go back to my country?

4    Where am I going to go?  And the same thing with the

5    case, with the GEO, how is that going to end up?  Is

6    that going to affect me or what?  I have -- I don't

7    know.

8    BY MS. AGUADO:

9        Q    So I want you to listen just to the question.

10   Because I want to know about your injuries related to

11   the incident.  Okay?

12            So do you still feel stressed out about the

13   consequences related to the incident?

14       A    Yes.

15            MS. FLYNN:  Objection.  Vague.

16   BY MS. AGUADO:

17       Q    Okay.  How often do you feel stressed out

18   about the consequences related to the incident?

19       A    Every day.  Just thinking that if I get

20   locked up again, how it might go for me?  What if they

21   put me in with people, you know, idle people who have

22   been in gangs, and they might do something to me by

23   force?  You know, I start thinking about all of that.

24   I came out of there traumatized, and I'm still the

25   same way.

176

1     Q    About how long after the incident did you

2    start to feel depressed?

3     A    That same -- when we did -- from the moment

4    that the whole disorder with the strike ended, ever

5    since that first day when we were in segregation.

6    Because when you're in segregation, they have you

7    locked up.  You can't even see the light of day.  And

8    if they take you out to a little yard, but that little

9    yard, it's a really small one, and it's just for the

10   sun to hit you.

11    Q    Did you understand that you were in

12   segregation because you failed to follow instructions

13   and the commands given by the officers?

14         MS. FLYNN:  Objection.  Vague.  Calls for

15   speculation.  Argumentative.

16         THE WITNESS:  Yes.

17   BY MS. AGUADO:

18    Q    So you understood that segregation was a form

19   of punishment; correct?

20    A    Yes, it was a form of punishment, I know.

21   But we didn't deserve a punishment like that either,

22   No.  To me, that punishment was unfair.  I don't think

23   we should have lived through that.

24    Q    Do you know that if you don't rack up for

25   count, it throws off count for the entire facility?

177

```
1    Did you know that?
2            MS. FLYNN:  Objection.  Calls for
3    speculation.  Assumes facts not in evidence.
4    Argumentative.
5            THE WITNESS:  No.
6    BY MS. AGUADO:
7       Q    No, you didn't know that?
8       A    No.
9       Q    Are you still depressed as a result of the
10   incident, not related to your immigration case, but as
11   a result of the incident?
12      A    Yes.
13      Q    And how often do you feel depressed as a
14   result of the incident?
15      A    Every time I remember how I was detained.
16   And at night when I lay down and I remember everything
17   I'm going through here, there isn't a single day that
18   I don't remember that I was detained and everything we
19   went through.
20      Q    So I'm focusing just on the incident.  How
21   often do you feel depressed because of the incident?
22      A    Every day.  Every day.
23      Q    Okay.  And you're -- are you seeking any sort
24   of counseling or therapy?
25      A    Nothing, nothing.
```
                                                        178

1    you.

2       Q    What exactly were you fearful about the idea

3    of returning too Adelanto?

4       A    That I might be locked up again with people

5    that have been in some gangs or that they might do

6    something to me while I'm asleep.

7       Q    The people in the gang or the officers?

8       A    All of them.  The officers as well as the

9    detainees.

10      Q    While you were at Adelanto facility, did any

11   of the officers ever do anything to you while you were

12   sleeping?

13      A    No.  But also when I would see the officers,

14   I would get very nervous.  My hands would even start

15   to sweat, and I would start shaking, and I would not

16   feel well with my blood pressure.

17      Q    Was that before or after the incident?

18      A    After the incident.

19      Q    Was the only time that you were OC sprayed at

20   Adelanto facility after you failed to comply with

21   orders?

22           MS. FLYNN:  Objection.  Argumentative.

23           THE WITNESS:  I didn't understand.

24   BY MS. AGUADO:

25      Q    How many times were you OC sprayed at

                                                      181