Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br><br> **PLAINTIFFS' APPLICATION FOR ORDER TO REPLACE ATTACHMENT #2 TO DOCKET NO. 125 (EXHIBITS 6-14)** |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

**<u>PLAINTIFFS' APPLICATION FOR ORDER TO REPLACE EXHIBT</u>**

Plaintiffs respectfully submit this APPLICATION FOR ORDER TO REPLACE Attachment #2 to the Declaration of Monique A. Alarcon (Dkt. No. 125 (Exhibits 6-14) in support of Plaintiffs' Oppositions to Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, which was filed on November 26, 2019 at Docket No. 125.

Attachment #2 to Docket No. 125 includes Exhibits 6-14 filed in support of Plaintiffs' oppositions.  **Exhibit 7**, Plaintiffs' Medical Report on Injuries was inadvertently filed without redacting Plaintiffs' dates of birth.  Plaintiffs' counsel has corrected the problem and concurrently with this APPLICATION are filing the corrected Exhibit 7, a redacted version of Plaintiffs' Medical Report on Injuries, among Exhibits 6-14.  Plaintiffs respectfully request that the Court issue an order replacing the previous Attachment #2, Exhibits 6-14, which includes Exhibit 7, with the Corrected Attachment #2, Exhibits 6-14, filed concurrently herewith.

DATED: November 27, 2019

Respectfully submitted,
Law Office of Rachel Steinback
Law Office of Carol A. Sobel
SCHONBRUN SEPLOW HARRIS &
     HOFFMAN LLP
Law Office of Colleen Flynn
Law Office of Matthew Strugar


/s/ *Monique A. Alarcon*

By:  Monique A. Alarcon

1