**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ORDER TO REPLACE ATTACHMENT #2 TO DOCKET NO. 125 (EXHIBITS 6-14)** |

1  Good cause appearing, Plaintiffs' application to replace Attachment #2 to
2  Docket No. 125 (Exhibits 6-14) is GRANTED.

4  IT IS SO ORDERED.

6  DATED: _____

_____
**Honorable Sheri Pym**
UNITED STATES MAGISTRATE JUDGE