## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,

Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,
Defendants.

Case No. 5:18-cv-01125-SP

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ORDER TO REPLACE ATTACHMENT #2 TO DOCKET NO. 125 (EXHIBITS 6-14)

Good cause appearing, Plaintiffs' application to replace Attachment #2 to Docket No. 125 (Exhibits 6-14) is GRANTED.

IT IS SO ORDERED.

DATED: __December 3, 2019__

_____
**Honorable Sheri Pym**
UNITED STATES MAGISTRATE JUDGE

1