Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
Law Office of Carol Sobel
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*
*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA
MARTINEZ; ISAAC ANTONIO
LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE
MATEO LEMUS CAMPOS;
MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER
ANTONIO BURGOS MEJIA; LUIS
PEÑA GARCIA; JULIO CESAR
BARAHONA CORNEJO, as
individuals,

Plaintiffs,

v.

The GEO Group, Inc., a Florida
corporation; the City of Adelanto, a
municipal entity; GEO Lieutenant Diaz,
sued in her individual capacity; GEO
Sergeant Campos, sued in his individual
capacity; Sarah Jones,  sued in her
individual capacity; The United States
of America; Correct Care Solutions,
Inc.; and DOES 1-10, individuals;

Defendants.

Case No. 5:18-cv-01125-SP

**JOINT STIPULATION REGARDING DISMISSAL OF NINTH CAUSE OF ACTION [CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, 42 U.S.C. § 1985(3)] ONLY AGAINST ALL DEFENDANTS**

Judge:     Honorable Sheri Pym

Catherine Sweetser, SBN 271142
Kristina Harootun, SBN 308718
Schonbrun Seplow Harris & Hoffman LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 2324281
Law Office of Colleen Flynn
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

*Attorneys for Plaintiffs.*

**TO THE HONORABLE SHERI PYM, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE:**

IT IS HEREBY STIPULATED by and between Plaintiffs Omar Arnoldo Rivera Martinez, Isaac Antonio Lopez Castillo, Josue Vladimir Cortez Diaz, Josue Mateo Lemus Campos, Marvin Josue Grande Rodriguez, Alexander Antonio Burgos Mejia, Luis Peña Garcia, and Julio Cesar Barahona Cornejo ("Plaintiffs") and Defendants THE GEO GROUP, INC., CITY OF ADELANTO, GEO SERGEANT CAMPOS, and GEO LIEUTENANT DIAZ ("Defendants"), through their attorneys of record, that the Ninth Cause of Action regarding Conspiracy to Interfere with Civil Rights, 42 U.S.C. § 1985(3) from Plaintiffs' Second Amended Complaint [Docket No. 95] is hereby dismissed WITH PREJUDICE. Each side waives its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  November 8, 2019

LAW OFFICES OF RACHEL STEINBACK
LAW OFFICES OF CAROL A SOBEL
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STRUGAR

By:  /s/ Catherine E. Sweetser
Rachel Steinback
Monique Amanda Alarcon
Catherine E. Sweetser[1]
Colleen Flynn
Matthew Strugar
*Attorneys for Plaintiffs.*

Dated:  November 13, 2019

BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ Susan E. Coleman
Susan E. Coleman
Carmen M. Aguado
*Attorneys for Defendants,*
THE GEO GROUP, INC., CITY OF
ADELANTO, CAMPOS, AND DIAZ.

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.