Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., DIAZ, CAMPOS and
CITY OF ADELANTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, | Case No. 5:18-cv-01125-SP |
| | **DECLARATION OF CARMEN M. AGUADO IN SUPPORT OF DEFENDANTS THE GEO GROUP, INC. AND CITY OF ADELANTO'S REPLY TO PLAINTIFFS' OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | Hearing Date: December 17, 2019 |
| THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals, | Time: 10:00 a.m. Courtroom: 3 |
| | Mag. Judge: Honorable Sheri Pym |
| Defendants. | |

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4823-5738-3854 v1
05788-0035

- 1 -

5:18-CV-01125-SP
DECL. OF AGUADO ISO
GEO AND CITY REPLY

1    I, Carmen M. Aguado, declare as follows:

2    1.    I am admitted in this Court and the State of California. I am an

3    associate at Burke, Williams & Sorensen, LLP, and I am counsel of record for

4    Defendants The GEO Group, Inc., Diaz, Campos, and the City of Adelanto

5    (hereinafter "Defendants").

6    2.    I have personal knowledge of the matters set forth herein, except as to

7    those matters stated on information and belief, and would competently testify

8    thereto if called and sworn as a witness. This declaration is made in support of

9    Defendants' motion for summary judgment or, in the alternative, summary

10   adjudication.

11   3.    Attached as Exhibit "A" is a true and correct copy of the pertinent

12   pages from the deposition of Sergeant Giovanni Campos taken on May 8, 2019.

13   4.    Attached as Exhibit "B" is a true and correct copy of the pertinent

14   pages from the deposition of Lieutenant Jane Lynn Diaz taken on May 9, 2019.

15   5.    Attached as Exhibit "C" is a true and correct copy of the pertinent

16   pages from the deposition of James Janecka taken on September 4, 2019.

17   6.    Attached as Exhibit "D" is a true and correct copy of the pertinent

18   pages from the deposition of Leo Marvin McCusker taken on September 4, 2019.

19   7.    Attached as Exhibit "E" is a true and correct copy of the pertinent

20   pages from the deposition of Officer Frankie Juarez taken on August 26, 2019.

21   8.    Attached as Exhibit "F" is a true and correct copy of the pertinent

22   pages from the deposition of Sarah Ann Jones, LVN taken on June 27, 2019.

23   9.    Attached as Exhibit "G" is a true and correct copy of GEO's Group

24   Training regarding Emergency Plans produced by GEO as GEO 02033-02045.

25   10.   Attached as Exhibit "H" is a true and correct copy of the pertinent

26   pages from the deposition of Alexander Antonio Burgos Mejia taken on May 17,

27   2019.

28   ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4823-5738-3854 v1
05788-0035

- 2 -

5:18-CV-01125-SP
DECL. OF AGUADO ISO
GEO AND CITY REPLY

1       11.    Attached as Exhibit "I" is a true and correct copy of the pertinent

2  pages from the deposition of Richard Medrano, M.D. taken on July 10, 2019.

3       12.    Attached as Exhibit "J" is a true and correct copy of the records

4  produced by Talton Communications in response to Plaintiffs' Subpoena.

5       I declare under penalty of perjury under the laws of California and the United

6  States of America that the foregoing is true and correct.

7       Executed on December 6, 2019, at Los Angeles, California.

8

9                          */s/ Carmen M. Aguado*
                          CARMEN M. AGUADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4823-5738-3854 v1
05788-0035

- 3 -

5:18-CV-01125-SP
DECL. OF AGUADO ISO
GEO AND CITY REPLY

EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   OMAR ARNOLDO RIVERA MARTINEZ;      )
     ISAAC ANTONIO LOPEZ CASTILLO;      )
 5   JOSUE VLADIMIR CORTEZ DIAZ; JOSUE  )      ORIGINAL
     MATEO LEMUS CAMPOS; MARVIN JOSUE   )
 6   GRANDE RODRIGUEZ; ALEXANDER ANTONIO)
     BURGOS MEJIA; LUIS PEÑA GARCIA;    )
 7   JULIO CESAR BARAHONA CORNEJO, AS   )
     INDIVIDUALS,                       )
 8                                      )
                     PLAINTIFFS,        )  CASE NO.:
 9                                      )
                VS.                     )  5:18-CV-01125-R-GJS
10                                      )
     THE GEO GROUP, INC., A FLORIDA     )
11   CORPORATION; THE CITY OF ADELANTO, )
     A MUNICIPAL ENTITY; GEO LIEUTENANT )
12   DURAN, SUED IN HER INDIVIDUAL      )
     CAPACITY; GEO LIEUTENANT DIAZ,     )
13   SUED IN HER INDIVIDUAL CAPACITY;   )
     GEO SERGEANT CAMPOS, SUED IN HIS   )
14   INDIVIDUAL CAPACITY; SARAH JONES,  )
     SUED IN HER INDIVIDUAL CAPACITY;   )
15   THE UNITED STATES OF AMERICA; AND  )
     DOES 1-10, INDIVIDUALS;            )
16                                      )
                     DEFENDANTS.        )
17   _____)
18
19
20        DEPOSITION OF SERGEANT GIOVANNI CAMPOS
21             WEDNESDAY, MAY 8, 2019
22
23   JOB NO.:  3295952
24   REPORTED BY CARLA J. AMBRIZ, CSR NO. 12504
25   PAGES 1 - 189
```

```
 1    DEPOSITION OF SERGEANT GIOVANNI CAMPOS, TAKEN ON BEHALF OF

 2    THE PLAINTIFFS AT 10:12 A.M., WEDNESDAY, MAY 8, 2019, AT

 3    1520 NORTH MOUNTAIN AVENUE, BUILDING E, SUITE 135, ONTARIO,

 4    CALIFORNIA, BEFORE CARLA J. AMBRIZ, CSR NO. 12504.

 5

 6    APPEARANCES OF COUNSEL:

 7

 8    FOR THE PLAINTIFFS:

 9            SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP

              BY:  CATHERINE SWEETSER, ESQ.

10            11543 WEST OLYMPIC BOULEVARD

              LOS ANGELES, CA 90064

11            (310) 396-0731

              CSWEETSER@SSHHLAW.COM

12

          AND

13

              LAW OFFICE OF CAROL SOBEL

14            BY:  MONIQUE A. ALARCON, ESQ.

              725 ARIZONA AVENUE

15            SUITE 300

              SANTA MONICA, CA 90401

16            (310) 393-3055

              MONIQUE.ALARCON8@GMAIL.COM

17

18

19    FOR DEFENDANTS, THE GEO GROUP, INC., GEO LIEUTENANT

      DURAN, CITY OF ADELANTO, GEO SERGEANT CAMPOS, AND

20    GEO LIEUTENANT DIAZ:

21            BURKE, WILLIAMS & SORENSEN, LLP

              BY:  CARMEN M. AGUADO, ESQ.

22            444 SOUTH FLOWER STREET

              SUITE 2400

23            LOS ANGELES, CA 90071-2953

              (213) 236-0600

24            CAGUADO@BWSLAW.COM

25
```

Page 2

```
 1        A    Yes.

 2        Q    Great.  So you've never been deposed before.

 3   Have you ever been a party to a lawsuit before?

 4        A    No.

 5        Q    How long did you work for Adelanto Detention

 6   Facility?

 7        A    A little over five years.

 8        Q    And when did you leave their employ?

 9        A    2017.

10        Q    Do you remember the month?

11        A    I think December.

12        Q    After you left, did you move to Arizona then,

13   or did you stay --

14        A    No.

15        Q    Did you stay in California for a while?

16        A    Yes.  Another year.

17        Q    What were you doing during that year?

18        A    I went to probation, probation department.

19        Q    Where was that located?

20        A    San Bernardino.

21        Q    Was that during 2018?

22        A    Yes.

23        Q    When did you leave there?

24        A    The end of 2018, December.

25        Q    And after that did you get another job?
```

Page 9

```
 1         A     To respect everyone's rights.
 2         Q     Do you remember in what context it came up?
 3    Was there, like, a separate day on the Constitution?
 4    Did it come up in a certain context?
 5         A     I don't remember.
 6         Q     Did you have any training on hunger strikes in
 7    the military training?
 8         A     No.
 9         Q     While you were in the military, did you
10    interact with protestors in any way during your job?
11         A     No.
12         Q     And while you were -- I guess you were in the
13    military for about -- about five years, did you say?
14         A     Four.
15         Q     Four.  During those four years, did you have
16    training after the initial three-month training?  Did
17    you have a repeat use-of-force training at some point?
18         A     It's an annual refresher.
19         Q     How long is the annual refresher?
20         A     I believe it was a week.
21         Q     And did it cover basically the same subjects
22    you learned in the beginning, or were there new subjects
23    that you learned during the refresher?
24         A     It would have updates and cover the same
25    subjects.
```

Page 15

1        Q     Do you remember if any of the updates were

2   about OC spray?

3        A     Yes.  We had a refresher.

4        Q     So thinking back to your time in the military,

5   when you were getting these updates on OC spray and you

6   had training on OC spray, were you trained there was a

7   safe distance at which to deploy OC spray?

8        A     Yes.

9        Q     What was that distance?

10       A     It depends if you have -- it depends how close

11  they are to you and what's going on.  Typically, three

12  to five feet.

13       Q     So three to five feet would be the usual rule;

14  is that right?

15       A     Yes.

16       Q     When you say it depends how close they are to

17  you, do you mean if the person is approaching you, you

18  might end up spraying them at a closer --

19       A     Yes.

20       Q     But if they're not approaching you, you would

21  try and spray from three to five feet; is that right?

22       A     Yes.

23       Q     Were you taught restraint holds while you were

24  in the military?

25       A     Yes.

Page 16

1    If you have other information you want to --

2          MS. AGUADO:  But it still didn't happen after

3    hours.  Or maybe you need to define after hours.  If

4    you're talking about in the evening, it didn't happen in

5    the evening, so I don't think we need to go down this

6    road.

7          MS. SWEETSER:  Why don't I rephrase.

8    BY MS. SWEETSER:

9    Q     Do you know whether Lieutenant Diaz had a way

10   to reach the warden when he was not at the facility?

11   A     Yes.

12   Q     Do you know whether she reached out to the

13   warden that morning?

14   A     Typically, you have to when something happens.

15   Q     Did she tell you, that morning, that she was

16   going to reach out to or contact the warden?

17   A     I don't know.

18   Q     Did you ask Lieutenant Withers to contact the

19   warden?

20   A     No.

21   Q     And is it your training and understanding that

22   the facility administrator should be contacted prior to

23   the use of OC spray?

24   A     No.

25   Q     That's not something that you were trained to

1       Q    Is that something -- is communicating with

2   people who don't speak your language training -- a type

3   of training you got in the military?

4       A    No.

5       Q    And was it your practice -- I'm sorry.  I may

6   have asked this already.  Let me just ask it again.

7            Was it your practice to speak Spanish with

8   detainees in the facility?

9       A    Yes, if they spoke Spanish.

10      Q    Are you fluent in Spanish?

11      A    Moderate.

12      Q    Is it something you speak in your life outside

13  work as well?

14      A    Yeah.

15      Q    Thinking back to the incident on June 12th,

16  2017, do you remember what the eight protesting

17  detainees looked like?

18      A    No.

19      Q    Were any of them someone that you had

20  interacted with previously?

21      A    I don't know.

22      Q    Had you ever been -- in 2017 were you ever

23  assigned to the East facility?

24      A    I don't believe so.

25      Q    That day, while you were interacting with the

Page 64

```
 1    you see happening there?

 2        A    Count starts at 6:15.  That's when they prep.

 3    It could be 6:10 or 6:15, but it's prior to 6:30.  So,

 4    typically, every day, it would be silent during count.

 5    When I walked in, everyone was standing up.  People were

 6    yelling.  Everyone was swearing at everybody.  All

 7    detainees were yelling at officers in Spanish and

 8    English.  It looked like -- like a rebellion.  What I

 9    saw was that everyone was just going against the

10    officers.

11        Q    So when you say it looked like a rebellion, is

12    that something that you were trained to recognize?

13        A    I would just say I just recognized what it is.

14        Q    So you were not trained on what a rebellion is;

15    is that right?

16        A    No.

17        Q    Have you seen the word "rebellion" in any

18    policy documents?

19        A    Yes.

20        Q    What policy documents are those?

21        A    I don't know.

22        Q    Were they policy documents you reviewed for

23    today?

24        A    It could have been.

25        Q    But you didn't receive on any -- any -- you
```

Page 81

1    side of the table?

2         A    Yes.

3         Q    Okay.  And you're standing on the left-hand

4    side of the table; is that right?

5         A    Yes.

6         Q    What do you remember being the reason that you

7    sprayed this particular detainee?

8         A    Well, the situation here has already escalated.

9    Since the time that it was called, now that I'm seeing

10   the time here, a lot of time has lapsed.  And I know

11   that they've already exhausted all the attempts to gain

12   compliance.  And what I saw was detainees assaulting

13   staff.  So I told the officers, "Step away," to prevent

14   further injuries to both detainees and staff.

15        Q    So you said the -- the situation escalated from

16   the time assistance was first called; is that right?

17        A    Yes.  And from what I saw when I got there.

18        Q    How did you know the situation had escalated

19   from when assistance was called?

20        A    Because of how loud it was, and everyone was

21   combative.

22        Q    Did anyone tell you, prior to 6:46:46, the time

23   stamp on Exhibit 6, did anyone tell you prior to that

24   what had happened to get to this point?

25        A    No.

                                            Page 105

1        Q      So you were instructing them to guide the

2    detainee to the wall at that time?

3        A      It could be.  I don't know.

4        Q      And then 20 seconds later -- or 23 seconds

5    later, at 6:46:46, you're deploying your spray; correct?

6        A      Yes.  It shows here.

7        Q      So in that time you assessed that the detainees

8    were not following commands at the table; correct?

9        A      Yes.

10       Q      And you gave them a command to stop resisting?

11       A      Yes.

12       Q      When -- about how long before deploying the

13   pepper spray did you give that command?

14       A      Three to five seconds.

15       Q      Was it before or after asking the officers to

16   step away?

17       A      I don't know.

18       Q      Did you give the command in English or in

19   Spanish?

20       A      I don't know.  If they speak Spanish, I would

21   have done it in Spanish.

22       Q      Did you know --

23       A      When detainees respond in Spanish, I speak

24   Spanish to them.

25       Q      And you didn't --

                                            Page 111

1    Q    Do you remember yourself using any come-along

2    holds that day?

3    A    No.

4    Q    You were trained that force can never be used

5    to impose punishment; is that right?

6    A    That's correct.

7    Q    Force is only used as a last resort; is that

8    right?

9    A    Yes.

10    Q    And you were trained that only the minimum

11    amount of force necessary should be used; correct?

12    A    Yes.

13    Q    Were you given two different use-of-force

14    policies or just one use-of-force policy manual?

15    A    What do you mean?

16    Q    Were there multiple manuals that you had or

17    just one policy manual dealing with use of force?

18    A    One.

19    Q    Were you trained that you're allowed to use

20    force to maintain or regain order?

21    A    Yes.

22    Q    You used the word "rebellion" previously.  Can

23    you tell me your understanding of that term?

24    A    It's -- my understanding, it's just when you're

25    going to get no compliance out of the population, and

Page 141

1      they're against you.

2          Q    When you say "out of the population," do you

3      mean out of the detainees in the unit as a whole?

4          A    Yes.

5              MS. AGUADO:  Can we take a short break?

6              MS. SWEETSER:  Sure.

7              (Recess was taken from 2:06 p.m. to 2:12 p.m.)

8              MS. SWEETSER:  Back on the record.

9      BY MS. SWEETSER:

10         Q    So before we took the break, we were talking

11     about rebellions.  And you said that a rebellion is

12     where the entire population of the unit is against you;

13     is that correct?

14         A    It can be like a group or -- a small group or

15     the whole unit.

16         Q    GEO trained you that you can use deadly force

17     in a rebellion; correct?

18         A    No, not that I recall.

19         Q    What do you recall being trained is the

20     appropriate response in a rebellion?

21         A    It depends what's going on.  You have to

22     maintain control of the unit.  It was -- it was getting

23     out of hand there.

24         Q    Did you think the entire population of the unit

25     was against you?

                                              Page 142

```
 1        A     Yes.

 2        Q     What verbal controls were you trained on by

 3   GEO?

 4        A     What do you mean?

 5        Q     Was there a category called verbal controls

 6   that you received training on?

 7        A     I don't remember.

 8        Q     Were you trained that the first step, if a

 9   detainee is not complying with commands, is attempting

10   to reason with the detainee?

11        A     Yes.

12        Q     Were you trained that the officers should

13   explain the consequences of the detainee's behavior?

14              MS. AGUADO:   Objection.   It's an incomplete

15   hypothetical.

16              But go ahead.

17              THE WITNESS:   What do you mean?

18   BY MS. SWEETSER:

19        Q     Was one of the verbal controls you were trained

20   on explaining the consequences of a detainee's

21   behavior --

22        A     I don't remember --

23        Q     -- that's noncompliant?

24        A     -- being trained on verbal controls.

25        Q     Do you remember if you were trained that you
```

                                                    Page 143

1  depends what's presented to you.

2     Q    So it doesn't -- there's no -- you weren't

3  trained that restraining holds are a lower level of

4  force than pepper spray?

5     A    I don't remember the continuum.

6     Q    Were you trained that you could use pepper

7  spray to quell a disturbance?

8     A    What's "quell"?

9     Q    Is "quell" a term that your training documents

10  used?

11     A    I don't know what "quell" is.

12     Q    Okay.  Were you trained that you could use

13  pepper spray to enforce compliance with your orders?

14     A    To regain control.

15     Q    When you say "regain control," what do you

16  mean?

17     A    When it's out of control.

18     Q    So if you --

19     A    There's many different ways.

20     Q    If you thought a detainee was out of control,

21  that is when pepper spray should be used; is that right?

22     A    If there's also a present danger, like self- --

23  self-harm or harm of others.

24     Q    What were all the factors you were given in

25  evaluating whether to deploy your pepper spray?

                                              Page 145

1      Q     Does GEO Group have all of its officers who are

2    promoted to sergeants get pepper sprayed as part of the

3    training?

4      A     Yes.

5      Q     And are you -- when you're pepper sprayed as

6    part of the training, are you pepper sprayed from a

7    distance of more than five feet?

8      A     I don't remember.  They're pretty close.

9      Q     Do you remember that you were trained to keep a

10   distance of five feet?

11     A     I don't know --

12           MS. AGUADO:  Asked and answered.

13           THE WITNESS:  -- the exact distance.

14   BY MS. SWEETSER:

15     Q     I'm sorry.  Please repeat your answer.

16     A     I don't remember the exact distance.  There's

17   different sprays.

18     Q     While you were at GEO Group, do you remember

19   the type of spray you were issued?

20     A     I don't.

21     Q     Did everyone in the facility carry the same

22   type of spray?

23     A     Yes.

24     Q     But you don't remember what exactly it was?

25     A     I don't know the name.

```
 1   STATE OF CALIFORNIA                )

 2   COUNTY OF SAN BERNARDINO           )   ss.

 3

 4

 5

 6         I, the undersigned, hereby certify under penalty of

 7   perjury under the laws of the State of California that the

 8   foregoing testimony is true and correct.

 9         Executed this ___27TH___ day of

10   ___JUNE_____, 20_19__, at ___MARICOPA___,

11   California. ARIZONA.
                  GC

12

13

14

15                    SERGEANT GIOVANNI CAMPOS

16

17

18

19

20

21

22

23

24

25
```

Page 188

| Page | Line | |
|------|------|-------------------|
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |

_____   Subject to the above changes, I certify that the transcript is true and correct.


__GiC___   No changes have been made. I certify that the transcript is true and correct.


_____        _6/27/19_
**Signature**                                **Date**

```
 1    STATE OF CALIFORNIA                    )
 2    COUNTY OF SAN BERNARDINO               )   ss.
 3
 4           I, Carla J. Ambriz, CSR No. 12504, in and for the
 5    State of California, do hereby certify:
 6           That prior to being examined, the witness named
 7    in the foregoing deposition was by me duly sworn to
 8    testify to the truth, the whole truth, and nothing but
 9    the truth;
10           That said deposition was taken down by me in
11    shorthand at the time and place therein named and
12    thereafter reduced to typewriting under my direction,
13    and the same is a true, correct, and complete transcript
14    of said proceedings;
15           That if the foregoing pertains to the original
16    transcript of a deposition in a Federal Case, before
17    completion of the proceedings, review of the transcript
18    {   } was {   } was not required.
19           I further certify that I am not interested in
20    the event of the action.
21           Witness my hand this 21st day of May, 2019.
22
23
24
25           Carla J. Ambriz, CSR No. 12504

                                           Page 189
```



| Device name | : DVR-670-16A000 | Date and time | : 6/12/2017 6:46:46 AM (GMT -07:00) |
|---|---|---|---|
| MAC address | : 00:00:00:00:00:00 | Events | : Motion alarm |
| Camera name | : East-2-C-3 | Image size | : 704 (h) x 480 (v) |

EXHIBIT 6
WIT: Cangore
DATE: 5-8-19
CARLA J. AMBRIZ, CSR 12504

EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

 2   OMAR ARNOLDO RIVERA MARTINEZ;      )

 3   ISAAC ANTONIO LOPEZ CASTILLO;      )

 4   JOSUE VLADIMIR CORTEZ DIAZ; JOSUE  )    ORIGINAL

     MATEO LEMUS CAMPOS; MARVIN JOSUE   )

 5   GRANDE RODRIGUEZ; ALEXANDER ANTONIO)

 6   BURGOS MEJIA; LUIS PEÑA GARCIA;    )

     JULIO CESAR BARAHONA CORNEJO, AS   )

 7   INDIVIDUALS,                       )

 8                  PLAINTIFFS,         ) CASE NO.:

 9        VS.                           ) 5:18-CV-01125-R-GJS

10   THE GEO GROUP, INC., A FLORIDA     )

11   CORPORATION; THE CITY OF ADELANTO, )

12   A MUNICIPAL ENTITY; GEO LIEUTENANT )

13   DURAN, SUED IN HER INDIVIDUAL      )

14   CAPACITY; GEO LIEUTENANT DIAZ,     )

     SUED IN HER INDIVIDUAL CAPACITY;   )

15   GEO SERGEANT CAMPOS, SUED IN HIS   )

     INDIVIDUAL CAPACITY; SARAH JONES,  )

16   SUED IN HER INDIVIDUAL CAPACITY;   )

17   THE UNITED STATES OF AMERICA; AND  )

18   DOES 1-10, INDIVIDUALS;            )

                  DEFENDANTS.           )

19   _____ )

20        DEPOSITION OF LIEUTENANT JANE LYNN DIAZ

21             THURSDAY, MAY 9, 2019

22   JOB NO.: 3295953

23   REPORTED BY:  CARLA J. AMBRIZ, CSR NO. 12504

24           TINA MARIE LITCHFIELD, CSR NO. 12409

25   Pages 1- 357

                                              Page 1
```

```
 1   DEPOSITION OF LIEUTENANT JANE LYNN DIAZ, TAKEN ON BEHALF
 2   OF THE PLAINTIFFS AT 11:05 A.M., THURSDAY, MAY 9, 2019,
 3   AT 1520 NORTH MOUNTAIN AVENUE, BUILDING E, SUITE 135,
 4   ONTARIO, CALIFORNIA, BEFORE CARLA J. AMBRIZ, CSR NO.
 5   12504, AND TINA MARIE LITCHFIELD, CSR NO. 12409.
 6
 7   APPEARANCES OF COUNSEL:
 8
 9   FOR THE PLAINTIFFS:
10           LAW OFFICE OF RACHEL STEINBACK
             BY:  RACHEL STEINBACK, ESQ.
11           POST OFFICE BOX 291253
             LOS ANGELES, CA 90029
12           (213) 537-5370
             STEINBACKLAW@GMAIL.COM
13
         AND
14
             LAW OFFICE OF CAROL SOBEL
15           BY:  MONIQUE A. ALARCON, ESQ.
             725 ARIZONA AVENUE
16           SUITE 300
             SANTA MONICA, CA 90401
17           (310) 393-3055
             MONIQUE.ALARCON8@GMAIL.COM
18
19
20   FOR DEFENDANTS, THE GEO GROUP, INC., GEO LIEUTENANT
     DURAN, CITY OF ADELANTO, GEO SERGEANT CAMPOS, AND
21   GEO LIEUTENANT DIAZ:
22           BURKE, WILLIAMS & SORENSEN, LLP
             BY:  CARMEN M. AGUADO, ESQ.
23           444 SOUTH FLOWER STREET
             SUITE 2400
24           LOS ANGELES, CA 90071-2953
             (213) 236-0600
25           CAGUADO@BWSLAW.COM
```

Page 2

```
 1                    ONTARIO, CALIFORNIA;

 2              THURSDAY, MAY 9, 2019, 11:05 A.M.

 3

 4              (Prior to the deposition commencing,

 5              all counsel stipulated to waive the

 6              reporter read-on and read-off pursuant

 7              to Federal Rule 30.)

 8

 9                  LIEUTENANT JANE DIAZ,

10       having been first duly sworn by the reporter, was

11              examined and testified as follows:

12

13                       EXAMINATION

14    BY MS. STEINBACK:

15        Q    Ma'am, can you please state and spell your name

16    for the record.

17        A    Yeah.  It's Jane Lynn Diaz.  And it's J-a-n-e,

18    Lynn, L-y-n-n, Diaz, D-i-a-z.

19        Q    Thank you.  Have you ever been deposed before,

20    Ms. Diaz?

21        A    No.

22        Q    Have you ever been a party to a lawsuit?

23        A    No.

24        Q    So before we start, I'll just go over some of

25    the ground rules which your attorney may have already
```

Page 6

```
 1        A    No, ma'am.

 2        Q    Do you know whether they reviewed the reports?

 3        A    No, ma'am.

 4        Q    During the time that you worked at Adelanto,

 5   did you ever have a captain come back to you to ask you

 6   about a report that you had submitted to him or her?

 7        A    No, ma'am.

 8        Q    And that's true both for the reports you

 9   submitted that you authored and also the reports you

10   submitted that your officers had authored?

11        A    Yes, ma'am.

12        Q    And by officers, I also mean a sergeant in the

13   event there was a sergeant.

14        A    Yes, ma'am.

15        Q    I am going to make several exhibits.

16             I'm sorry.  Can we go off the record?

17             (Recess was taken from 12:14 p.m. to

18   12:24 p.m.)

19             MS. STEINBACK:  Back on the record.

20   BY MS. STEINBACK:

21        Q    Ms. Diaz, I apologize if I -- I can't remember

22   if I asked this already, but have you ever been

23   arrested?

24        A    No.

25        Q    I assume, then, you've also never been
```

                                             Page 71

```
 1        A     No, ma'am.

 2        Q     So why is there a watch commander?

 3        A     That's just what they call us, the watch

 4   commanders.  They call all the lieutenants watch

 5   commanders.

 6        Q     Okay.  So it's interchangeable?

 7        A     Yes.

 8        Q     Okay.  So when you said you spoke with a watch

 9   commander on June 12th, was that the lieutenant who

10   replaced you for --

11        A     Yes, ma'am.

12        Q     -- second shift?

13              Thank you.  You've got to let her finish.

14              MS. AGUADO:  Can we take a short break?

15              MS. STEINBACK:  Sure.

16              (Recess was taken from 1:25 p.m. to 2:05 p.m.)

17              MS. STEINBACK:  Back on the record.

18   BY MS. STEINBACK:

19        Q     Ms. Diaz, during the break, did you review any

20   documents?

21        A     No.

22        Q     Did you have any conversations other than those

23   with your attorney?

24        A     No.

25        Q     Before the break, we were talking about the
```

Page 130

```
 1    in there because I didn't see the logbooks afterwards.

 2        Q    Have you ever made entries into the logbook

 3    that was kept in the officer's podium in the day room in

 4    2-C?

 5        A    No.  Just unannounced pre-arounds.

 6            MS. STEINBACK:  And I'm just going to ask,

 7    Carmen, have we received any copies of the -- none of

 8    this is familiar to me.  So have we received any logbook

 9    entries?

10            MS. AGUADO:  If they were requested, I would

11    assume so, but --

12            MS. STEINBACK:  Yeah.  Have we requested

13    anything related to this?

14            MS. AGUADO:  I don't know if you have or not.

15            MS. STEINBACK:  Okay.

16            THE REPORTER:  Can we take a restroom break?

17            (Recess was taken from 3:03 p.m. to 3:12 p.m.)

18            MS. STEINBACK:  Back on the record.

19    BY MS. STEINBACK:

20        Q    All right.  I'm tendering to the deponent

21    plaintiffs' Exhibit 12, which is Bates-stamped GEO 01986

22    through GEO 02002.

23                (Plaintiffs' Exhibit 12 was marked

24            for identification.)

25    ///
```

Page 182

```
 1    already said this, but were they being violent or
 2    threatening in any way?
 3         A     They were not complying with orders.
 4         Q     And by that, you mean they were still seated at
 5    the table?
 6         A     Yes.  Because it's presence.  Then it's verbal
 7    commands.  They were not complying with verbal commands
 8    to rack up.
 9         Q     And right now it sounds like you're going into
10    the use-of-force continuum; is that correct?
11         A     That is part -- is your presence; then your
12    verbal commands.
13         Q     What happens after verbal commands?
14         A     After verbal commands, after several verbal
15    commands, then we go into -- how would you say?  The
16    soft approach.  Trying to get them up, getting them
17    cuffed up.  Because they linked arms.  So once they
18    started linking arms, we knew we were going to have a
19    problem with them.  So they were told several times to
20    get up or they were going to get sprayed.
21         Q     Who told them to get up or they were going to
22    get sprayed?
23         A     I did.
24         Q     Did anyone else tell them to get up or they
25    were going to get sprayed?
```

Page 210

```
 1        Q     So is it within GEO's use-of-force policy that
 2   you're allowed to OC spray detainees if they are
 3   refusing to go to count?
 4        A     If they refuse to go to count, if they refuse
 5   verbal commands, and they're disrupting our dorm, and
 6   which they were, because they got all the other
 7   detainees riled up.  This is why they got sprayed.
 8        Q     So it is consistent with GEO's policy that you
 9   can OC spray a detainee who's refusing to go to count if
10   you have given verbal commands and they've refused to
11   comply with them and you -- and there's a disturbance?
12        A     Yes.  They were -- there was a disturbance,
13   like I said again.  And they were told and told and
14   told, and then, as soon as they started linking arms, we
15   already knew it was out of control.  They were getting
16   out of control.  Because they figured you're not going
17   to touch us.  You're not going to do anything to us.  So
18   that's why they got sprayed, because it got out of
19   control.
20        Q     So as soon as they linked arms, that was
21   basically your green light to spray them because you
22   knew that was your only recourse?
23        A     No.  I sprayed them because they linked arms
24   and I still continued to give them verbal commands, and
25   I told them, "If you do not get up and go to your racks,
```

```
 1    you're going to get sprayed."  So they still were in
 2    violation.  So next thing I know, they put their heads
 3    down.  And I gave them a warning again:  "If you do not
 4    get up and go to your racks, you're going to get
 5    sprayed."  Because we had to disperse the situation
 6    because they were inciting and they were getting the
 7    other detainees riled up.  So I had to put an end to it
 8    and control it before it got too out of control during
 9    the count time, before we had other detainees coming
10    down off the tiers.  So they got sprayed right across
11    the table.
12        Q     How many times did you spray them?
13        A     Once.
14        Q     And you've watched the video with your
15    attorney; correct?
16        A     Yes, ma'am.  And I watched it after -- after it
17    all happened too.
18        Q     And even watching that video, you still
19    maintain that you've only -- you only sprayed once?
20        A     I only sprayed once.
21        Q     At what point did you radio for other people to
22    come assist you?
23        A     Right after I sprayed them, because they did
24    not comply.  So that's when the other sergeant came from
25    the other facility.
```

```
 1              THE WITNESS:  Okay.  When I got down there, the
 2    officers knew that there was something going on.  The
 3    officers knew that there was something going on.  So the
 4    officers responded from first watch before they went to
 5    their post.
 6              And then, when those officers got there, I
 7    remember telling the officers from third watch -- or
 8    first watch, "Go post up."  And then I sent third watch
 9    officers -- I let them go home.  And then I called on
10    the radio after I sprayed them.  They didn't leave until
11    they saw that the situation was under control.
12              But once those officers left, that's when the
13    detainees started saying, "No, we're not going to
14    comply.  We're not going to rack up.  We want to talk to
15    ICE.  And then it just went from there.  It just got out
16    of control from there.
17              MS. AGUADO:  Do you want to take a break and
18    get some air?
19              THE WITNESS:  For a minute.
20              MS. AGUADO:  Let's take a quick break.
21              MS. STEINBACK:  Okay.  Quick break.
22              (Recess was taken from 3:47 p.m. to 4:01 p.m.)
23              MS. STEINBACK:  Back on the record.
24    BY MS. STEINBACK:
25        Q    You testified here that you told the detainees
```

Page 216

1        Q     Did you ask for them to be charged with rules

2    violations?

3        A     No, ma'am.  The only one was this one right

4    here.  I do not know if any reports were written on them

5    after that.  Just by -- just reading what they wrote,

6    their statements.

7              MS. AGUADO:  By them, who do you mean?

8              THE WITNESS:  The detainees, yeah.

9              MS. STEINBACK:  I don't have a copy of this.

10   Off the record.

11              (Recess was taken from 4:22 p.m. to 4:23 p.m.)

12              MS. STEINBACK:  Back on the record.

13              I'm handing the deponent what I've marked as

14   Plaintiffs' Exhibit 14.  It is Bates-stamped GEO 00524.

15   Sorry.  Off the record.

16              (Discussion off the record.)

17              MS. STEINBACK:  Back on the record.

18              All right.  Calling your attention to

19   Exhibit 12, which is the use-of-force -- I'm sorry.

20   Exhibit 11, which is the use-of-force policy.

21              THE WITNESS:  12 or 11?  This one's 12.

22              MS. STEINBACK:  Is it 12?  Okay, 12.  Let's

23   look at that.

24   BY MS. STEINBACK:

25        Q     Okay.  So it's your understanding that GEO

Page 235

```
 1              MS. STEINBACK:  Sure.

 2          (Recess was taken from 4:34 p.m. to 4:43 p.m.)

 3              MS. STEINBACK:  Back on the record.

 4      BY MS. STEINBACK:

 5          Q    At what point did you direct the officers to

 6      use handcuff on the detainees?

 7          A    After they were removed from the table.  After

 8      they got sprayed and we removed them from the table.

 9          Q    After all of the detainees -- strike that.

10              According to GEO's policy and practices, at

11      what point are restraints, handcuffs, supposed to be

12      removed from a detainee?

13          A    As soon as the imminent danger is over.

14          Q    Do you know when the handcuffs were removed

15      from these detainees?

16          A    No, ma'am.

17          Q    Did you monitor how long they were handcuffed?

18          A    No, ma'am.

19          Q    After the detainees were taken out of the day

20      room, do you know where they went?

21          A    To medical, to our triage area, and to holding

22      until medical staff could evaluate them.

23          Q    Did you direct the officers to take them to

24      medical?

25          A    Yes.
```

Page 244

| | |
|---|---|
| 1 | (Recess was taken at 5:06 p.m.) |

2

3           (At this time, Carla J. Ambriz, CSR 12504,

4                was relieved in these proceedings by

5                  Tina Marie Litchfield, CSR 12409.)

6     ///

7     ///

8     ///

9     ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

Page 265

1          A      Go forward again.

2          Q      All right.  I'm stopping 6:47:44 and starting

3     to go forward again.

4                 I'm going forward, so I can stop it when you

5     want.

6          A      The spray went this way.  So I sprayed here.

7          Q      Where?

8          A      I was standing here, had the can.  I sprayed

9     it and went across the table.

10         Q      You told me --

11         A      The reason I remember this is the officers

12    were standing right there.  When they were trying to get

13    the detainee up off of the table, then the other

14    detainees on the other side, they were starting to link

15    arms, so I sprayed it.  And it sprayed this way.  I only

16    sprayed one time.

17         Q      So you're talking around 6:38:14 when a number

18    of officers are crowding around a detainee, that is the

19    moment that --

20         A      I disbursed my spray here.  I only sprayed

21    them once.

22         Q      It's your testimony having watched this video

23    a number of times backward and forwards, that is the

24    only time you did spray the OC spray?

25         A      One time right here.

                                                    Page 345

1            MS. AGUADO:  Can we take a short break?

2            MS. STEINBACK:  Sure.

3         (A short break was taken at this time.)

4            MS. STEINBACK:  For the record, we did just

5    take a break and the deponent had an opportunity to

6    meet with her attorney, who was the one that called

7    the break.  And she is now seeking to revise her

8    testimony.

9    BY MS. STEINBACK:

10       Q    What is the revised testimony that you would

11   like to submit?

12       A    On the spray.

13       Q    What would you like to say now?

14       A    These are not the ones that I sprayed.  I told

15   you, I only used my spray once.  I want to go all the

16   way through the video.

17       Q    So.  We will go through the video.

18            So, your testimony is you did not spray

19   anyone at the first table, which is being cleared?

20       A    Yes, ma'am.

21       Q    And you're testifying that way despite

22   everything you have seen?

23       A    Yeah.

24       Q    Just making sure.

25            Good forward.  Right now, 6:38:37.

                                         Page 346

1          Are there any officers in the tiers right

2    now, to your knowledge?

3          A    Not that I can see.

4          Q    I know there is no audio here.  All we can do

5    is see what is on the video.

6               Would you characterize what you are seeing

7    in the video as a rebellion or a riot?

8          A    A rebellion or a riot.  I know from when I was

9    in here, these detainees were yelling and screaming on

10   the top tiers.

11         Q    Did you, did you direct any officers to go to

12   the top tiers at this time?

13         A    No.

14         Q    Why not?

15         A    I did not recall why.

16         Q    If you had a legitimate security concern,

17   would you have sent officers up to the top tiers?

18         A    Yes.

19         Q    That is in accordance with GEO policies and

20   practices?

21         A    Yes.

22         Q    It is approximately 6:39:31.

23              You're starting to walk back into the day

24   room, still waving your OC spray.

25              It's your testimony that up until now, you

                                        Page 348

```
 1   BY MS. STEINBACK:
 2        Q    Let me see if we can speed this up.
 3             I just am looking for you to identify the
 4   instance where you used the OC spray.
 5             Can you do that for me?
 6        A    Right there.
 7        Q    So 6:42:25?
 8        A    Because the officers moved, I shot it right
 9   across the table.
10        Q    So it is your testimony that is the only time
11   you used the OC spray during the interaction?
12        A    Yes, ma'am.
13        Q    Was that the only time that you felt it
14   appropriate to use OC spray during this incident?
15        A    Yes, ma'am.
16             MS. AGUADO:  I think we are done.
17             MS. STEINBACK:  Okay.  Thank you.  You have
18   right to read -- do you want to tell her her right,
19   or if she will waive signature?
20             MS. AGUADO:  Are you not doing a
21   stipulation?
22             MS. STEINBACK:  Off the record.
23        (A short break was taken at this time.)
24             MS. AGUADO:  So we're going to be relieving
25   the court reporter of her duties under the Federal
```

Page 353

1    Code of Civil Procedure.

2              We are agreeing the deponent will have 30

3    days from the time of receipt of the transcript to

4    review it, make any changes that she feels necessary,

5    return changes to counsel.

6              Counsel will notify plaintiffs' counsel

7    if any changes are made.

8              To the extent the original is lost,

9    stolen, or otherwise misplaced, a certified copy will

10   be used in its place.

11        MS. STEINBACK:  So stipulated.

12        MS. ISFELD:  So stipulated.

13        Copy, please.

14

15              (TIME NOTED:  7:45 p.m.)

16

17

18

19

20

21

22

23

24

25

                                        Page 354

1

2          I, LIEUTENANT JANE DIAZ,  do hereby declare under  penalty of

3     perjury that I have read the forgoing transcript; that I

4     have made any corrections as appear noted in ink,

5     initialed by me, or attached hereto; that my testimony

6     as contained herein, as corrected, is true and correct.

7

8                 EXECUTED this _27_ day of _June_  _2019_,

9     2019

10                (City) _VICTORVILLE_ (State) _CA_

11

12

13                        _Jane R Diaz_

                     LIEUTENANT JANE DIAZ

14                        VOLUME I

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 355

```
 1    STATE OF CALIFORNIA                )
 2    COUNTY OF SAN BERNARDINO           )    ss.
 3
 4         I, Carla J. Ambriz, CSR No. 12504, in and for
 5    the State of California, do hereby certify:
 6         That prior to being examined, the witness named
 7    in the foregoing deposition was by me duly sworn to
 8    testify to the truth, the whole truth, and nothing but
 9    the truth;
10         That said pages 1 through 265 of the deposition
11    were taken down by me in shorthand at the time and place
12    therein named and thereafter reduced to typewriting
13    under my direction, and the same is a true, correct, and
14    complete transcript of said proceedings;
15         That if the foregoing pertains to the original
16    transcript of a deposition in a Federal Case, before
17    completion of the proceedings, review of the transcript
18    {  x  } was {    } was not required;
19         I further certify that I am not interested in
20    the event of the action.
21         Witness my hand this May 22, 2019
22
23
24
25         Carla J. Ambriz, CSR No. 12504
```

Page 356

```
 1   STATE OF CALIFORNIA          )

 2   COUNTY OF SAN BERNARDINO    )

 3        I, Tina Marie Litchfield, CSR No. that 2409, in

 4   and for the State of California, do hereby certify:

 5        That prior to being examined, the witness named in

 6   the foregoing deposition was by me duly sworn to testify

 7   to the truth, the whole truth, and nothing but the

 8   truth;

 9        That said pages, 266 through 355 of the deposition

10   were taken down by me in shorthand at the time and place

11   therein named and thereafter reduced to typewriting

12   under my direction, and the same is a true, correct, and

13   complete transcript of said proceedings;

14        That if the foregoing pertains to the original

15   transcript of a deposition in a Federal Case, before

16   completion of the proceedings, review of the transcript

17   {x} was { } was not required;

18        I further certify that I am not interested in the

19   event of the action;

20     IN WITNESS WHEREOF, I have this date subscribed my

21   name.

22   Dated: May 22, 2019

23

24           Tina Marie Litchfield, CSR # 12409
25
```

Page 357

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

Page        Line

_____      _____          Change: _____

                          Reason: _____

_____      _____          Change: _____

                          Reason: _____

_____      _____          Change: _____

                          Reason: _____

_____      _____          Change: _____

                          Reason: _____

| Page | Line | |
|------|------|---|
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |
| _____ | _____ | Reason: _____ |
| | | Change: _____ |

_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

Jane L Torry _____        06-27-2019
**Signature**                        **Date**

EXHIBIT C

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4
     OMAR ARNOLDO RIVERA MARTINEZ;      )
 5   ISAAC ANTONIO LOPEZ CASTILLO;      )
     JOSUE VLADIMIR CORTEZ DIAZ; JOSUE  )
 6   MATEO LEMUS CAMPOS; MARVIN JOSUE   )
     GRANDE RODRIGUEZ; ALEXANDER        )
 7   ANTONIO BURGOS MEJIA; LUIS PENA    )
     GARCIA; JULIO CESAR BARAHONA       )
 8   CORNEJO, as individuals,          )
                                        )
 9            Plaintiffs,               )
                                        )   CASE NO. 5:18-cv-01125-SP
10           vs.                        )
                                        )
11   THE GEO GROUP, INC., a Florida     )
     corporation; THE CITY OF ADELANTO, )
12   a municipal entity; GEO LIEUTENANT )
     DURAN, sued in her individual      )
13   capacity; GEO LIEUTENANT DIAZ,     )
     sued in her individual capacity;   )
14   GEO SERGEANT CAMPOS, sued in his   )
     individual capacity; SARAH JONES,  )
15   sued in her individual capacity;   )
     THE UNITED STATES OF AMERICA; and  )
16   DOES 1-10, individuals,            )
                                        )
17            Defendants.               )
     _____)
18
19             DEPOSITION OF JAMES JANECKA
20                 ONTARIO, CALIFORNIA
21             WEDNESDAY, SEPTEMBER 4, 2019
22
23   REPORTED BY:
24   Carolyn Ann Peterson
     CSR No. 3195
25   Pages 1- 112
```

```
 1              DEPOSITION of JAMES JANECKA, taken on behalf
 2     of the Plaintiffs, at 1520 North Mountain Avenue,
 3     Building E, Suite 135, Ontario, California 91762,
 4     commencing at 9:55 a.m., Wednesday, September 4, 2019,
 5     before Carolyn Ann Peterson, a Certified Shorthand
 6     Reporter in the State of California, License No. 3195.
 7                          * * *
 8     APPEARANCES OF COUNSEL:
 9        FOR PLAINTIFFS:
               LAW OFFICE OF RACHEL STEINBACK
10             BY:  RACHEL STEINBACK, ESQ.
               P.O. Box 291253
11             Los Angeles, California 90029
               (213) 537-5370
12             steinbacklaw@gmail.com
13                  and
14             SCHONBRUN, SEPLOW, HARRIS & HOFFMAN, LLP
               BY:  KRISTINA HAROOTUN, ESQ.
15             11543 West Olympic Boulevard
               Los Angeles, California 90064
16             (310) 396-0731
               kharootun@sshhlaw.com
17
18        FOR DEFENDANTS:
19             BURKE, WILLIAMS & SORENSEN, LLP
               BY:  CARMEN M. AGUADO, ESQ.
20             444 South Flower Street, Suite 2400
               Los Angeles, California 90071
21             (213) 236-0600
               caguado@bwslaw.com
22
23        ALSO PRESENT:  MICHELLE PUJOL, UCI LAW
24                        SHEY COUGHLAN, UCI LAW
25                        YAGI XTE, UCI LAW
```

Veritext Legal Solutions
866 299-5127

```
 1              THE WITNESS:  When you say, "staff member,"
 2      what staff member are you referring to?
 3      BY MS. STEINBACK:
 4          Q    If you have, for example -- well, for OC
 5      spray, who is authorized to use OC spray -- strike that.
 6              In June of 2017, who was authorized to use OC
 7      spray at that time?
 8          A    Staff that were trained with OC spray.
 9          Q    Are the staff -- a certain rank or any staff
10      member who was trained?
11          A    It's our sergeants and lieutenants.
12          Q    So if a staff member, who is trained to use OC
13      spray, in a situation where they have time to make a
14      notification, in June of 2017 according to GEO's
15      protocols and practices, that have -- they have
16      contacted you even if you were not at the facility?
17          A    Depends if the situation -- a calculated use
18      of force can turn into an immediate use of force, prior
19      to a notification, if the situation warrants that.
20          Q    Can you describe a little bit for me what that
21      means?
22          A    Yeah, I can.  Just as an example, if a
23      detainee is in a cell and/or maybe is threatening
24      self-harm and he appears to have some sort of instrument
25      to harm himself or herself, yet he isn't, and you feel
```

Page 61

1        A     No.

2        Q     To your knowledge, has -- strike that.

3              Has ICE ever come into the facility since you

4    have been the Warden or the Facility Administrator to do

5    a scheduled inspection of the facility?

6        A     Yes.

7        Q     How many times has ICE come to Adelanto to do

8    a scheduled inspection of the facility since you became

9    Warden there?

10       A     Several.

11       Q     How many is "several"?

12       A     Scheduled -- I would say approximately 15.

13       Q     Has ICE conducted any unscheduled inspections

14   at Adelanto since you have been Warden?

15       A     Yes.

16       Q     How many unscheduled inspections has ICE

17   conducted since you have been Warden?

18       A     Daily.

19       Q     By that, are you referring to the fact that

20   ICE has staff onsite at Adelanto, or are they actually,

21   literally, intentional inspections at the facility?

22       A     They have a position for one individual that

23   does -- that's his or her job, and then we have the

24   additional ICE personnel that are onsite everyday.

25       Q     What is the title of the person who is

                                              Page 88

1    designated by ICE to be at Adelanto for the purpose of

2    conducting daily inspections?

3         A    I will give you the acronym.  I don't know the

4    exact title.  It can be one of two acronyms.  DS -- D as

5    in David, SCO or ADSM.

6         Q    In June of 2017, was a DSCO or ADSM onsite at

7    Adelanto every day?

8         A    To my knowledge, yes, five days a week.

9         Q    Does that individual have unfettered access to

10   the facility?

11        A    Yes.

12        Q    So they don't have to ask anyone else's

13   permission to go anywhere in the facility?

14        A    No.

15        Q    What are they looking for when they conduct

16   their inspections, if you know?

17             MS. AGUADO:  Calls for speculation.

18             THE WITNESS:  I don't look at their audit or I

19   have never seen their audit instruments or --

20   BY MS. STEINBACK:

21        Q    Have you ever had a conversation with them

22   about what it is they are looking for?

23        A    Yes.

24        Q    Based on how many conversations you have had

25   with that individual, about what they are looking for

                                                   Page 89

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I, CAROLYN ANN PETERSON, Certified Shorthand

 4     Reporter, do hereby certify:

 5          That prior to being examined, the witness in

 6     the foregoing proceeding was by me duly sworn to testify

 7     to the truth, the whole truth, and nothing but the

 8     truth.

 9          That said proceedings were taken before me at

10     the time and place therein set forth and were taken down

11     by me stenographically at the time and place therein

12     named and thereafter reduced to computerized

13     transcription under my direction and supervision;

14          I further certify that I am neither counsel

15     for nor related to any party in said proceedings, nor in

16     any way interested in the outcome thereof.

17          IN WITNESS WHEREOF, I have hereunto subscribed

18     my name this date:  September 26, 2019.

19

20

21

22          CAROLYN ANN PETERSON, CSR 3195

23

24

25

                                              Page 112
```

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

| Page | Line | |
|---|---|---|
| 53 | 23 | Change: '85 to AFQD |
| | | Reason: '85 doesn't correlate with sentence |
| 98 | 14 | Change: Remove - "we call it a sky -- or angry bird" |
| | | Reason: Not my words |
| 98 | 17 | Change: "high line" |
| | | Reason: Should be "hotline" |
| 101 | 12 | Change: Board to Court |
| | | Reason: visitors don't come to the facility for board - they come for Court. |

| Page | Line | | |
|------|------|---|---|
| | | Change: | _Editors to Educators_ |
| 108 | 11 | Reason: | _Editors do not Attend the meetings_ |
| | | | _Educators do._ |
| | | Change: | |
| ___ | ___ | Reason: | |
| | | Change: | |
| ___ | ___ | Reason: | |
| | | Change: | |
| ___ | ___ | Reason: | |
| | | Change: | |
| ___ | ___ | Reason: | |
| | | Change: | |
| ___ | ___ | Reason: | |
| | | Change: | |
| ___ | ___ | Reason: | |
| | | Change: | |

_____ Subject to the above changes, I certify that the transcript is true and correct.


_____ No changes have been made. I certify that the transcript is true and correct.


**Signature** _____       **Date** __11/5/19__

EXHIBIT D

```
 1                IN THE UNITED STATES DISTRICT COURT
 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4    OMAR ARNOLDO RIVERA MARTINEZ;      )
      ISAAC ANTONIO LOPEZ CASTILLO;      )
 5    JOSUE VLADIMIR CORTEZ DIAZ; JOSUE  )
      MATEO LEMUS CAMPOS; MARVIN JOSUE   )
 6    GRANDE RODRIGUEZ; ALEXANDER        )
      ANTONIO BURGOS MEJIA; LUIS PENA    )
 7    GARCIA; JULIO CESAR BARAHONA       )
      CORNEJO, as individuals,          )
 8                                       )
                    Plaintiffs,          )
 9                                       )  CASE NO. 5:18-cv-01125-SP
                    vs.                  )
10                                       )
      THE GEO GROUP, INC., a Florida    )
11    corporation; THE CITY OF ADELANTO, )
      a municipal entity; GEO LIEUTENANT )
12    DURAN, sued in her individual      )
      capacity; GEO LIEUTENANT DIAZ,     )
13    sued in her individual capacity;   )
      GEO SERGEANT CAMPOS, sued in his   )
14    individual capacity; SARAH JONES,  )
      sued in her individual capacity;   )
15    THE UNITED STATES OF AMERICA; and  )
      DOES 1-10, individuals,           )
16                                       )
                    Defendants.          )
17    _____)
18
19              DEPOSITION OF LEO MARVIN MC CUSKER
20                    ONTARIO, CALIFORNIA
21               WEDNESDAY, SEPTEMBER 4, 2019
22
23    REPORTED BY:
24    Carolyn Ann Peterson
      CSR No. 3195
25    Pages 1- 86
```

Page 1

```
 1               DEPOSITION of LEO MARVIN MC CUSKER, taken on
 2      behalf of the Plaintiffs, at 1520 North Mountain Avenue,
 3      Building E, Suite 135, Ontario, California 91762,
 4      commencing at 1:40 p.m., Wednesday, September 4, 2019,
 5      before Carolyn Ann Peterson, a Certified Shorthand
 6      Reporter in the State of California, License No. 3195.
 7                              * * *
 8      APPEARANCES OF COUNSEL:
 9
10         FOR PLAINTIFFS:
11                 LAW OFFICE OF RACHEL STEINBACK
                   BY:  RACHEL STEINBACK, ESQ.
12                 P.O. Box 291253
                   Los Angeles, California 90029
13                 (213) 537-5370
                   steinbacklaw@gmail.com
14
                        and
15
                   SCHONBRUN, SEPLOW, HARRIS & HOFFMAN, LLP
16                 BY:  KRISTINA HAROOTUN, ESQ.
                   11543 West Olympic Boulevard
17                 Los Angeles, California 90064
                   (310) 396-0731
18                 kharootun@sshhlaw.com
19
20         FOR DEFENDANTS:
                   BURKE, WILLIAMS & SORENSEN, LLP
21                 BY:  CARMEN M. AGUADO, ESQ.
                   444 South Flower Street, Suite 2400
22                 Los Angeles, California 90071
                   (213) 236-0600
23            caguado@bwslaw.com
24
25
```

                                                    Page 2

```
 1    offenses were housed there?

 2        A    Yes.  They may have had prior convictions for

 3    unrelated to the DUI, but those that were there were

 4    serving time for a current DUI.

 5        Q    That's so interesting.  I didn't know that

 6    that existed.

 7        A    500 beds.

 8        Q    Wow.  When you arrived at Adelanto, did you

 9    receive any training specific to the Adelanto facility?

10        A    Yes.

11        Q    What training did you receive when you arrived

12    at Adelanto?

13        A    The pre-service course offered by Adelanto for

14    new hires with ICE -- with regard to ICE facilities.

15        Q    So it was a training that specifically

16    addressed the needs of detainees in ICE custody?

17        A    It catered to that.  Although the majority of

18    the training was detention, correctional topics;

19    subcategories, the PBNDS, ICE -- direction on how we

20    operate would be the added ICE type topics.

21        Q    Okay.  So was the training pretty much in line

22    with the training that you had received previously when

23    you were working for a different correctional facility?

24        A    Yes, it is.

25        Q    Other than the pre-service course for new
```

Page 13

1   are certified to teach by having attended the T for T

2   Training for Trainers course by GEO.

3        Q    So GEO sponsors a Training for Trainers'

4   course that allows participants to go on and be trainers

5   themselves?

6        A    That's correct.

7        Q    How much training is required before someone

8   can become a trainer themselves?

9        A    A minimum of one year's employment with GEO.

10       Q    Other than the pre-service training, you

11   mentioned that there is continual annual in-services, is

12   that correct?

13       A    Yes.

14       Q    And those are the 40-hour training courses

15   that you previously testified about?

16       A    Yes.

17       Q    Other than the 40-hour annual in-service in

18   June of 2017, what other training was required of GEO

19   employees, if any?

20       A    I don't believe there were any others.

21       Q    In the pre-service training, were the new

22   hires trained on The GEO use-of-force policy?

23       A    Yes.

24       Q    Out of the 136 hours of new hire training, how

25   many were dedicated to use of force?

Page 24

1    optional?

2         A    It was required.

3         Q    Who monitored to make sure that the

4    supervisors at Adelanto were taking and passing these

5    monthly courses?

6         A    The Training Administrator.

7         Q    So the Training Administrator, would one of

8    the responsibilities of the Training Administrator be to

9    make sure that everybody was keeping up with the

10   learning that they were supposed to be doing?

11        A    Correct.

12        Q    Is the supervisor -- if a supervisor didn't

13   complete the supervisor-specific monthly training, what

14   would the Training Administrator do in June of 2017?

15        A    They would notify the individual of the

16   deficiency and request that it be done as soon as

17   possible.

18        Q    In June of 2017, were there any issues of

19   staff failing to complete the training that they were

20   required to do?

21        A    I wouldn't know.

22             MS. STEINBACK:  Okay.  I'm handing the

23   deponent a document that I have marked as Exhibit 3.

24   For the record, it's Bates-stamped GEO 02272 and 022273.

25             (Whereupon Exhibit 3 was marked for

                                        Page 42

1              identification by the Court Reporter

2              And is attached hereto.)

3     BY MS. STEINBACK:

4         Q    Do you recognize this document?

5         A    I recognize it only as a general information

6     report.  I don't recall having read it, but I very well

7     may have.

8         Q    So is this one of the documents that you

9     referenced as being a part of the investigation of the

10    use of force?

11        A    It would be.

12        Q    And I'll represent to you that this is one of

13    the GIRs that pertains to the incident giving rise to

14    this lawsuit.

15             Is this document a template that is created by

16    GEO?

17        A    Yes.

18        Q    And in the first box at the top it says,

19    "Subject:  Please check one of the appropriate boxes."

20             Do you see that -- what I'm talking about?

21        A    Yes.

22        Q    And it appears that -- well, if there are

23    multiple boxes that apply to a use-of-force incident, is

24    it GEO's policy and practice to mark all of the boxes

25    that could apply or the one that most applies?

                                                  Page 43

```
 1      A      It would be situational.  There's nobody
 2   saying you can only mark one, no, you can mark multiple,
 3   yes.
 4      Q      Part of the reason I ask that, there are two
 5   boxes on this document that are crossed off the "major
 6   disturbance" and the "minor disturbance" boxes.
 7          Do you see that?
 8      A      Yes, I do.
 9      Q      Are those your initials next to the lines
10   crossing out those boxes?
11      A      Yes, they are.
12      Q      Why did you cross off these two boxes?
13      A      The term "disturbance" is the operative word,
14   if you will.  This incident is certainly considered a
15   use of force and was ultimately reported as such.  The
16   term "disturbance" could have a connotation of a riot,
17   for instance, as a worst case, and it wasn't felt that
18   that term "disturbance" accurately described the
19   incident.
20      Q      Where is the term disturbance defined, or if
21   you are an officer, how do you know what that means?
22      A      Typically, it's discussed amongst the
23   supervisors, the individuals and possibly administrators
24   as to the terminology to describe an incident.
25      Q      So is it fair to say that definition of the
```

Page 44

1    term sort of varies on a case by case basis?  Or what do

2    you mean?

3         A    I don't want to say it would vary.  The

4    incident in it's totality can be just a use-of-force

5    incident, such as this, with the detainees being pepper

6    sprayed.  If the term disturbance was going to be used,

7    it very likely would be coined as a disturbance by the

8    Facility Administrator before it was reported as a

9    facility disturbance.

10        Q    So I guess what I'm trying to understand, is

11   there a single definition of disturbance, or is it up to

12   interpretation and ultimately the decision of the

13   Facility Administrator?

14        A    Well, let me -- I don't have an answer.  I

15   can't cite the document that tells us what is or isn't a

16   disturbance, but there are documents that would identify

17   certain actions or incidents within the facility that

18   could be classified as a disturbance.

19        Q    Do you know where that document is?

20        A    It could be an attachment to the policy on

21   serious incident reports.  I don't know for a fact that

22   it is.

23        Q    Okay.  But there is a definition of major

24   disturbance and minor disturbance?

25             MS. AGUADO:  That misstates his testimony.  I

Page 45

```
 1     think he explained something different, but go ahead.
 2            THE WITNESS:  Well, I said, I can't cite the
 3     actual document, but there is something that says what a
 4     disturbance -- where you cross that threshold.
 5     BY MS. STEINBACK:
 6         Q    Does GEO train its officers on where that
 7     threshold is crossed and what constitutes a disturbance?
 8         A    No.
 9         Q    Here did you make the decision ultimately that
10     it shouldn't be categorized as a major or minor
11     disturbance?
12         A    I don't recall whether I involved any other
13     persons in that decision, reading it today, I would not
14     change -- I would leave it as it is.  I wouldn't have
15     changed the disturbance.  I would have made the same
16     decision.
17         Q    Sitting here today, you still agree that it
18     was not a major or minor disturbance?
19         A    That is correct.
20         Q    What is the purpose of the "Subject" Box?
21            Maybe just to be more clear, so does it matter
22     whether you mark it as a major disturbance, a minor
23     disturbance or as here, under "Other use of force"?
24         A    It was a matter more in the area of our
25     categorizing it as an incident for documentation, number
```

Page 46

1    of uses of force, here they are; number of major

2    disturbances, here.  Here they are; this paper goes here

3    and this paper goes here.

4         Q    All right.  So you want to make sure that it's

5    accurate so when the data is documented for use in the

6    facility and beyond, it's appropriately categorized and

7    it reflects exactly what happened.

8              Is that fair to say?

9         A    Yes, it is.

10             MS. AGUADO:  Can we take a short break?

11             MS. STEINBACK:  Sure.

12             (Short recess was taken.)

13             MS. STEINBACK:  Back on.

14        Q    Does GEO provide training for its staff on how

15    to fill out reports like the General Incident Report

16    that we have marked as Exhibit 3?

17        A    There is a course for report writing in

18    pre-service.

19        Q    What does that course cover?

20        A    It covers the subject matter that needs to be

21    included in a report -- who, what, when, why, how --

22    topics or answers.

23        Q    Does it use any of GEO's template reports as

24    examples and take the officers through how to fill them

25    out or more general report writing training?

```
1        A    It utilizes this specific General Incident

2   Report.  It utilizes a count sheet, out-count sheet,

3   general topic sheets that would be available to staff to

4   fill out.  The primary ones are General Incident Report,

5   a count sheets and logbooks is what I'm trying to

6   remember.

7             MS. STEINBACK:  I'm going to hand you a

8   document that I have marked as Exhibit 4, which, for the

9   record, is Bates-stamped GEO 02236 and 02237.

10            (Whereupon Exhibit 4 was marked for

11             identification by the Court Reporter

12             And is attached hereto.)

13  BY MS. STEINBACK:

14       Q    Just an initial question.  Is this report

15  template that is created by GEO similar to the GIR?

16       A    Yes.  There is a specific template utilized

17  for use of force, so yes.

18       Q    And in the report writing training that you

19  just described that happens in the pre-service, is this

20  use-of-force document used for training purposes?

21       A    No.

22       Q    So the general training that GEO employees

23  receive in the reporting module --

24       A    I will qualify that.  Sorry.

25       Q    -- would be put to use in filling out this
```

Veritext Legal Solutions
866 299-5127

```
 1    exception.  We might have had a specific individual go
 2    to a class on firearms, for instance, as the armorer,
 3    and that person would have been trained by someone other
 4    than GEO.  But that would be that type of exception.
 5         Q    Okay.  So one of the situations that are case
 6    by case rather than having --
 7         A    Yes.
 8         Q    Okay.
 9              MS. STEINBACK:  Okay.  I'm going to mark and
10    give you a packet that has been marked as Exhibit 6.
11              (Whereupon Exhibit 6 was marked for
12              identification by the Court Reporter
13              And is attached hereto.)
14              MS. STEINBACK:  For the record, it's
15    Bates-stamped GEO 02036 through 02046.
16         Q    Do you recognize this document?
17         A    Yes, I do.
18         Q    What is this document?
19         A    It's as its title states, "Situations that
20    would require Emergency Procedures."
21         Q    And I notice on the document that there is a
22    date stamp of September 13, 2018 on the bottom left
23    corner.
24              Did this presentation exist in June of 2017?
25         A    I don't know.
```

Page 59

1      Q    Is there any way from looking at it to tell?

2      A    The subject matter is something that would

3  have been trained in 2017, but that date may be just an

4  updated version.  I don't know how far back in history

5  that this went, but it's a topic that is trained on in

6  pre-service and in-service even then.

7      Q    Great.  In reviewing this document, are there

8  any differences between what would have been trained on

9  in June 2017 and what is substantively in this document

10  now?

11      A    That I don't know.

12      Q    Would reviewing it help you to answer that

13  question?

14      A    If I saw the previous document, perhaps.

15      Q    Okay.

16           MS. STEINBACK:  Could we go off the record a

17  second?

18           (Discussion was held off the record.)

19           MS. STEINBACK:  Back on the record.

20      Q    Recognizing that we don't have the previous

21  document, you said that the subject is something that is

22  regularly trained on both in the pre-service and the

23  annual in-service; is that correct?

24      A    That's correct.

25      Q    So turning just to the second page, which is

Page 60

```
 1    the GEO 02037, this appears to be listing emergency
 2    situations that involve inmates and detainees and
 3    including bomb threat, disturbance/riot, escape, hostage
 4    situation, and hunger strike, et cetera.
 5            When this training is given -- and I guess I
 6    will ask first, from June of 2017 -- if you can answer,
 7    and if you can't answer, then I will ask it in a
 8    different timeframe -- but as of June 2017, when staff
 9    would have been trained on how to handle emergency
10    situations, would they have training on what each of
11    these inmate detainee situations is, with specific
12    definition -- for example, what a bomb threat is?
13            I know it feels obvious, but a disturbance or
14    riot, a hostage situation -- would those have been
15    defined in the training?
16    A    They would have been discussed.  To define
17    specifically disturbance or riot, unlikely.  An escape
18    as a topic is just that.  So the topics listed here
19    would be discussed.
20            Bomb threat, for instance, there is a section,
21    don't use the radio, there's a suspected bomb, that you
22    might trigger an explosion.  If it's an over-the-phone
23    bomb, try to get information, dah, dah, dah -- all those
24    things specific to bombs, so it's a discussion more than
25    a definition during the class.
```

Page 61

1      Q     So, for example, what would the discussion --

2    just looking at the next one, disturbance/riot, what

3    would the discussion around that have been?

4      A     It's going to be dependent on the instructor,

5    how the instructor relays personal experiences, for

6    instance, on disturbance/riot, they are not really

7    synonomous, although it seems to me they used it in that

8    context, but there would be, again, an explanation, not

9    Screen 3, a definition, an explanation of what would be

10   considered a disturbance or a riot.

11     Q     I know we already discussed disturbance.  Is

12   there a definition of a riot, or what a riot is?

13     A     I don't know that it's written by definition.

14     Q     Is there training on what a riot is or what

15   staff is supposed to classify what is a riot?

16     A     This training would be that.

17     Q     So the discussion, which can vary depending on

18   who the instructor is?

19     A     That's possible, yes.

20     Q     Would the same be true for hostage situation?

21     A     We have a class module that is hostage

22   situations, so it's further defined on its own merit.

23     Q     So of the list here, can you identify for me

24   which have a further module that helps define what the

25   situation is, just starting at the top.  Is there a

Page 62

```
 1    further module or training on bomb threat?

 2         A    No.

 3         Q    Is there a further module or training on

 4    disturbance/riot?

 5         A    No.

 6         Q    Escape?

 7         A    Yes.

 8         Q    Hostage situation?

 9         A    (No audible response.)

10         Q    "Yes"?

11         A    Yes.

12         Q    Hunger strike?

13         A    No.

14         Q    Work stoppage or other job action?

15         A    No.

16         Q    Manmade disasters?

17         A    No.

18         Q    Immediate release of inmates from locked areas

19    including use of manual backup systems?

20         A    No.

21         Q    Evacuation of inmates, staff or visitors?

22         A    Not a specific module, but it's covered in

23    other topics, to include emergency situations.  We would

24    discuss that in the disturbance or riot, for instance,

25    what we are going to do as an after action or during the
```

Page 63

1    action try to evacuate.

2        Q    Okay.  Death?

3        A    No.

4        Q    Medical emergency?

5        A    Medical has modules that discuss Code Blue,

6    yes.

7        Q    All right.  Back to -- turning to the next

8    page is medical emergency.  It's my understanding you

9    are also here to testify on detainee complaints

10   regarding the showers and water at Adelanto.

11            During your time at Adelanto, have you heard

12   detainee complaints about the temperature of the water

13   in the showers?

14       A    Yes, I have.

15       Q    How recently have you heard those complaints?

16       A    Not within the past year.  It's difficult to

17   say.  Several months back, I might have heard something

18   about temperature.

19       Q    I know it's very specific to ask -- do you

20   remember hearing any complaints about the temperature of

21   the water in the shower in June of 2014?

22       A    No, I don't remember that.

23       Q    When -- for the incident that you recall, did

24   you recall hearing any complaints about -- what were the

25   complaints?

                                        Page 64

1          MS. STEINBACK:   Back on.

2      Q     You previously testified to some retraining

3   that you do of individual staff following grievances.

4   And I don't know if I asked this, but in case I didn't,

5   have there been any changes to the general trainings as

6   a result of grievances or other detainee complaints?

7      A     No.

8      Q     Okay.   I know we have also discussed some

9   terms, including disturbance and riot.   Another term

10  that we have seen used is rebellion.   Is there a single

11  definition of what a rebellion is for inmate or detainee

12  situation?

13     A     That term, "rebellion," I have never used it

14  in my work history.

15     Q     In your entire work history?

16     A     Right.

17     Q     Why is that?

18     A     I think the term rebellion is synonymous with

19  either riot or disturbance and just is not used.

20          To me it's an archaic word.

21     Q     Have you ever been in a situation that you

22  would categorize as a rebellion in your professional

23  setting?

24     A     I likely could have used the word rebellion --

25  that's the group that were rebelling against the

Page 80

1    particular meal that they received -- something in that

2    context, but I have never used the word.

3        Q    Okay.  I would use the connotation of

4    rebellion as something slightly more than rebelling

5    against or expressing distaste for a meal.

6             Would that be fair to say?

7        A    It could be.  I just don't use it.  In

8    thinking about it, having been asked, I would see a

9    country rebellion occurring, but not in the context of a

10   facility detainee or inmate facility, I haven't heard

11   that.

12       Q    Is it fair to say in all the training that you

13   have both done and sat through, you have not been

14   trained on rebellions?

15       A    When I do that specific course, I use -- I say

16   the word rebellion.  I say disturbance, riot or

17   rebellion, because it's written on there.  I don't

18   elaborate on it.

19       Q    Have you ever seen any officers use the term

20   rebellion to describe --

21       A    Not that I recall.

22       Q    You described the grievance process and your

23   work with the grievance coordinator when you were the

24   Chief of Security.

25             I just have a few more questions.

                                              Page 81

1                           *     *     *

2

3

4

5

6

7          I, LEO MARVIN MC CUSKER, declare under penalty

8    of perjury that the foregoing is an accurate

9    transcription of my testimony under the laws of the

10   State of California, executed on the _24th_ day of

11   _OCTOBER_____, 2019.

12

13

14   _____

15          LEO MARVIN MC CUSKER

16

17

18

19

20

21

22

23

24

25

Page 85

```
 1                  REPORTER'S CERTIFICATE

 2

 3          I, CAROLYN ANN PETERSON, Certified Shorthand

 4      Reporter, do hereby certify:

 5          That prior to being examined, the witness in

 6      the foregoing proceeding was by me duly sworn to testify

 7      to the truth, the whole truth, and nothing but the

 8      truth.

 9          That said proceedings were taken before me at

10      the time and place therein set forth and were taken down

11      by me stenographically at the time and place therein

12      named and thereafter reduced to computerized

13      transcription under my direction and supervision;

14          I further certify that I am neither counsel

15      for nor related to any party in said proceedings, nor in

16      any way interested in the outcome thereof.

17          IN WITNESS WHEREOF, I have hereunto subscribed

18      my name this date:  SEPTEMBER 25, 2019.

19

20

21

22

        CAROLYN ANN PETERSON, CSR 3195

23

24

25

                                        Page 86
```



Δ⟨π⟩EXHIBIT 3
Deponent McCusker
Date 9/4/19 Rptr CAP
WWW.DEPOBOOK.COM

## *General Incident Report*

The GEO Group, Inc. – Adelanto/I.C.E. Processing Center

**Subject:** *Please check one of the appropriate boxes*

☐ Security Breach ☐ Rules Violation ☐ Detainee on Detainee Assault ☐ Detainee on Staff Assault
☐ Major Fire ☐ Minor Fine ☐ Self Harm ☐ Detainee Injury
☐ Med. Emergency ☐ Maintenance ☐ Major Disturbance ☐ Minor Disturbance
☐ Contraband ☐ Hunger Strike ☑ Other: ___UOP___ (Use of Force)

| | | | | | |
|---|---|---|---|---|---|
| **To:** Lt Diaz, Jane | **Title:** Lieutenant | **Date:** 6-12-17 | | **Time:** 0630 |
| **From:** A Buries | **Title:** D/O | **Location:** E2C | | |

**Detainee:** (SEE ATTACHMENT)  **Detainee:**

| Print Name | ID# | Dorm | | Print Name | ID# | Dorm |
|---|---|---|---|---|---|---|
| | | | | | | |
| Print Name | ID# | Dorm | | Print Name | ID# | Dorm |

**Details of Incident**
(Please Print - Who, What, When, Where, How &Why. You Must State Facts And Absolutely No Editorializing)

On June 12, 2017 I D/O Buries responded to an incident at East 2C 9 detainees were refusing to make for count procedures, detainees were linked in arms as well with legs wrapped around the tables were non responsive to Verbal commands given by Sgt Campos and Lt Diaz upon the detainees refusal to unlink and assume their bunks We were advised to stop here while Lt diaz and Sgt Campos deployed Pepper spray. I D/o Buries assisted in the separating removal and counting of of detainees. once 2C was unlocked and secured, Counted 90 detainees on the Yard, Medical Staff checked vitals for entire Unit. Assisted with cleaning of unit nothing Further to report at this time.

**Supervisor's Assessment**
Please Print and Include: Date/Time, if AOD was notified, when and by whom.

N/A

| | | | |
|---|---|---|---|
| G Buries   G Brunka   D/o | Use of force Report submitted?: ☑ Yes ☐ No | SGT – OMALY '6-12-17 0830 | |
| Staff Signature And Printed Name and Title | | Supervisor's Signature, Printed Name and Title, Date And Time | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02272

# Use of Force Attachment

## 06/12/2017

Involved Detainees

| | |
|---|---|
| RIVERA-MARTINEZ, OMAR | A#213081649 |
| BARAHONA-CORNEJO, JULIO | A#213081651 |
| CORTEZ-DIAZ, JOSE | A#213078963 |
| VALADARES-JIMENEZ, JULIO | A#209864589 |
| PENA-GARCIA, LUIS | A#213078969 |
| BURGOS-MEJIA, ALEXANDER | A#213081704 |
| GRANDE RODRIGUEZ, MARVIN | A#213077477 |
| LEMUS-CAMPOS, JOSUE | A#213078965 |
| LOPEZ-CASTILLO, ISAAC | A#213081603 |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02273

## USE OF FORCE/RESTRAINTS

REPORT DATE: *6-12-2017*          SUBMITTED BY: *H. JANE DIAZ*

DATE/TIME OF INCIDENT: *6-12-2017      0625*

WARDEN NOTIFIED:   (X) YES ( ) NO
AOD NOTIFIED:        (X) YES ( ) NO
CAPTAIN NOTIFIED:  (X) YES ( ) NO

DETAINEE(S) INVOLVED:
|  | NAME | ID. NO. |
|---|---|---|
| 1. | *SEE ATTACHMENT* | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

STAFF INJURIES: (X) YES ( ) NO          DETAINEE INJURIES: (X) YES ( ) NO

IF MEDICAL TREATMENT REQUIRED BY EITHER STAFF OR DETAINEES, LIST NAMES, INJURIES, TREATMENT AND NAME OF MEDICAL STAFF PRESENT PRIOR TO OR DURING INCIDENT:
*OFFICER ANTHONY REYES TREATED AT OFFSITE URGENT CARE FOR OC EXPOSURE*
*DETAINEE RIVERA-MARTINEZ TREATED ON SITE by CCS DR. MEDRANO FOR Tooth INJURY*

USE OF FORCE CLASSIFICATION:

   SELECT ONE:
   (X) EMERGENCY, UNPLANNED USE OF FORCE
   ( ) CALCULATED, PLANNED USE OF FORCE

   SELECT ONE:
   (X) MINOR USE OF FORCE
   ( ) MAJOR USE OF FORCE

RESTRAINT EQUIPMENT USED:                    RESTRAINT METHOD USED:
( ) NONE          ( ) AMBULATORY   *HANDCUFFS*
(X) HARD          ( ) 2-POINT
( ) SOFT          ( ) 4-POINT

DATE/TIME PLACED IN RESTRAINTS:          USE OF RESTRAINTS AUTHORIZED BY:
*06-12-2017    0625*                               *Lt. JANE DIAZ*

OTHER EQUIPMENT USED:                        LIST OF OTHER STAFF SUBMITTING
( ) BATON                                            REPORTS EXCLUDING PRINCIPLE
( ) SHIELD                                           STAFF:
(X) OTHER: (DESCRIBE) *OC SPRAY*                  *N/A*

REASON FOR USE OF FORCE:
   (X) CONFRONTATION AVOIDANCE PROVED INEFFECTIVE
   ( ) BECAME VIOLENT AND/OR ASSAULTIVE
   ( ) DISPLAYED SIGNS OF IMMINENT VIOLENCE
   ( ) DESTROYING PROPERTY
   ( ) ATTEMPTED SUICIDE
   ( ) INFLICTED WOUNDS ON SELF/OTHERS
   ( ) ENFORCEMENT OF INSTITUTION REGULATIONS
   ( ) OTHER (SPECIFY)

- 1 -

ΔπEXHIBIT *4*
Deponent *L. McCusker*
Date *9/4/19* Rptr *CA-P*
WWW.DEPOBOOK.COM

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02236

LIST FULL NAME OF ALL PRINCIPLE STAFF INVOLVED IN INCIDENT:

CONFRONTATION AVOIDANCE (LIST NAME AND TITLE):
1. D/O A. REYES
2. D/O M. PEREZ
3. D/O R. Gillum

4. A. BURNS - D/O
5. J. MARMOLEJO - D/O
6. LT. J. DIAZ
7. SGT. CAMPOS

FORCE CELL TEAM MEMBERS, IF USED (LIST NAME AND TITLE)
1. N/A          4.
2.              5.
3.              6.

WAS THE INCIDENT VIDEOTAPED SEQUENTIALLY AS OUTLINED IN THE USE OF FORCE POLICY? IF NO, EXPLAIN WHY NOT, AND INDICATE AT WHAT POINT TAPING DID BEGIN.

( ) YES   HAND HELD CAMERA NOT PRESENT DUE TO EMERGENCY USE OF FORCE (LN)
(X) NO    NO VIDEO CAMERA | Recorded through our Central Control
          Camera (Facility Surveillance Camera System) (LN)
INDICATE TAPE EVIDENCE CONTROL NUMBER

DESCRIPTION OF INCIDENT (INCLUDE DETAILS, SUCH AS NAME OF THE STAFF MEMBER APPLYING RESTRAINTS, REASONS FOR USE OF HARD RESTRAINTS INSTEAD OF SOFT RESTRAINTS, ETC. Hard restraints used - This is what our staff carry. G. Martinez - used physical force by pulling detainee apart that had locked arms. R. Gillum - restraints A. Burks - Assisted in separating detainees. J. Marmolejo - assisted in restrain detainees w/ Hard restraints   r. Reyes restraints helping to pull detainee apart.
Violation 213 Engaging in or inciting a group demonstration )

| STAFF INJURIES: ( ) YES (X) NO | DETAINEE INJURIES: (X) YES ( ) NO |
|---|---|

IF MEDICAL TREATMENT REQUIRED BY EITHER STAFF OR DETAINEES, LIST NAMES, INJURIES, TREATMENT AND NAME OF MEDICAL STAFF PRESENT PRIOR TO OR DURING INCIDENT: D/O A. Reyes - OC sprayed on him. workmans comp. Treated offsite urgent care for OC exposure (LN)
Detainee - RIVERA - Martinez A 213081649 - Right upper tooth

LVN  B. JONES                    RN  J. PETERSON

_Signature_ AT. J. Diaz          _Date_ 6-12-2017

- 2 -

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02237



## The GEO Group, Inc.

## Objectives

### Objective 1

## State the types of situations that would require Emergency Procedures



**GEO Group Training**

**4**

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

**GEO 02036**

# Emergency Situations 



## Inmate/Detainee Situations

- Bomb Threat
- Disturbance/Riot
- Escape
- Hostage Situation
- Hunger Strike
- Work Stoppage or Other Job Action
- Man made disasters
- Immediate release of inmates from locked areas (includes the use of manual backup systems)
- Evacuation of inmates, staff, and visitors.
- Death
- Medical Emergency (Code Blue)
- Additional plans required by the Client

9/13/2018                    Emergency Procedures                          5

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02037

# Emergency Situations GEO

# Medical Emergency



9/13/2018    Emergency Procedures

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

GEO 02038

# Emergency Situations 

## Medical Emergency

- 4 minute response time - Medical has 4 minutes to respond once a Code Blue is initiated



CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02039



- ## Staff responsibilities during medical and non-medical emergencies:

  1. Officers must make face to face contact with the detainee if the detainee is reported to be sick. The detention officer should make a determination on face to face contact whether or not a potential health emergency exists.

  2. Staff must ensure that detainees with physical or mental disabilities are provided reasonable accommodations in accordance with security and safety concerns.

  3. In the event that there is a detainee who has a medical problem and medical staff has not arrived and detention officers are relieved for a lunch break, etc., appropriate hand off communication both verbally and in writing in the logbook needs to be completed.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02040

# Emergency Situations 

- Procedure for during a medical emergency:
  1. Secure the scene. Ask yourself is it safe to help. Ensure there is no threat within the environment or by the victim.
  2. Use universal precautions (gloves, etc.)
  3. Call medical staff over radio/activate code blue
     - ❑ convey needed information with medical (with regard to HIPAA policy)
       – Will a wheelchair or gurney be needed?
       – Actions/Reactions of the detainee (in visible pain, sweating, shaking, nausea, etc.)
  4. Ensure the Watch Commander is aware of the situation.
  5. Document, document, document in the log book

9/13/2018                    Emergency Procedures                    9

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02041

# Emergency Situations 
# Hunger Strikes



What is a Hunger Strike?

9/13/2018                    Emergency Procedures                    5A

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02042

## Emergency Situations 

# Hunger Strikes

- After identifying a Detainee(s) on hunger strike notify the on duty Shift-Supervisor.

- Health Services and Security Staff will determine a Plan of Action.

- Security and Medical personal will attempt to negotiate with the individual or key leader in a group to discontinue the proposed Hunger Strike.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02043

## Emergency Situations 

# Hunger Strikes

- If negotiations fail, the Detainee(s) are isolated from the General Population and placed in Medical. If the group is to large an alternative housing unit or an area where food intake can be monitored.

- Ensure that all meals are offered at regularly scheduled times.

- Assign an Officer to maintain a record of acceptation an refusal of meals or food eaten.

9/13/2018      **Emergency Procedures**      5C

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

GEO 02044

# Emergency Situations 

# Hunger Strikes

- Health Services shall on a daily bases assess nutritional status and obtain a weight and/or urine sample of the Detainee.

- After a Detainee(s) missed (9) consecutive meals the Security Staff shall follow Medical Departments directives.

- If a Detainee(s) health deteriorates serious, they will be transfer to an appropriate medical facility.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02045

# Emergency Situations 

## Weather or Facility Situations

- Fire
- Power Failure
- Radioactive Contamination Exposure
- Weather conditions, which may affect the safe, secure and sanitary operation of the facility.
  - Extreme heat or cold
  - Earthquakes
  - Tornados
  - Fog
  - Storms
  - Etc.
- Hazardous Material Spill
- Life Threatening Situations

9/13/2018                           Emergency Procedures                           14

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

GEO 02046

EXHIBIT E

```
1               UNITED STATES DISTRICT COURT
2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
4   OMAR ARNOLD RIVERA MARTINEZ; ISAAC   )
    ANTONIO LOPEZ CASTILLO; JOSUE        )
5   VLADIMIR CORTEZ DIAZ; JOSUE MATEO    )
    LEMUS CAMPOS; MARVIN JOSUE GRANDE    )
6   RODRIGUEZ; ALEXANDER ANTONIO BURGOS  ) CASE NO.
    MEJIA; LUIS PENA GARCIA; JULIO       ) 5:18-CV-01125-R-
7   CESAR BARAHONA CORNEJO, AS           ) GJS
    INDIVIDUALS,                         )
8                                        )
                    PLAINTIFFS,          )
9                                        )
        VS.                              )
10                                       )
    THE GEO GROUP, INC., A FLORIDA       )
11  CORPORATION; THE CITY OF ADELANTO,   )
    A MUNICIPAL ENTITY; GEO LIEUTENANT   )
12  DURAN, SUED IN HER INDIVIDUAL        )
    CAPACITY; GEO LIEUTENANT DIAZ, SUED  )
13  IN HER INDIVIDUAL CAPACITY; GEO      )
    SERGEANT CAMPOS, SUED IN HIS         )
14  INDIVIDUAL CAPACITY; SARA JONES,     )
    SUED IN HER INDIVIDUAL CAPACITY;     )
15  THE UNITED STATES OF AMERICA; AND    )
    DOES 1-10, INDIVIDUALS,              )
16                                       )
                    DEFENDANTS.          )
17  _____ )
18
19
20         DEPOSITION OF OFFICER FRANKIE JUAREZ
21              MONDAY, AUGUST 26, 2019
22
23
24   JOB NO. 3499174
25   REPORTED BY KATIE HRON, C.S.R. NO. 13483

                                        Page 1
```

```
 1    DEPOSITION OF OFFICER FRANKIE JUAREZ, TAKEN ON BEHALF OF
 2    PLAINTIFF, AT 12:04 P.M., MONDAY, AUGUST 26, 2019, AT
 3    1770 IOWA AVENUE, SUITE 240, RIVERSIDE, CALIFORNIA,
 4    BEFORE KATIE HRON, C.S.R. NO. 13483.
 5
 6    APPEARANCES OF COUNSEL:
 7
 8    FOR THE PLAINTIFFS:
 9                SCHONBRUN SEPLOW HARRISON & HOFFMAN, LLP
                  BY:  CATHERINE E. SWEETSER
10                11543 WEST OLYMPIC BOULEVARD
                  LOS ANGELES, CALIFORNIA  90064
11                310-396-0731
                  CSWEETSER@SSHHLAW.COM
12
      -AND-
13
                  LAW OFFICE OF CAROL A. SOBEL
14                BY:  MONIQUE A. ALARCON
                  725 ARIZONA AVENUE
15                SUITE 300
                  SANTA MONICA, CALIFORNIA  90401
16                424-744-8703
                  MONIQUE.ALARCON8@GMAIL.COM
17
      FOR THE DEFENDANTS:
18
                  BURKE, WILLIAMS & SORENSEN, LLP
19                BY:  CARMEN M. AGUADO
                  444 SOUTH FLOWER STREET
20                SUITE 2400
                  LOS ANGELES, CALIFORNIA  90071
21                213-236-0600
                  CAGUADO@BWSLAW.COM
22
23
24
25
```

Page 2

```
 1        A.    No.

 2        Q.    So going back to the training about

 3   decontamination that you received when you were in the

 4   RHU, what do you remember about that training?  What did

 5   they tell you about decontamination?

 6        A.    Use cold water.

 7        Q.    Anything else?

 8        A.    No, that's it.

 9        Q.    Did you ever have that training --

10        A.    No.

11        Q.    -- again?

12        A.    No.

13        Q.    Did you ever have any other kind of training --

14        A.    No.

15        Q.    -- on pepper spray while you worked there?

16        A.    No.

17        Q.    And just to remind you, make sure you wait

18   until I answer --

19              I know --

20        A.    Oh.

21        Q.    -- you know what I'm gonna ask, but it's

22   easier --

23        A.    Sorry.

24        Q.    -- for the court reporter if you wait.

25        A.    Oh, sorry.
```

Page 18

```
 1        A.   I don't know.

 2        Q.   Okay.  So is it around six feet?

 3        A.   About six, yeah.

 4        Q.   Is it --

 5             How is it operated?

 6        A.   I don't know.  I don't remember at this time.

 7        Q.   Do you remember if there was like a handle that

 8   you pull to one side or the other or a knob of some

 9   kind?

10        A.   I don't remember, but I know we turned it -- or

11   we put it on cold.

12        Q.   So you don't remember if there's one handle or

13   two, for example?

14        A.   I know there's two showers.

15        Q.   Uh-huh.

16        A.   So -- and I don't know if they're handles or

17   knobs.

18        Q.   Do you know if they have --

19             You know, some older faucets have two handles

20   on either side --

21        A.   Uh-huh.

22        Q.   -- for hot or cold?

23             Do you know if these showers were like that?

24        A.   I don't remember at this time.

25        Q.   And you say you know that the water was cold.
```

Page 45

```
 1    STATE OF CALIFORNIA    )
                             )
 2    COUNTY OF RIVERSIDE    )

 3

 4         I, KATIE HRON, C.S.R. No. 13483, in and for the

 5    State of California, do hereby certify:

 6         That prior to being examined, the witness named

 7    in the foregoing deposition was by me duly sworn to

 8    testify to the truth, the whole truth, and nothing but

 9    the truth.

10         That said deposition was taken down by me in

11    shorthand at the time and place therein named and

12    thereafter reduced to typewriting under my direction,

13    and the same is a true, correct, and complete transcript

14    of my shorthand notes so taken.

15         That if the foregoing pertains to the original

16    transcript of a deposition in a Federal Case, before

17    completion of the proceedings, review of the transcript

18    { } was { } was not requested.

19         I further certify that I am not interested in

20    the event of this action.

21         In witness whereof, I have hereunto subscribed

22    my name on September 10, 2019.

23

24

25              Katie Hron, C.S.R. No. 13483
```

Page 90

EXHIBIT F

```
1              UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
2   OMAR ARNOLDO RIVERA        )
    MARTINEZ; ISAAC ANTONIO    )
3   LOPEZ CASTILLO; JOSUE      )
    VLADIMIR CORTEZ DIAZ; JOSUE )
4   MATEO LEMUS CAMPOS; MARVIN )
    JOSUE GRANDE RODRIGUEZ;    )
5   ALEXANDER ANTONIO BURGOS   )
    MEJIA; LUIS PEÑA GARCIA;   )
6   JULIO CESAR BARAHONA       )
    CORNEJO, as individuals,   )
7                  Plaintiffs, )
       VS.                     ) Case No.
8                              ) 5:18-cv-011250-R-GJS
    THE GEO GROUP, INC., a     )
9   Florida corporation; THE   )
10  CITY OF ADELANTO, a        )
    municipal entity; GEO      )
11  LIEUTENANT DURAN, sued in  )
12  her individual capacity;   )
13  GEO LIEUTENANT DIAZ, sued in)
    her individual capacity;   )
14  GEO SERGEANT CAMPOS, sued in)
15  his individual capacity;   )
16  SARAH JONES, sued in her   )
    individual capacity; THE   )
17  UNITED STATES OF AMERICA;  )
18  and DOES 1-10, individuals, )
19                 Defendants. )
20  _____)
            DEPOSITION OF SARAH ANN JONES, LVN
21              THURSDAY, JUNE 27, 2019
22  JOB NO. 3402468
23  REPORTED BY CHRISTINE RYBICKI, C.S.R. 13481
24  Pages 1- 220
25  Pages 160-218 Confidential and Bound Separately

                                        Page 1
```

```
 1    DEPOSITION OF SARAH ANN JONES, LVN, TAKEN ON BEHALF OF
 2    THE PLAINTIFFS, AT 9:51 A.M., THURSDAY, JUNE 27, 2019,
 3    AT PERSONAL COURT REPORTERS, A VERITEXT COMPANY, 1520
 4    NORTH MOUNTAIN AVENUE, BUILDING E, SUITE 135, ONTARIO,
 5    CALIFORNIA, BEFORE CHRISTINE RYBICKI, CSR NO. 13481,
 6    PURSUANT TO NOTICE.
 7
 8    APPEARANCES OF COUNSEL:
 9    FOR PLAINTIFFS:
10            SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
              BY: CATHERINE E. SWEETSER, ESQ.
11               -AND-
              KRISTINA HAROOTUN, ESQ.
12            11543 WEST OLYMPIC BOULEVARD
              LOS ANGELES, CALIFORNIA  90064
13            310.396.0731
              CSWEETSER@SSHHLAW.COM
14            KHAROOTUN@SSHHLAW.COM
15    FOR DEFENDANTS THE GEO GROUP, INC.; GEO LIEUTENANT
      DURAN, CITY OF ADELANTO, GEO SERGEANT CAMPOS; AND GEO
16    LIEUTENANT DIAZ:
17            BURKE, WILLIAMS & SORENSEN
              BY: KRISTINA DOAN STROTTMAN, ESQ.
18            1851 EAST FIRST STREET
              SUITE 1550
19            SANTA ANA, CALIFORNIA  92705
              213.236.2805
20            KSTROTTMAN@BWSLAW.COM
21    FOR DEFENDANT SARAH JONES, LVN:
22            LEWIS, BRISBOIS, BISGAARD & SMITH
              BY: JUDITH M. TISHKOFF, ESQ.
23            633 WEST 5TH STREET
              SUITE 4000
24            LOS ANGELES, CALIFORNIA  90071
              213.680.5088
25            JUDITH.TISHKOFF@LEWISBRISBOIS.COM
```

Page  2

```
 1      Q   So you asked Diaz to count them just at the

 2   tables?

 3      A   Yeah, 'cause I was just trying to figure out a

 4   way to not have them sprayed 'cause with her having the

 5   can out, it would imply that she would anticipate to use

 6   it, so.

 7      Q   Did it seem to you that they could just -- they

 8   were sitting still, they could just count them at the

 9   tables?

10      A   Yes.

11      Q   And you said also you thought maybe she could

12   bring them to medical?

13      A   Yeah.

14      Q   Had anyone told you that these detainees were on

15   hunger strike --

16      A   No.

17      Q   -- at this point?

18          Would the protocol have been if they were on

19   hunger strike to bring them to medical?

20      A   Yes.

21      Q   And count can be completed if some detainees are

22   in medical, correct?

23      A   Yeah --

24          MS. TISHKOFF:  May lack foundation.

25          THE WITNESS:  -- but I don't know security's
```

Page 99

```
 1    specific policies and how that carries out.
 2         MS. TISHKOFF:  Interpose the objection; it lacks
 3    foundation, calls for speculation.
 4         Answer can stand.
 5    BY MS. SWEETSER:
 6    Q    You're aware that some detainees have been at
 7    medical during count times; is that right?
 8    A    Yeah.
 9    Q    And that doesn't lead to -- as far as you're
10    aware, that doesn't lead to any problem at the facility,
11    does it?
12         MS. TISHKOFF:  Lacks foundation, calls for
13    speculation, overbroad, vague.
14         MS. STROTTMAN:  Join.
15         MS. TISHKOFF:  If you know.
16         THE WITNESS:  Are you speaking specifically if
17    they're already in medical before count starts?
18    BY MS. SWEETSER:
19    Q    Yes.
20         If they're in medical when count starts, do you
21    know of that posing a problem for the facility?
22         MS. TISHKOFF:  Same objections; lacks foundation,
23    calls for speculation, overbroad and vague.
24         THE WITNESS:  That would be me making an
25    assumption 'cause I don't do count or deal with that at
```

Page 100

```
 1    STATE OF CALIFORNIA        )
 2    COUNTY OF LOS ANGELES      )    ss.
 3
 4
 5
 6        I, the undersigned, hereby certify under
 7    penalty of perjury under the laws of the State of
 8    California that the foregoing testimony is true and
 9    correct.
10        Executed this _____ day of
11    _____, 20_____ at _____,
12    California.
13
14

                        _____
15
                        SARAH ANN JONES, LVN
16
17
18
19
20
21
22
23
24
25
                                       Page  219
```

```
1    STATE OF CALIFORNIA        )

2    COUNTY OF LOS ANGELES      )   ss.

3           I, CHRISTINE RYBICKI, C.S.R. No. 13481, in and

4    for the State of California, do hereby certify:

5           That prior to being examined, the witness named

6    In the foregoing deposition was by me duly sworn to

7    Testify to the truth, the whole truth, and nothing but

8    the truth;

9           That said deposition was taken down by me in

10   shorthand at the time and place therein named and

11   thereafter reduced to typewriting under my direction,

12   and the same is a true, correct, and complete transcript

13   of said proceedings;

14          That if the foregoing pertains to the original

15   transcript of a deposition in a Federal Case, before

16   completion of the proceedings, review of the transcript

17   { } was { } was not required.

18          I further certify that I am not interested in the

19   event of the action.

20          Witness my hand this July 23, 2019

21

22

23

24          Certified Shorthand Reporter

25          for the State of California
```

Page  220

EXHIBIT G



# **Emergency Plans**

Welcome

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

**GEO 02033**

# **Introduction** 

**Emergency Plans are created to:**

1. **Insure General Public Safety**

2. **Preserve Control of the Institution**

3. **Maintain Necessary Operations and Services**

4. **Provide Safety and Welfare of Inmates, Staff and the Community**

5. **Insure Protection of Property**

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

**GEO 02034**

# **Objectives**



1.  State the types of situations that would require Emergency Procedures.

2.  Identify the five phases of an Emergency Plan.

3.  Describe the Emergency Command Structure

4.  Describe Emergency Response Teams

5.  Identify local Emergency Partners

6.  Describe procedures to follow in case of a fire.

7.  Describe the "Emergency Plan Bomb Threat Information Sheet".

8.  Identify the Evacuation Route

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

**GEO 02035**



# Objectives

Objective 1

**State the types of situations that would require Emergency Procedures**

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

**GEO 02036**

# Emergency Situations





## Inmate/Detainee Situations

- Bomb Threat
- Disturbance/Riot
- Escape
- Hostage Situation
- Hunger Strike
- Work Stoppage or Other Job Action
- Man made disasters
- Immediate release of inmates from locked areas (includes the use of manual backup systems)
- Evacuation of inmates, staff, and visitors.
- Death
- Medical Emergency (Code Blue)
- Additional plans required by the Client

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02037

# **Emergency Situations** 

# Medical Emergency



9/13/2018      **Emergency Procedures**      6

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02038

# **Emergency Situations**



# Medical Emergency

- 4 minute response time - Medical has 4 minutes to respond once a Code Blue is initiated



**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

**GEO 02039**



- Staff responsibilities during medical and non-medical emergencies:

  1. Officers must make face to face contact with the detainee if the detainee is reported to be sick. The detention officer should make a determination on face to face contact whether or not a potential health emergency exists.

  2. Staff must ensure that detainees with physical or mental disabilities are provided reasonable accommodations in accordance with security and safety concerns.

  3. In the event that there is a detainee who has a medical problem and medical staff has not arrived and detention officers are relieved for a lunch break, etc., appropriate hand off communication both verbally and in writing in the logbook needs to be completed.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02040

# **Emergency Situations** 

- Procedure for during a medical emergency:

  1. Secure the scene. Ask yourself is it safe to help. Ensure there is no threat within the environment or by the victim.

  2. Use universal precautions (gloves, etc.)

  3. Call medical staff over radio/activate code blue
     - ❑ convey needed information with medical (with regard to HIPAA policy)
       – Will a wheelchair or gurney be needed?
       – Actions/Reactions of the detainee (in visible pain, sweating, shaking, nausea, etc.)

  4. Ensure the Watch Commander is aware of the situation.

  5. Document, document, document in the log book

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

**GEO 02041**

# Emergency Situations 

# Hunger Strikes



CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02042

# Emergency Situations 

# Hunger Strikes

- After identifying a Detainee(s) on hunger strike notify the on duty Shift-Supervisor.

- Health Services and Security Staff will determine a Plan of Action.

- Security and Medical personal will attempt to negotiate with the individual or key leader in a group to discontinue the proposed Hunger Strike.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02043

## Emergency Situations



# Hunger Strikes

- If negotiations fail, the Detainee(s) are isolated from the General Population and placed in Medical. If the group is to large an alternative housing unit or an area where food intake can be monitored.

- Ensure that all meals are offered at regularly scheduled times.

- Assign an Officer to maintain a record of acceptation an refusal of meals or food eaten.

9/13/2018                     **Emergency Procedures**                     **5C**

**CONFIDENTIAL**                     **GEO 02044**
**SUBJECT TO PROTECTIVE ORDER**

# Emergency Situations



# Hunger Strikes

- Health Services shall on a daily bases assess nutritional status and obtain a weight and/or urine sample of the Detainee.

- After a Detainee(s) missed (9) consecutive meals the Security Staff shall follow Medical Departments directives.

- If a Detainee(s) health deteriorates serious, they will be transfer to an appropriate medical facility.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

GEO 02045

EXHIBIT H

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CLAIFORNIA


| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ;    ) | |
| ISAAC ANTONIO LOPEZ CASTILLO;    ) | |
| JOSUE VLADIMIR CORTEZ DIAZ; JOSUE) | |
| MATEO LEMUS CAMPOS; MARVIN JOSUE ) | |
| GRANDE RODRIGUEZ; ALEXANDER      ) | |
| ANTONIO BURGOS MEJIA; LUIS PENA  ) | |
| GARCIA; JULIO CESAR BARAHONA     ) | |
| CORNEJO, as individuals,         ) | |

```
                                  )
               Plaintiffs,        )
                                  )
          vs.                     )   CASE NO.
                                  )5:18-cv-01125-R-GJS
                                  )
THE GEO GROUP, Inc., a Florida    )
corporation; the CITY OF          )
ADELANTO, a municipal entity;     )
GEO LIEUTENANT DURAN, sued in her )
individual capacity; GEO          )
LIEUTENANT DIAZ, sued in her      )
individual capacity; GEO SERGEANT )
CAMPOS, sued in his individual    )
capacity; SARAH JONES, sued in    )
her individual capacity; THE      )
UNITED STATES OF AMERICA; and     )
DOES 1-10, individuals,           )
                                  )
               Defendants.        )
                                  )
```

CONFIDENTIAL


DEPOSITION OF ALEXANDER ANTONIO BURGOS MEJIA

taken on

FRIDAY, MAY 17, 2019



EVELYN V. HERNANDEZ, CSR NO. 12615

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CLAIFORNIA

 3

 4     OMAR ARNOLDO RIVERA MARTINEZ;    )
       Isaac ANTONIO LOPEZ CASTILLO;    )
 5     JOSUE VLADIMIR CORTEZ DIAZ; JOSUE)
       MATEO LEMUS CAMPOS; MARVIN JOSUE )
 6     GRANDE RODRIGUEZ; ALEXANDER      )
       ANTONIO BURGOS MEJIA; LUIS PENA  )
 7     GARCIA; JULIO CESAR BARAHONA     )
       CORNEJO, as individuals,         )
 8                                      )
                     Plaintiffs,        )
 9                                      )
              vs.                       )   CASE NO.
10                                      )5:18-cv-01125-R-GJS
                                        )
11     THE GEO GROUP, Inc., a Florida   )
       corporation; the CITY OF         )
12     Adelanto, a municipal entity;    )
       GEO LIEUTENANT DURAN, sued in her)
13     individual capacity; GEO         )
       LIEUTENANT DIAZ, sued in her     )
14     individual capacity; GEO SERGEANT)
       CAMPOS, sued in his individual   )
15     capacity; SARAH JONES, sued in   )
       her individual capacity; THE     )
16     UNITED STATES OF AMERICA; and    )
       DOES 1-10, individuals,          )
17                                      )
                     Defendants.        )
18     _____)

19

20

21     DEPOSITION OF ALEXANDER ANTONIO BURGOS MEJIA, taken on

22     behalf of Defendant, THE GEO GROUP, at 444 South Flower

23     Street, Suite 2400, Los Angeles, California, commencing at

24     10:33 a.m., on Friday, May 17, 2019, before EVELYN V.

25     HERNANDEZ, Certified Shorthand Reporter, License No. 12615.
```

2

```
 1        A    No.

 2        Q    Are you taking any medication for any pains in

 3   your neck?

 4        A    No.  Just for the headaches.  I try not to take

 5   that much medication.

 6        Q    As you sit here today, do you have any other

 7   injuries related to this incident?

 8             MS. ALARCON:  Objection.  Vague as to other.

 9             THE WITNESS:  Specifically?

10   BY MS. AGUADO:

11        Q    Yes.  Do you have any other injuries related to

12   this incident, as you sit here today?

13        MS. ALARCON:  Objection.  Vague as to other injuries.

14   BY MS. AGUADO:

15        Q    You can answer.

16        A    Emotionally, physically?

17        Q    You tell me.

18        A    Physically, like stomachaches, hemorrhoids; I

19   don't know if it's a hemorrhoid or some kind of anal

20   lesion.  I cannot ride any bus or car because I get

21   nauseated; before, I didn't have those conditions.

22             The headaches, pain in my shoulder, my wrist.

23        Q    Is that all the pain you currently have as a

24   result of the incident?

25             MS. ALARCON:  Objection.  Asked and answered.
```

119

1      A    No.

2      Q    Have you talked to a doctor about your

3   stomachaches?

4      A    Yes, but the doctor only gave me some medication

5   for gastritis or for an ulcer.

6      Q    You also mentioned you got hemorrhoids as a result

7   the incident, when did that happen?

8      A    I don't remember.

9      Q    When did you first learn that you first had

10  hemorrhoids as a result of the incident?

11     A    I didn't know what it was.  I noticed it during

12  detention when I saw that the toilet was red in color.

13     Q    Has a doctor ever told you that you could develop

14  hemorrhoids as a result having your arm twisted?

15          MS. ALARCON:  Objection.  That's argumentative.

16          THE WITNESS:  What was the question?

17  BY MS. AGUADO:

18     Q    Has a doctor ever told you that you could develop

19  hemorrhoids as a result of having your arm twisted?

20     A    No.

21     Q    Has a doctor told you that you could develop

22  hemorrhoids as a result of being hit in the face?

23     A    No.

24     Q    Has a doctor told you that you can develop

25  hemorrhoids as a result of a twisted neck?

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA        )
                           )
COUNTY OF ORANGE           )


        I, EVELYN V. HERNANDEZ, Certified Shorthand

Reporter No. 12615, in and for the State of California, do

hereby certify;

        That the deponent, ALEXANDER ANTONIO BURGOS MEJIA,

named in the foregoing deposition, prior to being examined,

was by me first duly sworn to testify to the truth, the

whole truth and nothing but the truth;

        That said deposition was taken before me at the

time and place therein stated and was thereafter

transcribed into print under my direction and supervision,

and I hereby certify the foregoing deposition is a full,

true and correct transcript of my shorthand notes so taken.

        I further certify that I am not of counsel nor

attorney for either of the parties hereto or in any way

interested in the events of this case and that I am not

related to either of the parties hereto.


        Witness my hand this 19th day of July, 2019.


                        _____
                        EVELYN V. HERNANDEZ
                        C.S.R. NO. 12615

                                                        232

## ERRATA SHEET

I declare under penalty of perjury that I have ~~read~~ *reviewed* the foregoing _221_ pages of my deposition testimony, taken on _May 17, 2019_ at _444 South Flower Street Ste. 2400, Los Angeles,_ California and that the same is a true record of the testimony given by me at the time and place hereinabove set forth, with the following exceptions:

| Page | Line | Should read: |
|------|------|--------------|
| 20 | 16 | "I CANNOT distinguish it and I don't remember." |
| 31 | 9 | ... "were NONE." |
| 39 | 15 | "I'll repeat again, they didn't mind us -- well SHE ..." |
| 39 | 23 | "I told HER but SHE didn't pay attention." |
| 41 | 25 | "When SHE checked our blood pressure." |
| 42 | 1 | ... "but SHE didn't mind us." |
| 70 | 15 | ... "with pepper gas and the other officers came and HIT US"... |

Date: _06/02/2019_

_Antonio Burgos_
**Signature of Witness**

_Alexander Antonio Burgos Mejia_
**Name Typed or Printed**

EXHIBIT I

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
                                     )
 5    OMAR ARNOLDO RIVERA MARTINEZ,)
      et al.,                        )
 6                                   )
              Plaintiffs,            )
 7                                   )
         vs.                         )No.
 8                                   )5:18-cv-01125-R-GJS
      THE GEO GROUP, INC., et al., )
 9                                   )
              Defendants.            )
10    _____)
11
12
13              DEPOSITION OF RICHARD MEDRANO, M.D.
14                    Ontario, California
15                  Wednesday, July 10, 2019
16
17
18
19
20
21
22    Reported by:
      RENEE A. PACHECO, RPR, CLR
23    CSR No. 11564
24    Job No. 3433031
25    PAGES 1 - 123
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
                                    )
 5    OMAR ARNOLDO RIVERA MARTINEZ,)
      et al.,                       )
 6                                  )
               Plaintiffs,          )
 7                                  )
          vs.                       )No.
 8                                  )5:18-cv-01125-R-GJS
      THE GEO GROUP, INC., et al., )
 9                                  )
               Defendants.          )
10    _____)
11
12
13           Deposition of RICHARD MEDRANO, M.D. taken on
14    behalf of Plaintiffs, at 1520 N. Mountain Avenue,
15    Building E, Suite 135, Ontario, California, beginning at
16    10:03 a.m. and ending at 1:03 p.m. on Wednesday,
17    July 10, 2019, before RENEE A. PACHECO, Certified
18    Shorthand Reporter No. 11564, RPR, CLR.
19
20
21
22
23
24
25
                                             Page  2
```

1    foundation.

2           You can go ahead if you know.

3           THE DEPONENT:  The answer is yes, I depend on

4    everyone in the facility if they witness an emergency or

5    if they think something is emergent to bring it to the

6    attention.

7    BY MS. SWEETSER:

8       Q   If it's not an emergency, does a referral from

9    the LVN need to go through an RN before it comes to you?

10          MS. TISHKOFF:  Same objections.

11          THE DEPONENT:  Not necessarily.  The LVNs are

12   good eyes and ears in the facility and they can tell me

13   about certain detainees and if they have a need and they

14   can bring it to my attention.

15   BY MS. SWEETSER:

16      Q   Do you remember speaking with Mr. Rivera

17   Martinez on the 12th about his nose at all?

18      A   What page is the note -- what page is my

19   documentation on?

20      Q   Looking at 28 and 29.

21      A   If I didn't mention his nose, then he did not

22   complain about his nose.

23      Q   And did you make this note on the 13th?

24      A   I transcribed it into the medical record.  I

25   don't know if that's the right word, transcribed, but I

                                              Page 86

1    put it into the medical record on the 13th.

2         Q    Were you taking notes on paper that day?

3         A    Yes.

4         Q    Do you have any -- would those notes have been

5    saved, the notes you took on paper?

6         A    I shred them when I'm done with them.

7         Q    Did you fill out any kind of chart with a

8    body -- picture of a body on it for him that day?

9         A    No, I don't do that.

10        Q    Only the nurses do that?

11        A    Correct.

12        Q    Did you refer him to any other services that

13   day?

14        A    That day being June 12th?

15        Q    Uh-huh.

16        A    No.  He was refusing medical services, so I did

17   advise him to let us know if he changed his mind

18   regarding further workup.

19        Q    And I see there's some notes about education

20   provided on process and plan and functional limitations;

21   is that right?

22        A    Uh-huh.

23        Q    That's a "yes"?

24        A    Oh, I'm sorry.  Yes.

25        Q    Did you -- do you remember what you were

                                              Page 87

1    educating him about that day?

2        A    I don't recall specifically.  I can -- yeah, I

3    don't recall specifically.

4        Q    Would it have been related to the shoulder

5    pain?

6        A    Correct.  In general I give people education,

7    the apropos to their environment and to their disease

8    process.

9        Q    Do you remember any functional limitations you

10   told him about that day?

11       A    In -- I don't recall specifically, but my

12   general practice in this case would be if it hurts don't

13   do it for a shoulder injury.  And also if you change

14   your mind about the X-ray please come back and we'll do

15   an X-ray for you.

16       Q    Did you order the X-ray just for his shoulder

17   or for his face as well?

18       A    That day I did not order X-ray because he

19   refused the X-ray.

20       Q    Did you recommend to him that he get an X-ray

21   just for his shoulder or for his face as well?

22       A    I don't see any complaints regarding his face

23   other than his tooth, so I recommended an X-ray of his

24   shoulder that day.

25       Q    And do you know if you referred him to a

1        A    Not based on what I'm reading.  Ms. Griffith is

2    an RN.

3        Q    Do you know if you spoke with this detainee

4    again on the 16th?

5        A    Not based on what you've shown me.

6        Q    Would Ms. Griffith have to generate an action

7    in order for you to see the detainee again?

8        A    Not necessarily.  Medical is all together on

9    west.  If she wanted me to see the detainee at that

10   moment she could ask me.  If it's something that could

11   wait a day or two, she could ask the scheduler to put it

12   on my schedule.

13       Q    I see she wrote down "nares appear patent with

14   no abrasions."  Do you know what that means?

15       A    I understand it to mean she looked inside the

16   nose, the nares, N-A-R-E-S, patent meaning open, not

17   clogged, and no abrasions meaning she didn't see any

18   break in the mucosa or the skin.

19       Q    And when it says "appointment scheduled with

20   provider," would that be -- since he's requesting an

21   X-ray, would that be an outside provider?

22       A    Let me read the note.

23       Q    Yes.

24       A    So I see that this detainee -- she notes that

25   he is saying that he was hit by another detainee in the

                                                    Page 91

1          THE DEPONENT:  Geo 92, yes.  That's

2    documentation that he refused an X-ray.

3    BY MS. SWEETSER:

4       Q   So besides Geo 50 that you just mentioned of

5    the 5th and then Geo 92, do you see any other records

6    regarding X-rays?

7          MS. TISHKOFF:  X-rays of the nose you're

8    talking about?  He already said he saw the chest X-ray.

9          THE DEPONENT:  So I'm looking at CCS49 and I

10   see that he has a nasal fracture.  The only way we would

11   know that is if there was X-ray done.

12         MS. COLEMAN:  What page?

13         THE DEPONENT:  49.

14         MS. TISHKOFF:  49.  CCS49.

15         THE DEPONENT:  The reason for the appointment

16   is with me and it's a nasal fracture follow-up.  So he

17   did have an X-ray because we wouldn't have known that he

18   had a fracture of the nose unless we had an X-ray, so...

19   BY MS. SWEETSER:

20      Q   Based on these records, did the X-ray take

21   place on July 5th, 2017?

22      A   I don't know.

23         MS. TISHKOFF:  Lacks foundation.

24         THE DEPONENT:  I don't know when the X-ray took

25   place.

                                          Page 93

1

2

3

4

5

6

7

8        I, RICHARD MEDRANO, M.D., do hereby declare

9    under penalty of perjury that I have read the foregoing

10   transcript; that I have made any corrections as appear

11   noted, in ink, initialed by me, or attached hereto; that

12   my testimony as contained herein, as corrected, is true

13   and correct.

14        EXECUTED this _____ day of _____,

15   _____, at _____, _____.
                    (City)                     (State)

16

17

18

19        _____

         RICHARD MEDRANO, M.D.

20

21

22

23

24

25

                                        Page 122

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, Registered

3    Professional Reporter, Certified Live Note Reporter, do

4    hereby certify:

             That the foregoing proceedings were taken

5    before me at the time and place herein set forth; that

6    any witnesses in the foregoing proceedings, prior to

7    testifying, were duly sworn; that a record of the

8    proceedings was made by me using machine shorthand which

9    was thereafter transcribed under my direction; that the

10   foregoing transcript is a true record of the testimony

11   given.

12          Further, that if the foregoing pertains to the

13   original transcript of a deposition in a Federal Case,

14   before completion of the proceedings, review of the

15   transcript [   ] was [   ] was not requested.

16   I further certify I am neither financially interested in

17   the action nor a relative or employee of any attorney or

18   party to this action.

19          IN WITNESS WHEREOF, I have this date subscribed

20   my name.

21   Dated: July 26, 2019

22

23

24

          RENEE A. PACHECO

25        CSR No. 11564 RPR, CLR

                                         Page 123

EXHIBIT J

## Adelanto ICE Processing Center

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| Notes:<br>Safety and Security Reasons.<br>Call the facility prior to unblocking the number. | International Format: 011-01-xxxxxxxxxxxxxx<br>Destination Number: **305-**▉<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/22/2017 15:30 by A. Aldape |
| Notes:<br>planned demonstration agitators | International Format: 011-01-xxxxxxxxxxxxxx<br>Destination Number: **617-**▉<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 12:19 by Barry Belt |
| Notes:<br>Safety and Security concerns at ICE Processing Center. Notify Warden prior to unblocking the number. | International Format: 011-01-xxxxxxxxxxxxxx<br>Destination Number: **760-**▉<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/29/2017 10:49 by Barry Belt |
| Notes:<br>Multiple 3 way calls made to this number.<br>06/21/2017 08:40   08:03<br>06/21/2017 08:40   06:32 | International Format: 011-01-xxxxxxxxxxxxxx<br>Destination Number: **775**▉<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 11:05 by Barry Belt |
| Notes:<br>planned demonstration agitators | International Format: 011-01-xxxxxxxxxxxxxx<br>Destination Number: **816-**▉<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 12:20 by Barry Belt |

Confidential

# Adelanto ICE Processing Center

**Blocked Number Documentation:**

- Josue Mateo Lemus Campos (A# 213-078-965)

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Safety and Security concerns. Please call Facility Administrator before unblocking. | International Format: 011-01-xxxxxxxxxxxxxxxx<br>**Destination Number: 615**▓<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 15:01 by Barry Belt |

- Isaac Antonio Lopez Castillo (A# 213-081-603)

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Safety and Security concerns. Please call Facility Administrator before unblocking. | International Format: 011-01-xxxxxxxxxxxxxxxx<br>**Destination Number: 520**▓<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 13:20 by Barry Belt |

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Safety and Security concerns. Please call Facility Administrator before unblocking. | International Format: 011-01-xxxxxxxxxxxxxxxx<br>**Destination Number: 615**▓<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 15:01 by Barry Belt |

- Julio Cesar Barahona-Cornejo (A# 213-081-651)

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Multiple 3 way calls made to this number.<br>06/21/2017 08:40  08:03<br>06/21/2017 08:40  06:32 | International Format: 011-01-xxxxxxxxxxxxxxxx<br>**Destination Number: 775**▓<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 11:05 by Barry Belt |

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Safety and Security concerns. Please call Facility Administrator before unblocking. | International Format: 011-01-xxxxxxxxxxxxxxxx<br>**Destination Number: 615-**▓<br>Reason:<br>Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼<br>Blocked on 06/21/2017 15:01 by Barry Belt |



*Confidential*

# Adelanto ICE Processing Center

Blocked Number Documentation:

- Jose Vladimir Corrtez Diaz (A# 213-078-963)

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Multiple 3 way calls made to this number. 06/21/2017 08:40   08:03 06/21/2017 08:40   06:32 | *International Format: 011-01-xxxxxxxxxxxxxxx* Destination Number: **775** ▮ Reason: Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼ Blocked on 06/21/2017 11:05 by Barry Belt |

- Luis Pena Garcia (A#213-078-969)

**Blocked Numbers:** (Add Number)
*No blocked numbers listed.*

- Omar Arnoldo Rivera Martinez (A#213-081-649)

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Multiple 3 way calls made to this number. 06/21/2017 08:40   08:03 06/21/2017 08:40   06:32 | *International Format: 011-01-xxxxxxxxxxxxxxx* Destination Number: **775** ▮ Reason: Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼ Blocked on 06/21/2017 11:05 by Barry Belt |
| **Notes:** Safety and Security concerns. Please call Facility Administrator before unblocking. | *International Format: 011-01-xxxxxxxxxxxxxxx* Destination Number: **615** ▮ Reason: Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼ Blocked on 06/21/2017 15:01 by Barry Belt |

- Alexander Antonio Burgos Mejia (A# 213-081-704)

| Destination Number | Destination Rules | Block Status |
|---|---|---|
| **Notes:** Safety and Security concerns. Please call Facility Administrator before unblocking. | *International Format: 011-01-xxxxxxxxxxxxxxx* Destination Number: **615** ▮ Reason: Attorney / Recordable: Recordable ▼ | Blocked: Block All ▼ Blocked on 06/21/2017 15:01 by Barry Belt |



# Adelanto ICE Processing Center

Blocked Number Documentation:

- Marvin Josue Grande Rodriguez

**Destination Number**

Notes:
Safety and Security concerns. Please call Facility Administrator before unblocking.

**Destination Rules**

*International Format: 011-01-xxxxxxxxxxxxxxxx*

Destination Number: **615**▮

Reason:

Attorney / Recordable: Recordable ▼

**Block Status**

Blocked: Block All ▼

Blocked on 06/21/2017 15:01 by Barry Belt

**Destination Number**

Notes:
Multiple 3 way calls made to this number.
06/21/2017 08:40   08:03
06/21/2017 08:40   06:32

**Destination Rules**

*International Format: 011-01-xxxxxxxxxxxxxxxx*

Destination Number: **775-**▮

Reason:

Attorney / Recordable: Recordable ▼

**Block Status**

Blocked: Block All ▼

Blocked on 06/21/2017 11:05 by Barry Belt

*Confidential*



Report: Call Notes - Burgos-mejia, Alexander
Starting: 05/31/2017 00:00   Ending: 08/01/2017 09:06
No records in this report.

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Burgos-mejia, Alexander | 034565 | 07/28/17 18:14 | 03:42 | 225-███ | Housing 5 C-8 |
| 02 | Burgos-mejia, Alexander | 034565 | 07/16/17 21:20 | 01:00 | 760-███ | Housing 5 C-8 |
| 03 | Burgos-mejia, Alexander | 034565 | 07/07/17 17:44 | 18:23 | 760-███ | Housing 5 C-1 |
| 04 | Burgos-mejia, Alexander | 034565 | 07/06/17 17:42 | 07:25 | 760-███ | Housing 5 C-1 |
| 05 | Burgos-mejia, Alexander | 034565 | 07/06/17 12:31 | 03:46 | 818-███ | Housing 5 C-2 |
| 06 | Burgos-mejia, Alexander | 034565 | 07/04/17 16:21 | 19:02 | 760-███ | Housing 5 C-1 |
| 07 | Burgos-mejia, Alexander | 034565 | 07/02/17 13:40 | 00:28 | 760-███ | Housing 5 C-8 |
| 08 | Burgos-mejia, Alexander | 034565 | 07/01/17 19:12 | 00:07 | 760-███ | Housing 5 C-7 |
| 09 | Burgos-mejia, Alexander | 034565 | 06/28/17 19:47 | 20:15 | 760-███ | Housing 5 C-5 |
| 10 | Burgos-mejia, Alexander | 034565 | 06/28/17 09:18 | 03:51 | 760-███ | Housing 5 C-5 |
| 11 | Burgos-mejia, Alexander | 034565 | 06/09/17 09:42 | 02:03 | 011-50-█████ | Building 2 C-3 |
| 12 | Burgos-mejia, Alexander | 034565 | 06/08/17 20:20 | 08:03 | 571-███ | Building 2 C-10 |
| 13 | Burgos-mejia, Alexander | 034565 | 06/08/17 20:17 | 00:28 | 571-███ | Building 2 C-10 |
| 14 | Burgos-mejia, Alexander | 034565 | 06/08/17 19:29 | 00:37 | 571-███ | Building 2 C-7 |
| 15 | Burgos-mejia, Alexander | 034565 | 06/07/17 21:46 | 04:50 | 011-50-█████ | Building 2 C-12 |
| 16 | Burgos-mejia, Alexander | 034565 | 06/07/17 19:51 | 03:39 | 571-███ | Building 2 C-12 |
| 17 | Burgos-mejia, Alexander | 034565 | 06/07/17 14:16 | 05:54 | 213-███ | Building 2 C-9 |
| | Total: | | | 103:33 | | |



Report: Call Notes - Lopez-castillo, Isaac

| Id | Inmate | Destination | Phone | Date | Termination | Minutes | Price | Notes |
|---|---|---|---|---|---|---|---|---|
| 23546275013 | Lopez-castillo, Isaac | 760-■■■ | Housing 4 C-3 | 08/18/2017 20:37 | | 06:43 | $0.00 | verified no 3way call lt 8/1817 |
| 23356244493 | Lopez-castillo, Isaac | 760-■■■ | Housing 4 C-7 | 07/05/2017 21:21 | | 27:51 | $0.00 | 3 Way Cleared UV 07/05/17 |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Lopez-castillo, Isaac | 689810 | 07/31/17 14:39 | 03:09 | 011-52- | Housing 4 C-2 |
| 02 | Lopez-castillo, Isaac | 689810 | 07/30/17 18:46 | 02:36 | 011-52- | Housing 4 C-2 |
| 03 | Lopez-castillo, Isaac | 689810 | 07/30/17 18:43 | 00:54 | 011-50- | Housing 4 C-2 |
| 04 | Lopez-castillo, Isaac | 689810 | 07/29/17 19:16 | 03:39 | 760- | Housing 4 C-4 |
| 05 | Lopez-castillo, Isaac | 689810 | 07/28/17 19:15 | 07:01 | 760- | Housing 4 C-3 |
| 06 | Lopez-castillo, Isaac | 689810 | 07/26/17 23:50 | 03:08 | 760- | Housing 4 C-3 |
| 07 | Lopez-castillo, Isaac | 689810 | 07/26/17 22:28 | 14:49 | 760- | Housing 4 C-3 |
| 08 | Lopez-castillo, Isaac | 689810 | 07/26/17 13:20 | 08:32 | 011-52- | Housing 4 C-7 |
| 09 | Lopez-castillo, Isaac | 689810 | 07/26/17 13:18 | 00:37 | 011-50- | Housing 4 C-7 |
| 10 | Lopez-castillo, Isaac | 689810 | 07/26/17 13:14 | 02:34 | 011-50- | Housing 4 C-7 |
| 11 | Lopez-castillo, Isaac | 689810 | 07/26/17 13:11 | 01:28 | 011-50- | Housing 4 C-7 |
| 12 | Lopez-castillo, Isaac | 689810 | 07/26/17 13:00 | 08:34 | 011-52- | Housing 4 C-7 |
| 13 | Lopez-castillo, Isaac | 689810 | 07/25/17 21:26 | 34:13 | 760- | Housing 4 C-3 |
| 14 | Lopez-castillo, Isaac | 689810 | 07/25/17 19:47 | 00:04 | 760- | Housing 4 C-7 |
| 15 | Lopez-castillo, Isaac | 689810 | 07/25/17 18:02 | 06:39 | 760- | Housing 4 C-7 |
| 16 | Lopez-castillo, Isaac | 689810 | 07/24/17 20:30 | 00:39 | 760- | Housing 4 C-3 |
| 17 | Lopez-castillo, Isaac | 689810 | 07/24/17 19:59 | 07:10 | 760- | Housing 4 C-3 |
| 18 | Lopez-castillo, Isaac | 689810 | 07/24/17 11:38 | 07:11 | 011-52- | Housing 4 C-3 |
| 19 | Lopez-castillo, Isaac | 689810 | 07/23/17 17:52 | 00:54 | 011-52- | Housing 4 C-3 |
| 20 | Lopez-castillo, Isaac | 689810 | 07/23/17 16:32 | 04:23 | 011-52- | Housing 4 C-3 |
| 21 | Lopez-castillo, Isaac | 689810 | 07/23/17 14:25 | 14:22 | 011-52- | Housing 4 C-3 |
| 22 | Lopez-castillo, Isaac | 689810 | 07/22/17 15:11 | 17:44 | 011-52- | Housing 4 C-6 |
| 23 | Lopez-castillo, Isaac | 689810 | 07/22/17 13:46 | 02:15 | 011-50- | Housing 4 C-4 |
| 24 | Lopez-castillo, Isaac | 689810 | 07/22/17 13:38 | 02:37 | 011-50- | Housing 4 C-4 |
| 25 | Lopez-castillo, Isaac | 689810 | 07/22/17 13:33 | 02:45 | 011-50- | Housing 4 C-4 |
| 26 | Lopez-castillo, Isaac | 689810 | 07/22/17 12:56 | 11:09 | 760- | Housing 4 C-2 |
| 27 | Lopez-castillo, Isaac | 689810 | 07/20/17 22:21 | 13:31 | 760- | Housing 4 C-3 |
| 28 | Lopez-castillo, Isaac | 689810 | 07/20/17 17:31 | 13:46 | 760- | Housing 4 C-2 |
| 29 | Lopez-castillo, Isaac | 689810 | 07/20/17 09:45 | 16:20 | 011-52- | Housing 4 C-3 |
| 30 | Lopez-castillo, Isaac | 689810 | 07/19/17 21:39 | 01:41 | 760- | Housing 4 C-2 |
| 31 | Lopez-castillo, Isaac | 689810 | 07/19/17 16:38 | 02:33 | 011-50- | Housing 4 C-3 |
| 32 | Lopez-castillo, Isaac | 689810 | 07/19/17 16:34 | 02:38 | 011-50- | Housing 4 C-3 |
| 33 | Lopez-castillo, Isaac | 689810 | 07/18/17 21:55 | 13:18 | 760- | Housing 4 C-2 |
| 34 | Lopez-castillo, Isaac | 689810 | 07/17/17 21:13 | 41:04 | 760- | Housing 4 C-2 |
| 35 | Lopez-castillo, Isaac | 689810 | 07/17/17 19:29 | 13:00 | 011-52- | Housing 4 C-3 |

| 36 | Lopez-castillo, Isaac | 689810 | 07/16/17 20:31 | 02:35 | 011-50- | | Housing 4 C-3 |
|---|---|---|---|---|---|---|---|
| 37 | Lopez-castillo, Isaac | 689810 | 07/16/17 20:27 | 02:36 | 011-50- | | Housing 4 C-3 |
| 38 | Lopez-castillo, Isaac | 689810 | 07/16/17 13:45 | 02:00 | 011-50- | | Housing 4 C-2 |
| 39 | Lopez-castillo, Isaac | 689810 | 07/16/17 13:35 | 07:33 | 011-52- | | Housing 4 C-2 |
| 40 | Lopez-castillo, Isaac | 689810 | 07/15/17 22:32 | 16:33 | 760- | | Housing 4 C-3 |
| 41 | Lopez-castillo, Isaac | 689810 | 07/15/17 21:21 | 00:54 | 760- | | Housing 4 C-3 |
| 42 | Lopez-castillo, Isaac | 689810 | 07/15/17 14:36 | 12:51 | 760- | | Housing 4 C-2 |
| 43 | Lopez-castillo, Isaac | 689810 | 07/15/17 14:18 | 15:14 | 011-52- | | Housing 4 C-2 |
| 44 | Lopez-castillo, Isaac | 689810 | 07/15/17 14:16 | 00:12 | 011-52- | | Housing 4 C-2 |
| 45 | Lopez-castillo, Isaac | 689810 | 07/14/17 17:24 | 00:37 | 011-50- | | Housing 4 C-3 |
| 46 | Lopez-castillo, Isaac | 689810 | 07/14/17 16:11 | 02:48 | 011-50- | | Housing 4 C-3 |
| 47 | Lopez-castillo, Isaac | 689810 | 07/14/17 16:06 | 02:27 | 011-50- | | Housing 4 C-3 |
| 48 | Lopez-castillo, Isaac | 689810 | 07/14/17 14:04 | 24:10 | 011-52- | | Housing 4 C-2 |
| 49 | Lopez-castillo, Isaac | 689810 | 07/13/17 17:39 | 07:50 | 011-52- | | Housing 4 C-3 |
| 50 | Lopez-castillo, Isaac | 689810 | 07/13/17 16:57 | 15:59 | 011-52- | | Housing 4 C-3 |
| 51 | Lopez-castillo, Isaac | 689810 | 07/13/17 16:37 | 02:37 | 011-50- | | Housing 4 C-2 |
| 52 | Lopez-castillo, Isaac | 689810 | 07/13/17 16:33 | 02:30 | 011-50- | | Housing 4 C-2 |
| 53 | Lopez-castillo, Isaac | 689810 | 07/13/17 16:20 | 10:49 | 760- | | Housing 4 C-2 |
| 54 | Lopez-castillo, Isaac | 689810 | 07/13/17 00:10 | 09:56 | 760- | | Housing 4 C-3 |
| 55 | Lopez-castillo, Isaac | 689810 | 07/12/17 19:41 | 15:30 | 760- | | Housing 4 C-2 |
| 56 | Lopez-castillo, Isaac | 689810 | 07/12/17 17:06 | 02:38 | 011-50- | | Housing 4 C-2 |
| 57 | Lopez-castillo, Isaac | 689810 | 07/12/17 12:51 | 08:43 | 011-52- | | Housing 4 C-2 |
| 58 | Lopez-castillo, Isaac | 689810 | 07/11/17 21:33 | 02:00 | 011-50- | | Housing 4 C-2 |
| 59 | Lopez-castillo, Isaac | 689810 | 07/11/17 21:29 | 02:44 | 011-50- | | Housing 4 C-2 |
| 60 | Lopez-castillo, Isaac | 689810 | 07/11/17 20:40 | 44:14 | 760- | | Housing 4 C-2 |
| 61 | Lopez-castillo, Isaac | 689810 | 07/10/17 17:55 | 02:54 | 011-52- | | Housing 4 C-2 |
| 62 | Lopez-castillo, Isaac | 689810 | 07/10/17 16:36 | 09:39 | 760- | | Housing 4 C-2 |
| 63 | Lopez-castillo, Isaac | 689810 | 07/10/17 15:50 | 21:35 | 011-52- | | Housing 4 C-3 |
| 64 | Lopez-castillo, Isaac | 689810 | 07/10/17 14:44 | 18:50 | 949- | | Housing 4 C-6 |
| 65 | Lopez-castillo, Isaac | 689810 | 07/09/17 16:08 | 02:44 | 011-50- | | Housing 4 C-2 |
| 66 | Lopez-castillo, Isaac | 689810 | 07/09/17 16:03 | 02:38 | 011-50- | | Housing 4 C-2 |
| 67 | Lopez-castillo, Isaac | 689810 | 07/09/17 12:44 | 12:47 | 011-52- | | Housing 4 C-3 |
| 68 | Lopez-castillo, Isaac | 689810 | 07/08/17 17:16 | 13:35 | 858- | | Housing 4 C-7 |
| 69 | Lopez-castillo, Isaac | 689810 | 07/08/17 16:10 | 12:02 | 011-52- | | Housing 4 C-4 |
| 70 | Lopez-castillo, Isaac | 689810 | 07/08/17 16:05 | 02:55 | 011-50- | | Housing 4 C-4 |
| 71 | Lopez-castillo, Isaac | 689810 | 07/08/17 15:59 | 03:22 | 011-50- | | Housing 4 C-4 |
| 72 | Lopez-castillo, Isaac | 689810 | 07/08/17 13:17 | 01:08 | 011-52- | | Housing 4 C-6 |
| 73 | Lopez-castillo, Isaac | 689810 | 07/08/17 13:14 | 00:16 | 011-52- | | Housing 4 C-6 |

| 74 | Lopez-castillo, Isaac | 689810 | 07/08/17 12:39 | 01:56 | 011-50- | Housing 4 C-6 |
|---|---|---|---|---|---|---|
| 75 | Lopez-castillo, Isaac | 689810 | 07/08/17 12:34 | 02:52 | 011-50- | Housing 4 C-6 |
| 76 | Lopez-castillo, Isaac | 689810 | 07/08/17 12:28 | 02:46 | 011-50- | Housing 4 C-7 |
| 77 | Lopez-castillo, Isaac | 689810 | 07/06/17 17:49 | 27:33 | 760- | Housing 4 C-7 |
| 78 | Lopez-castillo, Isaac | 689810 | 07/06/17 14:21 | 06:02 | 011-52- | Housing 4 C-8 |
| 79 | Lopez-castillo, Isaac | 689810 | 07/05/17 21:21 | 27:51 | 760- | Housing 4 C-7 |
| | notes: 3 Way Cleared UV 07/05/17 | | | | | |
| 80 | Lopez-castillo, Isaac | 689810 | 07/05/17 19:31 | 06:39 | 760- | Housing 4 C-3 |
| 81 | Lopez-castillo, Isaac | 689810 | 07/05/17 12:40 | 02:14 | 011-50- | Housing 4 C-2 |
| 82 | Lopez-castillo, Isaac | 689810 | 07/02/17 20:05 | 13:11 | 760- | Housing 4 C-3 |
| 83 | Lopez-castillo, Isaac | 689810 | 07/02/17 19:58 | 05:08 | 760- | Housing 4 C-5 |
| 84 | Lopez-castillo, Isaac | 689810 | 07/02/17 15:09 | 04:38 | 011-52- | Housing 4 C-5 |
| 85 | Lopez-castillo, Isaac | 689810 | 07/02/17 13:47 | 02:55 | 760- | Housing 4 C-3 |
| 86 | Lopez-castillo, Isaac | 689810 | 07/02/17 12:57 | 02:50 | 011-50- | Housing 4 C-5 |
| 87 | Lopez-castillo, Isaac | 689810 | 07/01/17 19:04 | 13:13 | 760- | Housing 4 C-4 |
| 88 | Lopez-castillo, Isaac | 689810 | 07/01/17 17:34 | 07:16 | 011-52- | Housing 4 C-4 |
| 89 | Lopez-castillo, Isaac | 689810 | 07/01/17 16:53 | 02:16 | 011-50- | Housing 4 C-5 |
| 90 | Lopez-castillo, Isaac | 689810 | 07/01/17 16:48 | 02:33 | 011-50- | Housing 4 C-5 |
| 91 | Lopez-castillo, Isaac | 689810 | 07/01/17 11:30 | 15:47 | 949- | Housing 4 C-6 |
| 92 | Lopez-castillo, Isaac | 689810 | 06/30/17 12:52 | 02:42 | 011-50- | Housing 4 C-6 |
| 93 | Lopez-castillo, Isaac | 689810 | 06/30/17 12:49 | 01:00 | 011-50- | Housing 4 C-1 |
| 94 | Lopez-castillo, Isaac | 689810 | 06/30/17 12:45 | 01:54 | 011-50- | Housing 4 C-1 |
| 95 | Lopez-castillo, Isaac | 689810 | 06/30/17 11:18 | 00:29 | 011-50- | Housing 4 C-3 |
| 96 | Lopez-castillo, Isaac | 689810 | 06/29/17 17:55 | 00:11 | 011-52- | Housing 4 C-5 |
| 97 | Lopez-castillo, Isaac | 689810 | 06/29/17 13:20 | 02:35 | 011-50- | Housing 4 C-8 |
| 98 | Lopez-castillo, Isaac | 689810 | 06/29/17 13:15 | 02:35 | 011-50- | Housing 4 C-8 |
| 99 | Lopez-castillo, Isaac | 689810 | 06/28/17 18:04 | 13:45 | 760- | Housing 4 C-2 |
| 100 | Lopez-castillo, Isaac | 689810 | 06/28/17 17:59 | 02:08 | 760- | Housing 4 C-2 |
| 101 | Lopez-castillo, Isaac | 689810 | 06/28/17 17:40 | 17:05 | 760- | Housing 4 C-2 |
| 102 | Lopez-castillo, Isaac | 689810 | 06/28/17 12:58 | 02:10 | 011-50- | Housing 4 C-7 |
| 103 | Lopez-castillo, Isaac | 689810 | 06/28/17 12:54 | 02:48 | 011-50- | Housing 4 C-7 |
| 104 | Lopez-castillo, Isaac | 689810 | 06/28/17 12:49 | 02:36 | 011-50- | Housing 4 C-7 |
| 105 | Lopez-castillo, Isaac | 689810 | 06/28/17 11:38 | 05:55 | 760- | Housing 4 C-4 |
| 106 | Lopez-castillo, Isaac | 689810 | 06/27/17 17:49 | 05:16 | 760- | Housing 4 C-2 |
| 107 | Lopez-castillo, Isaac | 689810 | 06/27/17 14:04 | 01:01 | 011-50- | Housing 4 C-3 |
| 108 | Lopez-castillo, Isaac | 689810 | 06/27/17 14:00 | 02:02 | 011-50- | Housing 4 C-3 |
| 109 | Lopez-castillo, Isaac | 689810 | 06/27/17 13:56 | 00:45 | 011-52- | Housing 4 C-3 |
| 110 | Lopez-castillo, Isaac | 689810 | 06/27/17 13:53 | 01:13 | 011-50- | Housing 4 C-3 |

| 111 | Lopez-castillo, Isaac | 689810 | 06/26/17 17:46 | 20:04 | 760- | | Housing 4 C-6 |
| 112 | Lopez-castillo, Isaac | 689810 | 06/26/17 15:00 | 02:02 | 760- | | Housing 4 C-2 |
| 113 | Lopez-castillo, Isaac | 689810 | 06/26/17 14:28 | 02:18 | 011-50- | | Housing 4 C-4 |
| 114 | Lopez-castillo, Isaac | 689810 | 06/26/17 14:23 | 02:35 | 011-50- | | Housing 4 C-3 |
| 115 | Lopez-castillo, Isaac | 689810 | 06/25/17 14:31 | 00:26 | 011-52- | | Housing 4 C-4 |
| 116 | Lopez-castillo, Isaac | 689810 | 06/25/17 14:26 | 02:05 | 011-50- | | Housing 4 C-2 |
| 117 | Lopez-castillo, Isaac | 689810 | 06/25/17 14:23 | 00:23 | 011-52- | | Housing 4 C-2 |
| 118 | Lopez-castillo, Isaac | 689810 | 06/24/17 20:26 | 29:49 | 760- | | Housing 4 C-8 |
| 119 | Lopez-castillo, Isaac | 689810 | 06/24/17 20:02 | 22:09 | 760- | | Housing 4 C-8 |
| 120 | Lopez-castillo, Isaac | 689810 | 06/24/17 14:20 | 02:41 | 011-50- | | Housing 4 C-4 |
| 121 | Lopez-castillo, Isaac | 689810 | 06/24/17 14:17 | 01:22 | 011-50- | | Housing 4 C-4 |
| 122 | Lopez-castillo, Isaac | 689810 | 06/23/17 17:18 | 02:30 | 011-50- | | Housing 4 C-3 |
| 123 | Lopez-castillo, Isaac | 689810 | 06/23/17 17:00 | 01:07 | 011-50- | | Housing 4 C-3 |
| 124 | Lopez-castillo, Isaac | 689810 | 06/22/17 21:38 | 02:25 | 011-50- | | Housing 4 C-2 |
| 125 | Lopez-castillo, Isaac | 689810 | 06/22/17 21:34 | 01:28 | 011-50- | | Housing 4 C-1 |
| 126 | Lopez-castillo, Isaac | 689810 | 06/22/17 21:01 | 20:47 | 949- | | Housing 4 C-6 |
| 127 | Lopez-castillo, Isaac | 689810 | 06/22/17 14:59 | 01:12 | 011-50- | | Housing 4 C-4 |
| 128 | Lopez-castillo, Isaac | 689810 | 06/22/17 14:28 | 00:33 | 011-50- | | Housing 4 C-5 |
| 129 | Lopez-castillo, Isaac | 689810 | 06/22/17 14:00 | 01:40 | 011-50- | | Housing 4 C-5 |
| 130 | Lopez-castillo, Isaac | 689810 | 06/22/17 12:25 | 28:03 | 949- | | Housing 4 C-2 |
| 131 | Lopez-castillo, Isaac | 689810 | 06/22/17 12:21 | 01:25 | 011-50- | | Housing 4 C-2 |
| 132 | Lopez-castillo, Isaac | 689810 | 06/22/17 12:17 | 02:43 | 011-50- | | Housing 4 C-2 |
| 133 | Lopez-castillo, Isaac | 689810 | 06/22/17 12:12 | 02:43 | 011-50- | | Housing 4 C-2 |
| 134 | Lopez-castillo, Isaac | 689810 | 06/21/17 16:54 | 06:54 | 305- | | Housing 4 C-6 |
| 135 | Lopez-castillo, Isaac | 689810 | 06/21/17 16:50 | 01:44 | 305- | | Housing 4 C-6 |
| | **Total:** | | | **984:20** | | | |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Lopez-castillo, Isaac | 689810 | 06/21/17 13:53 | 01:21 | 615-▮ | Housing 4 C-2 |
| 02 | Lopez-castillo, Isaac | 689810 | 06/21/17 13:37 | 11:23 | 615-▮ | Housing 4 C-2 |
| 03 | Lopez-castillo, Isaac | 689810 | 06/21/17 13:28 | 06:47 | 615-▮ | Housing 4 C-2 |
| 04 | Lopez-castillo, Isaac | 689810 | 06/21/17 11:54 | 05:38 | 615-▮ | Housing 4 C-7 |
| 05 | Lopez-castillo, Isaac | 689810 | 06/21/17 11:10 | 02:43 | 011-50-▮ | Housing 4 C-2 |
| 06 | Lopez-castillo, Isaac | 689810 | 06/21/17 10:17 | 01:28 | 011-50-▮ | Housing 4 C-2 |
| 07 | Lopez-castillo, Isaac | 689810 | 06/21/17 09:22 | 00:28 | 011-50-▮ | Housing 4 C-2 |
| 08 | Lopez-castillo, Isaac | 689810 | 06/21/17 08:40 | 08:03 | 775-▮ | Housing 4 C-8 |
| 09 | Lopez-castillo, Isaac | 689810 | 06/20/17 16:05 | 02:45 | 011-50-▮ | Housing 1 B-4 |
| 10 | Lopez-castillo, Isaac | 689810 | 06/20/17 16:00 | 02:05 | 011-50-▮ | Housing 1 B-4 |
| 11 | Lopez-castillo, Isaac | 689810 | 06/20/17 15:55 | 03:11 | 011-50-▮ | Housing 1 B-4 |
| 12 | Lopez-castillo, Isaac | 689810 | 06/20/17 15:50 | 03:00 | 011-50-▮ | Housing 1 B-4 |
| 13 | Lopez-castillo, Isaac | 689810 | 06/20/17 14:02 | 00:04 | 011-50-▮ | Housing 1 B-4 |
| 14 | Lopez-castillo, Isaac | 689810 | 06/20/17 13:53 | 02:52 | 011-50-▮ | Housing 1 B-4 |
| 15 | Lopez-castillo, Isaac | 689810 | 06/20/17 13:34 | 17:29 | 775-▮ | Housing 1 B-4 |
| 16 | Lopez-castillo, Isaac | 689810 | 06/19/17 18:07 | 08:40 | 775-▮ | Housing 1 B-4 |
| 17 | Lopez-castillo, Isaac | 689810 | 06/19/17 17:59 | 02:57 | 714-▮ | Housing 1 B-4 |
| 18 | Lopez-castillo, Isaac | 689810 | 06/19/17 17:46 | 02:35 | 011-50-▮ | Housing 1 B-4 |
| 19 | Lopez-castillo, Isaac | 689810 | 06/19/17 17:41 | 03:23 | 011-50-▮ | Housing 1 B-4 |
| 20 | Lopez-castillo, Isaac | 689810 | 06/19/17 17:36 | 02:59 | 011-50-▮ | Housing 1 B-4 |
| 21 | Lopez-castillo, Isaac | 689810 | 06/19/17 17:03 | 30:57 | 775-▮ | Housing 1 B-4 |
| 22 | Lopez-castillo, Isaac | 689810 | 06/18/17 21:24 | 02:55 | 011-50-▮ | Housing 1 B-4 |
| 23 | Lopez-castillo, Isaac | 689810 | 06/18/17 21:18 | 03:40 | 011-50-▮ | Housing 1 B-4 |
| 24 | Lopez-castillo, Isaac | 689810 | 06/18/17 20:51 | 25:27 | 775-▮ | Housing 1 B-4 |
| 25 | Lopez-castillo, Isaac | 689810 | 06/18/17 15:18 | 02:54 | 011-50-▮ | Housing 1 B-4 |
| 26 | Lopez-castillo, Isaac | 689810 | 06/18/17 15:14 | 02:09 | 011-50-▮ | Housing 1 B-4 |
| 27 | Lopez-castillo, Isaac | 689810 | 06/18/17 14:49 | 10:43 | 775-▮ | Housing 1 B-4 |
| 28 | Lopez-castillo, Isaac | 689810 | 06/17/17 19:49 | 23:33 | 775-▮ | Housing 1 B-4 |
| 29 | Lopez-castillo, Isaac | 689810 | 06/17/17 17:35 | 17:00 | 775-▮ | Housing 1 B-4 |
| 30 | Lopez-castillo, Isaac | 689810 | 06/17/17 17:27 | 05:13 | 775-▮ | Housing 1 B-4 |
| 31 | Lopez-castillo, Isaac | 689810 | 06/17/17 16:54 | 04:09 | 775-▮ | Housing 1 B-4 |
| 32 | Lopez-castillo, Isaac | 689810 | 06/16/17 17:48 | 22:11 | 775-▮ | Housing 1 B-4 |
| 33 | Lopez-castillo, Isaac | 689810 | 06/15/17 20:25 | 32:55 | 775-▮ | Housing 1 B-4 |
| 34 | Lopez-castillo, Isaac | 689810 | 06/15/17 14:36 | 22:28 | 775-▮ | Housing 1 B-4 |
| 35 | Lopez-castillo, Isaac | 689810 | 06/14/17 19:14 | 14:51 | 775-▮ | Housing 1 B-4 |

| 36 | Lopez-castillo, Isaac | 689810 | 06/14/17 19:10 | 01:41 | 775- | | Housing 1 B-4 |
|----|----|----|----|----|----|----|----|
| 37 | Lopez-castillo, Isaac | 689810 | 06/14/17 12:48 | 18:04 | 775- | | Housing 1 B-3 |
| 38 | Lopez-castillo, Isaac | 689810 | 06/14/17 12:23 | 21:21 | 775- | | Housing 1 B-3 |
| 39 | Lopez-castillo, Isaac | 689810 | 06/13/17 20:35 | 38:38 | 775- | | Housing 1 B-3 |
| 40 | Lopez-castillo, Isaac | 689810 | 06/13/17 11:40 | 45:00 | 775- | | Housing 1 B-3 |
| 41 | Lopez-castillo, Isaac | 689810 | 06/12/17 16:18 | 19:41 | 775- | | Housing 1 B-4 |
| 42 | Lopez-castillo, Isaac | 689810 | 06/12/17 13:14 | 02:00 | 615- | | Housing 1 B-4 |
| 43 | Lopez-castillo, Isaac | 689810 | 06/10/17 20:17 | 09:52 | 615- | | Building 2 C-8 |
| 44 | Lopez-castillo, Isaac | 689810 | 06/10/17 20:12 | 02:00 | 615- | | Building 2 C-8 |
| 45 | Lopez-castillo, Isaac | 689810 | 06/10/17 18:16 | 01:25 | 775- | | Building 2 C-1 |
| 46 | Lopez-castillo, Isaac | 689810 | 06/09/17 17:08 | 01:05 | 011-50- | | Building 2 C-12 |
| 47 | Lopez-castillo, Isaac | 689810 | 06/08/17 20:33 | 00:37 | 011-50- | | Building 2 C-1 |
| 48 | Lopez-castillo, Isaac | 689810 | 06/08/17 20:23 | 01:01 | 011-50- | | Building 2 C-11 |
| 49 | Lopez-castillo, Isaac | 689810 | 06/08/17 20:20 | 01:11 | 011-50- | | Building 2 C-11 |
| 50 | Lopez-castillo, Isaac | 689810 | 06/07/17 20:02 | 06:53 | 520- | | Building 2 C-8 |
| 51 | Lopez-castillo, Isaac | 689810 | 06/07/17 19:21 | 03:19 | 714- | | Building 2 C-1 |
| 52 | Lopez-castillo, Isaac | 689810 | 06/07/17 16:31 | 02:17 | 949- | | - |
| 53 | Lopez-castillo, Isaac | 689810 | 06/07/17 13:56 | 02:20 | 011-50- | | Building 2 C-8 |
| 54 | Lopez-castillo, Isaac | 689810 | 06/06/17 15:24 | 01:34 | 775- | | Building 2 C-9 |
| 55 | Lopez-castillo, Isaac | 689810 | 06/06/17 14:29 | 02:01 | 949- | | - |
| 56 | Lopez-castillo, Isaac | 689810 | 06/06/17 13:49 | 15:09 | 949- | | Building 2 C-10 |
| 57 | Lopez-castillo, Isaac | 689810 | 06/06/17 09:40 | 01:43 | 949- | | - |
| 58 | Lopez-castillo, Isaac | 689810 | 06/05/17 20:16 | 04:58 | 775- | | Building 2 C-12 |
| 59 | Lopez-castillo, Isaac | 689810 | 06/05/17 13:40 | 01:28 | 011-50- | | Building 2 C-7 |
| 60 | Lopez-castillo, Isaac | 689810 | 06/05/17 13:34 | 02:03 | 011-50- | | Building 2 C-7 |
| 61 | Lopez-castillo, Isaac | 689810 | 06/05/17 13:28 | 02:53 | 011-50- | | Building 2 C-12 |
| 62 | Lopez-castillo, Isaac | 689810 | 06/05/17 13:23 | 02:50 | 011-50- | | Building 2 C-12 |
| 63 | Lopez-castillo, Isaac | 689810 | 06/05/17 13:20 | 01:28 | 011-50- | | Building 2 C-12 |
| 64 | Lopez-castillo, Isaac | 689810 | 06/04/17 16:18 | 36:44 | 775- | | Building 2 C-9 |
| 65 | Lopez-castillo, Isaac | 689810 | 06/04/17 13:12 | 01:59 | 011-50- | | Building 2 C-10 |
| 66 | Lopez-castillo, Isaac | 689810 | 06/03/17 22:11 | 02:32 | 011-50- | | Building 2 C-9 |
| 67 | Lopez-castillo, Isaac | 689810 | 06/03/17 14:35 | 02:33 | 011-50- | | Building 2 C-11 |
| 68 | Lopez-castillo, Isaac | 689810 | 06/03/17 14:28 | 04:19 | 011-50- | | Building 2 C-11 |
| 69 | Lopez-castillo, Isaac | 689810 | 06/03/17 14:22 | 03:54 | 011-50- | | Building 2 C-11 |
| 70 | Lopez-castillo, Isaac | 689810 | 06/03/17 14:17 | 03:28 | 011-50- | | Building 2 C-11 |
| 71 | Lopez-castillo, Isaac | 689810 | 06/02/17 20:36 | 06:12 | 714- | | Building 2 C-2 |
| 72 | Lopez-castillo, Isaac | 689810 | 06/02/17 17:19 | 03:36 | 760- | | Building 2 C-1 |
| 73 | Lopez-castillo, Isaac | 689810 | 06/02/17 14:54 | 11:54 | 520- | | Building 2 C-8 |

| 74 | Lopez-castillo, Isaac | 689810 | 06/02/17 12:52 | 02:52 | 011-50-███████ | Building 2 C-7 |
|---|---|---|---|---|---|---|
| 75 | Lopez-castillo, Isaac | 689810 | 06/02/17 12:41 | 01:07 | 011-50-███████ | Building 2 C-7 |
| 76 | Lopez-castillo, Isaac | 689810 | 06/02/17 11:13 | 16:17 | 949-██████ | Building 2 C-9 |
| 77 | Lopez-castillo, Isaac | 689810 | 06/01/17 18:15 | 00:57 | 503-██████ | Building 2 C-10 |
| 78 | Lopez-castillo, Isaac | 689810 | 06/01/17 17:09 | 05:22 | 775-██████ | Building 2 C-8 |
| 79 | Lopez-castillo, Isaac | 689810 | 06/01/17 13:46 | 04:31 | 011-50-████████ | Building 2 C-12 |
| 80 | Lopez-castillo, Isaac | 689810 | 06/01/17 13:01 | 02:36 | 011-50-███████ | Building 2 C-8 |
| 81 | Lopez-castillo, Isaac | 689810 | 05/31/17 21:19 | 03:20 | 011-50-████████ | Building 2 C-7 |
| 82 | Lopez-castillo, Isaac | 689810 | 05/31/17 21:15 | 01:55 | 011-50-████████ | Building 2 C-7 |
| 83 | Lopez-castillo, Isaac | 689810 | 05/31/17 20:44 | 29:12 | 775-███████ | Building 2 C-8 |
| | **Total:** | | | **670:48** | | |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Lemus-campos, Josue | 049431 | 07/29/17 20:15 | 02:34 | 323- | Housing 5 C-6 |
| 02 | Lemus-campos, Josue | 049431 | 07/28/17 15:59 | 11:30 | 213- | Housing 5 C-6 |
| 03 | Lemus-campos, Josue | 049431 | 07/26/17 21:34 | 21:43 | 760- | Housing 5 C-8 |
| 04 | Lemus-campos, Josue | 049431 | 07/26/17 21:27 | 00:31 | 760- | Housing 5 C-1 |
| 05 | Lemus-campos, Josue | 049431 | 07/25/17 21:19 | 45:00 | 760- | Housing 5 C-6 |
| 06 | Lemus-campos, Josue | 049431 | 07/25/17 14:16 | 05:59 | 213- | Housing 5 C-8 |
| 07 | Lemus-campos, Josue | 049431 | 07/24/17 20:24 | 09:02 | 760- | Housing 5 C-5 |
| 08 | Lemus-campos, Josue | 049431 | 07/24/17 20:06 | 04:26 | 760- | Housing 5 C-1 |
| 09 | Lemus-campos, Josue | 049431 | 07/23/17 15:11 | 04:18 | 818- | Housing 2 C-4 |
| 10 | Lemus-campos, Josue | 049431 | 07/23/17 13:59 | 14:34 | 760- | Housing 2 C-1 |
| 11 | Lemus-campos, Josue | 049431 | 07/22/17 15:54 | 01:27 | 760- | Housing 5 C-5 |
| 12 | Lemus-campos, Josue | 049431 | 07/22/17 15:22 | 11:01 | 760- | Housing 5 C-1 |
| 13 | Lemus-campos, Josue | 049431 | 07/22/17 15:18 | 00:49 | 760- | Housing 5 C-1 |
| 14 | Lemus-campos, Josue | 049431 | 07/21/17 22:19 | 12:56 | 760- | Housing 5 C-5 |
| 15 | Lemus-campos, Josue | 049431 | 07/21/17 14:06 | 06:05 | 213- | Housing 5 C-5 |
| 16 | Lemus-campos, Josue | 049431 | 07/20/17 19:58 | 13:52 | 760- | Housing 5 C-1 |
| 17 | Lemus-campos, Josue | 049431 | 07/18/17 19:55 | 01:38 | 760- | Housing 5 C-8 |
| 18 | Lemus-campos, Josue | 049431 | 07/18/17 16:00 | 05:25 | 646- | Housing 5 C-3 |
| 19 | Lemus-campos, Josue | 049431 | 07/16/17 20:14 | 12:13 | 760- | Housing 5 C-1 |
| 20 | Lemus-campos, Josue | 049431 | 07/16/17 19:34 | 02:50 | 760- | Housing 5 C-5 |
| 21 | Lemus-campos, Josue | 049431 | 07/15/17 22:11 | 07:06 | 760- | Housing 5 C-1 |
| 22 | Lemus-campos, Josue | 049431 | 07/15/17 19:30 | 36:49 | 760- | Housing 5 C-3 |
| 23 | Lemus-campos, Josue | 049431 | 07/15/17 14:57 | 04:23 | 818- | Housing 5 C-8 |
| 24 | Lemus-campos, Josue | 049431 | 07/14/17 12:46 | 04:27 | 713- | Housing 5 C-1 |
| 25 | Lemus-campos, Josue | 049431 | 07/13/17 21:14 | 21:50 | 213- | Housing 5 C-8 |
| 26 | Lemus-campos, Josue | 049431 | 07/13/17 20:09 | 02:06 | 713- | Housing 5 C-5 |
| 27 | Lemus-campos, Josue | 049431 | 07/13/17 19:27 | 30:18 | 760- | Housing 5 C-8 |
| 28 | Lemus-campos, Josue | 049431 | 07/13/17 16:44 | 17:10 | 713- | Housing 5 C-5 |
| 29 | Lemus-campos, Josue | 049431 | 07/12/17 21:48 | 26:04 | 760- | Housing 5 C-1 |
| 30 | Lemus-campos, Josue | 049431 | 07/11/17 21:50 | 05:10 | 760- | Housing 5 C-1 |
| 31 | Lemus-campos, Josue | 049431 | 07/11/17 20:44 | 24:56 | 760- | Housing 5 C-1 |
| 32 | Lemus-campos, Josue | 049431 | 07/10/17 21:17 | 04:00 | 760- | Housing 5 C-8 |
| 33 | Lemus-campos, Josue | 049431 | 07/10/17 16:55 | 02:24 | 760- | Housing 5 C-4 |
| 34 | Lemus-campos, Josue | 049431 | 07/10/17 16:47 | 02:38 | 818- | Housing 5 C-8 |
| 35 | Lemus-campos, Josue | 049431 | 07/08/17 14:55 | 04:51 | 858- | Housing 5 C-8 |

| 36 | Lemus-campos, Josue | 049431 | 07/06/17 19:38 | 06:47 | 818- | Housing 5 C-7 |
|----|---------------------|--------|----------------|-------|------|---------------|
| 37 | Lemus-campos, Josue | 049431 | 07/05/17 21:12 | 08:38 | 760- | Housing 5 C-5 |
| 38 | Lemus-campos, Josue | 049431 | 06/30/17 19:19 | 10:47 | 818- | Housing 5 C-7 |
| 39 | Lemus-campos, Josue | 049431 | 06/28/17 17:09 | 17:53 | 760- | Housing 5 C-7 |
| 40 | Lemus-campos, Josue | 049431 | 06/22/17 20:32 | 11:10 | 818- | Housing 5 C-7 |
| 41 | Lemus-campos, Josue | 049431 | 06/22/17 13:52 | 01:22 | 510- | Housing 5 C-5 |
| 42 | Lemus-campos, Josue | 049431 | 06/22/17 13:47 | 01:21 | 510- | Housing 5 C-1 |
| 43 | Lemus-campos, Josue | 049431 | 06/22/17 13:44 | 00:09 | 510- | Housing 5 C-1 |
| 44 | Lemus-campos, Josue | 049431 | 06/22/17 13:31 | 08:35 | 347- | Housing 5 C-1 |
| 45 | Lemus-campos, Josue | 049431 | 06/21/17 09:17 | 02:57 | 775- | Housing 5 C-1 |
| 46 | Lemus-campos, Josue | 049431 | 06/20/17 21:07 | 26:04 | 775- | Housing 1 B-4 |
| 47 | Lemus-campos, Josue | 049431 | 06/20/17 21:06 | 00:03 | 775- | Housing 1 B-4 |
| 48 | Lemus-campos, Josue | 049431 | 06/14/17 19:55 | 11:13 | 714- | Housing 1 B-4 |
| 49 | Lemus-campos, Josue | 049431 | 06/14/17 19:37 | 05:48 | 818- | Housing 1 B-4 |
| 50 | Lemus-campos, Josue | 049431 | 06/14/17 19:31 | 00:50 | 818- | Housing 1 B-4 |
| 51 | Lemus-campos, Josue | 049431 | 06/12/17 13:19 | 12:28 | 615- | Housing 1 B-4 |
| 52 | Lemus-campos, Josue | 049431 | 06/11/17 13:58 | 04:29 | 616- | Building 2 C-5 |
| 53 | Lemus-campos, Josue | 049431 | 06/08/17 19:56 | 06:08 | 818- | Building 2 C-8 |
| 54 | Lemus-campos, Josue | 049431 | 06/08/17 19:51 | 02:31 | 818- | Building 2 C-11 |
| 55 | Lemus-campos, Josue | 049431 | 06/08/17 14:30 | 07:07 | 616- | Building 2 C-2 |
| 56 | Lemus-campos, Josue | 049431 | 06/06/17 20:29 | 07:47 | 818- | Building 2 C-11 |
| 57 | Lemus-campos, Josue | 049431 | 06/06/17 20:21 | 01:40 | 818- | Building 2 C-11 |
| 58 | Lemus-campos, Josue | 049431 | 06/05/17 13:07 | 07:04 | 616- | Building 2 C-11 |
| 59 | Lemus-campos, Josue | 049431 | 06/04/17 17:05 | 00:21 | 239- | Building 2 C-6 |
| 60 | Lemus-campos, Josue | 049431 | 06/03/17 14:00 | 03:13 | 616- | Building 2 C-11 |
|    | **Total:** | | | **548:30** | | |



Report: Call Notes - Cortez-diaz, Jose
Starting: 05/31/2017 16:24   Ending: 08/01/2017 16:25

| Id | Inmate | Destination | Phone | Date | Termination | Minutes | Price | Notes |
|---|---|---|---|---|---|---|---|---|
| 23448579173 | Cortez-diaz, Jose | 011-50-█████ | Housing 5 C-3 | 07/27/2017 15:18 | | 06:39 | $0.00 | cleared for 3way call---- --roger IR----07/27/2017 |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Cortez-diaz, Jose | 624914 | 07/27/17 15:18 | 06:39 | 011-50-██████ | Housing 5 C-3 |
|   | **Total:** | | | **06:39** | | |



Report: Call Notes - Barahona-cornejo, Julio
Starting: 05/31/2017 16:24   Ending: 08/01/2017 16:25

| Id | Inmate | Destination | Phone | Date | Termination | Minutes | Price | Notes |
|---|---|---|---|---|---|---|---|---|
| 23349683263 | Barahona-cornejo, Julio | 213-■■■■ | Housing 5 D-5 | 07/04/2017 14:20 | | 22:33 | $0.00 | No 3way call was made by richardir 07/04/17 |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Barahona-cornejo, Julio | 341839 | 07/31/17 23:40 | 15:37 | 916-■■■■ | Housing 5 D-7 |
| 02 | Barahona-cornejo, Julio | 341839 | 07/31/17 21:40 | 04:48 | 347-■■■■ | Housing 5 D-5 |
| 03 | Barahona-cornejo, Julio | 341839 | 07/31/17 21:30 | 06:46 | 916-■■■■ | Housing 5 D-5 |
| 04 | Barahona-cornejo, Julio | 341839 | 07/31/17 13:03 | 05:23 | 916-■■■■ | Housing 5 D-2 |
| 05 | Barahona-cornejo, Julio | 341839 | 07/31/17 11:46 | 06:11 | 561-■■■■ | Housing 5 D-8 |
| 06 | Barahona-cornejo, Julio | 341839 | 07/31/17 00:03 | 27:01 | 916-■■■■ | Housing 5 D-1 |
| 07 | Barahona-cornejo, Julio | 341839 | 07/30/17 19:37 | 01:36 | 916-■■■■ | Housing 5 D-1 |
| 08 | Barahona-cornejo, Julio | 341839 | 07/30/17 13:07 | 04:35 | 916-■■■■ | Housing 5 D-1 |
| 09 | Barahona-cornejo, Julio | 341839 | 07/29/17 22:03 | 25:35 | 916-■■■■ | Housing 5 D-1 |
| 10 | Barahona-cornejo, Julio | 341839 | 07/29/17 21:58 | 00:55 | 916-■■■■ | Housing 5 D-1 |
| 11 | Barahona-cornejo, Julio | 341839 | 07/29/17 21:49 | 03:57 | 916-■■■■ | Housing 5 D-1 |
| 12 | Barahona-cornejo, Julio | 341839 | 07/29/17 20:55 | 02:59 | 916-■■■■ | Housing 5 D-1 |
| 13 | Barahona-cornejo, Julio | 341839 | 07/29/17 20:24 | 28:10 | 469-■■■■ | Housing 5 D-1 |
| 14 | Barahona-cornejo, Julio | 341839 | 07/29/17 20:20 | 00:54 | 916-■■■■ | Housing 5 D-1 |
| 15 | Barahona-cornejo, Julio | 341839 | 07/29/17 14:14 | 11:48 | 916-■■■■ | Housing 5 D-1 |
| 16 | Barahona-cornejo, Julio | 341839 | 07/29/17 08:48 | 01:25 | 916-■■■■ | Housing 5 D-1 |
| 17 | Barahona-cornejo, Julio | 341839 | 07/29/17 00:39 | 04:49 | 916-■■■■ | Housing 5 D-1 |
| 18 | Barahona-cornejo, Julio | 341839 | 07/28/17 21:06 | 05:14 | 760-■■■■ | Housing 5 D-1 |
| 19 | Barahona-cornejo, Julio | 341839 | 07/28/17 20:59 | 03:57 | 760-■■■■ | Housing 5 D-5 |
| 20 | Barahona-cornejo, Julio | 341839 | 07/28/17 20:02 | 08:30 | 951-■■■■ | Housing 5 D-5 |

| 21 | Barahona-cornejo, Julio | 341839 | 07/28/17 16:49 | 03:37 | 916-⬛ | Housing 5 D-2 |
|----|-------------------------|--------|----------------|-------|--------|---------------|
| 22 | Barahona-cornejo, Julio | 341839 | 07/28/17 00:02 | 04:26 | 916-⬛ | Housing 5 D-5 |
| 23 | Barahona-cornejo, Julio | 341839 | 07/27/17 23:38 | 17:37 | 760-⬛ | Housing 5 D-5 |
| 24 | Barahona-cornejo, Julio | 341839 | 07/27/17 22:41 | 09:40 | 760-⬛ | Housing 5 D-5 |
| 25 | Barahona-cornejo, Julio | 341839 | 07/27/17 22:38 | 01:12 | 916-⬛ | Housing 5 D-5 |
| 26 | Barahona-cornejo, Julio | 341839 | 07/27/17 21:15 | 07:51 | 916-⬛ | Housing 5 D-5 |
| 27 | Barahona-cornejo, Julio | 341839 | 07/27/17 21:13 | 00:30 | 916-⬛ | Housing 5 D-2 |
| 28 | Barahona-cornejo, Julio | 341839 | 07/27/17 12:38 | 10:52 | 973-⬛ | Housing 5 D-5 |
| 29 | Barahona-cornejo, Julio | 341839 | 07/26/17 21:13 | 14:58 | 916-⬛ | Housing 5 D-5 |
| 30 | Barahona-cornejo, Julio | 341839 | 07/26/17 16:27 | 05:17 | 916-⬛ | Housing 5 D-2 |
| 31 | Barahona-cornejo, Julio | 341839 | 07/26/17 14:14 | 04:51 | 916-⬛ | Housing 5 D-2 |
| 32 | Barahona-cornejo, Julio | 341839 | 07/25/17 20:41 | 20:11 | 760-⬛ | Housing 5 D-2 |
| 33 | Barahona-cornejo, Julio | 341839 | 07/25/17 20:19 | 19:25 | 916-⬛ | Housing 5 D-2 |
| 34 | Barahona-cornejo, Julio | 341839 | 07/25/17 20:07 | 06:16 | 951-⬛ | Housing 5 D-5 |
| 35 | Barahona-cornejo, Julio | 341839 | 07/25/17 16:48 | 02:15 | 862-⬛ | Housing 5 D-1 |
| 36 | Barahona-cornejo, Julio | 341839 | 07/25/17 12:29 | 21:07 | 916-⬛ | Housing 5 D-5 |
| 37 | Barahona-cornejo, Julio | 341839 | 07/25/17 11:10 | 05:49 | 760-⬛ | Housing 5 D-5 |
| 38 | Barahona-cornejo, Julio | 341839 | 07/24/17 22:39 | 01:13 | 760-⬛ | - |
| 39 | Barahona-cornejo, Julio | 341839 | 07/24/17 20:29 | 08:38 | 916-⬛ | Housing 5 D-5 |
| 40 | Barahona-cornejo, Julio | 341839 | 07/24/17 19:34 | 02:43 | 469-⬛ | Housing 5 D-1 |
| 41 | Barahona-cornejo, Julio | 341839 | 07/24/17 19:30 | 01:08 | 469-⬛ | Housing 5 D-1 |
| 42 | Barahona-cornejo, Julio | 341839 | 07/24/17 14:18 | 00:58 | 760-⬛ | Housing 5 D-1 |

| 43 | Barahona-cornejo, Julio | 341839 | 07/24/17 13:02 | 04:28 | 916- | Housing 5 D-1 |
|---|---|---|---|---|---|---|
| 44 | Barahona-cornejo, Julio | 341839 | 07/23/17 20:46 | 20:15 | 916- | Housing 5 D-2 |
| 45 | Barahona-cornejo, Julio | 341839 | 07/23/17 20:04 | 31:41 | 469- | Housing 5 D-2 |
| 46 | Barahona-cornejo, Julio | 341839 | 07/23/17 18:00 | 04:53 | 862- | Housing 5 D-5 |
| 47 | Barahona-cornejo, Julio | 341839 | 07/22/17 21:05 | 30:53 | 916- | Housing 5 D-5 |
| 48 | Barahona-cornejo, Julio | 341839 | 07/22/17 17:55 | 22:21 | 916- | Housing 5 D-5 |
| 49 | Barahona-cornejo, Julio | 341839 | 07/22/17 17:51 | 02:07 | 862- | Housing 5 D-5 |
| 50 | Barahona-cornejo, Julio | 341839 | 07/22/17 14:58 | 07:47 | 540- | Housing 5 D-5 |
| 51 | Barahona-cornejo, Julio | 341839 | 07/22/17 12:37 | 06:18 | 760- | Housing 5 D-2 |
| 52 | Barahona-cornejo, Julio | 341839 | 07/22/17 12:28 | 03:30 | 011-55- | Housing 5 D-5 |
| 53 | Barahona-cornejo, Julio | 341839 | 07/21/17 21:13 | 45:00 | 916- | Housing 5 D-1 |
| 54 | Barahona-cornejo, Julio | 341839 | 07/21/17 21:01 | 03:34 | 760- | Housing 5 D-1 |
| 55 | Barahona-cornejo, Julio | 341839 | 07/21/17 20:44 | 11:40 | 760- | Housing 5 D-5 |
| 56 | Barahona-cornejo, Julio | 341839 | 07/21/17 17:06 | 04:52 | 916- | Housing 5 D-2 |
| 57 | Barahona-cornejo, Julio | 341839 | 07/21/17 14:44 | 23:38 | 213- | Housing 5 D-1 |
| 58 | Barahona-cornejo, Julio | 341839 | 07/21/17 13:55 | 21:22 | 760- | Housing 5 D-1 |
| 59 | Barahona-cornejo, Julio | 341839 | 07/21/17 11:25 | 15:20 | 760- | Housing 5 D-1 |
| 60 | Barahona-cornejo, Julio | 341839 | 07/20/17 22:40 | 10:43 | 760- | Housing 5 D-1 |
| 61 | Barahona-cornejo, Julio | 341839 | 07/20/17 21:44 | 00:26 | 916- | Housing 5 D-1 |
| 62 | Barahona-cornejo, Julio | 341839 | 07/20/17 21:05 | 00:26 | 760- | Housing 5 D-1 |
| 63 | Barahona-cornejo, Julio | 341839 | 07/20/17 20:53 | 09:03 | 916- | Housing 5 D-1 |
| 64 | Barahona-cornejo, Julio | 341839 | 07/19/17 22:22 | 06:50 | 916- | Housing 5 D-2 |

| 65 | Barahona-cornejo, Julio | 341839 | 07/19/17 21:15 | 11:50 | 760- | Housing 5 D-5 |
|----|-------------------------|--------|----------------|-------|------|---------------|
| 66 | Barahona-cornejo, Julio | 341839 | 07/19/17 20:16 | 08:12 | 916- | Housing 5 D-1 |
| 67 | Barahona-cornejo, Julio | 341839 | 07/19/17 16:07 | 05:14 | 862- | Housing 5 D-5 |
| 68 | Barahona-cornejo, Julio | 341839 | 07/19/17 14:56 | 10:29 | 916- | Housing 5 D-5 |
| 69 | Barahona-cornejo, Julio | 341839 | 07/19/17 00:11 | 09:49 | 916- | Housing 5 D-1 |
| 70 | Barahona-cornejo, Julio | 341839 | 07/18/17 20:41 | 44:27 | 916- | Housing 5 D-5 |
| 71 | Barahona-cornejo, Julio | 341839 | 07/18/17 20:24 | 02:18 | 916- | Housing 5 D-5 |
| 72 | Barahona-cornejo, Julio | 341839 | 07/18/17 17:44 | 16:26 | 213- | Housing 5 D-1 |
| 73 | Barahona-cornejo, Julio | 341839 | 07/18/17 17:39 | 03:10 | 916- | Housing 5 D-1 |
| 74 | Barahona-cornejo, Julio | 341839 | 07/18/17 17:33 | 02:35 | 760- | Housing 5 D-1 |
| 75 | Barahona-cornejo, Julio | 341839 | 07/18/17 16:05 | 13:17 | 760- | Housing 5 D-1 |
| 76 | Barahona-cornejo, Julio | 341839 | 07/18/17 11:19 | 05:39 | 916- | Housing 5 D-1 |
| 77 | Barahona-cornejo, Julio | 341839 | 07/18/17 00:04 | 01:53 | 916- | Housing 5 D-5 |
| 78 | Barahona-cornejo, Julio | 341839 | 07/17/17 20:31 | 02:25 | 951- | Housing 5 D-2 |
| 79 | Barahona-cornejo, Julio | 341839 | 07/17/17 20:14 | 14:47 | 916- | Housing 5 D-2 |
| 80 | Barahona-cornejo, Julio | 341839 | 07/17/17 19:51 | 18:47 | 951- | Housing 5 D-2 |
| 81 | Barahona-cornejo, Julio | 341839 | 07/17/17 19:29 | 19:29 | 760- | Housing 5 D-2 |
| 82 | Barahona-cornejo, Julio | 341839 | 07/17/17 19:22 | 03:40 | 760- | Housing 5 D-2 |
| 83 | Barahona-cornejo, Julio | 341839 | 07/17/17 18:18 | 03:15 | 760- | Housing 5 D-2 |
| 84 | Barahona-cornejo, Julio | 341839 | 07/17/17 16:21 | 06:53 | 213- | Housing 5 D-1 |
| 85 | Barahona-cornejo, Julio | 341839 | 07/17/17 15:01 | 00:24 | 760- | Housing 5 D-5 |
| 86 | Barahona-cornejo, Julio | 341839 | 07/17/17 14:02 | 17:55 | 916- | Housing 5 D-2 |

| 87 | Barahona-cornejo, Julio | 341839 | 07/17/17 13:12 | 01:28 | 916-███ | Housing 5 D-5 |
|---|---|---|---|---|---|---|
| 88 | Barahona-cornejo, Julio | 341839 | 07/17/17 00:45 | 05:33 | 916-███ | Housing 5 D-5 |
| 89 | Barahona-cornejo, Julio | 341839 | 07/16/17 22:44 | 04:59 | 213-███ | Housing 5 D-2 |
| 90 | Barahona-cornejo, Julio | 341839 | 07/16/17 22:38 | 02:58 | 916-███ | Housing 5 D-2 |
| 91 | Barahona-cornejo, Julio | 341839 | 07/16/17 17:08 | 01:47 | 916-███ | Housing 5 D-2 |
| 92 | Barahona-cornejo, Julio | 341839 | 07/16/17 13:55 | 12:52 | 760-███ | Housing 5 D-2 |
| 93 | Barahona-cornejo, Julio | 341839 | 07/16/17 13:41 | 02:50 | 916-███ | Housing 5 D-5 |
| 94 | Barahona-cornejo, Julio | 341839 | 07/16/17 13:36 | 02:44 | 213-███ | Housing 5 D-5 |
| 95 | Barahona-cornejo, Julio | 341839 | 07/16/17 13:31 | 02:00 | 916-███ | Housing 5 D-5 |
| 96 | Barahona-cornejo, Julio | 341839 | 07/15/17 23:49 | 43:06 | 916-███ | Housing 5 D-1 |
| 97 | Barahona-cornejo, Julio | 341839 | 07/15/17 22:30 | 18:19 | 916-███ | Housing 5 D-5 |
| 98 | Barahona-cornejo, Julio | 341839 | 07/15/17 17:50 | 09:09 | 754-███ | Housing 5 D-3 |
| 99 | Barahona-cornejo, Julio | 341839 | 07/15/17 16:57 | 06:14 | 916-███ | Housing 5 D-2 |
| 100 | Barahona-cornejo, Julio | 341839 | 07/15/17 15:00 | 03:37 | 213-███ | Housing 5 D-1 |
| 101 | Barahona-cornejo, Julio | 341839 | 07/15/17 14:48 | 08:37 | 760-███ | Housing 5 D-1 |
| | **Total:** | | | **976:58** | | |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Barahona-cornejo, Julio | 341839 | 07/15/17 12:31 | 42:42 | 760-█████ | Housing 5 D-2 |
| 02 | Barahona-cornejo, Julio | 341839 | 07/14/17 21:58 | 04:23 | 951-█████ | Housing 5 D-2 |
| 03 | Barahona-cornejo, Julio | 341839 | 07/14/17 21:35 | 18:41 | 916-█████ | Housing 5 D-2 |
| 04 | Barahona-cornejo, Julio | 341839 | 07/14/17 14:50 | 10:59 | 916-█████ | Housing 5 D-1 |
| 05 | Barahona-cornejo, Julio | 341839 | 07/13/17 22:06 | 06:41 | 213-█████ | Housing 5 D-1 |
| 06 | Barahona-cornejo, Julio | 341839 | 07/13/17 21:30 | 29:28 | 916-█████ | Housing 5 D-2 |
| 07 | Barahona-cornejo, Julio | 341839 | 07/12/17 22:15 | 20:18 | 916-█████ | Housing 5 D-1 |
| 08 | Barahona-cornejo, Julio | 341839 | 07/12/17 20:15 | 00:44 | 760-█████ | Housing 5 D-1 |
| 09 | Barahona-cornejo, Julio | 341839 | 07/12/17 17:51 | 16:19 | 760-█████ | Housing 5 D-2 |
| 10 | Barahona-cornejo, Julio | 341839 | 07/12/17 16:27 | 01:35 | 213-█████ | Housing 5 D-1 |
| 11 | Barahona-cornejo, Julio | 341839 | 07/12/17 14:53 | 05:21 | 862-█████ | Housing 5 D-5 |
| 12 | Barahona-cornejo, Julio | 341839 | 07/12/17 14:31 | 15:05 | 760-█████ | Housing 5 D-5 |
| 13 | Barahona-cornejo, Julio | 341839 | 07/11/17 21:03 | 06:01 | 916-█████ | Housing 5 D-5 |
| 14 | Barahona-cornejo, Julio | 341839 | 07/11/17 16:31 | 00:21 | 862-█████ | Housing 5 D-6 |
| 15 | Barahona-cornejo, Julio | 341839 | 07/10/17 20:03 | 15:00 | 916-█████ | Housing 5 D-5 |
| 16 | Barahona-cornejo, Julio | 341839 | 07/10/17 17:11 | 09:46 | 754-█████ | Housing 5 D-8 |
| 17 | Barahona-cornejo, Julio | 341839 | 07/10/17 00:04 | 21:12 | 916-█████ | Housing 5 D-5 |
| 18 | Barahona-cornejo, Julio | 341839 | 07/09/17 22:17 | 02:01 | 916-█████ | Housing 5 D-5 |
| 19 | Barahona-cornejo, Julio | 341839 | 07/09/17 21:46 | 23:13 | 951-█████ | Housing 5 D-2 |
| 20 | Barahona-cornejo, Julio | 341839 | 07/09/17 21:36 | 02:14 | 916-█████ | Housing 5 D-1 |
| 21 | Barahona-cornejo, Julio | 341839 | 07/09/17 21:30 | 03:06 | 213-█████ | Housing 5 D-4 |
| 22 | Barahona-cornejo, Julio | 341839 | 07/09/17 16:32 | 08:12 | 347-█████ | Housing 5 D-6 |
| 23 | Barahona-cornejo, Julio | 341839 | 07/09/17 14:49 | 02:42 | 916-█████ | Housing 5 D-5 |
| 24 | Barahona-cornejo, Julio | 341839 | 07/09/17 14:43 | 03:14 | 213-█████ | Housing 5 D-5 |
| 25 | Barahona-cornejo, Julio | 341839 | 07/08/17 23:45 | 15:19 | 916-█████ | Housing 5 D-5 |
| 26 | Barahona-cornejo, Julio | 341839 | 07/08/17 20:18 | 32:30 | 916-█████ | Housing 5 D-5 |
| 27 | Barahona-cornejo, Julio | 341839 | 07/08/17 19:13 | 06:43 | 347-█████ | Housing 5 D-2 |
| 28 | Barahona-cornejo, Julio | 341839 | 07/08/17 18:18 | 02:38 | 347-█████ | Housing 5 D-1 |
| 29 | Barahona-cornejo, Julio | 341839 | 07/08/17 14:42 | 14:25 | 011-50-█████ | Housing 5 D-1 |
| 30 | Barahona-cornejo, Julio | 341839 | 07/08/17 14:37 | 02:32 | 916-█████ | Housing 5 D-1 |
| 31 | Barahona-cornejo, Julio | 341839 | 07/08/17 14:08 | 24:19 | 347-█████ | Housing 5 D-1 |
| 32 | Barahona-cornejo, Julio | 341839 | 07/08/17 13:40 | 25:25 | 213-█████ | Housing 5 D-1 |
| 33 | Barahona-cornejo, Julio | 341839 | 07/08/17 13:34 | 02:58 | 347-█████ | Housing 5 D-1 |
| 34 | Barahona-cornejo, Julio | 341839 | 07/07/17 21:20 | 28:24 | 916-█████ | Housing 5 D-5 |
| 35 | Barahona-cornejo, Julio | 341839 | 07/07/17 20:15 | 18:35 | 347-█████ | Housing 5 D-1 |

| 36 | Barahona-cornejo, Julio | 341839 | 07/07/17 19:32 | 06:27 | 213- | Housing 5 D-2 |
|---|---|---|---|---|---|---|
| 37 | Barahona-cornejo, Julio | 341839 | 07/07/17 18:03 | 01:42 | 916- | Housing 5 D-5 |
| 38 | Barahona-cornejo, Julio | 341839 | 07/07/17 14:52 | 15:04 | 347- | Housing 5 D-6 |
| 39 | Barahona-cornejo, Julio | 341839 | 07/07/17 12:02 | 02:09 | 760- | Housing 5 D-1 |
| 40 | Barahona-cornejo, Julio | 341839 | 07/07/17 11:46 | 01:10 | 760- | Housing 5 D-2 |
| 41 | Barahona-cornejo, Julio | 341839 | 07/07/17 11:20 | 15:08 | 760- | Housing 5 D-2 |
| 42 | Barahona-cornejo, Julio | 341839 | 07/07/17 10:01 | 14:29 | 760- | Housing 5 D-5 |
| 43 | Barahona-cornejo, Julio | 341839 | 07/06/17 23:56 | 18:44 | 916- | Housing 5 D-5 |
| 44 | Barahona-cornejo, Julio | 341839 | 07/06/17 23:39 | 14:31 | 760- | Housing 5 D-5 |
| 45 | Barahona-cornejo, Julio | 341839 | 07/06/17 22:36 | 11:38 | 916- | Housing 5 D-5 |
| 46 | Barahona-cornejo, Julio | 341839 | 07/06/17 17:20 | 15:14 | 213- | Housing 5 D-5 |
| 47 | Barahona-cornejo, Julio | 341839 | 07/06/17 17:04 | 07:03 | 347- | Housing 5 D-5 |
| 48 | Barahona-cornejo, Julio | 341839 | 07/06/17 16:47 | 11:04 | 760- | Housing 5 D-1 |
| 49 | Barahona-cornejo, Julio | 341839 | 07/06/17 10:11 | 07:09 | 760- | Housing 5 D-5 |
| 50 | Barahona-cornejo, Julio | 341839 | 07/05/17 22:14 | 24:42 | 760- | Housing 5 D-5 |
| 51 | Barahona-cornejo, Julio | 341839 | 07/05/17 21:09 | 09:45 | 301- | Housing 5 D-5 |
| 52 | Barahona-cornejo, Julio | 341839 | 07/05/17 20:44 | 19:09 | 916- | Housing 5 D-5 |
| 53 | Barahona-cornejo, Julio | 341839 | 07/05/17 20:24 | 14:59 | 760- | Housing 5 D-5 |
| 54 | Barahona-cornejo, Julio | 341839 | 07/05/17 17:57 | 11:56 | 011-50- | Housing 5 D-4 |
| 55 | Barahona-cornejo, Julio | 341839 | 07/05/17 16:23 | 00:48 | 011-50- | Housing 5 D-5 |
| 56 | Barahona-cornejo, Julio | 341839 | 07/05/17 16:18 | 02:07 | 916- | Housing 5 D-5 |
| 57 | Barahona-cornejo, Julio | 341839 | 07/05/17 13:55 | 01:42 | 916- | Housing 5 D-5 |
| 58 | Barahona-cornejo, Julio | 341839 | 07/05/17 11:55 | 19:37 | 760- | Housing 5 D-5 |
| 59 | Barahona-cornejo, Julio | 341839 | 07/04/17 21:05 | 27:15 | 916- | Housing 5 D-2 |
| 60 | Barahona-cornejo, Julio | 341839 | 07/04/17 19:09 | 30:50 | 760- | Housing 5 D-1 |
| 61 | Barahona-cornejo, Julio | 341839 | 07/04/17 18:03 | 00:28 | 760- | Housing 5 D-5 |
| 62 | Barahona-cornejo, Julio | 341839 | 07/04/17 14:20 | 22:33 | 213- | Housing 5 D-5 |
| 63 | Barahona-cornejo, Julio | 341839 | 07/04/17 14:15 | 01:36 | 760- | Housing 5 D-5 |
| 64 | Barahona-cornejo, Julio | 341839 | 07/03/17 23:54 | 44:26 | 916- | Housing 5 D-5 |
| 65 | Barahona-cornejo, Julio | 341839 | 07/03/17 22:36 | 13:39 | 916- | Housing 5 D-1 |
| 66 | Barahona-cornejo, Julio | 341839 | 07/03/17 21:30 | 06:52 | 760- | Housing 5 D-7 |
| 67 | Barahona-cornejo, Julio | 341839 | 07/03/17 16:57 | 01:09 | 760- | Housing 5 D-3 |
| 68 | Barahona-cornejo, Julio | 341839 | 07/03/17 16:49 | 02:33 | 760- | Housing 5 D-3 |
| 69 | Barahona-cornejo, Julio | 341839 | 07/03/17 12:56 | 03:23 | 760- | Housing 5 D-1 |
| 70 | Barahona-cornejo, Julio | 341839 | 07/02/17 23:47 | 10:17 | 760- | Housing 5 D-5 |
| 71 | Barahona-cornejo, Julio | 341839 | 07/02/17 18:02 | 06:48 | 760- | Housing 5 D-5 |
| 72 | Barahona-cornejo, Julio | 341839 | 07/02/17 15:16 | 03:16 | 242- | Housing 5 D-5 |
| 73 | Barahona-cornejo, Julio | 341839 | 07/02/17 15:10 | 04:30 | 760- | Housing 5 D-5 |

| 74 | Barahona-cornejo, Julio | 341839 | 07/02/17 10:14 | 05:34 | 760-█████ | Housing 5 D-5 |
|---|---|---|---|---|---|---|
| 75 | Barahona-cornejo, Julio | 341839 | 07/02/17 09:56 | 03:37 | 916-█████ | Housing 5 D-5 |
| 76 | Barahona-cornejo, Julio | 341839 | 07/01/17 22:16 | 26:35 | 916-█████ | Housing 5 D-3 |
| 77 | Barahona-cornejo, Julio | 341839 | 06/30/17 22:28 | 20:48 | 916-█████ | Housing 5 D-2 |
| 78 | Barahona-cornejo, Julio | 341839 | 06/30/17 21:06 | 00:46 | 916-█████ | Housing 5 D-5 |
| 79 | Barahona-cornejo, Julio | 341839 | 06/30/17 20:05 | 08:50 | 916-█████ | Housing 5 D-2 |
| 80 | Barahona-cornejo, Julio | 341839 | 06/29/17 13:25 | 10:26 | 858-█████ | Housing 5 D-5 |
| 81 | Barahona-cornejo, Julio | 341839 | 06/28/17 20:38 | 19:42 | 213-█████ | Housing 5 D-5 |
| 82 | Barahona-cornejo, Julio | 341839 | 06/28/17 20:21 | 15:20 | 916-█████ | Housing 5 D-5 |
| 83 | Barahona-cornejo, Julio | 341839 | 06/28/17 18:01 | 16:05 | 760-█████ | Housing 5 D-5 |
| | **Total:** | | | **996:41** | | |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Barahona-cornejo, Julio | 341839 | 06/28/17 17:46 | 10:04 | 760-■ | Housing 5 D-5 |
| 02 | Barahona-cornejo, Julio | 341839 | 06/27/17 17:57 | 10:12 | 760-■ | Housing 5 D-5 |
| 03 | Barahona-cornejo, Julio | 341839 | 06/27/17 17:40 | 09:13 | 760-■ | Housing 5 D-6 |
| 04 | Barahona-cornejo, Julio | 341839 | 06/27/17 17:34 | 03:37 | 916-■ | Housing 5 D-6 |
| 05 | Barahona-cornejo, Julio | 341839 | 06/27/17 11:10 | 00:32 | 323-■ | - |
| 06 | Barahona-cornejo, Julio | 341839 | 06/26/17 21:48 | 13:25 | 916-■ | Housing 5 D-6 |
| 07 | Barahona-cornejo, Julio | 341839 | 06/26/17 19:58 | 05:57 | 213-■ | Housing 5 D-6 |
| 08 | Barahona-cornejo, Julio | 341839 | 06/26/17 19:53 | 02:01 | 323-■ | Housing 5 D-7 |
| 09 | Barahona-cornejo, Julio | 341839 | 06/26/17 19:26 | 20:29 | 760-■ | Housing 5 D-4 |
| 10 | Barahona-cornejo, Julio | 341839 | 06/26/17 18:23 | 00:33 | 760-■ | Housing 5 D-6 |
| 11 | Barahona-cornejo, Julio | 341839 | 06/26/17 16:32 | 00:39 | 323-■ | - |
| 12 | Barahona-cornejo, Julio | 341839 | 06/26/17 14:06 | 05:07 | 760-■ | Housing 5 D-4 |
| 13 | Barahona-cornejo, Julio | 341839 | 06/25/17 20:53 | 03:41 | 760-■ | Housing 5 D-7 |
| 14 | Barahona-cornejo, Julio | 341839 | 06/25/17 19:19 | 34:34 | 916-■ | Housing 5 D-6 |
| 15 | Barahona-cornejo, Julio | 341839 | 06/25/17 16:45 | 21:05 | 760-■ | Housing 5 D-6 |
| 16 | Barahona-cornejo, Julio | 341839 | 06/25/17 16:38 | 02:27 | 213-■ | Housing 5 D-6 |
| 17 | Barahona-cornejo, Julio | 341839 | 06/25/17 13:14 | 18:13 | 213-■ | Housing 5 D-3 |
| 18 | Barahona-cornejo, Julio | 341839 | 06/25/17 12:52 | 15:03 | 347-■ | Housing 5 D-1 |
| 19 | Barahona-cornejo, Julio | 341839 | 06/24/17 21:06 | 13:04 | 916-■ | Housing 5 D-8 |
| 20 | Barahona-cornejo, Julio | 341839 | 06/24/17 20:32 | 24:18 | 760-■ | Housing 5 D-6 |
| 21 | Barahona-cornejo, Julio | 341839 | 06/24/17 20:16 | 07:52 | 760-■ | Housing 5 D-6 |
| 22 | Barahona-cornejo, Julio | 341839 | 06/24/17 19:46 | 09:29 | 760-■ | Housing 5 D-5 |
| 23 | Barahona-cornejo, Julio | 341839 | 06/24/17 19:29 | 14:17 | 760-■ | Housing 5 D-5 |
| 24 | Barahona-cornejo, Julio | 341839 | 06/24/17 19:16 | 05:14 | 760-■ | Housing 5 D-8 |
| 25 | Barahona-cornejo, Julio | 341839 | 06/23/17 22:34 | 01:24 | 469-■ | Housing 5 D-7 |
| 26 | Barahona-cornejo, Julio | 341839 | 06/23/17 13:20 | 14:58 | 916-■ | Housing 5 D-8 |
| 27 | Barahona-cornejo, Julio | 341839 | 06/23/17 12:57 | 21:00 | 858-■ | Housing 5 D-8 |
| 28 | Barahona-cornejo, Julio | 341839 | 06/22/17 13:47 | 23:32 | 347-■ | Housing 5 D-6 |
| 29 | Barahona-cornejo, Julio | 341839 | 06/19/17 12:06 | 06:43 | 775-■ | Housing 1 B-4 |
| 30 | Barahona-cornejo, Julio | 341839 | 06/18/17 14:19 | 08:41 | 775-■ | Housing 1 B-4 |
| 31 | Barahona-cornejo, Julio | 341839 | 06/18/17 13:49 | 20:00 | 775-■ | Housing 1 B-4 |
| 32 | Barahona-cornejo, Julio | 341839 | 06/14/17 14:08 | 09:20 | 775-■ | Housing 1 B-3 |
| 33 | Barahona-cornejo, Julio | 341839 | 06/09/17 17:54 | 17:11 | 775-■ | Building 2 C-9 |
| 34 | Barahona-cornejo, Julio | 341839 | 06/07/17 18:01 | 16:46 | 775-■ | Building 2 C-10 |
| | Total: | | | 390:41 | | |



Report: Call Notes - Pena-garcia, Luis
Starting: 05/31/2017 00:00   Ending: 08/01/2017 09:06
No records in this report.

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Pena-garcia, Luis | 713850 | 07/29/17 19:52 | 02:54 | 011-50- | Housing 4 C-2 |
| 02 | Pena-garcia, Luis | 713850 | 07/29/17 18:02 | 09:02 | 011-50- | Housing 4 C-5 |
| 03 | Pena-garcia, Luis | 713850 | 07/27/17 14:16 | 02:32 | 616- | Housing 4 C-7 |
| 04 | Pena-garcia, Luis | 713850 | 07/27/17 12:41 | 07:12 | 616- | Housing 4 C-4 |
| 05 | Pena-garcia, Luis | 713850 | 07/26/17 12:59 | 06:29 | 616- | Housing 4 C-4 |
| 06 | Pena-garcia, Luis | 713850 | 07/22/17 13:38 | 05:57 | 616- | Housing 4 C-6 |
| 07 | Pena-garcia, Luis | 713850 | 07/15/17 15:09 | 05:28 | 760- | Housing 4 C-4 |
| 08 | Pena-garcia, Luis | 713850 | 07/15/17 14:36 | 22:42 | 616- | Housing 4 C-5 |
| 09 | Pena-garcia, Luis | 713850 | 07/13/17 18:04 | 07:48 | 760- | Housing 4 C-3 |
| 10 | Pena-garcia, Luis | 713850 | 07/11/17 14:10 | 20:28 | 616- | Housing 4 C-3 |
| 11 | Pena-garcia, Luis | 713850 | 07/09/17 12:20 | 03:26 | 323- | Housing 4 C-2 |
| 12 | Pena-garcia, Luis | 713850 | 07/06/17 14:37 | 14:18 | 616- | Housing 4 C-3 |
| 13 | Pena-garcia, Luis | 713850 | 06/30/17 15:01 | 15:17 | 616- | Housing 4 C-7 |
| 14 | Pena-garcia, Luis | 713850 | 06/25/17 21:02 | 07:34 | 818- | Housing 4 C-2 |
| 15 | Pena-garcia, Luis | 713850 | 06/24/17 19:58 | 01:48 | 619- | Housing 4 C-7 |
| 16 | Pena-garcia, Luis | 713850 | 06/24/17 17:45 | 02:26 | 619- | Housing 4 C-6 |
| 17 | Pena-garcia, Luis | 713850 | 06/24/17 17:23 | 03:34 | 619- | Housing 4 C-3 |
| 18 | Pena-garcia, Luis | 713850 | 06/24/17 17:08 | 01:49 | 510- | Housing 4 C-3 |
| 19 | Pena-garcia, Luis | 713850 | 06/24/17 16:21 | 14:44 | 616- | Housing 4 C-2 |
| 20 | Pena-garcia, Luis | 713850 | 06/24/17 14:18 | 00:46 | 616- | Housing 4 C-3 |
| 21 | Pena-garcia, Luis | 713850 | 06/22/17 20:54 | 02:03 | 619- | Housing 4 C-5 |
| 22 | Pena-garcia, Luis | 713850 | 06/21/17 20:27 | 03:02 | 510- | Housing 4 C-1 |
| 23 | Pena-garcia, Luis | 713850 | 06/21/17 11:14 | 13:24 | 616- | Housing 4 C-8 |
| 24 | Pena-garcia, Luis | 713850 | 06/14/17 20:35 | 20:00 | 775- | Housing 1 B-4 |
| 25 | Pena-garcia, Luis | 713850 | 06/07/17 20:46 | 07:48 | 775- | Building 2 C-10 |
| 26 | Pena-garcia, Luis | 713850 | 06/07/17 13:53 | 04:13 | 775- | Building 2 C-12 |
| 27 | Pena-garcia, Luis | 713850 | 06/07/17 13:47 | 03:51 | 510- | Building 2 C-12 |
| 28 | Pena-garcia, Luis | 713850 | 06/06/17 21:00 | 01:09 | 775- | Building 2 C-12 |
|   | **Total:** |  |  | **211:44** |  |  |



Report: Call Notes - Grande rodriguez, Marvin
Starting: 05/31/2017 00:00   Ending: 08/01/2017 09:06

| Id | Inmate | Destination | Phone | Date | Termination | Minutes | Price | Notes |
|---|---|---|---|---|---|---|---|---|
| 23368964143 | Grande rodriguez, Marvin | 510-███ | Housing 5 D-8 | 07/08/2017 20:26 | | 20:16 | $0.00 | no 3 way 07/08/2017 leizel |

1

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Grande rodriguez, Marvin | 570399 | 07/29/17 19:34 | 14:00 | 011-50-██████ | Housing 5 D-8 |
| 02 | Grande rodriguez, Marvin | 570399 | 07/29/17 19:29 | 01:43 | 561-█████ | Housing 5 D-8 |
| 03 | Grande rodriguez, Marvin | 570399 | 07/28/17 20:33 | 23:10 | 510-█████ | Housing 5 D-8 |
| 04 | Grande rodriguez, Marvin | 570399 | 07/28/17 20:19 | 11:19 | 951-█████ | Housing 5 D-4 |
| 05 | Grande rodriguez, Marvin | 570399 | 07/26/17 17:57 | 11:33 | 951-█████ | Housing 5 D-4 |
| 06 | Grande rodriguez, Marvin | 570399 | 07/26/17 14:44 | 12:26 | 323-█████ | Housing 5 D-3 |
| 07 | Grande rodriguez, Marvin | 570399 | 07/25/17 22:20 | 30:16 | 510-█████ | Housing 5 D-8 |
| 08 | Grande rodriguez, Marvin | 570399 | 07/25/17 22:14 | 04:09 | 510-█████ | Housing 5 D-8 |
| 09 | Grande rodriguez, Marvin | 570399 | 07/22/17 19:15 | 26:38 | 011-50-██████ | Housing 5 D-5 |
| 10 | Grande rodriguez, Marvin | 570399 | 07/20/17 13:02 | 09:42 | 561-█████ | Housing 5 D-7 |
| 11 | Grande rodriguez, Marvin | 570399 | 07/19/17 20:38 | 08:33 | 951-█████ | Housing 5 D-8 |
| 12 | Grande rodriguez, Marvin | 570399 | 07/19/17 19:51 | 44:36 | 510-█████ | Housing 5 D-8 |
| 13 | Grande rodriguez, Marvin | 570399 | 07/16/17 21:26 | 02:36 | 415-█████ | Housing 5 D-5 |
| 14 | Grande rodriguez, Marvin | 570399 | 07/16/17 21:01 | 22:29 | 510-█████ | Housing 5 D-3 |
| 15 | Grande rodriguez, Marvin | 570399 | 07/15/17 20:36 | 18:08 | 951-█████ | Housing 5 D-4 |
| 16 | Grande rodriguez, Marvin | 570399 | 07/15/17 20:14 | 19:49 | 011-50-██████ | Housing 5 D-4 |
| 17 | Grande rodriguez, Marvin | 570399 | 07/13/17 19:50 | 00:33 | 760-█████ | Housing 5 D-2 |
| 18 | Grande rodriguez, Marvin | 570399 | 07/12/17 20:12 | 14:31 | 510-█████ | Housing 5 D-2 |
| 19 | Grande rodriguez, Marvin | 570399 | 07/12/17 19:55 | 14:10 | 510-█████ | Housing 5 D-5 |
| 20 | Grande rodriguez, Marvin | 570399 | 07/12/17 19:42 | 10:08 | 415-█████ | Housing 5 D-5 |

| 21 | Grande rodriguez, Marvin | 570399 | 07/11/17 21:32 | 07:24 | 760-████ | Housing 5 D-6 |
|----|--------------------------|--------|----------------|-------|----------|---------------|
| 22 | Grande rodriguez, Marvin | 570399 | 07/11/17 21:01 | 22:30 | 510-████ | Housing 5 D-6 |
| 23 | Grande rodriguez, Marvin | 570399 | 07/11/17 20:51 | 08:02 | 510-████ | Housing 5 D-5 |
| 24 | Grande rodriguez, Marvin | 570399 | 07/11/17 20:23 | 03:24 | 760-████ | Housing 5 D-3 |
| 25 | Grande rodriguez, Marvin | 570399 | 07/11/17 20:19 | 01:38 | 760-████ | Housing 5 D-2 |
| 26 | Grande rodriguez, Marvin | 570399 | 07/08/17 20:26 | 20:16 | 510-████ | Housing 5 D-8 |
| 27 | Grande rodriguez, Marvin | 570399 | 07/08/17 19:45 | 27:13 | 011-50-████ | Housing 5 D-8 |
| 28 | Grande rodriguez, Marvin | 570399 | 07/06/17 20:36 | 11:39 | 510-████ | Housing 5 D-1 |
| 29 | Grande rodriguez, Marvin | 570399 | 07/06/17 19:21 | 09:19 | 510-████ | Housing 5 D-3 |
| 30 | Grande rodriguez, Marvin | 570399 | 07/04/17 20:42 | 00:44 | 510-████ | Housing 5 D-8 |
| 31 | Grande rodriguez, Marvin | 570399 | 07/03/17 21:03 | 13:41 | 760-████ | Housing 5 D-5 |
| 32 | Grande rodriguez, Marvin | 570399 | 06/30/17 20:36 | 30:02 | 510-████ | Housing 5 D-8 |
| 33 | Grande rodriguez, Marvin | 570399 | 06/27/17 19:39 | 44:12 | 510-████ | Housing 5 D-7 |
| 34 | Grande rodriguez, Marvin | 570399 | 06/27/17 17:28 | 04:30 | 011-50-████ | Housing 5 D-1 |
| 35 | Grande rodriguez, Marvin | 570399 | 06/27/17 12:43 | 10:32 | 760-████ | Housing 5 D-8 |
| 36 | Grande rodriguez, Marvin | 570399 | 06/24/17 15:03 | 08:58 | 011-50-████ | Housing 5 D-5 |
| 37 | Grande rodriguez, Marvin | 570399 | 06/24/17 14:34 | 26:33 | 011-50-████ | Housing 5 D-5 |
| 38 | Grande rodriguez, Marvin | 570399 | 06/23/17 21:25 | 30:45 | 510-████ | Housing 5 D-6 |
| 39 | Grande rodriguez, Marvin | 570399 | 06/23/17 20:38 | 44:58 | 510-████ | Housing 5 D-6 |
| 40 | Grande rodriguez, Marvin | 570399 | 06/23/17 19:48 | 44:11 | 510-████ | Housing 5 D-6 |
| 41 | Grande rodriguez, Marvin | 570399 | 06/23/17 17:50 | 14:35 | 804-████ | Housing 5 D-5 |
| 42 | Grande rodriguez, Marvin | 570399 | 06/23/17 14:45 | 12:09 | 760-████ | Housing 5 D-2 |

| 43 | Grande rodriguez, Marvin | 570399 | 06/21/17 22:00 | 39:30 | 510-█████ | Housing 5 D-5 |
|----|--------------------------|--------|----------------|-------|-----------|---------------|
| 44 | Grande rodriguez, Marvin | 570399 | 06/21/17 21:54 | 03:54 | 510-█████ | Housing 5 D-5 |
| 45 | Grande rodriguez, Marvin | 570399 | 06/21/17 20:42 | 02:15 | 510-█████ | Housing 5 D-8 |
| 46 | Grande rodriguez, Marvin | 570399 | 06/21/17 19:30 | 02:07 | 011-50-██████ | Housing 5 D-4 |
| 47 | Grande rodriguez, Marvin | 570399 | 06/21/17 18:09 | 08:41 | 510-█████ | Housing 5 D-1 |
| 48 | Grande rodriguez, Marvin | 570399 | 06/21/17 09:03 | 02:00 | 775-█████ | Housing 5 D-7 |
| 49 | Grande rodriguez, Marvin | 570399 | 06/18/17 17:06 | 18:24 | 011-50-██████ | Housing 1 B-4 |
| 50 | Grande rodriguez, Marvin | 570399 | 06/18/17 17:01 | 02:12 | 011-50-██████ | Housing 1 B-4 |
| 51 | Grande rodriguez, Marvin | 570399 | 06/18/17 16:35 | 17:06 | 775-█████ | Housing 1 B-4 |
| 52 | Grande rodriguez, Marvin | 570399 | 06/15/17 18:08 | 05:12 | 510-█████ | Housing 1 B-4 |
| 53 | Grande rodriguez, Marvin | 570399 | 06/15/17 17:56 | 09:07 | 510-█████ | Housing 1 B-4 |
| 54 | Grande rodriguez, Marvin | 570399 | 06/15/17 17:35 | 20:00 | 775-█████ | Housing 1 B-4 |
| 55 | Grande rodriguez, Marvin | 570399 | 06/12/17 05:33 | 10:26 | 615-█████ | Building 2 C-1 |
| 56 | Grande rodriguez, Marvin | 570399 | 06/10/17 21:54 | 08:30 | 510-█████ | Building 2 C-10 |
| 57 | Grande rodriguez, Marvin | 570399 | 06/09/17 20:03 | 04:30 | 562-█████ | Building 2 C-8 |
| 58 | Grande rodriguez, Marvin | 570399 | 06/08/17 20:44 | 06:10 | 318-█████ | Building 2 C-2 |
| 59 | Grande rodriguez, Marvin | 570399 | 06/08/17 20:10 | 03:17 | 239-█████ | Building 2 C-8 |
| 60 | Grande rodriguez, Marvin | 570399 | 06/07/17 19:32 | 13:15 | 011-50-██████ | Building 2 C-12 |
| 61 | Grande rodriguez, Marvin | 570399 | 06/07/17 19:29 | 01:24 | 011-50-██████ | Building 2 C-12 |
| 62 | Grande rodriguez, Marvin | 570399 | 06/07/17 19:22 | 00:55 | 011-50-██████ | Building 2 C-12 |
| 63 | Grande rodriguez, Marvin | 570399 | 06/06/17 19:51 | 06:05 | 239-█████ | Building 2 C-11 |
| 64 | Grande rodriguez, Marvin | 570399 | 06/06/17 15:20 | 03:14 | 210-█████ | Building 2 C-11 |

Audio File List

| 65 | Grande rodriguez, Marvin | 570399 | 06/05/17 21:09 | 15:57 | 510-███████ | Building 2 C-9 |
|----|--------------------------|--------|----------------|-------|-------------|----------------|
| 66 | Grande rodriguez, Marvin | 570399 | 06/05/17 20:25 | 04:07 | 239-███████ | Building 2 C-10 |
| 67 | Grande rodriguez, Marvin | 570399 | 06/05/17 19:08 | 05:53 | 510-███████ | Building 2 C-2 |
| 68 | Grande rodriguez, Marvin | 570399 | 06/02/17 15:08 | 01:18 | 011-50-████████ | Building 2 C-1 |
| 69 | Grande rodriguez, Marvin | 570399 | 06/02/17 15:02 | 00:13 | 011-50-████████ | Building 2 C-1 |
| 70 | Grande rodriguez, Marvin | 570399 | 06/01/17 21:53 | 07:25 | 510-███████ | Building 2 C-7 |
| 71 | Grande rodriguez, Marvin | 570399 | 06/01/17 21:26 | 06:16 | 775-███████ | Building 2 C-8 |
| 72 | Grande rodriguez, Marvin | 570399 | 06/01/17 20:57 | 00:50 | 510-███████ | Building 2 C-10 |
| 73 | Grande rodriguez, Marvin | 570399 | 06/01/17 20:15 | 01:58 | 510-███████ | Building 2 C-7 |
| 74 | Grande rodriguez, Marvin | 570399 | 06/01/17 20:06 | 06:44 | 011-50-████████ | Building 2 C-7 |
| 75 | Grande rodriguez, Marvin | 570399 | 06/01/17 17:47 | 04:22 | 510-███████ | Building 2 C-7 |
| 76 | Grande rodriguez, Marvin | 570399 | 06/01/17 17:11 | 24:01 | 011-50-████████ | Building 2 C-10 |
|    | **Total:**               |        |                | **965:02** |         |                |



Report: Call Notes - Rivera-martinez, Omar
Starting: 05/31/2017 00:00   Ending: 08/01/2017 09:06
No records in this report.

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Rivera-martinez, Omar | 903471 | 07/31/17 20:20 | 07:34 | 239-█████ | Housing 5 D-7 |
| 02 | Rivera-martinez, Omar | 903471 | 07/31/17 19:55 | 08:16 | 239-███████ | Housing 5 D-7 |
| 03 | Rivera-martinez, Omar | 903471 | 07/31/17 19:45 | 01:09 | 239-██████ | Housing 5 D-2 |
| 04 | Rivera-martinez, Omar | 903471 | 07/31/17 11:45 | 02:01 | 760-██████ | Housing 5 D-4 |
| 05 | Rivera-martinez, Omar | 903471 | 07/31/17 08:49 | 02:14 | 239-██████ | Housing 5 D-7 |
| 06 | Rivera-martinez, Omar | 903471 | 07/31/17 08:01 | 06:25 | 011-50-████████ | Housing 5 D-7 |
| 07 | Rivera-martinez, Omar | 903471 | 07/30/17 19:38 | 15:17 | 239-██████ | Housing 5 D-7 |
| 08 | Rivera-martinez, Omar | 903471 | 07/29/17 20:22 | 01:51 | 239-██████ | Housing 5 D-5 |
| 09 | Rivera-martinez, Omar | 903471 | 07/29/17 19:54 | 09:56 | 239-███████ | Housing 5 D-6 |
| 10 | Rivera-martinez, Omar | 903471 | 07/28/17 20:24 | 06:51 | 760-███████ | Housing 5 D-6 |
| 11 | Rivera-martinez, Omar | 903471 | 07/28/17 20:18 | 03:05 | 239-██████ | Housing 5 D-6 |
| 12 | Rivera-martinez, Omar | 903471 | 07/27/17 19:42 | 04:47 | 239-██████ | Housing 5 D-7 |
| 13 | Rivera-martinez, Omar | 903471 | 07/26/17 20:03 | 03:40 | 239-███████ | Housing 5 D-6 |
| 14 | Rivera-martinez, Omar | 903471 | 07/26/17 13:33 | 17:05 | 213-██████ | Housing 5 D-7 |
| 15 | Rivera-martinez, Omar | 903471 | 07/25/17 19:57 | 22:42 | 239-███████ | Housing 5 D-6 |
| 16 | Rivera-martinez, Omar | 903471 | 07/23/17 20:37 | 20:20 | 239-███████ | Housing 5 D-7 |
| 17 | Rivera-martinez, Omar | 903471 | 07/21/17 19:47 | 18:38 | 239-██████ | Housing 5 D-7 |
| 18 | Rivera-martinez, Omar | 903471 | 07/21/17 17:51 | 05:14 | 760-██████ | Housing 5 D-5 |
| 19 | Rivera-martinez, Omar | 903471 | 07/20/17 19:48 | 06:44 | 239-██████ | Housing 5 D-7 |
| 20 | Rivera-martinez, Omar | 903471 | 07/20/17 11:34 | 09:31 | 239-██████ | Housing 5 D-7 |

| 21 | Rivera-martinez, Omar | 903471 | 07/17/17 19:46 | 05:25 | 239-■■■■■ | Housing 5 D-7 |
|----|----|----|----|----|----|----|
| 22 | Rivera-martinez, Omar | 903471 | 07/17/17 16:53 | 00:46 | 239-■■■■■ | Housing 5 D-7 |
| 23 | Rivera-martinez, Omar | 903471 | 07/16/17 19:35 | 15:00 | 239-■■■■■ | Housing 5 D-8 |
| 24 | Rivera-martinez, Omar | 903471 | 07/16/17 13:19 | 11:38 | 760-■■■■■ | Housing 5 D-8 |
| 25 | Rivera-martinez, Omar | 903471 | 07/15/17 19:56 | 16:44 | 239-■■■■■ | Housing 5 D-2 |
| 26 | Rivera-martinez, Omar | 903471 | 07/14/17 15:05 | 13:04 | 510-■■■■■ | Housing 5 D-2 |
| 27 | Rivera-martinez, Omar | 903471 | 07/14/17 00:04 | 02:47 | 239-■■■■■ | Housing 5 D-8 |
| 28 | Rivera-martinez, Omar | 903471 | 07/13/17 20:50 | 05:20 | 760-■■■■■ | Housing 5 D-2 |
| 29 | Rivera-martinez, Omar | 903471 | 07/13/17 20:35 | 04:50 | 760-■■■■■ | Housing 5 D-2 |
| 30 | Rivera-martinez, Omar | 903471 | 07/12/17 18:11 | 06:21 | 760-■■■■■ | Housing 5 D-2 |
| 31 | Rivera-martinez, Omar | 903471 | 07/10/17 20:28 | 26:41 | 239-■■■■■ | Housing 5 D-2 |
| 32 | Rivera-martinez, Omar | 903471 | 07/10/17 16:44 | 19:35 | 347-■■■■■ | Housing 5 D-8 |
| 33 | Rivera-martinez, Omar | 903471 | 07/10/17 09:14 | 21:00 | 858-■■■■■ | Housing 5 D-2 |
| 34 | Rivera-martinez, Omar | 903471 | 07/10/17 09:07 | 04:54 | 858-■■■■■ | Housing 5 D-6 |
| 35 | Rivera-martinez, Omar | 903471 | 07/10/17 07:36 | 15:43 | 818-■■■■■ | Housing 5 D-4 |
| 36 | Rivera-martinez, Omar | 903471 | 07/09/17 16:20 | 11:05 | 347-■■■■■ | Housing 5 D-8 |
| 37 | Rivera-martinez, Omar | 903471 | 07/09/17 16:10 | 06:22 | 011-50-■■■■■ | Housing 5 D-8 |
| 38 | Rivera-martinez, Omar | 903471 | 07/08/17 20:09 | 36:43 | 239-■■■■■ | Housing 5 D-1 |
|  | Total: |  |  | 397:18 |  |  |

# Audio File List

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|--------|-----|-----------|----------|-------------|---------|
| 01 | Rivera-martinez, Omar | 903471 | 07/07/17 20:06 | 07:18 | 239-███ | Housing 5 D-8 |
| 02 | Rivera-martinez, Omar | 903471 | 07/07/17 11:37 | 05:53 | 760-███ | Housing 5 D-1 |
| 03 | Rivera-martinez, Omar | 903471 | 07/06/17 19:59 | 11:06 | 239-███ | Housing 4 B-8 |
| 04 | Rivera-martinez, Omar | 903471 | 07/06/17 19:17 | 00:41 | 760-███ | Housing 4 B-8 |
| 05 | Rivera-martinez, Omar | 903471 | 07/06/17 16:18 | 10:48 | 760-███ | Housing 4 B-8 |
| 06 | Rivera-martinez, Omar | 903471 | 07/06/17 16:15 | 00:34 | 239-███ | Housing 4 B-8 |
| 07 | Rivera-martinez, Omar | 903471 | 07/05/17 20:04 | 00:37 | 239-███ | Housing 4 B-8 |
| 08 | Rivera-martinez, Omar | 903471 | 07/05/17 19:46 | 14:30 | 239-███ | Housing 4 B-8 |
| 09 | Rivera-martinez, Omar | 903471 | 07/05/17 14:31 | 01:42 | 011-50-███ | Housing 4 B-7 |
| 10 | Rivera-martinez, Omar | 903471 | 07/05/17 14:21 | 04:33 | 011-50-███ | Housing 4 B-3 |
| 11 | Rivera-martinez, Omar | 903471 | 07/05/17 14:15 | 03:34 | 011-50-███ | Housing 4 B-8 |
| 12 | Rivera-martinez, Omar | 903471 | 07/05/17 12:55 | 01:27 | 818-███ | Housing 4 B-8 |
| 13 | Rivera-martinez, Omar | 903471 | 07/05/17 12:33 | 05:26 | 760-███ | Housing 4 B-7 |
| 14 | Rivera-martinez, Omar | 903471 | 07/04/17 19:49 | 14:00 | 760-███ | Housing 4 B-8 |
| 15 | Rivera-martinez, Omar | 903471 | 07/04/17 18:17 | 03:38 | 760-███ | Housing 4 B-8 |
| 16 | Rivera-martinez, Omar | 903471 | 07/03/17 13:30 | 03:32 | 323-███ | Housing 4 B-8 |
| 17 | Rivera-martinez, Omar | 903471 | 07/03/17 13:12 | 00:42 | 239-███ | Housing 4 B-7 |
| 18 | Rivera-martinez, Omar | 903471 | 07/02/17 21:03 | 05:14 | 239-███ | Housing 4 B-6 |
| 19 | Rivera-martinez, Omar | 903471 | 07/02/17 14:05 | 02:09 | 239-███ | Housing 4 B-8 |
| 20 | Rivera-martinez, Omar | 903471 | 07/01/17 20:11 | 08:16 | 239-███ | Housing 4 B-8 |
| 21 | Rivera-martinez, Omar | 903471 | 07/01/17 15:05 | 06:03 | 760-███ | Housing 4 B-8 |
| 22 | Rivera-martinez, Omar | 903471 | 07/01/17 10:10 | 08:59 | 760-███ | Housing 4 B-8 |
| 23 | Rivera-martinez, Omar | 903471 | 07/01/17 10:02 | 05:47 | 323-███ | Housing 4 B-8 |
| 24 | Rivera-martinez, Omar | 903471 | 07/01/17 09:57 | 02:57 | 347-███ | Housing 4 B-8 |
| 25 | Rivera-martinez, Omar | 903471 | 06/30/17 20:34 | 06:44 | 239-███ | Housing 4 B-7 |
| 26 | Rivera-martinez, Omar | 903471 | 06/30/17 19:16 | 03:56 | 818-███ | Housing 4 B-8 |
| 27 | Rivera-martinez, Omar | 903471 | 06/30/17 18:17 | 02:46 | 818-███ | Housing 4 B-8 |
| 28 | Rivera-martinez, Omar | 903471 | 06/30/17 14:04 | 02:43 | 239-███ | Housing 4 B-8 |
| 29 | Rivera-martinez, Omar | 903471 | 06/30/17 09:02 | 07:20 | 323-███ | Housing 4 B-5 |
| 30 | Rivera-martinez, Omar | 903471 | 06/30/17 08:59 | 00:16 | 619-███ | Housing 4 B-5 |
| 31 | Rivera-martinez, Omar | 903471 | 06/29/17 20:40 | 14:32 | 239-███ | Housing 4 B-8 |
| 32 | Rivera-martinez, Omar | 903471 | 06/29/17 15:14 | 17:12 | 619-███ | Housing 4 B-8 |
| 33 | Rivera-martinez, Omar | 903471 | 06/28/17 20:07 | 17:43 | 239-███ | Housing 4 B-8 |
| 34 | Rivera-martinez, Omar | 903471 | 06/28/17 16:28 | 01:55 | 239-███ | Housing 4 B-8 |
| 35 | Rivera-martinez, Omar | 903471 | 06/28/17 08:48 | 16:48 | 760-███ | Housing 4 B-3 |

| 36 | Rivera-martinez, Omar | 903471 | 06/27/17 21:33 | 22:34 | 760- | Housing 4 B-8 |
| 37 | Rivera-martinez, Omar | 903471 | 06/27/17 17:45 | 00:16 | 619- | Housing 4 B-8 |
| 38 | Rivera-martinez, Omar | 903471 | 06/27/17 16:28 | 00:30 | 619- | Housing 4 B-8 |
| 39 | Rivera-martinez, Omar | 903471 | 06/26/17 20:18 | 07:20 | 239- | Housing 4 B-3 |
| 40 | Rivera-martinez, Omar | 903471 | 06/26/17 20:08 | 03:21 | 951- | Housing 4 B-8 |
| 41 | Rivera-martinez, Omar | 903471 | 06/26/17 19:45 | 17:31 | 239- | Housing 4 B-8 |
| 42 | Rivera-martinez, Omar | 903471 | 06/25/17 19:31 | 11:40 | 239- | Housing 4 B-4 |
| 43 | Rivera-martinez, Omar | 903471 | 06/25/17 19:26 | 03:13 | 239- | Housing 4 B-3 |
| 44 | Rivera-martinez, Omar | 903471 | 06/25/17 16:55 | 24:54 | 239- | Housing 4 B-8 |
| 45 | Rivera-martinez, Omar | 903471 | 06/25/17 11:17 | 01:19 | 239- | Housing 4 B-5 |
| 46 | Rivera-martinez, Omar | 903471 | 06/24/17 20:21 | 15:35 | 239- | Housing 4 B-8 |
| 47 | Rivera-martinez, Omar | 903471 | 06/24/17 17:08 | 06:21 | 239- | Housing 4 B-8 |
| 48 | Rivera-martinez, Omar | 903471 | 06/24/17 13:19 | 10:11 | 760- | Housing 4 B-8 |
| 49 | Rivera-martinez, Omar | 903471 | 06/23/17 13:37 | 11:02 | 239- | Housing 4 B-5 |
| 50 | Rivera-martinez, Omar | 903471 | 06/23/17 12:15 | 13:14 | 619- | Housing 4 B-6 |
| 51 | Rivera-martinez, Omar | 903471 | 06/22/17 21:42 | 24:27 | 858- | Housing 4 B-5 |
| 52 | Rivera-martinez, Omar | 903471 | 06/22/17 20:55 | 16:41 | 239- | Housing 4 B-6 |
| 53 | Rivera-martinez, Omar | 903471 | 06/22/17 19:25 | 10:44 | 619- | Housing 4 B-4 |
| 54 | Rivera-martinez, Omar | 903471 | 06/22/17 15:20 | 17:32 | 619- | Housing 4 B-4 |
| 55 | Rivera-martinez, Omar | 903471 | 06/22/17 10:03 | 01:45 | 239- | Housing 4 B-1 |
| 56 | Rivera-martinez, Omar | 903471 | 06/22/17 09:52 | 02:10 | 269- | Housing 4 B-1 |
| 57 | Rivera-martinez, Omar | 903471 | 06/21/17 20:41 | 18:45 | 239- | Housing 4 B-8 |
| 58 | Rivera-martinez, Omar | 903471 | 06/21/17 20:26 | 12:01 | 619- | Housing 4 B-8 |
| 59 | Rivera-martinez, Omar | 903471 | 06/21/17 16:14 | 00:43 | 239- | Housing 4 B-6 |
| 60 | Rivera-martinez, Omar | 903471 | 06/21/17 14:05 | 18:35 | 615- | Housing 4 B-6 |
| 61 | Rivera-martinez, Omar | 903471 | 06/21/17 13:06 | 07:55 | 615- | Housing 4 B-7 |
| 62 | Rivera-martinez, Omar | 903471 | 06/21/17 09:55 | 04:15 | 786- | Housing 4 B-8 |
| 63 | Rivera-martinez, Omar | 903471 | 06/21/17 08:40 | 06:32 | 775- | Housing 4 B-8 |
| 64 | Rivera-martinez, Omar | 903471 | 06/20/17 21:59 | 02:44 | 239- | Housing 1 B-2 |
| 65 | Rivera-martinez, Omar | 903471 | 06/20/17 21:10 | 44:24 | 239- | Housing 1 B-2 |
| 66 | Rivera-martinez, Omar | 903471 | 06/20/17 20:45 | 18:35 | 239- | Housing 1 B-2 |
| 67 | Rivera-martinez, Omar | 903471 | 06/20/17 20:26 | 17:33 | 775- | Housing 1 B-2 |
| 68 | Rivera-martinez, Omar | 903471 | 06/20/17 11:56 | 02:00 | 239- | Housing 1 B-2 |
| 69 | Rivera-martinez, Omar | 903471 | 06/19/17 20:56 | 09:45 | 775- | Housing 1 B-2 |
| 70 | Rivera-martinez, Omar | 903471 | 06/19/17 20:45 | 09:13 | 775- | Housing 1 B-2 |
| 71 | Rivera-martinez, Omar | 903471 | 06/18/17 21:07 | 05:28 | 239- | Housing 1 B-2 |
| 72 | Rivera-martinez, Omar | 903471 | 06/18/17 16:18 | 01:35 | 786- | Housing 1 B-2 |
| 73 | Rivera-martinez, Omar | 903471 | 06/18/17 15:47 | 18:00 | 775- | Housing 1 B-2 |

Audio File List

| 74 | Rivera-martinez, Omar | 903471 | 06/16/17 20:09 | 14:29 | 239- | Housing 1 B-2 |
|---|---|---|---|---|---|---|
| 75 | Rivera-martinez, Omar | 903471 | 06/16/17 19:27 | 40:22 | 775- | Housing 1 B-2 |
| 76 | Rivera-martinez, Omar | 903471 | 06/15/17 19:36 | 23:00 | 775- | Housing 1 B-2 |
| 77 | Rivera-martinez, Omar | 903471 | 06/15/17 14:05 | 04:26 | 239- | Housing 1 B-2 |
| 78 | Rivera-martinez, Omar | 903471 | 06/14/17 20:50 | 12:05 | 615- | Housing 1 B-2 |
| 79 | Rivera-martinez, Omar | 903471 | 06/14/17 20:39 | 07:02 | 239- | Housing 1 B-2 |
| 80 | Rivera-martinez, Omar | 903471 | 06/14/17 20:18 | 19:49 | 239- | Housing 1 B-2 |
| 81 | Rivera-martinez, Omar | 903471 | 06/14/17 15:42 | 11:57 | 775- | Housing 1 B-2 |
| 82 | Rivera-martinez, Omar | 903471 | 06/14/17 15:29 | 10:54 | 619- | Housing 1 B-2 |
| 83 | Rivera-martinez, Omar | 903471 | 06/14/17 13:59 | 07:29 | 619- | Housing 1 B-2 |
| 84 | Rivera-martinez, Omar | 903471 | 06/14/17 13:44 | 07:05 | 239- | Housing 1 B-2 |
| 85 | Rivera-martinez, Omar | 903471 | 06/14/17 13:34 | 05:40 | 619- | Housing 1 B-2 |
| 86 | Rivera-martinez, Omar | 903471 | 06/13/17 20:45 | 11:41 | 239- | Housing 1 B-2 |
| 87 | Rivera-martinez, Omar | 903471 | 06/13/17 12:44 | 02:51 | 786- | Housing 1 B-3 |
| 88 | Rivera-martinez, Omar | 903471 | 06/12/17 18:09 | 17:35 | 239- | Housing 1 B-4 |
| 89 | Rivera-martinez, Omar | 903471 | 06/12/17 17:53 | 06:46 | 775- | Housing 1 B-4 |
| 90 | Rivera-martinez, Omar | 903471 | 06/12/17 17:34 | 15:12 | 619- | Housing 1 B-4 |
| 91 | Rivera-martinez, Omar | 903471 | 06/12/17 17:25 | 07:20 | 775- | Housing 1 B-4 |
| 92 | Rivera-martinez, Omar | 903471 | 06/12/17 15:59 | 03:54 | 786- | Housing 1 B-4 |
| 93 | Rivera-martinez, Omar | 903471 | 06/12/17 15:42 | 08:36 | 239- | Housing 1 B-4 |
| 94 | Rivera-martinez, Omar | 903471 | 06/12/17 15:24 | 16:31 | 775- | Housing 1 B-4 |
| 95 | Rivera-martinez, Omar | 903471 | 06/11/17 21:02 | 03:28 | 239- | Building 2 C-6 |
| 96 | Rivera-martinez, Omar | 903471 | 06/11/17 16:58 | 07:56 | 615- | Building 2 C-1 |
| 97 | Rivera-martinez, Omar | 903471 | 06/11/17 15:24 | 17:00 | 239- | Building 2 C-1 |
| 98 | Rivera-martinez, Omar | 903471 | 06/11/17 00:46 | 02:21 | 239- | Building 2 C-6 |
| 99 | Rivera-martinez, Omar | 903471 | 06/10/17 14:46 | 02:23 | 323- | Building 2 C-1 |
| 100 | Rivera-martinez, Omar | 903471 | 06/10/17 12:47 | 09:48 | 239- | Building 2 C-3 |
| 101 | Rivera-martinez, Omar | 903471 | 06/09/17 20:31 | 26:30 | 239- | Building 2 C-6 |
| 102 | Rivera-martinez, Omar | 903471 | 06/09/17 12:45 | 12:26 | 239- | Building 2 C-6 |
| 103 | Rivera-martinez, Omar | 903471 | 06/03/17 21:03 | 04:00 | 239- | Building 2 C-6 |
| 104 | Rivera-martinez, Omar | 903471 | 06/03/17 17:48 | 01:12 | 239- | Building 2 C-6 |
| 105 | Rivera-martinez, Omar | 903471 | 06/02/17 21:05 | 01:49 | 239- | Building 2 C-4 |
| 106 | Rivera-martinez, Omar | 903471 | 06/02/17 13:00 | 04:01 | 239- | Building 2 C-6 |
| 107 | Rivera-martinez, Omar | 903471 | 06/02/17 12:44 | 06:18 | 239- | Building 2 C-9 |
| 108 | Rivera-martinez, Omar | 903471 | 06/02/17 09:17 | 02:01 | 239- | Building 2 C-6 |
| | **Total:** | | | **997:41** | | |