Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., DIAZ, CAMPOS and
CITY OF ADELANTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity;  GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br> **DEFENDANTS THE GEO GROUP, INC.'S AND CITY OF ADELANTO'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EVIDENCE SUBMITTED IN OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL** <br><br> Hearing Date:   December 17, 2019 <br> Time:            10:00 a.m. <br> Courtroom:       3 <br><br> Magistrate Judge: Honorable Sheri Pym |

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 1 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

1    Defendants THE GEO GROUP, INC. and CITY OF ADELANTO hereby

2    object to the declarations and exhibits of Plaintiffs submitted in support of their

3    Opposition to Defendants' Motion for Summary Judgment (Docs. # 118, 119, 120,

4    121, 125), as set forth in more detail below.

| | EVIDENCE | GROUNDS FOR OBJECTION |
|---|---|---|
| Dkt. # 118 | Declaration of Jeffrey Schwartz, paragraph 3 regarding alleged policy violations identified at the after-action review | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Further, experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, paragraph 4 regarding alleged deficiencies in the GEO policies and training materials | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 2 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | n. 17 (9th Cir. 1995). Further, experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Lack of foundation/speculation. Fed. R. Evid. 602. Irrelevant. Fed. R. Evid. 402, 403. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, paragraph 5 regarding "refresher training" on OC spray | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Further, experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Lack of foundation/speculation. Fed. R. |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 3 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | Evid. 602. |
| | | | Irrelevant. Fed. R. Evid. 402, 403. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, paragraph 6 regarding his opinion on whether there was a major disturbance | | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Further, experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Lack of foundation/speculation. Fed. R. Evid. 602. Irrelevant. Fed. R. Evid. 402, 403. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, paragraph 7 regarding Schwartz's expert report attached thereto as Exhibit "A" | | Schwartz does not swear under penalty of perjury to the substantive opinions in his 13-page report.  His report therefore lacks foundation.  Fed. R. Evid. 901. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, I. Overview (pages 1-2) | | Not best evidence. Schwartz's summation of the records is irrelevant. Fed. R. Evid. 402, 403. Unreliable expert opinion as to the |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 4 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | pertinent portions of the records. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Lack of foundation/speculation. Fed. R. Evid. 602. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III. Method (pages 4-5) | Not best evidence. Schwartz's opinions on the critical issues/crux of the case are irrelevant. Fed. R. Evid. 402, 403. Unreliable expert opinion as to the pertinent portions of the records. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Lack of foundation/speculation. Fed. R. Evid. 602. Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, A regarding the | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow* |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 5 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| 1 | | duty to protect | *Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |
| 2 3 4 5 6 7 8 9 10 11 12 13 14 | | | Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward,* 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm,* 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, B regarding the ADC use of force and hunger policies | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward,* 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm,* 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 6 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | Lack of foundation/speculation. Fed. R. Evid. 602. <br><br> Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, C regarding the need to count | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). <br><br> Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). <br><br> Irrelevant. Fed. R. Evid. 402, 403. <br><br> Lack of foundation/speculation. Fed. R. Evid. 602. <br><br> Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, D regarding whether it was an emergency situation | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). <br><br> Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar* |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 7 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | *v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, E regarding whether it was an emergency situation | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, E regarding whether the detainees posed a threat | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 8 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, F regarding communicating with the protesting detainees | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 9 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | Evid. 602. |
| | | | Not best evidence. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, G regarding detainee grievances | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |
| | | | Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). |
| | | | Irrelevant. Fed. R. Evid. 402, 403. |
| | | | Lack of foundation/speculation. Fed. R. Evid. 602. |
| | | | Not best evidence. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, G regarding the documentation of the use of OC spray | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |
| | | | Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 10 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, I regarding detainee injuries | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, J regarding disciplinary hearings and sanctions | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 11 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, J regarding disciplinary hearings and sanctions | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 12 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | Not best evidence. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, K regarding staff training | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, L regarding officer reports | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 13 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, M regarding video reporting | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, III [sic] Analysis and Opinions, M regarding video reporting | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 14 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |
| | Dkt. # 118 | Declaration of Jeffrey Schwartz, Ex. A – Report, IV [sic] Summary and Conclusions | Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Not best evidence. |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 15 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| Dkt. # 119 | Declaration of Plaintiff Castillo, paragraph 4 regarding the temperature of the water at the Facility | Not best evidence. Irrelevant. Fed. R. Evid. 402, 403. Vague and ambiguous. |
|---|---|---|
| Dkt. # 119 | Declaration of Plaintiff Castillo, paragraph 5 regarding the temperature of the water during the decontamination process | Not best evidence. Irrelevant. Fed. R. Evid. 402, 403. Speculation that the water was in fact hot and as opposed to the fact that water, generally, reactivates the OC spray, lack of foundation. Fed. R. Evid. 602. Vague and ambiguous. |
| Dkt. # 119 | Declaration of Plaintiff Castillo, paragraph 5 regarding his calls being restricted | Not best evidence. Speculation, lack of foundation. Fed. R. Evid. 602. |
| Dkt. # 120 | Declaration of Plaintiff Martinez, paragraph 4 regarding the temperature of the water at the Facility | Not best evidence. Irrelevant. Fed. R. Evid. 402, 403. Vague and ambiguous. |
| Dkt. # 120 | Declaration of Plaintiff Martinez, paragraph 5 regarding the temperature of the water at the Facility | Not best evidence. Irrelevant. Fed. R. Evid. 402, 403. Vague and ambiguous. |
| Dkt. # 121 | Declaration of Homer Venters, paragraph 3 regarding "universally accepted" protocols regarding decontamination steps. | Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation, speculation. Fed. R. Evid. 602.  Assumes facts not in evidence, therefore misleading and unduly prejudicial. Fed. R. Evid. 403. Unreliable expert opinion. Fed. R. Evid. |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 16 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). |
| Dkt. # 121 | Declaration of Homer Venters, paragraph 4 regarding Venters' expert report attached thereto as Exhibit "A" | Venter does not swear under penalty of perjury to the substantive opinions in his 13-page report. His report therefore lacks foundation. Fed. R. Evid. 901. |
| Dkt. # 121 | Declaration of Homer Venters, Ex. "A" – Entire report | Venter does not swear under penalty of perjury to the substantive opinions in his 13-page report. His report therefore lacks foundation. Fed. R. Evid. 901. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 17 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). |
| Dkt. # 121 | Declaration of Homer Venters, Ex. A, "Opinion" # 1 (including subsections a through d) regarding the force used | | Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Venters is a medical doctor opining on issues related to force used in correctional settings. Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar* |

BURKE, WILLIAMS & SORENSEN, LLP  
ATTORNEYS AT LAW  
LOS ANGELES

LA #4810-9526-4430 v1  
05788-0035

- 18 -

5:18-CV-01125-SP  
GEO'S AND CITY OF ADELANTO'S  
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | *v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Not best evidence. |
| | Dkt. # 121 | Declaration of Homer Venters, Ex. A, "Opinion" # 2 regarding correctional policies and practices and the events that took place after the incident | Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Not best evidence. |
| | Dkt. # 121 | Declaration of Homer Venters, Ex. A, "Opinion" # 3 regarding correctional policies and practices applicable to hunger strikes | Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 19 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | n. 17 (9th Cir. 1995). Experts cannot testify on legal issues on which the judge will instruct the jury, or on issues that will determine the outcome of the case. *Elsayed Mukhtar v. California State Univ., Hayward*, 299 F.3d 1053, 1064 n.7 (9th Cir. 2002) *citing United States v. Rahm*, 993 F.2d 1404, 1413 (9th Cir. 1993). Not best evidence. |
| | Dkt. # 121 | Declaration of Homer Venters, Ex. A, "Opinion" # 4 regarding plaintiffs' failure to seek medical care after their release from the Facility | Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Unreliable expert opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. Assumes facts not in evidence, therefore misleading and unduly prejudicial. Fed. R. Evid. 403. |
| | Dkt. # 121 | Declaration of Homer Venters, Ex. A, "Incident Review Details" (pages 7-13) | Not best evidence. Dr. Venters' summation of the records is irrelevant. Fed. R. Evid. 402, 403. Unreliable expert opinion as to the pertinent portions of the records. Fed. R. Evid. 702. *See Daubert v. Merrell* |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 20 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | *Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995).<br><br>Lack of foundation/speculation. Fed. R. Evid. 602. |
| Dkt. # 125-1 | | Exhibit 5 – Dorm Log Entries | Lack of foundation/speculation. Fed. R. Evid. 602.<br><br>Not best evidence. |
| Dkt. # 125-2 | | Exhibit 6 – Entire letter from Nicole Ramos | Relies on inadmissible hearsay.<br><br>Lacks foundation as the letter is not under penalty of perjury.  Fed. R. Evid. 901.<br><br>Irrelevant. Fed. R. Evid. 402, 403.<br><br>Lack of foundation/speculation. Fed. R. Evid. 602.<br><br>Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |
| Dkt. # 125-2 | | Exhibit 6 –Letter from Nicole Ramos, "A Peaceful Hunger Strike" | Relies on inadmissible hearsay.<br><br>Irrelevant. Fed. R. Evid. 402, 403.<br><br>Lack of foundation/speculation. Fed. R. Evid. 602.<br><br>Ms. Ramos, an attorney, provides opinions on the events that purportedly |

| | | |
|---|---|---|
| | | took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. |
| Dkt. # 125-2 | Exhibit 6 –Letter from Nicole Ramos, "Physical Abuse…" | Relies on inadmissible hearsay. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. |
| Dkt. # 125-2 | Exhibit 6 –Letter from Nicole Ramos, "Injuries & Refusal to Provide Medical Treatment" | Relies on inadmissible hearsay. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 22 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| | | *Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. |
| Dkt. # 125-2 | Exhibit 6 –Letter from Nicole Ramos, "Preventing Access to the Complaint Process" | Relies on inadmissible hearsay. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. |
| Dkt. # 125-2 | Exhibit 6 –Letter from Nicole Ramos, "Orantes Violations" | Relies on inadmissible hearsay. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 23 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| Dkt. # 125-2 | Exhibit 6 –Letter from Nicole Ramos, "Investigation & Action Steps Requested" | Relies on inadmissible hearsay. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation. Fed. R. Evid. 602. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). Not best evidence. |
|---|---|---|
| Dkt. # 125-4 | Exhibit 32 – Plaintiff Garcia's interrogatory responses | The responses are not verified and, therefore, lack foundation.  Fed. R. Evid. 901. |
| Dkt. # 125-4 | Exhibit 41 – Entire letter from Nicole Ramos | Relies on inadmissible hearsay. Lacks foundation as the letter is not under penalty of perjury.  Fed. R. Evid. 901. Irrelevant. Fed. R. Evid. 402, 403. Lack of foundation/speculation, as she was not a percipient witness. Fed. R. Evid. 602. Not best evidence. |
| Dkt. # 125-5 | Exhibit 45 – Log prepared by Plaintiff Castillo | Lacks foundation as the log is not under penalty of perjury.  Fed. R. Evid. 901. |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

- 24 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

| | | | |
|---|---|---|---|
| | | | Irrelevant. Fed. R. Evid. 402, 403. |
| Dkt. # 125-5 | Exhibit 48 – Letter prepared by Michael Kaufman | | Lacks foundation as the letter is not under penalty of perjury.  Fed. R. Evid. 901.<br><br>Irrelevant. Fed. R. Evid. 402, 403.<br><br>Unreliable opinion.  Fed. R. Evid. 702.  *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995).<br><br>Argumentative.<br><br>Improper legal analysis and conclusion.<br><br>Relies on inadmissible hearsay. |
| Dkt. # 125-5 | Exhibit 49- Declaration of Hussain Turk | | Irrelevant. Fed. R. Evid. 402, 403.<br><br>Unreliable opinion as to causation regarding medical injuries allegedly sustained by plaintiffs by an attorney. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms., Inc.* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995).<br><br>Argumentative.<br><br>Improper legal analysis and conclusion.<br><br>Relies on inadmissible hearsay.<br><br>Speculation, lack of foundation.  Fed. R. Evid. 602. |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4810-9526-4430 v1
05788-0035

- 25 -

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS

Dated: December 6, 2019

BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ Carmen M. Aguado
Susan E. Coleman
Carmen M. Aguado

Attorneys for Defendants
THE GEO GROUP, INC., DIAZ,
CAMPOS and CITY OF ADELANTO

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-9526-4430 v1
05788-0035

5:18-CV-01125-SP
GEO'S AND CITY OF ADELANTO'S
EVIDENTIARY OBJECTIONS