1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>                 Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation; the City of Adelanto, a municipal entity; GEO Lieutenant Diaz, sued in her individual capacity; GEO Sergeant Campos, sued in his individual capacity; Sarah Jones, sued in her individual capacity; The United States of America; Correct Care Solutions, Inc.; and DOES 1-10, individuals;<br><br>                 Defendants. | Case No. 5:18-cv-01125-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF NINTH CAUSE OF ACTION [CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, 42 U.S.C. § 1985(3)] ONLY AGAINST ALL DEFENDANTS**<br><br>Judge:     Honorable Sheri Pym |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based upon the Stipulation of the Parties and GOOD CAUSE APPEARING, IT IS ORDERED THAT the Ninth Cause of Action regarding Conspiracy to Interfere with Civil Rights, 42 U.S.C. § 1985(3) from Plaintiffs' Second Amended Complaint [Docket No. 95] is hereby dismissed WITH PREJUDICE.

Each side waives its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _December 9_, 2019

HONORABLE SHERI PYM
United States District Magistrate Judge