UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV18-01125-SP | Date | December 17, 2019 |
|---|---|---|---|
| Title | Omar Arnoldo Rivera Martinez, et al. v. The Geo Group, Inc., et al. | | |

| Present: The Honorable | **SHERI PYM, United States Magistrate Judge** |
|---|---|

| John Lopez / Kimberly I. Carter | CS-RS-3 12-17-19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Catherine E. Sweetser<br>Rachel Steinback<br>Monique A. Alarcon<br>Kristina A. Harootun | Carmen M. Aguado |

**Proceedings:** Hearing on Defendants The GEO Group and City of Adelanto's Motion for Summary Judgment [108] and Defendants Diaz and Campos' Motion for Summary Judgment [111]

On December 17, 2019, the court held a hearing on the above entitled motions. The case was called and counsel made their appearances. The court heard argument from counsel.

The parties may submit supplemental briefing to court not to exceed five pages on or before December 20, 2019. The motions are taken under submission. The court will issue a separate order detailing the court's ruling on the motions.

|  |  | 1 | : | 32 |
|---|---|---|---|---|
|  | Initials of Preparer | jlo | | |