UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES BY ONE WEEK, DUE TO PENDING SUMMARY JUDGMENT MOTION**<br><br>[PROPOSED] |

GOOD CAUSE HAVING BEEN SHOWN, albeit without any guarantee from the Court of a summary judgment ruling by December 30, 2019, this Court

1 | hereby grants the Parties' joint stipulation to continue pre-trial deadlines by one
2 | week, as follows:

3 |     1. Pre-Trial Conference Order, Memoranda of Contentions of Fact and
4 |        Law, Jury Instructions, Joint Statement of the Case, and Verdict
5 |        Forms: January 7, 2019;
6 |     2. Motions in Limine due December 30, 2019, Oppositions to Motions in
7 |        Limine due January 7, 2019, and Replies due January 14, 2019.
8 |     3. Pretrial Conference: January 21, 2020, 10:00 a.m.

10 |     IT IS SO ORDERED:

12 | Dated: __December 20__, 2019     [signature]
13 |                                             Honorable Sheri Pym
                                                    United States Magistrate Judge

1  Respectfully submitted,

2  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
3  Carmen M. Aguado (SBN 291941)
   E-mail: caguado@bwslaw.com
4  Burke, Williams & Sorensen, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA 90071-2953
   Tel: 213.236.0600 Fax: 213.236.2700
6
   Attorneys for Defendants
7  THE GEO GROUP, INC., CITY OF ADELANTO,
   CAMPOS, and DIAZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28