Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
P.O. Box 291253
Los Angeles, CA 90029
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br>*[Honorable Sheri Pym]*<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE RE MOTIONS IN LIMINE** |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

Plaintiffs oppose Defendants' request to file four motions in limine. Plaintiffs have limited themselves to filing three motions per the Court's Trial Scheduling Order. If there are additional materials to exclude, those issues can be raised at trial.

While Defendants claim that the number of experts (two) designated by Plaintiffs makes it impossible to narrow their motions, Defendants only intend to bring one motion in limine related to one of Plaintiffs' experts, and are not intending to bring a motion related to the other expert.

Moreover, it should not be difficult for Defendants to narrow their motions in limine. From the list of motions in limine that Defendants provided to Plaintiffs, one is regarding general evidence of "sanctions, rule violations, news articles/media, and protests". Plaintiffs believe this evidence goes to deliberate indifference on the part of GEO Group and its Warden, Mr. Janecka. An objection regarding specific evidence to be presented, such as specific news articles, could be raised in objections to the exhibit list rather than in the abstract. Plaintiffs anticipate opposing some exhibits, but have not sought additional motions in limine in order to do so.

For all of the foregoing reasons, Plaintiffs oppose Defendants' motion.

Dated: December 27, 2019

LAW OFFICES OF RACHEL STEINBACK
LAW OFFICES OF CAROL A SOBEL
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Kristina Harootun
    Catherine E. Sweetser
    Kristina A. Harootun
    *Attorneys for Plaintiffs.*