# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, | Case No. 5:18-cv-01125-SP |
| | [~~PROPOSED~~] ORDER ON DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER GRANTING DEFENDANTS LEAVE TO FILE FOUR MOTIONS IN LIMINE |
| Plaintiffs, | |
| v. | Magistrate Judge:          Honorable Sheri Pym |
| THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants Defendants' *ex parte* application for leave to file four (4) motions in limine on December 31, 2019. Both plaintiffs and defendants are permitted to file up to four motions in limine.

IT IS SO ORDERED.

Dated: ____December 30____, 2019

_____
Honorable Sheri Pym
United States Magistrate Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4843-7258-5392 v1                    - 2 -

5:18-CV-01125-SP
[PROPOSED] ORDER ON DEFENDANTS' *EX PARTE* APPLICATION