BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br> [PROPOSED] ORDER ON JOINT STIPULATION TO AMEND PRE-TRIAL DEADLINE <br><br><br> Magistrate Judge:   Honorable Sheri Pym |

1   GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the
2   Parties' joint stipulation to maintain the original deadline of January 14, 2019, for
3   the filing/lodging of the Pre-trial Conference Order, Jury Instructions, Joint
4   Statement of the Case and Verdict form(s) that was inadvertently advanced to
5   January 7, 2020, via the December 20, 2019, joint stipulation.

7   IT IS SO ORDERED.

9   Dated: __December 30__, 2019        _____
10                                       Honorable Sheri Pym
                                         United States Magistrate Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-6846-0976 v1          - 2 -          5:18-CV-01125-SP
                                              [PROPOSED] ORDER ON JOINT
                                              STIPULATION