Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br>*[Magistrate Judge: Hon. Sheri Pym]*<br><br>**DECLARATION OF CATHERINE SWEETSER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**<br><br>*[Filed Concurrently with Plaintiffs' Motions in Limine Nos. 1, 2 and 3; and [Proposed] Orders]*<br><br><u>Final Pretrial Conference</u>:<br>Date: January 21, 2020<br>Time: 10:00 a.m.<br>Ctrm: 3 |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

I, Catherine Sweetser, declare as follows:

1. I am an attorney admitted to practice in this Court and the State of California. I am counsel of record for the Plaintiffs in this case and can testify to the following of my own personal knowledge.

2. On December 18, 2019, the parties met and conferred about motions in limine and had a subsequent email exchange about the motions on December 19, 2019 and again on December 27, 2019.

3. Plaintiffs discussed bringing a motion in limine to exclude any reference to lack of work authorization or working without authorization by any Plaintiff. Defendants agreed to exclude this evidence as it is irrelevant because Plaintiffs are not seeking lost wages.

4. Plaintiffs also discussed bringing a motion in limine to exclude mention of Plaintiff Martinez's criminal history and/or military background. Defendants agreed to exclude evidence of Plaintiff Martinez's military background as it is irrelevant. Defendants indicated their intent to include evidence of Plaintiff Martinez's felony convictions for impeachment purposes. Defendants agreed to limit any reference to these convictions as just "felony convictions" and not to mention what the convictions were for. Plaintiffs maintain that even mentioning these felony convictions, which are more than ten years old (although Mr. Martinez was released less than ten years ago), is more prejudicial than probative.

5. Plaintiffs discussed bringing a motion in limine to exclude any evidence concerning the lawfulness or unlawfulness of Plaintiffs' entry or departure from the country, including, but not limited to, use of the terms "unlawful entry," "without inspection," "deportation," or "order of deportation," and the underlying concepts. Defendants maintain that it is relevant if Plaintiffs intend to explain that they entered the county seeking asylum. After thorough discussion, the parties could not reach an agreement on limiting use of such evidence.

///

...

6. On Dec. 19, 2019, the parties met and conferred further regarding an additional motion in limine on excluding any mention of conclusions reached by the U.S. Government or its consultants, including Nakamoto Group, regarding the June 12, 2017 incident. Defendants indicated their intent to oppose the motion.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of December 2019, at Los Angeles, California.

_____
Catherine E. Sweetser