# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1125-SP | Date | January 2, 2020 |
|---|---|---|---|
| Title | OMAR ARNOLDO RIVERA MARTINEZ, et al. v. THE GEO GROUP, INC., et al. | | |

Present: The Honorable  Sheri Pym, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

None Present              None Present

**Proceedings:**      **(In Chambers) Notice of Receipt of Letter from Consulate**

On this date the court received the attached letter from the United States Consulate General in Tijuana.



CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA
Tijuana, Mexico

December 30, 2019

The Honorable Sheri Pym
United States District Court
Central District of California
Eastern Division Clerk's Office
3470 Twelfth Street, Room 134
Riverside, CA 92501

Dear Judge Pym:

Thank you for your November 21 letter to the U.S. Consulate General in Tijuana, which we received on December 20, 2019. We appreciate the information about Mr. Isaac Antonio Lopez Castillo's desire to appear for trial beginning on February 3, 2020. Mr. Lopez Castillo's visa application, should he proceed with submitting one, will receive full and fair consideration under U.S. law. We would urge Mr. Lopez Castillo to apply well in advance of his anticipated travel date.

Information on the visa application process is available on our website at https://mx.usembassy.gov/. Mr. Lopez Castillo or his attorney are also most welcome to contact us at TijuanaInfo@state.gov and cc ConsularTijuana@state.gov if they have any questions on his options for traveling to the United States for the trial date. If Mr. Lopez Castillo's attorney wishes to inquire on behalf of his/her client, the attorney will need to present a signed G28 "Notice of Entry of Appearance as Attorney or Accredited Representative," which can be found online at https://www.uscis.gov/g-28.

Sincerely,
Nomi Seltzer
Chief of the Consular Section

Unidad de Información Consular | Consular Information Unit
Consulado General de los EE. UU en México | U.S. Consulate General | Tijuana, BC
TijuanaInfo@state.gov | https://mx.usembassy.gov/embassy-consulates/tijuana/

US Consulate General
P.O. Box 439039
San Diego, CA 92143

United States District Court
Central District of California
Eastern Division Clerk's Office
3470 Twelfth Street, Room 134
Riverside, CA 92501

92501-389599





RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 2 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY



B79552.23
$0.500
US POSTAGE
FIRST-CLASS
062S0008011116
FROM 92173