1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> The GEO Group, Inc., a Florida corporation; the City of Adelanto, a municipal entity; GEO Lieutenant Diaz, sued in her individual capacity; GEO Sergeant Campos, sued in his individual capacity; Sarah Jones, sued in her individual capacity; The United States of America; Correct Care Solutions, Inc.; and DOES 1-10, individuals; <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE THEIR OPPOSITIONS TO MOTIONS IN LIMINE BY ONE DAY, FROM JANUARY 7, 2020 TO JANUARY 8, 2020 <br><br> Judge:   Honorable Sheri Pym |

# [PROPOSED] ORDER

Based upon the Stipulation of the Parties and GOOD CAUSE APPEARING, IT IS ORDERED THAT Plaintiffs may file and serve their oppositions to motions in limine on January 8, 2020.

**IT IS SO ORDERED.**

DATED: January 6, 2020    _____

HONORABLE SHERI PYM
United States District Magistrate Judge