Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,

Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,

Defendants.

Case No. 5:18-cv-01125-SP
*[Honorable Sheri Pym]*

**PLAINTIFFS' EXHIBIT LIST**

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

Pursuant to Local Rule 16-6.1, Plaintiffs submit the following Exhibit List. Exhibit Nos. 1 through 115.

Plaintiffs reserve the right to amend, modify or supplement this list. Plaintiffs further reserve the right to introduce into evidence any of the exhibits listed by Defendants, including those for which Plaintiffs' objections are overruled.

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Surveillance Video (GEO 668) | | |
| 2 | List of Demands produced by Plaintiffs as P000199-200. | | |
| 3 | Medical Records signed by Dr. Medrano | | |
| 4 | Medical records of dental and nursing encounters for Mr. Rivera Martinez | | |
| 5 | Records of psychological encounter within the facility for Mr. Rivera Martinez (with Dr. Duelen) | | |
| 6 | Dorm Officer Logbook from June 12, 2017 produced by GEO as GEO05119-05207. | | |
| 7 | June 22, 2017 Office of Civil Rights and Civil Liberties Complaint filed by Nicole Ramos (P000190-000195) | | |
| 8 | July 5, 2017 Office of Civil Rights and Civil Liberties Complaint filed by Nicole Ramos (P000158-000160) | | |
| 9 | Plaintiff Julio Barahona Cornejo's Medical Report on Injuries, produced by GEO as GEO 02243. | | |
| 10 | Plaintiff Isaac Lopez-Castillo's Medical Report on Injuries, produced by GEO as GEO 01055. | | |
| 11 | Plaintiff Omar Rivera-Martinez's Medical Report on Injuries, produced by GEO as GEO 02242. | | |
| 12 | Plaintiff Alexander Burgos Mejia's Medical | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Report on Injuries, produced by GEO as GEO 00874. | | |
| 13 | Plaintiff Luis Pena Garcia's Medical Report on Injuries, produced by GEO as GEO 01702. | | |
| 14 | Plaintiff Marvin Grande Rodriguez's Medical Report on Injuries, produced by GEO as GEO 01858. | | |
| 15 | Plaintiff Jose Cortez Diaz's Medical Report on Injuries, produced by GEO as GEO 01391. | | |
| 16 | Plaintiff Josue Lemus Campos's Medical Report on Injuries, produced by GEO as GEO 00525. | | |
| 17 | Adelanto Emergency Plans Manual: Hunger Strike Response Plan (GEO 02010-02014) | | |
| 18 | Defendant City of Adelanto's Responses to Plaintiffs' Requests for Admissions, Set One, dated on May 17, 2019. | | |
| 19 | Defendant City of Adelanto's Responses to Josue Mateo Lemus Campos's Interrogatories, Set One, dated on May 17, 2019. | | |
| 20 | Defendant the GEO Group, Inc.'s Responses to Plaintiff Julio Cesar Barahona Cornejo's Interrogatories, Set One, dated on May 17, 2019. | | |
| 21 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set One | | |
| 22 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set Two | | |
| 23 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set Three | | |
| 24 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set Four | | |
| 25 | Medical Records signed by Dr. Medrano | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 26 | General Incident Report - R. Gillon (GEO 02275-02276) | | |
| 27 | General Incident Report - A. Burks (GEO 02272-02273) | | |
| 28 | General Incident Report - J. Marmolejo (GEO 02270-02271) | | |
| 29 | General Incident Report - G. Martinez (GEO 02267-02268) | | |
| 30 | General Incident Report – L. Lacy (GEO 02264-02265) | | |
| 31 | General Incident Report - A. Reyes (GEO 02261-02262) | | |
| 32 | General Incident Report - F. Juarez (GEO 02258-02259) | | |
| 33 | General Incident Report - Alvaro Lanuza (GEO 02255-02256) | | |
| 34 | General Incident Report - Giovanni Campos (GEO 02251-02253) | | |
| 35 | Use of Force Report - Jane Diaz (GEO 02236-02237) | | |
| 36 | After-Action Review Report (GEO 02238-02240) | | |
| 37 | Letter from Attorney Nicole Ramos to Adelanto Detention Center (P000158-000163) | | |
| 38 | Voicemail from Lieutenant Barry Belt to Attorney Nicole Ramos (P000188) | | |
| 39 | A. Video Still, view C-1 at 6:30:51;<br>B. Video Still, view C-3 at 6:34:24;<br>C. Video Still, view C-3 at 6:34:28;<br>D. Video Still, view C-2 at 6:22:24;<br>E. Video Still, view C-3 at 6:32:66;<br>F. Video Still, view C-3 at 6:46:56;<br>G. Video Still, view C-3 at 6:46:52;<br>H. Video Still, view C-3 at 6:46:46;<br>I. Video Still, view C-1 at 6:48:24;<br>J. Video Still, view C-3 at 6:35:15; | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | K. Video Still, view C-3 at 6:35:26;<br>L. Video Still, view C-3 at 6:36:50;<br>M. Video Still, view C-3 at 6:38:19;<br>N. Video Still, view C-3 at 6:46:52;<br>O. Video Still, view C-2 at 6:38:54;<br>P. Video Still, view C-2 at 6:39:36;<br>Q. Video Still, view C-2 at 6:40:38;<br>R. Video Still, view C-2 at 6:45:59;<br>S. Video Still, view C-3 at 6:46:21;<br>T. Video Still, view C-3 at 6:46:23;<br>U. Video Still, view C-3 at 6:47:52;<br>V. Video Still, view C-4 at 6:48:35;<br>W. Video Still, view C-4 at 6:49:14. | | |
| 40 | Plaintiff Rivera Martinez's grievances regarding phone number blocking (P000461 /GEO 00146) | | |
| 41 | Plaintiff Rivera Martinez' grievance re his dental crown (P000459-000460) | | |
| 42 | Phone Call recording of Plaintiff Rivera Martinez. | | |
| 43 | Plaintiff Lopez Castillo list of blocked phone numbers. | | |
| 44 | Water Temperatures at Adelanto Detention Center. | | |
| 45 | Picture of Plaintiff Omar Rivera Martinez (GEO 00135) | | |
| 46 | Picture of Plaintiff Luis Pena Garcia (GEO 01738) | | |
| 47 | Picture of Plaintiff Mateo Lemos Campos (GEO 00482) | | |
| 48 | Picture of Plaintiff Alex Burgos Meijia (GEO 00938) | | |
| 49 | Picture of Plaintiff Julio Barahona Cornejo (GEO 01575) | | |
| 50 | Picture of Plaintiff Marvin Grande Rodriguez (GEO 01879) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 51 | Picture of Plaintiff Isaac Lopez Castillo (GEO 01078) | | |
| 52 | Picture of Jose Bladimir Cortez Diaz (GEO 01244) | | |
| 53 | Picture of ninth hunger striker (GEO 01666) | | |
| 54 | Emails from Attorney Nicole Ramos to Immigration and Customs Enforcement Agency officers (P000161-000163) | | |
| 55 | Declaration of Hussain Turk (P000447-000448) | | |
| 56 | Intergovernmental Services Agreement between ICE and the City of Adelanto, accessed as a public record. | | |
| 57 | American Civil Liberties Union letter to Gabriel Valdez at ICE produced by Plaintiffs as P000010-14. | | |
| 58 | Plaintiffs' Grievances to ICE following June 12, 2017 incident. | | |
| 59 | Martinez: Talton Call #76 | | |
| 60 | Article: "GEO Group Whistleblower Exposes First Amendment Violations, Lack of Officer Training, and Poor Conditions at the Adelanto Detention Center" (P000416-000418) | | |
| 61 | Article: "Why Immigrant Detainees in California Just Launched A Hunger Strike" (P000419-425) | | |
| 62 | Article: "Third Death In Immigration Detention Makes the Adelanto Detention Center the Deadliest Facility in 2017" (P000426) | | |
| 63 | Article: "'We don't feel OK here': Detainee deaths, suicide attempts and hunger strikes plague California immigration facility" (P000427-000432) | | |
| 64 | OIG Report (September 2018) | | |
| 65 | Report of Plaintiffs' Expert Dr. Jeffrey | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Schwartz | | |
| 66 | Dr. Jeffrey Schwartz CV | | |
| 67 | Report of Plaintiffs' Expert Dr. Homer Venters | | |
| 68 | Dr. Homer Venters CV | | |
| 69 | SIR035317 – James Janecka (GEO 02226-02233) | | |
| 70 | Adelanto Policy & Procedure Manual: Use of Force (GEO 01986-02002) | | |
| 71 | Adelanto Policy & Procedure Manual: Detainee Access to Telephone (GEO 02003-02009) | | |
| 72 | GEO Group Training Presentation: Use of Force (GEO 02083-02158) | | |
| 73 | GEO Group Segregated Housing Unit Policy | | |
| 74 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Julio Barahona Cornejo (GEO 01535) | | |
| 75 | Incident of Prohibited Acts and Notice of Charges for Julio Barahona Cornejo (GEO 01539) | | |
| 76 | Investigation Report for Julio Barahona Cornejo (GEO 01541) | | |
| 77 | Institution Disciplinary Panel Report for Julio Barahona Cornejo (GEO 01549-50) | | |
| 78 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Julio Barahona Cornejo (GEO 01534) | | |
| 79 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Isaac Lopez Castillo (GEO 01119) | | |
| 80 | Incident of Prohibited Acts and Notice of Charges for Isaac Lopez Castillo (GEO 01123) | | |
| 81 | Investigation Report for Isaac Lopez Castillo (GEO 01125) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 82 | Institution Disciplinary Panel Report for Isaac Lopez Castillo (GEO 01133-34) | | |
| 83 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Isaac Lopez Castillo (GEO 01118) | | |
| 84 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Alexander Burgos Mejia (GEO 00961) | | |
| 85 | Incident of Prohibited Acts and Notice of Charges for Alexander Burgos Mejia (GEO 00966) | | |
| 86 | Investigation Report for Alexander Burgos Mejia (GEO 00968) | | |
| 87 | Institution Disciplinary Panel Report for Alexander Burgos Mejia (GEO 00976-77) | | |
| 88 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Alexander Burgos Mejia (GEO 00960) | | |
| 89 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Josue Lemus Campos (GEO 00524) | | |
| 90 | Incident of Prohibited Acts and Notice of Charges for Josue Lemus Campos (GEO 00528) | | |
| 91 | Investigation Report for Josue Lemus Campos (GEO 00530) | | |
| 92 | Institution Disciplinary Panel Report for Josue Lemus Campos (GEO 00538-539) | | |
| 93 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Josue Lemus Campos (GEO 00523) | | |
| 94 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Luis Pena Garcia (GEO 01744) | | |
| 95 | Incident of Prohibited Acts and Notice of Charges for Luis Pena Garcia (GEO 01747) | | |
| 96 | Investigation Report for Luis Pena Garcia | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (GEO 01749) | | |
| 97 | Institution Disciplinary Panel Report for Luis Pena Garcia (GEO 01757-58) | | |
| 98 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Luis Pena Garcia (GEO 01743) | | |
| 99 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Omar Rivera Martinez (GEO 00165) | | |
| 100 | Incident of Prohibited Acts and Notice of Charges for Omar Rivera Martinez (GEO 00168) | | |
| 101 | Investigation Report for Omar Rivera Martinez (GEO 00170) | | |
| 102 | Institution Disciplinary Panel Report for Omar Rivera Martinez (GEO 00178-79) | | |
| 103 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Omar Rivera Martinez (GEO 00164) | | |
| 104 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Jose Cortez Diaz (GEO 01390) | | |
| 105 | Incident of Prohibited Acts and Notice of Charges for Jose Cortez Diaz (GEO 01394) | | |
| 106 | Investigation Report for Jose Cortez Diaz (GEO 01396) | | |
| 107 | Institution Disciplinary Panel Report for Jose Cortez Diaz (GEO 01404-05) | | |
| 108 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Jose Cortez Diaz (GEO 01389) | | |
| 109 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Marvin Grande Rodriguez (GEO 01916) | | |
| 110 | Incident of Prohibited Acts and Notice of Charges for Marvin Grande Rodriguez (GEO 01920) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 111 | Investigation Report for Marvin Grande Rodriguez (GEO 01922) | | |
| 112 | Institution Disciplinary Panel Report for Marvin Grande Rodriguez (GEO 01930-31) | | |
| 113 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Marvin Grande Rodriguez (GEO 01915) | | |
| 114 | [BLANK] | | |
| 115 | [BLANK] | | |

Dated: January 7, 2020

LAW OFFICES OF RACHEL STEINBACK
LAW OFFICES OF CAROL A SOBEL
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Catherine E. Sweetser
Catherine E. Sweetser
Kristina A. Harootun
*Attorneys for Plaintiffs.*