Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br>*[Honorable Sheri Pym]*<br><br>**PLAINTIFFS' WITNESS LIST** |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby submit their list of trial witnesses in compliance with Local Rule 16-5. Plaintiffs reserve the right to supplement and/or amend this list. Witnesses marked with an asterisk * may testify.

Case Name:       Rivera Martinez et al. v. The GEO Group, Inc. et al.
Case Number:    5:18-cv-01125-SP

| Name of Witness | Date Called to Testify |
|---|---|
| 1. Plaintiff Julio Barajona Cornejo | _____ |
| 2. Officer Rodrick Gillon | _____ |
| 3. Defendant Jane Diaz | _____ |
| 4. Dr. Jeffrey Schwartz | _____ |
| 5. James Janecka | _____ |
| 6. Plaintiff Luis Ernesto Pena Garcia | _____ |
| 7. Plaintiff Omar Arnoldo Rivera Martinez | _____ |
| 8. Nicole Ramos | _____ |
| 9. Barry Belt* | _____ |
| 10. Mark Kleiman* | _____ |
| 11. Joe McKeever* | _____ |
| 12. Monalisa Tuitahi* | _____ |
| 13. Officer Rebecca Jindi | _____ |
| 14. Defendant Giovanni Campos | _____ |
| 15. Plaintiff Alexander Antonio Burgos Mejia | _____ |
| 16. Michael Kaufman* | _____ |
| 17. Leo McCusker | _____ |
| 18. Officer Gilbert Martinez | _____ |
| 19. Plaintiff Isaac Antonio Lopez Castillo | _____ |

| | |
|---|---|
| 1 | 20. Officer Anthony Reyes _____ |
| 2 | 21. Dr. Homer Venters _____ |
| 3 | 22. LVN Sarah Jones* _____ |
| 4 | 23. Plaintiff Marvin Josue Grande Rodriguez_____ |
| 5 | 24. Kimberly Carver* _____ |
| 6 | 25. Plaintiff Josue Vladimir Cortez Diaz _____ |
| 7 | 26. Dr. Richard Medrano _____ |
| 8 | 27. Hussain Turk _____ |
| 9 | 28. Plaintiff Josue Mateo Lemus Campos _____ |

Dated: January 7, 2020

LAW OFFICE OF RACHEL STEINBACK
LAW OFFICES OF CAROL A SOBEL
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Rachel Steinback
    *Attorneys for Plaintiffs.*