1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

OMAR ARNOLDO RIVERA
MARTINEZ; ISAAC ANTONIO
LOPEZ CASTILLO; JOSUE
VLADIMIR CORTEZ DIAZ; JOSUE
MATEO LEMUS CAMPOS;
MARVIN JOSUE GRANDE
RODRIGUEZ; ALEXANDER
ANTONIO BURGOS MEJIA; LUIS
PEÑA GARCIA; JULIO CESAR
BARAHONA CORNEJO, as
individuals,

              Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida
corporation; the CITY OF
ADELANTO, a municipal entity; GEO
LIEUTENANT DIAZ, sued in her
individual capacity;   GEO
SERGEANT CAMPOS, sued in his
individual capacity; SARAH JONES,
sued in her individual capacity; THE
UNITED STATES OF AMERICA;
CORRECT CARE SOLUTIONS,
INC.; and DOES 1-10, individuals,

              Defendants.

Case No. 5:18-cv-01125-SP

~~[PROPOSED]~~ ORDER GRANTING
JOINT STIPULATION TO
CONTINUE THE DEADLINE TO
FILE MEMORANDA OF
CONTENTIONS OF FACT AND
LAW

25

26

27

28

        GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the

Parties' joint stipulation to vacate the current deadline to file their Memoranda of

Contentions of Fact and Law and orders them to file their respective Memoranda no

later than seven (7) days after the Court issues its ruling(s) on Defendants' motions for summary judgment.

IT IS SO ORDERED:

Dated: <u>January 8</u>, 2020

Honorable Sheri Pym
United States Magistrate Judge

5:18-CV-01125-SP
ORDER RE PRETRIAL DEADLINE