UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, | Case No. 5:18-cv-01125-SP<br><br>**[PROPOSED] ORDER ON DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING THE DEADLINE FOR THE PARTIES TO FILE THEIR JOINT EXHIBIT AND WITNESS LISTS TO JANUARY 14, 2020** |
| Plaintiffs, | |
| v. | Magistrate<br>Judge:          Honorable Sheri Pym |
| THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, | |
| Defendants. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-2710-9296 v1                    - 1 -

5:18-CV-01125-SP
[PROPOSED] ORDER ON DEFENDANTS' *EX
PARTE* APPLICATION

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants Defendants' *ex parte* application to continue the deadline for the parties to file their Joint Exhibit and Witness Lists to January 14, 2020.  The parties may file separate witness lists if they wish.

IT IS SO ORDERED.

Dated: _____January 9_____, 2020

_____

Honorable Sheri Pym
United States Magistrate Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-2710-9296 v1                - 2 -

5:18-CV-01125-SP
[PROPOSED] ORDER ON DEFENDANTS' *EX
PARTE* APPLICATION