# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,

Plaintiffs,

v.

THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,

Defendants.

Case No. 5:18-cv-01125-SP
*[Magistrate Judge: Hon. Sheri Pym]*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO ACCEPT LATE-FILED OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF ALLEGED OTHER BAD ACTS OF DEFENDANTS; DECLARATION OF COLLEEN FLYNN**

<u>*Final Pretrial Conference*</u>:
Date: January 21, 2020
Time: 10:00 a.m.
Ctrm: 3

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants Plaintiffs' *Ex Parte* Application For Leave to Accept Late-Filed Opposition to Defendants' Motion in Limine No. 1 to Exclude Evidence of Alleged Other Bad Acts of Defendants on January 9, 2020, one day late.

IT IS SO ORDERED.

Dated:_____January 14_____, 2020        _____

Honorable Sheri Pym
United States Magistrate Judge

1