Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., CAMPOS, and DIAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**DEFENDANTS' WITNESS LIST**<br><br>**Pretrial Conference**<br>Date:       January 21, 2020<br>Time:       10:00 a.m.<br>Ctrm:       3<br><br>Trial date: February 3, 2020<br>Time:       9:00 a.m.<br><br>Magistrate<br>Judge:        Honorable Sheri Pym |

Pursuant to Local Rule 16-5, Defendants respectfully submit the following list of witnesses who may be called at trial:

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-8096-7088 v1

- 1 -

5:18-CV-01125-SP
DEFENDANTS' WITNESS LIST

## DEFENDANTS' WITNESS LIST

Defendants THE GEO GROUP, INC., CAMPOS, and DIAZ reserve the right to call any of the witnesses identified on Plaintiffs' witness list. Defendants reserve their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

| Witness Name | Date Called To Testify |
|---|---|
| 1. Defendant Jane Diaz | |
| 2. Defendant Giovanni Campos | |
| 3. Anthony Reyes | |
| 4. Rodrick Gillon | |
| 5. Gilbert Martinez | |
| 6. Frankie Jaurez* | |
| 7. Sarah Jones, LVN | |
| 8. Rebecca Jindi | |
| 9. James Janecka | |
| 10. Barry Belt | |
| 11. Robert Fonzi, Expert Witness | |
| 12. Leo McCusker | |
| 13. Richard Medrano, MD | |
| 14. Lakeisha Lacy* | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-8096-7088 v1

- 2 -

5:18-CV-01125-SP
DEFENDANTS' WITNESS LIST

| Witness Name | Date Called To Testify |
|---|---|
| 15. Jessica Marmolejo* | |
| 16. Aaron Burks* | |
| 17. Alvaro Lanuza* | |
| 18. Joanne Langill* | |
| 19. Regina Duran* | |
| 20. Manuel Madero* | |
| 21. Joanne Crowder* | |
| 22. Sandra Briseno* | |

*Denotes witnesses that may be called.

Defendants reserve their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

Dated: January 14, 2020            BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Carmen M. Aguado
     Susan E. Coleman
     Carmen M. Aguado

Attorneys for Defendants
THE GEO GROUP, INC., CAMPOS, and DIAZ