Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., CAMPOS, and DIAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; GEO LIEUTENANT DIAZ, sued in her individual capacity; GEO SERGEANT CAMPOS, sued in his individual capacity;,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' WITNESSES**<br><br>Pretrial Conference<br>Date:     January 21, 2020<br>Time:    10:00 a.m.<br><br>Trial date: February 3, 2020<br>Time:    9:00 a.m.<br><br>Magistrate<br>Judge:         Honorable Sheri Pym |

Defendants THE GEO GROUP, INC., CAMPOS, and DIAZ object to certain of Plaintiffs' witnesses, as set forth below.

///

///

///

1. **Expert Dr. Homer Venters**

Defendants object to Dr. Venters' testimony as set forth in their motion in limine #4, particularly because it is cumulative to Plaintiffs' force expert Schwartz. As a doctor, Venters also lacks foundation to testify about the reasonableness of the force used and alternatives to use of force.

2. **Attorney Witnesses**

Defendants object to immigration attorneys of the Plaintiffs being called as witnesses, since they cannot be cross-examined about any discussions with Plaintiffs. This includes Hussain Turk, Mark Kleiman, Joseph McKeever, Nicole Ramos, Monalisa Tuitahi, and Kimberly Carver.

If this Court is inclined to let them testify, despite the privileges barring any thorough cross-examination, Defendants request an offer of proof as to the anticipated scope of testimony of these witnesses.

3. **Undisclosed Witnesses**

Defendants object to previously unidentified and undisclosed witnesses testifying at trial. Michael Kaufman was not disclosed in Plaintiffs' Rule 26 disclosures and has not been identified, to defense counsel's knowledge, during this litigation. Therefore, this witness should be excluded.

Additionally, Hussain Turk was not identified in Plaintiffs' Rule 26 Disclosures, and thus should not be permitted to testify.

4. **Plaintiffs Out of Country**

Defendants object to Plaintiffs Isaac Castillo and Omar Martinez offering their testimony by way of deposition transcript at trial, given that they are out of the country. While they sought the Court's assistance in obtaining a letter to help get visas, it is Defendants' understanding they did not apply for and thus have not obtained visas to enter the country for trial. Defendants did not anticipate they would be unavailable for trial, and did not cross-examine them as such.

///

1  Defendants do not object to videoconference or videolink (such as Skype or
2  Zoom) testimony of these Plaintiffs, so that their testimony may be conducted live
3  during trial.

4  Dated: January 14, 2020          BURKE, WILLIAMS & SORENSEN, LLP

6  By: /s/ Carmen M. Aguado
       Susan E. Coleman
7      Carmen M. Aguado

8  Attorneys for Defendants
   THE GEO GROUP, INC.,
9  CAMPOS, and DIAZ

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

5:18-CV-01125-SP
DEFTS' OBJECTIONS TO WITNESSES