Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., CAMPOS, and DIAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, | Case No. 5:18-cv-01125-SP **DEFENDANTS' [PROPOSED] STATEMENT OF THE CASE** Pretrial Conference Date:     January 21, 2020 Time:     10:00 a.m. Trial date: February 3, 2020 Time:     9:00 a.m. |
| Plaintiffs, | Magistrate Judge:     Honorable Sheri Pym |
| v. | |
| THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DIAZ, sued in her individual capacity;   GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; CORRECT CARE SOLUTIONS, INC.; and DOES 1-10, individuals, | |
| Defendants. | |

///

1    Defendants propose the following Statement of the Case.

2    The parties met and conferred regarding a joint statement, but were unable to

3    agree upon a neutral and concise statement.

4    Dated:  January 14, 2020          BURKE, WILLIAMS & SORENSEN, LLP

5

6                                      By: /s/ Carmen M. Aguado

7                                         Susan E. Coleman
                                          Carmen M. Aguado

8                                      Attorneys for Defendants
                                       THE GEO GROUP, INC.,
9                                      CAMPOS, and DIAZ

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

SD #4825-1827-8577 v1
1/14/20

- 2 -

5:18-CV-01125-SP
DEFTS' STMT OF CASE

## STATEMENT OF THE CASE

Plaintiffs are 8 individuals who were detained in the Spring of 2017 at the ICE Processing Facility in Adelanto, an immigration detention facility in San Bernardino County run by a corporation called The GEO Group, Inc.

Plaintiffs' names are:

- OMAR ARNOLDO RIVERA MARTINEZ;
- ISAAC ANTONIO LOPEZ CASTILLO;
- JOSUE VLADIMIR CORTEZ DIAZ;
- JOSUE MATEO LEMUS CAMPOS;
- MARVIN JOSUE GRANDE RODRIGUEZ;
- ALEXANDER ANTONIO BURGOS MEJIA;
- LUIS PEÑA GARCIA; and
- JULIO CESAR BARAHONA CORNEJO.

The Defendants in this action are The GEO Group, Inc., and two of its employees who worked as detention officers - Lieutenant Jane Diaz and Sergeant Giovanni Campos.

On June 12, 2017, the 8 Plaintiffs sat in the dayroom of their housing unit. They did not eat breakfast, and they handed the officer stationed at the podium a note in Spanish that contained a list of various demands about their food, water, bail amounts, and other issues.

Plaintiffs all refused to go back to their beds to be counted, which is an institutional requirement several times per day. GEO staff gave them numerous orders to return for count and attempted to negotiate with them. But, Plaintiffs refused to leave, and linked their arms together. Even after a can of pepper spray was displayed, Plaintiffs refused to leave. Eventually, fearing possible escalation of the incident, to enforce facility rules, and to quell the disturbance that Plaintiffs had caused, Lt. Diaz and Sgt. Campos used pepper spray, pulled Plaintiffs apart, and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4825-1827-8577 v1
1/14/20

- 3 -

5:18-CV-01125-SP
DEFTS' STMT OF CASE

1  escorted them outside.

2         Defendants contend they acted reasonably and did not violate any of

3  Plaintiffs' rights.  Defendants deny that they hit, punched, pinched, or used any

4  force other than pepper spray and physical holds/restraints, and contend they acted

5  only to enforce orders and restore order as they are required to do as officers.  They

6  did not intend to harm Plaintiffs or to violate any of their rights.

7         Plaintiffs were decontaminated from pepper spray exposure with water, and

8  they were medically evaluated.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4825-1827-8577 v1
1/14/20

- 4 -

5:18-CV-01125-SP
DEFTS' STMT OF CASE