Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
Law Office of Carol Sobel
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*
*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation; the City of Adelanto, a municipal entity; GEO Lieutenant Diaz, sued in her individual capacity; GEO Sergeant Campos, sued in his individual capacity; Sarah Jones, sued in her individual capacity; The United States of America; Correct Care Solutions, Inc.; and DOES 1-10, individuals;<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**PLAINTIFFS' PROPOSED STATEMENT OF THE CASE** |

Catherine Sweetser, SBN 271142
Kristina Harootun, SBN 308718
Schonbrun Seplow Harris & Hoffman LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 2324281
Law Office of Colleen Flynn
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

*Attorneys for Plaintiffs.*

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Plaintiffs, by and through their counsel of record, hereby submit the following proposed Statement of the Case. The parties conferred in an attempt to reach agreement on a Joint Statement of the Case but were unable to do so. |

Dated: January 14, 2020

                                    LAW OFFICE OF RACHEL STEINBACK
                                    LAW OFFICES Of CAROL A SOBEL
                                    SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
                                    LAW OFFICE OF COLLEEN FLYNN
                                    LAW OFFICE OF MATTHEW STRUGAR

                                    By:  /s/ Rachel Steinback
                                          Rachel Steinback
                                          Monique Amanda Alarcon
                                          Catherine E. Sweetser
                                          Colleen Flynn
                                          Matthew Strugar
                                          *Attorneys for Plaintiffs.*

## JOINT STATEMENT OF THE CASE

This case is a civil rights action in which the Plaintiffs allege that the Defendants violated their rights under the Constitution and under California law.

Plaintiffs are eight young men who came to the United States from El Salvador and Honduras in 2017 seeking asylum.  Plaintiffs were detained at the Adelanto Detention Facility, an immigration detention facility run by a corporation called The GEO Group, Inc.  The Defendants in this action are The GEO Group, Inc., and two of its employees, GEO Lieutenant Jane Diaz and GEO Sergeant Giovanni Campos.

The incident at issue took place on June 12, 2017.  Plaintiffs allege that on that date, they sat at two tables in their housing dorm at Adelanto and announced that they were beginning a peaceful hunger strike to call attention to the conditions of their confinement.  Plaintiffs contend that GEO Group officers responded with an unjustified use of force which included pepper spraying them, physically assaulting them, forcing them into hot showers, and housing them in segregation for ten days. Defendants deny any misconduct and allege they reasonably used pepper spray after Plaintiffs refused orders to return to their beds to be counted. Defendants deny they violated any of Plaintiffs' rights.

At the conclusion of this trial, the parties will ask you to determine whether the Defendants' use of force was appropriate or whether the Plaintiffs should be compensated for violations of their rights.