Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
LAW OFFICE OF CAROL SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, Inc., a Florida corporation; the CITY OF ADELANTO, a municipal entity; GEO LIEUTENANT DURAN, sued in her individual capacity; GEO LIEUTENANT DIAZ, sued in her individual capacity;  GEO SERGEANT CAMPOS, sued in his individual capacity; SARAH JONES, sued in her individual capacity; THE UNITED STATES OF AMERICA; and DOES 1-10, individuals, <br><br> Defendants. | Case No. 5:18-cv-01125-SP <br> *[Honorable Sheri Pym]* <br><br> **JOINT EXHIBIT LIST** <br><br><br> **_Pretrial Conference_** <br> Date:      January 21, 2020 <br> Time:      10:00 a.m. <br> Ctrm:      3 <br><br> **_TRIAL_** <br> Trial date: February 3, 2020 <br> Time:      9:00 a.m. <br> Ctrm:      3 |

Catherine Sweetser, SBN 271142
Kristina A. Harootun, SBN 308718
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064
(t) 310-396-0731
(f) 310-399-7040
(e) csweetser@sshhlaw.com
(e) kharootun@sshhlaw.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 213-252-9444
(f) 213-252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Boulevard, Suite 2910
Los Angeles, CA 90010
(t) 323-696-2299
(e) matthew@matthewstrugar.com

Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail:  caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

*Attorneys for Defendants,*
*THE GEO GROUP, INC., CAMPOS, and DIAZ.*

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-6.1, the parties submit the following: (1) Joint Exhibit List (Exhibit Nos. A through O); (2) Plaintiffs' Exhibit List with Objections (Exhibit Nos. 1 through 119); and (3) Defendants' Exhibit List with Objections (Exhibit Nos. 200 through 243).

The parties reserve the right to amend, modify or supplement this list. The parties further reserve the right to introduce into evidence any of the exhibits listed on each others' Exhibit Lists, including those for which their objections are overruled.

## JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| A. | Surveillance Video Recording of Incident (GEO00668) [Pls' Ex. 1; Defs' Ex. 204] | | |
| B. | Water Temperatures logs Adelanto Detention Center (GEO 05407-0514) [Pls' Ex. 44; Defs' Ex. 219] | | |
| C. | After-Action Review Report dated June 13, 2017 (GEO02238-02240) [Pls' Ex. 36; Defs' Ex. 222] | | |
| D. | GEO Corrections & Detention, Adelanto ICE Processing Center – Use of Force Policy (GEO 01986- 02002) [Pls' Ex. 70; Defs' Ex. 227] | | |
| E. | GEO Corrections & Detention, Adelanto ICE Processing Center – Restrictive Housing Units (formerly Special Management-Segregation) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Policy (GEO 01969-1985)<br><br>[Pls' Ex. 73; Defs' Ex. 230] | | |
| F. | GEO Corrections & Detention, Adelanto Detention Facility – Detainee Access to Telephone Policy (GEO 02003-2009)<br><br>[Defs' Ex. 228] | | |
| G. | GEO Training Materials – Use of Force (GEO 02083-02168)<br><br>[Pls' Ex. 72; Defs' Ex. 231] | | |
| H. | Plaintiff Julio Barahona Cornejo's Medical Report on Injuries, (GEO 02243).<br><br>[Pls' Ex. 9; Part of Defs' Ex. 211] | | |
| I. | Plaintiff Isaac Lopez-Castillo's Medical Report on Injuries, (GEO 01055/ 02250).<br><br>[Pls' Ex. 10; Part of Defs' Ex. 207] | | |
| J. | Plaintiff Omar Rivera-Martinez's Medical Report on Injuries, (GEO 02242).<br><br>[Pls' Ex. 11; Part of Defs' Ex. 201] | | |
| K. | Plaintiff Alexander Burgos Mejia's Medical Report on Injuries, (GEO 00874/ 02247).<br><br>[Pls' Ex. 12; Part of Defs' Ex. 205] | | |
| L. | Plaintiff Luis Pena Garcia's Medical Report on Injuries, (GEO 01702/ 02246). | | |

2

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|     | [Pls' Ex. 13; Part of Defs' Ex. 213] |  |  |
| M.  | Plaintiff Marvin Grande Rodriguez's Medical Report on Injuries, (GEO 01858/ 02248). [Pls' Ex. 14; Part of Defs' Ex. 215] |  |  |
| N.  | Plaintiff Jose Cortez Diaz's Medical Report on Injuries, (GEO 01391, 02244) [Pls' Ex. 15; Part of Defs' Ex. 209] |  |  |
| O.  | Plaintiff Josue Lemus Campos's Medical Report on Injuries, (GEO 00525, 02249) [Pls' Ex. 16; Part of Defs' Ex. 202] |  |  |

## PLAINTIFF'S EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| 1 | Surveillance Video (GEO 668) |  |  | No objection. |
| 2 | List of Demands produced by Plaintiffs as P000199-200. |  |  | Irrelevant. FRE 402, 403. Relies on hearsay. |
| 3 | Medical Records signed by Dr. Medrano |  |  | Defendants reserve the right to object after further identification of the exhibit. |
| 4 | Medical records of dental and nursing encounters |  |  | Irrelevant. FRE 402, 403. |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
|  | for Mr. Rivera Martinez |  |  | Relies on hearsay. Lacks foundation. FRE 901, 602.<br><br>Defendants reserve the right to object after further identification of the exhibit. |
| 5 | Records of psychological encounter within the facility for Mr. Rivera Martinez (with Dr. Duelen) |  |  | Irrelevant. FRE 402, 403. Relies on hearsay. Lacks foundation. FRE 901, 602.<br><br>Defendants reserve the right to object after further identification of the exhibit. |
| 6 | Dorm Officer Logbook from June 12, 2017 produced by GEO as GEO05119-05207. |  |  | Irrelevant. FRE 402, 403. Relies on hearsay. Lacks foundation. FRE 901, 602.<br><br>Not best evidence. |
| 7 | June 22, 2017 Office of Civil Rights and Civil Liberties Complaint filed by Nicole Ramos (P000190-000195) |  |  | Relies on inadmissible hearsay. Lacks foundation. FRE 901. Irrelevant. FRE 402, 403. Lack of foundation/ speculation. FRE 602. Improper legal analysis/conclusion. Argumentative. |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms.*, Inc. 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |
| 8 | July 5, 2017 Office of Civil Rights and Civil Liberties Complaint filed by Nicole Ramos (P000158-000160) | | | Relies on inadmissible hearsay. Lacks foundation. FRE 901. Irrelevant. FRE 402, 403. Lack of foundation/ speculation. FRE 602. Improper legal analysis/conclusion. Argumentative. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility, investigations, and the appropriateness of actions taken. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms.*, Inc. 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| 9 | Plaintiff Julio Barahona Cornejo's Medical Report on Injuries, produced by GEO as GEO 02243. | | | No objection. |
| 10 | Plaintiff Isaac Lopez-Castillo's Medical Report on Injuries, produced by GEO as GEO 01055. | | | No objection. |
| 11 | Plaintiff Omar Rivera-Martinez's Medical Report on Injuries, produced by GEO as GEO 02242. | | | No objection. |
| 12 | Plaintiff Alexander Burgos Mejia's Medical Report on Injuries, produced by GEO as GEO 00874. | | | No objection. |
| 13 | Plaintiff Luis Pena Garcia's Medical Report on Injuries, produced by GEO as GEO 01702. | | | No objection. |
| 14 | Plaintiff Marvin Grande Rodriguez's Medical Report on Injuries, produced by GEO as GEO 01858. | | | No objection. |
| 15 | Plaintiff Jose Cortez Diaz's Medical Report on Injuries, produced by GEO as GEO 01391. | | | No objection. |
| 16 | Plaintiff Josue Lemus Campos's Medical Report on Injuries, produced by GEO as GEO 00525. | | | No objection. |
| 17 | Adelanto Emergency | | | Irrelevant and |

6

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | Plans Manual: Hunger Strike Response Plan (GEO 02010-02014) | | | immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). |
| 18 | Defendant City of Adelanto's Responses to Plaintiffs' Requests for Admissions, Set One, dated on May 17, 2019. | | | Defendant City is no longer a party to this matter and, thus, responses regarding its "involvement" are irrelevant and immaterial. FRE 402, 403.<br><br>Defendants reserve the right to include additional objections after further identification of the exhibit. |
| 19 | Defendant City of Adelanto's Responses to Josue Mateo Lemus Campos's Interrogatories, Set One, dated on May 17, 2019. | | | Defendant City is no longer a party to this matter and, thus, responses regarding its "involvement" are irrelevant and immaterial. FRE 402, 403.<br><br>Defendants reserve the right to include additional objections |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | after further identification of the exhibit. |
| 20 | Defendant the GEO Group, Inc.'s Responses to Plaintiff Julio Cesar Barahona Cornejo's Interrogatories, Set One, dated on May 17, 2019. | | | Not best evidence. To the extent that the responses relate to policies and procedures, irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). Irrelevant. FRE 402, 403. Defendants reserve the right to object after further identification of the exhibit. |
| 21 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set One | | | Not best evidence. To the extent that the responses relate to policies and procedures, irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). Irrelevant. FRE 402, 403. <br><br> Defendants reserve the right to object after further identification of the exhibit. |
| 22 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set Two | | | Not best evidence. To the extent that the responses relate to policies and procedures, irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). Irrelevant. FRE 402, 403. <br><br> Defendants reserve the right to object after further identification of the exhibit. |
| 23 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set Three | | | Not best evidence. To the extent that the responses relate to policies and |

9

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | procedures, irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). Irrelevant. FRE 402, 403.<br><br>Defendants reserve the right to object after further identification of the exhibit. |
| 24 | Defendant GEO Group, Inc.'s Responses to Plaintiff's Requests for Production, Set Four | | | Not best evidence. To the extent that the responses relate to policies and procedures, irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). Irrelevant. FRE 402, 403. |

10

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | Defendants reserve the right to object after further identification of the exhibit. |
| 25 | WITHDRAWN | | | |
| 26 | General Incident Report - R. Gillon (GEO 02275-02276) | | | Irrelevant. FRE 402, 403. Relies on hearsay. Lacks foundation. FRE 901. Lack of foundation/speculation. FRE 602. Not best evidence. |
| 27 | General Incident Report - A. Burks (GEO 02272-02273) | | | Irrelevant. FRE 402, 403. Relies on hearsay. Lacks foundation. FRE 901. Lack of foundation/speculation. FRE 602. Not best evidence. |
| 28 | General Incident Report - J. Marmolejo  (GEO 02270-02271) | | | Irrelevant. FRE 402, 403. Relies on hearsay. Lacks foundation. FRE 901. Lack of foundation/speculation. FRE 602. Not best evidence. |
| 29 | General Incident Report - G. Martinez (GEO | | | Irrelevant. FRE 402, 403. |

PLAINTIFFS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
|     | 02267-02268) |                |               | Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |
| 30 | General Incident Report – L. Lacy (GEO 02264-02265) |  |  | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |
| 31 | General Incident Report - A. Reyes (GEO 02261-02262) |  |  | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |
| 32 | General Incident Report - F. Juarez (GEO 02258-02259) |  |  | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |

PLAINTIFFS' EXHIBIT LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 33 | General Incident Report - Alvaro Lanuza (GEO 02255-02256) | | | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |
| 34 | General Incident Report - Giovanni Campos (GEO 02251-02253) | | | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |
| 35 | Use of Force Report - Jane Diaz (GEO 02236-02237) | | | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br>Not best evidence. |
| 36 | After-Action Review Report (GEO 02238-02240) | | | No objection. |
| 37 | Letter from Attorney Nicole Ramos to Adelanto Detention Center (P000158-000163) | | | Relies on inadmissible hearsay.<br>Lacks foundation. FRE 901.<br>Irrelevant. FRE 402, |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | 403. Lack of foundation/ speculation. FRE 602. Improper legal analysis/conclusion. Argumentative. Ms. Ramos, an attorney, provides opinions on the events that purportedly took place at the Facility, investigations, and provide opinions on the appropriateness of conduct taken by GEO employees. This is unreliable "expert" opinion. Fed. R. Evid. 702. *See Daubert v. Merrell Dow Pharms.*, Inc. 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995). |
| 38 | Voicemail from Lieutenant Barry Belt to Attorney Nicole Ramos (P000188) | | | Not best evidence. Lacks foundation. FRE 901. |
| 39 | A. Video Still, view C-1 at 6:30:51; B. Video Still, view C-3 at 6:34:24; C. Video Still, view C-3 at 6:34:28; D. Video Still, view C-2 at 6:22:24; E. Video Still, view C-3 at 6:32:66; F. Video Still, view | | | No objection. |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
|  | C-3 at 6:46:56; | | | |
|  | G. Video Still, view C-3 at 6:46:52; | | | |
|  | H. Video Still, view C-3 at 6:46:46; | | | |
|  | I. Video Still, view C-1 at 6:48:24; | | | |
|  | J. Video Still, view C-3 at 6:35:15; | | | |
|  | K. Video Still, view C-3 at 6:35:26; | | | |
|  | L. Video Still, view C-3 at 6:36:50; | | | |
|  | M. Video Still, view C-3 at 6:38:19; | | | |
|  | N. Video Still, view C-3 at 6:46:52; | | | |
|  | O. Video Still, view C-2 at 6:38:54; | | | |
|  | P. Video Still, view C-2 at 6:39:36; | | | |
|  | Q. Video Still, view C-2 at 6:40:38; | | | |
|  | R. Video Still, view C-2 at 6:45:59; | | | |
|  | S. Video Still, view C-3 at 6:46:21; | | | |
|  | T. Video Still, view C-3 at 6:46:23; | | | |
|  | U. Video Still, view C-3 at 6:47:52; | | | |
|  | V. Video Still, view C-4 at 6:48:35; | | | |
|  | W. Video Still, view | | | |

PLAINTIFFS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | C-4 at 6:49:14. | | | |
| 40 | Plaintiff Rivera Martinez's grievances regarding phone number blocking (P000461 /GEO 00146) | | | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602. |
| 41 | Plaintiff Rivera Martinez' grievance re his dental crown (P000459-000460) | | | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602. |
| 42 | Phone Call recording of Plaintiff Rivera Martinez. | | | Irrelevant. FRE 402, 403.<br>Relies on hearsay.<br>Lacks foundation. FRE 901.<br>Lack of foundation/speculation. FRE 602.<br><br>Defendants reserve the right to include additional objections after further identification of the exhibit. |
| 43 | Plaintiff Lopez Castillo list of blocked phone numbers. | | | Not best evidence.<br>Irrelevant. FRE 402, 403.<br>Relies on hearsay. |

16

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
|  |  |  |  | Lacks foundation. FRE 901. Lack of foundation/speculation. FRE 602. |
| 44 | Water Temperatures at Adelanto Detention Center. |  |  | No objection. |
| 45 | Picture of Plaintiff Omar Rivera Martinez (GEO 00135) |  |  | Irrelevant. FRE 402, 403. |
| 46 | Picture of Plaintiff Luis Pena Garcia (GEO 01738) |  |  | Irrelevant. FRE 402, 403. |
| 47 | Picture of Plaintiff Mateo Lemos Campos (GEO 00482) |  |  | Irrelevant. FRE 402, 403. |
| 48 | Picture of Plaintiff Alex Burgos Meijia (GEO 00938) |  |  | Irrelevant. FRE 402, 403. |
| 49 | Picture of Plaintiff Julio Barahona Cornejo (GEO 01575) |  |  | Irrelevant. FRE 402, 403. |
| 50 | Picture of Plaintiff Marvin Grande Rodriguez (GEO 01879) |  |  | Irrelevant. FRE 402, 403. |
| 51 | Picture of Plaintiff Isaac Lopez Castillo (GEO 01078) |  |  | Irrelevant. FRE 402, 403. |
| 52 | Picture of Jose Bladimir Cortez Diaz (GEO 01244) |  |  | Irrelevant. FRE 402, 403. |
| 53 | Picture of ninth hunger striker (GEO 01666) |  |  | Irrelevant. FRE 402, 403. |
| 54 | Emails from Attorney |  |  | Relies on inadmissible |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | Nicole Ramos to Immigration and Customs Enforcement Agency officers (P000161-000163) | | | hearsay.<br>Lacks foundation. FRE 901, 602.<br>Irrelevant. FRE 402, 403.<br>Argumentative. |
| 55 | Declaration of Hussain Turk (P000447-000448) | | | Irrelevant. FRE 402, 403.<br>Unreliable opinion as to causation regarding medical injuries allegedly sustained by plaintiffs by an attorney. FRE 702. *See Daubert v. Merrell Dow Pharms., Inc.,* 43 F.3d 1311, 1315, 1321 n. 17 (9th Cir. 1995).<br>Argumentative.<br>Improper legal analysis and conclusion.<br>Relies on inadmissible hearsay.<br>Speculation, lack of foundation. FRE 602. |
| 56 | Intergovernmental Services Agreement between ICE and the City of Adelanto, accessed as a public record. | | | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602. |
| 57 | American Civil Liberties Union letter to Gabriel Valdez at ICE produced by Plaintiffs as P000010-14. | | | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Argumentative.<br>Relies on inadmissible hearsay. |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 58 | WITHDRAWN | | | |
| 59 | Martinez: Talton Call #76 | | | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Relies on inadmissible hearsay. |
| 60 | Article: "GEO Group Whistleblower Exposes First Amendment Violations, Lack of Officer Training, and Poor Conditions at the Adelanto Detention Center" (P000416-000418) | | | Relies on hearsay.<br>Irrelevant. FRE 402, 403.<br>Speculation, lack of foundation. FRE 602.<br>Lacks foundation as article is not under penalty of perjury. FRE 901.<br>Unreliable opinion. FRE 702. |
| 61 | Article: "Why Immigrant Detainees in California Just Launched A Hunger Strike" (P000419-425) | | | Relies on hearsay.<br>Irrelevant. FRE 402, 403.<br>Speculation, lack of foundation. FRE 602.<br>Lacks foundation as article is not under penalty of perjury. FRE 901.<br>Unreliable opinion. FRE 702. |
| 62 | Article: "Third Death In Immigration Detention Makes the Adelanto Detention Center the Deadliest Facility in 2017" (P000426) | | | Relies on hearsay.<br>Irrelevant. Fed. R. Evid. 402, 403.<br>Speculation, lack of foundation. Fed. R. Evid. 602.<br>Lacks foundation as article is not under |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
|  |  |  |  | penalty of perjury. FRE 901. Unreliable opinion. FRE 702. |
| 63 | Article: "'We don't feel OK here': Detainee deaths, suicide attempts and hunger strikes plague California immigration facility" (P000427-000432) |  |  | Relies on hearsay. Irrelevant. FRE 402, 403. Speculation, lack of foundation. FRE 602. Lacks foundation as article is not under penalty of perjury. FRE 901. Unreliable opinion. FRE 702. |
| 64 | OIG Report (September 2018) |  |  | Relies on hearsay. Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Not best evidence. |
| 65 | Report of Plaintiffs' Expert Dr. Jeffrey Schwartz |  |  | Relies on hearsay. Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Not best evidence. |
| 66 | Dr. Jeffrey Schwartz CV |  |  | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 67 | Report of Plaintiffs' Expert Dr. Homer |  |  | Relies on hearsay. Irrelevant. FRE 402, |

20

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | Venters | | | 403.<br>Lacks foundation. FRE 901, 602.<br>Not best evidence. |
| 68 | Dr. Homer Venters CV | | | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 69 | SIR035317 – James Janecka (GEO 02226-02233) | | | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 70 | Adelanto Policy & Procedure Manual: Use of Force (GEO 01986-02002) | | | No objection. |
| 71 | Adelanto Policy & Procedure Manual: Detainee Access to Telephone (GEO 02003-02009) | | | No objection. |
| 72 | GEO Group Training Presentation: Use of Force (GEO 02083-02158) | | | No objection. |
| 73 | GEO Group Segregated Housing Unit Policy | | | Defendants reserve the right to object after further identification of the exhibit.<br><br>If Plaintiffs are referring to GEO's |

21

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | policy on Restrictive Housing Units (formerly Special Management-Segregation) Policy [GEO 01969-1985], Defendants have no objection. |
| 74 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Julio Barahona Cornejo (GEO 01535) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 75 | Incident of Prohibited Acts and Notice of Charges for Julio Barahona Cornejo (GEO 01539) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 76 | Investigation Report for Julio Barahona Cornejo (GEO 01541) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 77 | Institution Disciplinary Panel Report for Julio Barahona Cornejo (GEO 01549-50) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 78 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. |

22

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | Julio Barahona Cornejo (GEO 01534) | | | Hearsay. |
| 79 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Isaac Lopez Castillo (GEO 01119) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 80 | Incident of Prohibited Acts and Notice of Charges for Isaac Lopez Castillo (GEO 01123) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 81 | Investigation Report for Isaac Lopez Castillo (GEO 01125) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 82 | Institution Disciplinary Panel Report for Isaac Lopez Castillo (GEO 01133-34) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 83 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Isaac Lopez Castillo (GEO 01118) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 84 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Alexander Burgos Mejia | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |

23

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | (GEO 00961) | | | |
| 85 | Incident of Prohibited Acts and Notice of Charges for Alexander Burgos Mejia (GEO 00966) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 86 | Investigation Report for Alexander Burgos Mejia (GEO 00968) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 87 | Institution Disciplinary Panel Report for Alexander Burgos Mejia (GEO 00976-77) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 88 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Alexander Burgos Mejia (GEO 00960) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 89 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Josue Lemus Campos (GEO 00524) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 90 | Incident of Prohibited Acts and Notice of Charges for Josue Lemus Campos (GEO 00528) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |

24

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| 91 | Investigation Report for Josue Lemus Campos (GEO 00530) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 92 | Institution Disciplinary Panel Report for Josue Lemus Campos (GEO 00538-539) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 93 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Josue Lemus Campos (GEO 00523) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 94 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Luis Pena Garcia (GEO 01744) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 95 | Incident of Prohibited Acts and Notice of Charges for Luis Pena Garcia (GEO 01747) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 96 | Investigation Report for Luis Pena Garcia (GEO 01749) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 97 | Institution Disciplinary | | | Irrelevant. FRE 402, |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
|  | Panel Report for Luis Pena Garcia (GEO 01757-58) |  |  | 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 98 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Luis Pena Garcia (GEO 01743) |  |  | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 99 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Omar Rivera Martinez (GEO 00165) |  |  | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 100 | Incident of Prohibited Acts and Notice of Charges for Omar Rivera Martinez (GEO 00168) |  |  | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 101 | Investigation Report for Omar Rivera Martinez (GEO 00170) |  |  | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 102 | Institution Disciplinary Panel Report for Omar Rivera Martinez (GEO 00178-79) |  |  | Irrelevant. FRE 402, 403.<br>Lacks foundation. FRE 901, 602.<br>Hearsay. |
| 103 | Memorandum to Chief J. Johnson from Lt. R. |  |  | Irrelevant. FRE 402, 403. |

PLAINTIFFS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | Duran re Disciplinary Segregation Order for Omar Rivera Martinez (GEO 00164) | | | Lacks foundation. FRE 901, 602. Hearsay. |
| 104 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative Segregation Order for Jose Cortez Diaz (GEO 01390) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 105 | Incident of Prohibited Acts and Notice of Charges for Jose Cortez Diaz (GEO 01394) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 106 | Investigation Report for Jose Cortez Diaz (GEO 01396) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 107 | Institution Disciplinary Panel Report for Jose Cortez Diaz (GEO 01404-05) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 108 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Jose Cortez Diaz (GEO 01389) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 109 | Memorandum to Chief J. Johnson from Lt. J. Diaz re Administrative | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE |

27

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | Segregation Order for Marvin Grande Rodriguez (GEO 01916) | | | 901, 602. Hearsay. |
| 110 | Incident of Prohibited Acts and Notice of Charges for Marvin Grande Rodriguez (GEO 01920) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 111 | Investigation Report for Marvin Grande Rodriguez (GEO 01922) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 112 | Institution Disciplinary Panel Report for Marvin Grande Rodriguez (GEO 01930-31) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 113 | Memorandum to Chief J. Johnson from Lt. R. Duran re Disciplinary Segregation Order for Marvin Grande Rodriguez (GEO 01915) | | | Irrelevant. FRE 402, 403. Lacks foundation. FRE 901, 602. Hearsay. |
| 114 | ICE PBNDS 2011 2.15: Use of Force and Restraints | | | Irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | 109 F.3d 427, 430 (8th Cir. 1997)). |
| 115 | ICE PBNDS 2011 4.2: Hunger Strikes | | | Irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). |
| 116 | ICE PBNDS 2011 2.8: Population Counts | | | Irrelevant and immaterial as an alleged policy violation is not a per se violation of the law. FRE 402, 403; *Cousins v. Lockyer*, 568 F.3d 1063, 1070 (9th Cir. 2009) (*quoting Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997)). |
| 117 | GEO Group, Inc. 2018 Annual Report | | | Defendants reserve the right to object after further identification of the exhibit. |
| 118 | GEO Group, Inc. Form 10-K for Fiscal Year Ending December 31, 2018 | | | Defendants reserve the right to object after further identification of the exhibit. |

29

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 119 | Reserved for Demonstratives | | | Defendants reserve the right to object after further identification of the exhibit |

## DEFENDANTS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 200. | Omar Rivera-Martinez's Selected Medical Records From GEO [GEO 00014-00112, 02242] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 201. | Omar Rivera-Martinez's Selected Facility Records [GEO 00113-00210] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
|  |  |  |  | right to object to these records at trial when they are properly identified.

Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 202. | Josue Lemus-Campos' Selected Medical Records From GEO [GEO 00211-00479, 02249] |  |  | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.

Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 203. | Josue Lemus-Campos' Selected Facility Records [GEO 00480-00570] |  |  | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not |

31

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 204. | Video recording of incident [GEO 00668] | | | No objection. |
| 205. | Alexander Burgos-Mejia's Selected Medical Records From GEO [GEO 00669-00893, 02247] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |

PLAINTIFFS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 206. | Alexander Burgos-Mejia's Selected Facility Records [GEO 00894-01013] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified. <br><br> Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 207. | Isaac Lopez-Castillo's Selected Medical Records From GEO [GEO 01014-01077, 02250] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified. <br><br> Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than |

33

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | probative.  FRE 401, 402, 403, 801, 802. |
| 208. | Isaac Lopez-Castillo's Selected Facility Records [GEO 01078-01163] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 209. | Jose Cortez-Diaz's Selected Medical Records From GEO [GEO 01164-01343, 02244] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 210. | Jose Cortez-Diaz's Selected Facility Records [GEO 01344-01438] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.  Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 211. | Julio Barahona-Cornejo's Selected Medical Records From GEO [GEO 01439-01514, 02243] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified. |

PLAINTIFFS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 212. | Julio Barahona-Cornejo's Selected Facility Records [GEO 01515-01580] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.

Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 213. | Luis Pena-Garcia's Selected Medical Records From GEO [GEO 01671-01721, 02246] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to |

36

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 214. | Luis Pena-Garcia's Selected Facility Records [GEO 01722-01789] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 215. | Marvin Grande Rodriguez's Selected Medical Records From GEO [GEO 01790-01878, 02248] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge |

37

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 216. | Marvin Grande Rodriguez's Selected Facility Records [GEO 01879-01965] | | | Without identifying the selected facility records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 217. | GEO Adelanto Detainee Handbook (English) | | | Irrelevant; Lacks Foundation; |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | Authentication; Confusing the issues. FRE 104, 401, 402, 403, 901. |
| 218. | GEO Adelanto Detainee Handbook (Spanish) | | | Irrelevant; Lacks Foundation; Authentication; Confusing the issues. FRE 104, 401, 402, 403, 901. |
| 219. | Water Temperature Tests [GEO 05407 – 05412] | | | No objection. |
| 220. | Records from Talton Communications, Inc. | | | Irrelevant; Lacks Foundation; Authentication; Confusing the issues. FRE 104, 401, 402, 403, 901. |
| 221. | Audio recordings from Talton Communications, Inc. | | | Without identifying the selected recordings that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these recordings at trial when they are properly identified. Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | 402, 403, 801, 802. Third-party privacy rights. Defendants do not need these private phone calls with non-parties to present their case. |
| 222. | After- Action Review Report dated June 13, 2017 [GEO 02238- GEO 02239] | | | No objection. |
| 223. | Demonstrative diagrams, illustrations, and photographs of the dorm where the Incident occurred | | | No objection. |
| 224. | Demonstrative diagrams, illustrations, and photographs of the area where Plaintiffs were taken immediately after the Incident | | | Lacks Foundation; Authentication. FRE 104, 901. Violation of Fed. R. Civ. Proc. 26 (not previously disclosed). |
| 225. | Demonstrative diagrams, illustrations, and photographs of the area where Plaintiffs were decontaminated | | | Lacks Foundation; Authentication. FRE 104, 901. Violation of Fed. R. Civ. Proc. 26 (not previously disclosed). |
| 226. | Stills from the video recording of the incident | | | Without identifying the selected stills or timestamps with the corresponding video views (e.g. C1-C4) that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | right to object to these recordings at trial when they are properly identified.<br><br>Irrelevant; and Cumulative.  FRE 401, 402, 403. |
| 227. | GEO Corrections & Detention, Adelanto ICE Processing Center – Use of Force Policy [GEO 01986-02002] | | | No objection. |
| 228. | GEO Corrections & Detention, Adelanto Detention Facility – Detainee Access to Telephone Policy | | | No objection. |
| 229. | GEO Corrections & Detention, Adelanto ICE Processing Center – Control and Use of Chemical Agents Policy [GEO 04539 – 04547] | | | Irrelevant; Lacks Foundation; Authentication; Confusing the issues. FRE 104, 401, 402, 403, 901. |
| 230. | GEO Corrections & Detention, Adelanto ICE Processing Center – Restrictive Housing Units (formerly Special Management-Segregation) Policy [GEO 01969-1985] | | | No objection. |
| 231. | GEO Training Materials – Use of Force [GEO 02083-02168] | | | No objection. |
| 232. | GEO Training Materials – Use of Force Refresher [GEO 05358-05406] | | | Irrelevant; Lacks Foundation; Authentication; Confusing the Issues |

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | FRE 104, 401, 402, 403, 901. |
| 233. | Select Medical Records from Correct Care Solutions Re Omar Arnaldo Rivera Martinez [JONES 000001- 000270] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 234. | Select Medical Records From Correct Care Solutions Re Isaac Lopez-Castillo [JONES 000271 – 000337] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 235. | Select Medical Records From Correct Care Solutions Re Jose Cortez-Diaz [JONES  000338 – 000526] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 236. | Select Medical Records From Correct Care Solutions Re Josue Lemus-Campos [JONES 000527 – 000626] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified. |

43

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 237. | Select Medical Records From Correct Care Solutions Re Marvin Grande Rodriguez [JONES 000627 –000718] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.

Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 238. | Select Medical Records From Correct Care Solutions Re Alexander Burgos-Mejia [JONES 000719 –000948] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to |

| No. | Description | Date Identified | Date Admitted | Objections |
|-----|-------------|-----------------|---------------|------------|
| | | | | these records at trial when they are properly identified. Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 239. | Select Medical Records From Correct Care Solutions Re Luis Pena-Garcia [JONES 000949 – 001002] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified. Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative.  FRE 401, 402, 403, 801, 802. |
| 240. | Select Medical Records From Correct Care Solutions Re Julio Barahona-Cornejo [JONES 001003 –001079] | | | Without identifying the selected medical records that will be introduced at trial, Plaintiffs are not able to lodge |

45

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| | | | | informed objections. Plaintiffs reserve the right to object to these records at trial when they are properly identified.<br><br>Irrelevant; Hearsay without exception; Cumulative and substantially more prejudicial than probative. FRE 401, 402, 403, 801, 802. |
| 241. | Medical Services Agreement Between GEO and CCS [CCS 001093 – CCS-001118] | | | Irrelevant; Lacks Foundation; Authentication; Confusing the issues; Hearsay without exception FRE 104, 401, 402, 403, 801, 802, 901. |
| 242. | Records that demonstrate training received by Diaz | | | Violation of Fed. R. Civ. Proc. 26 (not previously disclosed and requested in discovery). |

PLAINTIFFS' EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 243. | Records that demonstrate training received by Campos | | | Violation of Fed. R. Civ. Proc. 26 (not previously disclosed and requested in discovery). |

The signatory parties reserve the **right to amend** these Exhibit Lists.

Dated: January 14, 2020          LAW OFFICES OF RACHEL STEINBACK
                                 LAW OFFICES OF CAROL A SOBEL
                                 SCHONBRUN SEPLOW HARRIS
                                 & HOFFMAN LLP
                                 LAW OFFICE OF COLLEEN FLYNN
                                 LAW OFFICE OF MATTHEW STRUGAR

                                 By: _/s/ Rachel Steinback_____

                                   *Attorneys for Plaintiffs.*

Dated: January 14, 2020          BURKE, WILLIAMS & SORENSEN, LLP


                                 By: _/s/ Susan E. Coleman_____
                                     Susan E. Coleman
                                     Carmen M. Aguado
                                     *Attorneys for Defendants,*
                                     *THE GEO GROUP, INC., CAMPOS,*
                                     *and DIAZ.*

PLAINTIFFS' EXHIBIT LIST