1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   OMAR ARNOLDO RIVERA                    Case No. 5:18-cv-01125-SP
     MARTINEZ; ISAAC ANTONIO
12   LOPEZ CASTILLO; JOSUE                  [PROPOSED] ORDER ON
     VLADIMIR CORTEZ DIAZ; JOSUE            PARTIES' JOINT STIPULATION
13   MATEO LEMUS CAMPOS;                    TO PERMIT THE PARTIES AN
     MARVIN JOSUE GRANDE                    ONE DAY EXTENSION OF TIME
14   RODRIGUEZ; ALEXANDER                   TO FILE THE JOINT PROPOSED
     ANTONIO BURGOS MEJIA; LUIS             JURY INSTRUCTIONS, JOINT
15   PEÑA GARCIA; JULIO CESAR               EXHIBIT LIST AND VERDICT
     BARAHONA CORNEJO, as                   FORMS
16   individuals,

17              Plaintiffs,

18   v.                                     Magistrate
                                            Judge:        Honorable Sheri Pym
19   THE GEO GROUP, Inc., a Florida
     corporation; the CITY OF
20   ADELANTO, a municipal entity; GEO
     LIEUTENANT DIAZ, sued in her
21   individual capacity;   GEO
     SERGEANT CAMPOS, sued in his
22   individual capacity; SARAH JONES,
     sued in her individual capacity; THE
23   UNITED STATES OF AMERICA;
     CORRECT CARE SOLUTIONS,
24   INC.; and DOES 1-10, individuals,

25              Defendants.

26

27

28

1       GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the

2  parties' joint stipulation to (1) continue the deadline to file the joint exhibit list,

3  joint proposed jury instructions and verdict forms to January 15, 2020; and (2)

4  continue the deadline to file proposed voir dire questions to January 17, 2020.

5       IT IS SO ORDERED.

6

7  Dated: _____ January 21 _____, 2020     _____

8                     Honorable Sheri Pym
                        United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Respectfully Submitted,

2    Susan E. Coleman (SBN 171832)
     E-mail:  scoleman@bwslaw.com
3    Carmen M. Aguado (SBN 291941)
     E-mail:  caguado@bwslaw.com
4    BURKE, WILLIAMS & SORENSEN, LLP
     444 South Flower Street, Suite 2400
5    Los Angeles, CA  90071-2953
     Tel:  213.236.0600    Fax:  213.236.2700
6
     Attorneys for Defendants
7    THE GEO GROUP, INC., DIAZ, and CAMPOS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-5124-3697 v1                    - 3 -                    5:18-CV-01125-SP
                                                                 [PROPOSED] ORDER