## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV18-01125-SP | Date | January 21, 2020 |
| Title | Omar Arnoldo Rivera Martinez, et al. v. The Geo Group, Inc., et al. | | |

Present: The Honorable    **SHERI PYM, United States Magistrate Judge**

| John Lopez / Kimberly I. Carter | CS-RS-3 01-21-20 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rachel Steinback | Carmen M. Aguado |
| Monique A. Alarcon | Susan E. Coleman |
| Kristina A. Harootun | |
| Colleen Flynn | |

**Proceedings:**    PRETRIAL CONFERENCE AND MOTIONS IN LIMINE

The matter is on calendar for a pretrial conference and motions in limine. The court addresses the logistics pertaining to trial, jury selection and the motions in limine. The court rules as set forth on the record and a separate written order will be issued.

The court sets a time limit of 20 hours per side for the presentation of evidence.

The trial date of Monday, February 3, 2020, is confirmed. The parties are directed to appear at 8:30 a.m. on February 3, 2020.

| | 1 | : | 34 |
|---|---|---|---|
| Initials of Preparer | kc | | |