# EXHIBIT A

**JURY QUESTIONNAIRE**

Please fill out completely in black ink.  Since we need to make copies, do not write on the back of any page.  If you need more room, continue at the bottom or side of the page, or on the last page (noting question number).

JUROR'S NAME:  (Please Print): _____

1. Occupation: _____    For how long: _____

2. City or town where you live: _____

3. What is your current job status?
   _____ Working full-time           _____ Unemployed
   _____ Working part-time           _____ Homemaker
   _____ Retired. When?              _____ Full-time student

4. a. By whom are you employed? _____

   b. Do you have management or supervisory responsibilities?   Yes___   No___

   c. Do you have the authority to discipline, hire and fire?   Yes___   No___

   d. How long have you worked there? _____

   e. Over the periods of your working life, what jobs you have had?
   _____
   _____

5. Have you every traveled outside of the United States? Yes___ No ___

   If Yes, where: _____
   _____

6. Have you or anyone close to you ever received training in, been employed by, or otherwise affiliated with any jail, prison, or detention facility?
   Yes___   No___

   If Yes, please explain: _____
   _____

7. Have you ever considered working in law enforcement or corrections?  Yes___ No_____

1

If Yes, please explain: _____

_____

8. Would you believe or disbelieve the testimony of a corrections officer simply because he/she is a corrections officer Yes___ No___

   If Yes, please explain: _____

   _____

9. What kind of contact have you had with people of other nationalities?

   _____

   _____

10. Have you ever had a negative experience with someone from El Salvador or Honduras? Yes___ No___

    If Yes, please explain: _____

    _____

11. Have you ever had a negative experience with someone who immigrated to this country? Yes___ No___

    If Yes, please explain: _____

12. Do you think U.S. immigration laws are:

    Too strict ____    Too lenient ____    Just right ____

13. a) Have you or anyone in your family ever sued or been sued by anyone?

       Yes___    No___    If Yes, please explain: _____

       _____

    b) Have you or anyone in your family ever <u>considered suing</u> anyone? Yes___ No___

       If Yes, please explain: _____

2

14. This case involves claims of mistreatment by immigrant men who were detained at a privately-operated immigration detention facility. How do you feel about the concept of awarding financial compensation to non-citizens?

15. Do you believe there should be limits on the amount of damages awarded in this type of case?

    Yes___ No___ If Yes, please explain:

16. Given the media coverage of immigration last few years, is there anything about this topic that would cause you to question your ability to be a neutral juror in this type of case? Yes_____ No___

    If Yes, please explain:

                                                                Signature of Juror