Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Carmen M. Aguado (SBN 291941)
E-mail: caguado@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendants
THE GEO GROUP, INC., CAMPOS, and DIAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, Inc., a Florida corporation; GEO LIEUTENANT DIAZ, sued in her individual capacity; and GEO SERGEANT CAMPOS, sued in his individual capacity,<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE TRIAL DATE**<br><br>Trial date: February 3, 2020<br>Time:      9:00 a.m.<br><br>Magistrate Judge:     Honorable Sheri Pym |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that the parties have agreed to settle this case for a confidential amount in exchange for a full and final release of all claims and parties.

///

///

Accordingly, the parties stipulate and hereby request to vacate the trial date of February 3, 2020. The parties will update the court regarding dismissal of the case by February 14, 2020.

IT IS SO STIPULATED.

Dated: January 30, 2020    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*[1]
    Susan E. Coleman
    Carmen M. Aguado

Attorneys for Defendants
THE GEO GROUP, INC.,
CAMPOS, and DIAZ

Dated: January 30, 2020    LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP
LAW OFFICE OF MATTHEW STRUGAR
LAW OFFICE OF COLLEEN FLYNN

By: */s/ Catherine Sweetser*
    Catherine Sweetser

*Attorneys for Plaintiffs*

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.