Rachel Steinback, SBN 310700
Law Office of Rachel Steinback
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
(t) 213-537-5370
(f) 213-232-4003
(e) steinbacklaw@gmail.com

Carol A. Sobel, SBN 84483
Monique A. Alarcon, SBN 311650
Law Office of Carol Sobel
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310-393-3055
(e) carolsobel@aol.com
(e) monique.alarcon8@gmail.com

*Attorneys for Plaintiffs.*
*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The GEO Group, Inc., a Florida corporation; the City of Adelanto, a municipal entity; GEO Lieutenant Diaz, sued in her individual capacity; GEO Sergeant Campos, sued in his individual capacity; Sarah Jones, sued in her individual capacity; The United States of America; Correct Care Solutions, Inc.; and DOES 1-10, individuals;<br><br>Defendants. | Case No. 5:18-cv-01125-SP<br><br>**JOINT STATUS REPORT REGARDING DISMISSAL OF DEFENDANTS THE GEO GROUP, INC., DIAZ, AND CAMPOS**<br><br>Judge:    Honorable Sheri Pym |

1

2  Catherine Sweetser, SBN 271142
   Kristina Harootun, SBN 308718
3  Schonbrun Seplow Harris & Hoffman LLP
   11543 W. Olympic Boulevard
4  Los Angeles, CA 90064
5  (t) 310-396-0731
   (f) 310-399-7040
6  (e) csweetser@sshhlaw.com

7

8  Colleen Flynn, SBN 2324281
   Law Office of Colleen Flynn
9  3435 Wilshire Boulevard, Suite 2910
   Los Angeles, CA 90010
10 (t) 213-252-9444
11 (f) 213-252-0091
   (e) cflynn@yahoo.com
12

13 Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
14 3435 Wilshire Boulevard, Suite 2910
   Los Angeles, CA 90010
15
   (t) 323-696-2299
16 (e) matthew@matthewstrugar.com

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE SHERI PYM, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE:**

The parties submit the following status report on the settlement of the case: As of February 11, 2020, the settlement agreement between Plaintiffs and Defendants The GEO Group, Inc., Diaz and Campos ("Defendants") was finalized and all necessary signatures were gathered. Defendants have represented that they will transmit payment of the agreed settlement amount by March 16, 2020. Once Plaintiffs have received that payment, the parties will dismiss the case. If Plaintiffs do not receive the payment by March 16, 2020, the parties will submit a further status update to the Court.

Dated: February 18, 2020

LAW OFFICES OF RACHEL STEINBACK
LAW OFFICES Of CAROL A SOBEL
SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Catherine Sweetser
Rachel Steinback
Monique Amanda Alarcon
Catherine E. Sweetser[1]
Colleen Flynn
Matthew Strugar
*Attorneys for Plaintiffs.*

Dated: February 18, 2020

BURKE WILLIAMS & SORENSON

By: /s/ Susan Coleman

Susan Coleman
*Attorney for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

1