UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-1125-SP | Date | April 24, 2020 |
|---|---|---|---|
| Title | Omar Arnoldo Rivera Martinez, et al. v. The GEO Group, et al. | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers) Order Directing Parties to File Status Report**

In a status report filed February 19, 2020, the parties reported they had finalized the settlement agreement and expected to dismiss the case by late March 2020, or else they would update the court.  No further communication having been received since that report, the court now orders the parties to file a further status report on or before May 8, 2020.  If the parties have filed a dismissal by that date, no further status report is required.