**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ARNOLDO RIVERA MARTINEZ; ISAAC ANTONIO LOPEZ CASTILLO; JOSUE VLADIMIR CORTEZ DIAZ; JOSUE MATEO LEMUS CAMPOS; MARVIN JOSUE GRANDE RODRIGUEZ; ALEXANDER ANTONIO BURGOS MEJIA; LUIS PEÑA GARCIA; JULIO CESAR BARAHONA CORNEJO, as individuals, | Case No. 5:18-cv-01125-SP **ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANTS THE GEO GROUP, INC., GEO LIEUTENANT DIAZ, AND GEO SERGEANT CAMPOS ("GEO DEFENDANTS") WITH PREJUDICE** |
| Plaintiffs, | Judge:     Honorable Sheri Pym |
| v. | |
| The GEO Group, Inc., a Florida corporation; the City of Adelanto, a municipal entity; GEO Lieutenant Diaz, sued in her individual capacity; GEO Sergeant Campos, sued in his individual capacity; Sarah Jones,  sued in her individual capacity; The United States of America; Correct Care Solutions, Inc.; and DOES 1-10, individuals; | |
| Defendants. | |

## ORDER

Based upon the Stipulation of the Parties and, GOOD CAUSE APPEARING, IT IS ORDERED THAT Defendants The GEO Group, Inc., GEO Lieutenant Diaz, and GEO Sergeant Campos are hereby dismissed WITH PREJUDICE. With this dismissal, this case is dismissed in its entirety.

**IT IS SO ORDERED.**

DATED:  April 28, 2020    _____

HONORABLE SHERI PYM
United States District Magistrate Judge

1